**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Aramark Management Services, LP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| Board of Education of the City | ) | **JURY DEMAND** |
| of Chicago, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

NOW COMES Plaintiff, Aramark Management Services, LP ("Aramark"), by and through its undersigned counsel, and for its Complaint against the Board of Education of the City Chicago ("CPS"), alleges as follows:

**NATURE OF THIS ACTION**

1.      This is a breach of contract action arising out of the Board of Education of the City of Chicago's ("CPS") refusal to pay Aramark more than $5.5 million for services that Aramark indisputably provided to CPS. Under the parties' 2021 Custodial Services Agreement ("the Agreement"), Aramark provided thousands of custodians to perform facilities services at over 650 CPS schools.  Aramark fronted the wages that were paid out to the thousands of workers. Pursuant to the Agreement, CPS is obligated to reimburse the cost of those wages to Aramark. In breach of the Agreement, CPS has failed to reimburse Aramark $5,597,449.47 owed to Aramark for services provided under the Agreement.

2.      In addition to these contractual damages, Aramark seeks a declaration that it is entitled to interest penalties under the Illinois Local Government Prompt Payment Act (50 ILCS 505/1, *et seq.*) for CPS's failure to approve or disapprove, in writing, the $5,597,449.47 owed to

Aramark under the Agreement. The total amount of statutory penalties owed to Aramark under the Illinois Local Government Prompt Payment Act exceed $700,000 and grow at over $55,000 per month.

## THE PARTIES

3.      The plaintiff, Aramark, is a limited partnership with a principal place of business located at 2400 Market Street, Philadelphia, Pennsylvania 19103.

4.      The defendant, CPS, has a principal office located at 125 S. Clark Street, Chicago, Illinois 60603, and is a municipal corporation of the State of Illinois.

## JURISDICTION & VENUE

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because Aramark and CPS are completely diverse citizens and because the amount in controversy exceeds the sum or value of $75,000 exclusive of interests and costs.

6.      Plaintiff Aramark is a Pennsylvania limited partnership with a principal place of business in Pennsylvania. Aramark has two members: Aramark Services, Inc., and Aramark SMMS, LLC. One of these members, Aramark SMMS, LLC, is the general partner of Aramark. The other member, Aramark SMMS, LLC, is the sole limited partner of Aramark.

7.      Aramark Services, Inc., is a Delaware corporation with a principal place of business in Pennsylvania.

8.      Aramark SMMS, LLC is a Delaware limited liability company with a principal place of business in Pennsylvania. The sole member of Aramark SMMS, LLC is Aramark Services, Inc.

9.      Aramark, Aramark Services, Inc., and Aramark SMMS, LLC are citizens of Pennsylvania and Delaware.

2

10.     Defendant CPS is a municipal corporation of Chicago, Illinois. It is a citizen of Illinois.

11.     This Court has personal jurisdiction over CPS because it resides and does business in this judicial district. Personal jurisdiction over CPS is also proper because this action arises out of events occurring in Cook County in this judicial district.

12.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because CPS resides in this district and because a substantial part of the events or omissions giving rise to this action occurred in this district.

## GENERAL ALLEGATIONS

13.     The parties executed the Agreement on August 1, 2021. *See* Exh. 1. It had an initial term of three years. The Agreement required Aramark to provide the management, materials, supplies, additional personnel and equipment needed to perform custodial services at CPS's 683 schools.

14.     In consideration for these services, the Agreement provides that "[Aramark] shall be reimbursed for all its Reimbursable Costs." See Exh. 1, Agmt., Exh. B.

15.     The Agreement defines "Reimbursable Costs" as "the Direct Costs and Charges to be charged to the Board under this SOW." *Id*. The Agreement defines "Direct Costs" as "all costs incurred by [Aramark] directly attributable to [Aramark's] provision of the Services and billed to the Board as further described on Exhibit B-1 hereto." *Id*. The enumerated "Direct Costs" in Exhibit B-1 include, among other costs incurred by Aramark, "hourly wages" and "overtime wages" for its personnel and subcontractors. *Id*. at B-1.

16.     In sum, the Agreement provides that Aramark "shall be reimbursed" for its Direct Costs, which include "overtime wages" paid to its personnel and subcontractors.

17.    From the inception of the Agreement until February of 2023, Aramark submitted bills that sought reimbursement for overtime wages paid by Aramark to its personnel and subcontractors. CPS regularly reimbursed Aramark for the overtime paid to its personnel upon submission of bills.

18.    In February of 2023, CPS unilaterally and without notice began paying less than the full amount of Aramark's bills. Nothing had changed on Aramark's end: it continued to pay its subcontractors, perform custodial services and submit bills as usual. However, CPS began underpaying Aramark by hundreds of thousands of dollars each month.

19.    When it ceased paying Aramark's full bills, CPS did not provide Aramark with any explanation of the amounts it was withholding or why it was withholding them, nor did it provide the contractually and statutorily required written notice to Aramark that it was withholding or disapproving portions of its bills.

20.    By the summer of 2023, Aramark had outstanding unpaid bills exceeding $26 million.  Despite this, it still had to front the money to pay its workers' wages.  This was not money Aramark would have simply pocketed — it was reimbursement for money already paid to the workforce.

21.    On June 23, 2023, CPS sent Aramark a letter advising it that it would be transitioning custodial services "in-house" and withholding payment from Aramark.

22.    For the remainder of the Agreement, which expired on July 30, 2024, CPS continued its pattern of refusing to reimburse Aramark for the full services it provided. CPS's position placed Aramark in an impossible financial position, as it had to pay its workers millions of dollars that were not being reimbursed by CPS. Notwithstanding CPS's failure to pay its bills,

Aramark continued to fully perform its obligations under the Agreement to ensure that CPS's students had clean schools.

23. Despite Aramark's continuous requests for repayment or even just to discuss the matter, CPS did not communicate why it was refusing to reimburse Aramark millions of dollars and did not provide Aramark with the contractually required opportunity to cure any alleged shortcomings.

24. The Agreement expired on July 30, 2024.

25. CPS is statutorily and contractually required to comply with the Illinois Local Government Prompt Payment Act when paying Aramark's bills. *See* 50 ILCS 505/*et seq.*; Exh. 1, Agmt. p. 7. ("[t]he Board shall process payments in accordance with the Illinois Local Government Prompt Payment Act 50 ILCS 505/1 *et seq.* in its normal course of business").

26. The Illinois Local Government Prompt Payment Act requires CPS to approve or disapprove Aramark's bills within 30 days of receipt. 50 ILCS 505/3. The immediate notice of a bill's disapproval must be in writing. *Id.* If CPS fails to approve or disapprove the bill within these time parameters, a penalty for late payment is assessed. 50 ILCS 505/5. In particular, the Illinois Local Government Prompt Payment Act requires CPS to pay Aramark in addition to the billed amount, the sum of one percent (1%) per month for every month the bill remains unpaid. See 50 ILCS 505/2; 50 ILCS 505/4; 50 ILCS 505/5.

27. In violation of the Illinois Local Government Prompt Payment Act, CPS stopped paying Aramark's overtime bills back in February 2023 without affirmatively and immediately disapproving Aramark's various bills in writing. 50 ILCS 505/3.

28. CPS adopted a practice of paying only portions of Aramark's bills without explanation. A summary of the unpaid bills is set forth below:

| Month | Unpaid Bill Amount | Months The Bill Remains Unpaid[1] | Interest Owed[2] |
|---|---|---|---|
| February 2023 | $262,976.74 | 21 | $55,225.12 |
| March 2023 | $232,772.71 | 20 | $46,554.54 |
| April 2023 | $514,316.45 | 19 | $97,720.13 |
| May 2023 | $664,666.56 | 18 | $119,639.98 |
| June 2023 | $200,418.16 | 17 | $34,071.09 |
| July 2023 | $173,308.77 | 16 | $27,729.40 |
| August 2023 | $.06 | 15 | $0.01 |
| September 2023 | $694,392.54 | 14 | $97,214.96 |
| October 2023 | $468,942.03 | 13 | $60,962.46 |
| November 2023 | $409,271.72 | 12 | $49,112.60 |
| December 2023 | $102,275.55 | 11 | $11,250.31 |
| January 2024 | $101,131.48 | 10 | $10,113.15 |
| February 2024 | $347,926.44 | 9 | $31,313.38 |
| March 2024 | $382,993.39 | 8 | $30,639.47 |
| April 2024 | $246,726.85 | 7 | $17,270.88 |
| May 2024 | $243,912.16 | 6 | $14,634.73 |
| June 2024 | $385,364.57 | 5 | $19,268.23 |
| July 2024 | $166,053.29 | 4 | $6,642.13 |
| **TOTAL** | **$5,597,449.47** | | **$729,362.57** |

29.     CPS currently owes Aramark more than $700,000 in interest on the unpaid bills, which will continue to grow by more than $55,000 per month for each month that those bills remain unpaid.

## COUNT I
### Breach of Contract

30.     Aramark incorporates the above paragraphs by reference as if fully set forth herein.

31.     The Agreement between CPS and Aramark is a valid and enforceable agreement.

32.     Aramark fully performed all of its obligations under the Agreement.

33.     CPS materially breached the Agreement by failing to reimburse Aramark for its overtime costs, as is required by the Agreement.

---

[1] Consistent with the Illinois Local Government Prompt Payment Act, bills must be approved or disapproved in writing within 30 days after receipt and approved bills must be paid 30 days thereafter.

[2] These figures are calculated by multiplying 1% of the unpaid bill by the number of months it has remained unpaid.

34.    CPS has wrongfully, and without any legal justification, refused to approve and refused to pay and continues to refuse to approve and to pay the full bills submitted to it by Aramark.

35.    CPS's material breach of the Agreement has damaged Aramark in the amount of at least $5,597,449.47.

WHEREFORE, Aramark prays as follows:

A.  That this Court enter judgment in favor of Aramark and against the CPS for CPS's breach of the Agreement in an amount proven, which is reasonably is expected to be at least $5,597,449.47; and;

B.  That this Court enter an order granting Aramark any further and additional relief which it deems just and proper.

## COUNT II
### *Violation of the Illinois Local Government Prompt Payment Act (50 ILCS 505/1, et seq.)*

36.    Aramark incorporates the above paragraphs by reference as if fully set forth herein.

37.    CPS is a municipal corporation and is therefore subject to the Illinois Local Government Prompt Payment Act. 50 ILCS 505/1 *et. seq*.

38.    Pursuant to the Illinois Local Government Prompt Payment Act, CPS was required to approve or disapprove, in writing, a bill from a vendor or contractor for goods or services furnished to the local governmental agency within 30 days after the receipt of such bill or within 30 days after the date on which the goods or services were received. 50 ILCS 505/3.

39.    Further, CPS was required to pay Aramark within 30 days after the date of approval of the bill for goods or services furnished. 50 ILCS 505/4.

40.    Pursuant to the Illinois Local Government Prompt Payment Act, Aramark is entitled to an interest penalty of 1% of the unpaid billed amount per month for each month that

CPS failed and/or refused to approve or disapprove the unpaid bills in writing from February 2023 through June 2024.

41.     Aramark submitted final bills for payment each month between February 2023 and July 2024.

42.     CPS did not approve or disapprove the unpaid portions of these bills, in writing, within the 30-day period set by the Illinois Local Governmental Prompt Payment Act. Nor did CPS pay Aramark the full amount of these bills within the time period set by the Illinois Local Governmental Prompt Payment Act.

43.     Aramark is a vendor within the meaning of the Illinois Local Government Prompt Payment Act with a legal and contractual interest in receiving payment for its services to CPS.

44.     To date, Aramark has not received notice in writing that any portion of their bills from February 2023 through July 2024 have been disapproved by CPS pursuant to 50 ILCS 505/3.

45.     A justiciable controversy exists between the parties pursuant to Section 2-701 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-701, as to the payment of the bills between February 2023 and June 2024, which CPS refused to pay in full.

46.     Aramark seeks a declaration concerning the respective statutory rights and obligations of Aramark and CPS under the Illinois Local Government Prompt Payment Act relative to interest penalties applicable for CPS's refusal to approve or disapprove and/or late payment of Aramark's bills in writing.

47.     Aramark has made repeated demands for amounts due and owing under the Agreement, but CPS has not paid the remaining $5,597,449.47 that is due and owing to Aramark.

48.     Aramark has been damaged by CPS's failure to pay its bills.

WHEREFORE, Aramark prays as follows:

8

A. That this Court enter judgment in favor of the Aramark and against the CPS declaring and adjudging that Aramark is entitled to interest penalties under the Illinois Local Government Prompt Payment Act for CPS's failure to approve or disapprove, in writing, and/or pay the unpaid portions of the bills from February 2023 through June 2024; and;

B. That this Court enter an order granting any such further and additional relief to Aramark which the Court deems just and proper.

Dated: January 17, 2025

Respectfully submitted,

By: /s/ *Michael T. Layden*
*Counsel for Aramark*

Michael T. Layden, Esq.
Collin M. Bruck, Esq.
Croke Fairchild Duarte & Beres
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
(312) 641-0881
mlayden@crokefairchild.com
cbruck@crokefairchild.com
Firm I.D. No: 100307


Michael K. Forde (mforde@fordellp.com)
Brian P. O'Meara (bomeara@fordellp.com)
Forde & O'Meara LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
(312) 641-1441
Firm I.D. No: 64371

# Exhibit 1

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

## CUSTODIAL SERVICES AGREEMENT
## Aramark Management Services

THIS CUSTODIAL SERVICES AGREEMENT ("**Agreement**") dated as of August 1, 2021 (the **"Effective Date"**) is entered into by and between the Board of Education of the City of Chicago, a body politic and corporate, commonly known as the Chicago Public Schools (the "**Board**" or "**CPS**") and Aramark Management Services, LP, with principal place of business located at 2400 Market Street, Philadelphia, Pennsylvania 19103 ("**Vendor**"); and together with the Board, referred to individually, as a "**Party**" and collectively, the "**Parties**".

## RECITALS

A. On September 14, 2020, the Board issued **Request for Proposal Specification No. 20-350030** ("**RFP**") soliciting firms interested in providing the Board with custodial services across the district as described herein.

B. Vendor responded to the aforementioned RFP by submitting a proposal and, on the basis of Vendor's representation that its has the requisite knowledge, skill, experience and other resources necessary to perform such services, Vendor was subsequently selected as a provider of custodial and related professional management services under this RFP at the facilities listed herein, each individually referred to herein as a "**Board Facility**" and collectively the "**Board Facilities**", as detailed herein.

C. The Board and Vendor desire to execute this Agreement to define the nature of their relationship, establish pricing, and describe the manner in which custodial and related professional management services will be furnished by Vendor as the exclusive third party supplier of custodial services at the Board Facilities on the terms set forth in this Agreement.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants contained herein, the Parties hereby agree as follows:

1. **Incorporation of Recitals.** The matters recited above are hereby incorporated into and made a part of this Agreement.

2. **Term of Agreement.** The term of this Agreement will be for a period commencing on August 1, 2021 and continuing through June 30, 2024 ("**Term**"), unless terminated sooner as provided herein. The Board shall have two (2) options to renew this Agreement for periods of two (2) years each. Any such renewals shall be mutually agreed upon by the Parties in writing.

3. **Scope of Services.** Vendor agrees to provide the Services described herein and further set forth on **Exhibit A** at each Board Facility listed on **Schedule 4**. "**Services**" means, collectively, the services, deliverables, duties and responsibilities described in **Exhibit A** of this Agreement and any and all work, supplies and equipment necessary to complete or carry out the Services fully and to the standard of performance required in this Agreement. The Services shall be provided by Vendor in accordance with all terms and conditions of this Agreement, including, but not limited to compliance with the following, which are collectively referred to herein as the "**Service Level Requirements**": (i) Association of Physical Plant Administrators ("APPA") Leadership in Educational Facilities Level 2 Cleaning Standards ("APPA Standard") set forth in **Schedule 1**, or such other higher cleaning standard as may be mutually agreed by the Parties in writing; (ii) Service Level Agreements ("SLA")

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

set forth in **Exhibit D**; (iii) Custodial Services and Frequencies set forth in **Schedule 2**; and (iv) each Key Performance Indicator, which are metrics utilized by the Board to monitor and assess Vendor's performance under this Agreement ("KPI") as reviewed by the Board through its procurement supplier management process each as set forth in **Exhibit D**. The Board may, from time to time, request changes in the scope of Services. Any such changes, including any increase in Vendor's fees, shall be documented by a written amendment to this Agreement signed by Vendor and the Board with approval of legal form by the Board's General Counsel. The term "**Board Facilities**" **or "Board Facility**" refers to and includes the actual facility and all surrounding grounds, campus, facilities, annexes and other real property owned or controlled by the Board as listed on **Schedule 4**.

4.      **Service Disputes**.   If a dispute arises between the Board and Vendor as to whether a material service or function related to the Services falls within the scope of the Services, if such service or function is consistent with, and reasonably inferable to be within, the scope of the Services as set forth in the Agreement and it more reasonably would be associated with the scope of Services than not, then such service or function will be documented in a duly executed amendment to this Agreement, including as the Parties may mutually agree, any corresponding adjustments to the Maximum Compensation Amount, as defined below. The parties may mutually agree that a disputed service is not a material service or function and does not require amendment under this section.

5.      **Standards of Performance.** Vendor must perform and ensure that all Vendor Personnel as defined below in section 6.A. perform all Services required of it under this Agreement to the satisfaction of the Board and with that degree of skill, care, diligence, professionalism and attention to detail normally shown by a Vendor performing services of a scope, purpose and magnitude comparable with the nature of the Services to be provided under this Agreement. Vendor must ensure that all Services that require the exercise of professional skills or judgment are accomplished by professionals qualified and competent in the applicable discipline and appropriately licensed as required by Applicable Law. Vendor acknowledges that, if in the course of providing Services hereunder, it is entrusted with or has access to valuable and confidential information and records of the Board, that with respect to that information, Vendor agrees to be held to the standard of care of a fiduciary for the Board. Vendor shall use efficient business administration methods and perform the Services in an efficient and economical manner consistent with the best interests of the Board, so as to ensure, among other things, that the Services are performed at a reasonable cost to the Board and that the Services are efficiently and cost-effectively delivered. When and where applicable, all members of Vendor's Personnel must hold and maintain throughout the Term, valid certificates and/or licenses from the State of Illinois or such other relevant jurisdiction that authorize those individuals to perform the Services. Vendor agrees to promptly furnish a copy of the license(s) of any and all Vendor Personnel to the Board on request. Vendor must maintain and use sufficient Vendor Personnel or Board Custodians to assure the effective and efficient operation of its Services. Vendor will at all times cooperate fully with the Board with respect to the Services provided under this Agreement and related services provided by the Board's Third Party Vendors, and will at all times, in its performance of the Services, act in the best interests of the Board. If this Agreement is terminated for any reason, or if it is to expire on its own terms, Vendor will make every effort to ensure an orderly transition of the Services, and will comply with all reasonable requests and requirements of the Board in connection with the termination or expiration of the Agreement. Any review, approval, acceptance of Services or deliverables or payment for any of the Services by the Board does not relieve Vendor of its responsibility for the professional skill, care, and technical accuracy of its Services and deliverables. This provision in no way limits the Board's rights against the Vendor under this Agreement, at law or in equity. Vendor shall remain responsible for the professional and technical accuracy of all Services, including any deliverables furnished, whether by Vendor or its subcontractors or others on its behalf.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

6. **Vendor Staffing.**

A. <u>General Staffing, Qualified Vendor Personnel</u>.  Vendor shall hire, train, assign and retain during the Term and any renewal thereof, an adequate staff of qualified, competent employees, Subcontractors as defined below and other personnel that are fully equipped, licensed as required, available as needed to perform the Services and fulfill its obligations under this Agreement, including without limitation, supervisory, managerial, operational, substitute and administrative staff and any other agents or representatives of Vendor providing Services hereunder (collectively "**Vendor Personnel**").  Vendor shall be required to maintain adequate staffing of Vendor Personnel at all times during the Term and ensure continuity of Services at all times, including periods when Vendor Personnel assigned to provide Services are unable to provide the Services for any reason, including, but not limited to sickness, holiday or any other such absence as further set forth in **Exhibit E.**  All Vendor Personnel shall be competent, qualified, trained, trustworthy, reliable non-threatening, non-violent, shall not pose a risk of harm to others and shall have successfully completed the Background Check required hereunder prior to accessing any Board Facility and performing any Services hereunder. Further requirements regarding General Staffing are set forth in **Exhibit A**.

B. <u>Right to Replace Vendor Personnel</u>.  If the Board determines, in its sole discretion, that any Vendor Personnel providing Custodial Services hereunder on behalf of Vendor are not performing in accordance with the Service Level Requirements or such other requirements, expectations or prohibitions of the Board, including, but not limited to, endangering the health, safety or welfare of any CPS student, the Board shall have the right, in its sole discretion, to direct the Vendor in writing to remove such Vendor Personnel from performing any Custodial Services under this Agreement, or under any other agreement with the Board. Upon such notice from the Board or Board Designee , Vendor shall promptly remove such Vendor Personnel from providing any Custodial Services and shall promptly replace with Vendor Personnel meeting the standards required hereunder. Vendor shall be solely liable for any personnel actions taken as a result, and all such personnel actions must be performed in accordance with Vendor's personnel policies, all Applicable Laws, and shall be subject to the terms and conditions of any applicable collective bargaining agreement.

C. <u>Key Personnel</u>.  Certain management employees of Vendor have particular expertise on which the Board is relying ("**Key Personnel**"). Vendor may not reassign or replace Key Personnel without the written consent of the Board, which consent shall not be unreasonably withheld or delayed. Such requirements shall not prevent Vendor from removing Key Personnel for performance reasons. Furthermore, the Board understands that Vendor cannot prevent its Key Personnel from posting for a position at another account or otherwise leaving the services at Chicago Public Schools.  If one or more Key Personnel terminate their employment with Vendor or otherwise become unavailable for reasons beyond Vendor's reasonable control, Vendor shall promptly replace such person with another person with comparable training and experience, subject to the approval of the Board, which approval shall not be unreasonably withheld or delayed. Those individuals deemed Key Personnel are identified on **Exhibit A** attached hereto.  As stated in Section B above, the Board shall have the right to direct Vendor to remove an individual from performing Services under the Agreement.

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

D.  <u>No Contractual Relationship with Board; Not Board Employees</u>.  Vendor Personnel shall not be deemed employees of the Board and Vendor shall have the sole responsibility to compensate Vendor Personnel and to comply with all Federal, State and local employment laws and obligations, including requirements, regulations and laws regarding compensation, taxes, benefits, insurance, workers' compensation, any laws relating to discrimination and any other Applicable Laws. The relationship between Vendor Personnel who are employees of Vendor and Vendor is governed by applicable employment laws, and Vendor is subject to all such employment laws, liability and claims arising out of its employment or contractual relationship with each of the Vendor Personnel. The Board shall have no obligation to any Vendor Personnel under any employment or other laws or union agreements, and Vendor shall indemnify the Board for any claims made by any Vendor Personnel as set forth herein. Vendor acknowledges and agrees that the Board shall have no responsibility or liability for treating Vendor Personnel as employees of the Board for any purpose (including any former Board employee subsequently hired by Vendor). Neither Vendor nor any Vendor Personnel shall be eligible for coverage or to receive any benefit under any Board provided benefit plans.

E.  <u>No Co-Employment, Joint Employer or Common Law Employees</u>. The Parties acknowledge that as a necessity to perform the Custodial Services, Vendor Personnel are assigned and deployed to work within the Board Facilities; however such assignment to Board Facilities does not serve to create any employment relationship with the Board. Vendor further acknowledges that some Vendor Personnel may be former Board employees. Vendor acknowledges that with respect to all Vendor Personnel, but specifically with respect to any Vendor Personnel who are former Board employees, there is a risk that such Vendor Personnel may attempt to assert claims alleging that (i) the Board and Vendor are their joint employers; (ii) the Board and Vendor are their co-employers; and/or (iii) they are the common law employees of the Board. Vendor shall indemnify the Board against any such claims made by Vendor Personnel arising out of allegations of a joint, co-employer, or common law employee relationship as required pursuant to the indemnification provisions hereunder, and in an effort to prevent such claims, Vendor shall provide the Vendor Personnel adequate supervision, evaluations, feedback, and monitor, evaluate and keep records relating to each Vendor Personnel while assigned to work at a Board Facility.

F.  <u>Non-Solicitation</u>: The Vendor shall not, without the Board's prior written consent, knowingly directly or indirectly (through consulting contracts, contracts with third parties or otherwise) any Board employee who was directly involved in and had decision-making authority serving on the Board's procurement/award evaluation committee that made the determination to award this Agreement, to work on matters relating to this Agreement for a period ending the earlier of: (i) one (1) year after such employee terminates employment with the Board; or (ii) one (1) year after termination of this Agreement ("Board Employee Restriction"). The Board shall not, without the Vendor's prior written consent, knowingly hire, engage as a consultant or make any employment agreement with any employee of Vendor who performed management or professional services at the Board Facilities, directly or indirectly, at any time during the then previous twelve (12) months (unless such persons were Vendor employees who were employed formerly by the Board) ("Vendor Employee Restriction"). Each Party acknowledges that the other has invested considerable resources in training its Supervisory Employees and providing them with valuable information that is confidential and proprietary to its operations. If either Party violates the Vendor Employee Restriction or the Board Employee Restriction, it will pay to the other Party liquidated damages in an amount equal to two (2) times the annual compensation of the applicable employee so hired and be permitted

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

to pursue any other rights and remedies at law or in equity. This provision shall survive the termination or expiration of this Agreement.

7.  **Subcontractors**.

A.  <u>General</u>.  Any subcontracting by Vendor for services, supplies or equipment in connection with this Agreement shall be pursuant to an appropriate written agreement ("**Subcontract**") between Vendor and such subcontractor (each a "**Subcontractor**") and shall include provisions that meet or exceed the requirements of this Agreement, including, without limitation, standards of performance, Background Checks as defined below, indemnification of the Board, insurance and compliance with Applicable Laws.  Vendor shall also include in each Subcontract, the certifications required under the Contractor's Disclosure Form previously submitted to the Board.  The terms of each Subcontract shall be maintained in the Board's Computer Maintenance Management Systems by Vendor as required hereunder and Vendor shall ensure that each Subcontractor complies with each term, condition and requirement of this Agreement.   The Board shall have the right, but not the obligation, to review any proposed Subcontractor and may reject any Subcontractor in its sole discretion upon written notice to Vendor.  Such action by the Board shall not: (i) create any liability for the Board to any Subcontractor or create a contractual relationship between the Board and any such Subcontractor; or (ii) relieve Vendor of its obligations hereunder or constitute a representation or endorsement by the Board that such Subcontractor is qualified or capable to perform. Each of Vendor's Subcontracts shall expressly identify the Board as a third party beneficiary that may enforce any indemnification, confidentiality, warranty and similar rights under such Subcontract and shall require the Subcontractor, at no cost to the Board, to correct any performance of Services not meeting the Service Level Requirements or Services delivered, which are otherwise not satisfactory to the Board's Chief Procurement Officer. Vendor shall be liable for all actions of its Subcontractors and shall fully indemnify the Board with respect to any Subcontractor in accordance with the terms of this Agreement. The Board shall have no obligation or liability with respect to the Subcontract or the Subcontractors and Vendor shall indemnify and hold harmless the Board with respect thereto as set forth herein.

B.  <u>Vendor Supply and Equipment Contracts</u>. With respect to any Subcontract for Custodial Supplies and Consumables as defined in **Exhibit A** or Custodial Equipment as defined in **Exhibit A**, Vendor shall: (i) evaluate all Custodial Supplies and Consumables and Custodial Equipment to be utilized in performance of the Services; (ii) evaluate the qualifications of each supplier of Custodial Supplies and Consumables and Custodial Equipment; (iii) negotiate commercially reasonable pricing and terms beneficial to the Board; (iv) order, receive, configure, install, test, maintain and distribute all new Custodial Supplies and Consumables and Custodial Equipment; (v) perform tracking and asset management for all such Custodial Supplies and Consumables and Custodial Equipment; and (vi) maintain updated records regarding each Subcontractor and Subcontract in the CMMS as defined below.

C.  <u>No Contractual Relationship with Board</u>. The Board shall not be deemed to have any contractual relationship with, or obligation to any Subcontractor, with the exception of the Board's third party beneficiary rights under each Subcontract, nor shall the Board's relationship with Vendor hereunder create any responsibility to any Subcontractor, including with respect to any Applicable Laws or payments owed by Vendor. Vendor shall properly direct and control each Subcontractor and inspect performance, Supplies, and Equipment for defects and deficiencies on a regular and ongoing basis throughout the Term. No agreement between Vendor and any Subcontractor shall relieve Vendor from any of its obligations or

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

liabilities hereunder and nothing in this Agreement or any Subcontract shall create any contractual relationship, with the exception of the Board's third party beneficiary right under each Subcontract as described herein, between the Board and any Subcontractor, including without limitation and obligation on the Board's part to pay, or be responsible for the non-payment of any sums due to any Subcontractor.

D. <u>Vendor Affiliates</u>. Vendor shall provide the Board written notice regarding any Subcontractor that is an Affiliate of Vendor, as defined below, prior to entering into any agreement with such Affiliate in connection with the Services. Any such agreement shall be subject to the Board's CPO's prior written consent in the Board's sole discretion. Any Subcontract with an Affiliate shall not exceed fair market prices and shall not result in the payment of any profit to Vendor or its Affiliate Subcontractor. The Board may elect, in its sole discretion, to cause any proposed Affiliate Subcontract to be competitively bid in accordance with Board rules. For purposes of this Agreement, "Affiliate" means any entity controlling, controlled by or under common control with Vendor, where "control" means: (i) the ownership of at least fifty percent (50%) of the equity or beneficial interest of such entity; (ii) the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (iii) the power to directly or indirectly direct or cause the direction of the management and policies of such entity.

E. <u>Payments to Subcontractors</u>. Vendor shall promptly and timely pay each Subcontractor the amount to which such Subcontractor is entitled no later than the due date for payment under the applicable Subcontract.

F. <u>Subcontractor Disputes</u>. Vendor shall provide the Board with prompt written notice of all actual, threatened or potential disputes with any Subcontractor, including, without limitation, due to breach, default, insolvency, defect in Subcontractor services, Supplies or Equipment and work stoppage. Such notice shall include the reasons and circumstances giving rise to such disputes in detail so as to enable the Board, in its sole discretion, to exercise any of its rights or remedies hereunder. Notwithstanding the foregoing, neither the provisions of this Section nor the exercise by the Board of any of its rights or remedies shall relieve Vendor of any of its obligations or liabilities under this Agreement.

8. **Compensation, Purchase Orders and Payment.**

A. <u>Compensation</u>. Compensation for Services during the Term shall be payable in accordance with the schedule and costs and fees as set forth in **Exhibit B** (the "**Financial Terms**") which is attached hereto and incorporated herein. The total maximum compensation for the Services to be provided by Vendor during the Term, inclusive of any reimbursable expenses, shall not exceed the amount stated in the Board Report, cited in the signature page of this Agreement (the "**Maximum Compensation Amount**") without the prior written approval of the members of the Board and a written amendment to this Agreement. Except as specifically set forth in **Exhibit B** hereto and as otherwise expressly set forth in this Agreement, Vendor shall not be reimbursed for any expenses or costs incurred in its performance of the Services. The Maximum Compensation Amount is inclusive of any and all amounts payable by the Board hereunder as specified in **Exhibit B**. Vendor acknowledges and agrees that the Maximum Compensation Amount referenced hereinabove is a 'not-to-exceed amount' and is not a guaranteed payment. Compensation shall be based on actual Services performed during the Term of this Agreement and the Board shall not be obligated to pay for any Services or deliverables not in compliance with this Agreement. In the event the Agreement is terminated

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

early, the Board shall only be obligated to pay (i) the fees incurred up to the effective date of termination and (ii) the total unamortized balance remaining on the Depreciable Equipment calculated in accordance with Section 14, and Vendor shall promptly refund to the Board any payments received for Services and deliverables not provided. If Vendor overcharges, in addition to all other remedies, the Board shall be entitled to a refund in the amount of the overcharge, plus interest at the rate of one percent (1%) per month from the date the overcharge was paid by the Board until the date refund is made. The Board has the right to offset any overcharge against any amounts due to Vendor under this or any other agreement between Vendor and the Board.

Invoice, Billing and Payment Procedures. Vendor shall submit invoices to the Board for: (i) Contract Price as set forth in **Exhibit B**, in monthly installments, with respect to the portion of the Contract Price that is due and owing in such month; (ii) Implementation Costs actually incurred and approved by the Board for the Implementation Services for the period from August 1, 2021 through September 30, 2021, along with documentation satisfactory to the Board evidencing such Implementation Costs; and (iii) any other amount due and owing by the Board hereunder in accordance with the terms of this Agreement, within a reasonable period after such fees or costs are incurred, subject to the terms of this Agreement, and in each case, providing a detailed explanation of such fees or costs and documentation satisfactory to the Board evidencing any such fees or costs. All invoices must be submitted electronically via email in PDF format to cpsinvoice@cps.edu. Each email may only contain one invoice and must include the Vendor's name and the CPS Purchase Order number. Orders must be on the Board's Standard Purchase Order Form. The terms and conditions found on the Board's Purchase Order shall apply to the extent that such terms supplement and are not inconsistent with the terms and conditions contained in this Agreement. All invoices must include:

- Vendor name and payment address
- Unique invoice number (determined by Vendor)
- Valid purchase order number (only one PO number may be referenced on each invoice)
- Invoice date
- Itemized description of the Services rendered and/or goods delivered
- Date the Services were provided and/or goods were delivered to CPS
- Detailed pricing information such as quantities, unit prices, discount, and final net amount due.

Invoices shall be submitted in a timely manner. The final invoice shall be submitted no later than ninety (90) days after the expiration or termination of this Agreement. If the Vendor has more than one contract with the Board, separate invoices must be submitted for each contract. The Board shall process payments in accordance with the Local Government Prompt Payment Act 50 ILCS 505/1 et seq. in its normal course of business after receipt of invoices and all supporting documentation necessary for the Board to verify the Services provided under this Agreement. The Board reserves the right to request additional information and supporting documentation necessary for the Board to verify the Services provided under this Agreement. The Board has the right to offset any overcharge against any amounts due to Vendor under any other agreement Vendor may have with the Board. The Board may, at its sole discretion, make electronic payments for all invoices using ACH payments.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

E. <u>Withholding Payment</u>. The Board may, in whole or in part, decline to approve any request for payment hereunder, withhold or offset against any payment or, due to subsequently discovered evidence or inspection, nullify any payment previously made to such extent as may be necessary, in the Board's reasonable opinion resulting from Vendor's failure to comply with the terms of the Agreement, to protect the Board from loss due to Vendor's failure to meet its obligations hereunder. In the event that the Board is considering withholding payment, the Board shall provide Vendor written notice and the parties shall have ten (10) business days to resolve any issues prior to Board withholding payment. The conditions or occurrences for which the Board may withhold or offset against any payment include without limitation Vendor's failure to provide Services in accordance with this Agreement, including Service Level Requirements and Vendor's failure to timely make payments owed to any Subcontractor. If, through subsequently discovered evidence or subsequent observations, the Board becomes aware that it could have withheld approval and payment (but did not), the Board reserves the right to deduct the applicable amount from later invoices or obtain a credit from Vendor for the applicable amount; provided, however, the Board shall be obligated to provide Vendor prior written notice and the parties shall have ten (10) business days to resolve any issues prior to the Board deducting amounts. The provisions of this Section shall not lessen or diminish, but shall be in addition to, the right or duty of the Board to withhold payments under the provisions of Applicable Law respecting the withholding of sums due to Vendor.

9. **<u>Performance and Payment Bonds</u>.**

A. <u>Vendor Performance and Payment Bond</u>. Prior to commencing the Services under this Agreement, at its own expense, Vendor shall furnish to the Board's Chief Procurement Officer with a performance and payment bond ("**Services Performance and Payment Bond**"). The Services Performance and Payment Bond for each year of the Term shall be in the amounts set forth below and delivered to the Board as follows. The amount of any Services Performance and Payment Bond for any renewal term shall set forth by the Board at the time of such renewal:

i. <u>Year 1 Services Performance and Payment Bond</u>. The Services Performance and Payment Bond covering the period from July 1, 2021 through June 30, 2022 shall be delivered to the Board upon execution of this Agreement or July 1, 2021, whichever is later, and shall be in an amount equal to five percent (5%) of the Year 1 Contract Price (as defined on **<u>Exhibit B</u>** attached hereto) ("**Year 1 Bond**").

ii. <u>Year 2 Services Performance and Payment Bond</u>. The Services Performance and Payment Bond covering the period from July 1, 2022 through June 30, 2023 shall be delivered to the Board no later than July 1, 2022 and shall be in an amount equal to five percent (5%) of the Year 2 Contract Price (as defined on **<u>Exhibit B</u>** attached hereto) ("**Year 2 Bond**").

iii. <u>Year 3 Services Performance and Payment Bond</u>. The Services Performance and Payment Bond covering the period from July 1, 2023 through June 30, 2024 shall be delivered to the Board no later than July 1, 2023 and shall be in an amount equal to five percent (5%) of the Year 3 Contract Price (as defined on **<u>Exhibit B</u>** attached hereto) ("**Year 3 Bond**").

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

    iv.  The Year 1 Bond, the Year 2 Bond and the Year 3 Bond are collectively referred to as the "**Services Performance and Payment Bond**". The Services Performance and Payment Bond for each year of the Term shall comply with the Bond Requirements set forth below, and shall also be written on an annually renewable basis based on the amounts set forth above for each year of the Term.  Vendor shall use its surety's final bond form or, upon written notice from Vendor to the Board, the following language shall be deemed to be added to this Section:

The term of the bond shall be one year, and the term may be extended by the Surety by Continuation Certificate; provided however, that neither non-renewal by the Surety, nor the failure or inability of Vendor to file a replacement bond in the event of non-renewal, shall itself constitute a loss recoverable under the bond or any renewal or continuation thereof.

B.  <u>Bond Requirements</u>. The Bonds shall, in each instance, comply with the following requirements, which are referred to collectively as the "**Bond Requirements**", each Bond shall:  (i) expressly reference this Agreement; (ii) name the Board of Education of the City of Chicago as the sole beneficiary; (iii) be in a form satisfactory to the Board, and issued by a reputable surety company that is: (a) listed on the U.S. Department of Treasury List of Approved Sureties; (b) rated A-, Class VII or better by A.M. Best; (c) licensed as a surety to issue and sign performance bonds by the State of Illinois; (d) acceptable to and approved by the Board in its sole discretion; (iv) be furnished with a current sealed, certified, original, first hand signature power of attorney of an authorized officer of the surety signing on behalf of the surety (facsimile or digital signatures shall not be accepted by the Board), notarized with such officer's official title identified; (v) not contain any forfeiture language, including forfeiture or lapse in the event of an assignment by Vendor (or any Subcontractor, as applicable) for the benefit of creditors or consent by Vendor (or any of its Subcontractor) to the appointment of a trustee or receiver or the filing by or against Vendor of any petition or proceeding under any bankruptcy, insolvency or similar law (collectively "**Bankruptcy Event**"); (vi) provide for guaranteed payment, security and priority to the Board to protect against any default by Vendor, including guaranteed coverage and payment obligation continuing during any Vendor Bankruptcy Event.  Vendor acknowledges and agrees that the Board shall have no obligation to make any payments under this Agreement and shall have no liability to Vendor hereunder unless and until the Vendor has provided the Bonds in compliance with the Bond Requirements. Vendor acknowledges and agrees that the Board shall be entitled to withhold payment for payment associated with those services that are not bond compliant.  The Bonds shall be security for the faithful performance of the Services provided by Vendor under this Agreement and the payment of all persons supplying labor, Supplies, Equipment and services of any nature to Vendor in connection with the Services hereunder.

10.    **Vendor Staffing Commitments and Requirements.**

    A.  <u>Vendor Staffing Commitment</u>. At all times during the Term, Vendor shall maintain a minimum of the Vendor proposed staffing levels listed in the staffing plan described in **<u>Exhibit A</u>** and at no time should drop below 95% of the staffing plan staffing levels outlined in **<u>Exhibit A</u>** unless agreed upon by CPS Chief of Facilities.  The foregoing Custodial Manager, Lead Custodian, and Custodian staffing requirements as well as the 1225 to be provided by the Board ("**Board Custodians**" and collectively with the Vendor Personnel "**Minimum Staffing Requirements**").  The Minimum Staffing Requirements may only be adjusted upon review of operational requirements and written approval by the Board's Facilities Chief and the Board's Chief Procurement Officer, in their sole discretion. If Vendor is directed by Board to modify

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

staffing of Custodial Managers, Lead Custodians and/or Custodians above the staffing levels defined in this Section, except in the event that the additional staffing is required to comply with the Service Level Requirements, then (i) such increase shall be documented with an Amendment to this Agreement signed by both Parties, (ii) Board shall reimburse Vendor in accordance with **Exhibit B**, and (iii) such amount shall be included as part of the Maximum Compensation Amount. If the Board later determines to lower the additional or minimum staffing requirements under this provision, then Vendor reserves the right to initiate a layoff process for staffing above the Minimum Staffing Requirements; provided however, the Vendor shall be obligated to provide Board prior written notice and the parties shall have ten (10) business days to resolve any issues prior to the Vendor initiating the layoff process. In the event Vendor chooses to hire additional personnel above the Minimum Staffing Requirements described herein without the documented approval of the Board's Chief of Facilities, then such amounts shall be paid by Vendor, not to be reimbursed by the Board.

B. <u>Staffing Plan</u>.  In addition to comply with the Minimum Staffing Requirements, Vendor shall within thirty (30) days of the Effective Date, provide the Board with a staffing plan detailing the allocation of the Custodial Managers, Lead Custodians and Custodians at each Board Facility for the Term, in accordance with the requirements in **Exhibit A** ("**Staffing Plan**"). A tentative draft of the Staffing Plan is attached to this Contract as **Exhibit C**. The Staffing Plan is subject to review and written approval by the Board's Facilities Chief and following such approval, may not be adjusted by Vendor without written approval of the Board's Facilities Chief. Any proposed reductions to the Minimum Staffing Requirements and the Staffing Plan must be approved in writing by the Board in advance of such reduction, and all decisions relating to such proposed reductions (including, but not limited to communications regarding the same with CPS staff, school principals and third parties) shall be made in cooperation with the Board and subject to approval by the Board's Facilities Chief and CPO.

C. <u>Board Employee Management</u>. Vendor shall have the authority and the obligation, to the extent permissible by Applicable Laws, and subject to the terms and conditions set forth herein and in compliance with any applicable collective bargaining agreements, to manage and direct Board employees who are providing Custodial Services as described in **Exhibit A** at the Board Facilities under this Agreement. Vendor will direct and supervise all Vendor Personnel and Board Custodians providing Custodial Services at the Board Facilities. Vendor shall be responsible for managing day to day supervision, training and development of such Board Custodians and for documenting and maintaining complete performance records relating to each such Board Custodian, which records shall be updated regularly, maintained for the period required hereunder and provided to the Board upon request. Vendor shall also be responsible for timely presenting the Board with any issues and concerns relating to any Board Custodian providing Custodial Services under the supervision of Vendor, including recommending disciplinary action to the Board as conditions and actions may necessitate. At the direction, authorization and approval of the Board in each instance following review of any disciplinary recommendation made by Vendor, Vendor shall issue disciplinary action as specifically authorized by the Board in each such instance, in strict compliance with Board policies, guidelines and direction. Notwithstanding the foregoing or any other provision in this Agreement to the contrary, the Board shall retain exclusive control of the terms and conditions of the employment of Board employees, including, without limitation, the hiring, firing, promotion, discipline, compensation, and work duties of such Board employees; provided however that the Vendor may, in accordance with the terms above, provide written

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

recommendations to the Board from time to time regarding employment, compensation, promotion, discipline, discharge, staffing levels and performance and progress evaluations with respect to Board Custodians.

D.  Alcohol and Drug Testing.  Vendor shall maintain a written policy regarding drug and/or alcohol testing of Vendor Personnel ("**Vendor Drug and Alcohol Policy**"), that shall comply with the Board's Drug and Alcohol Free Workplace Policy (06-0726-PO2) ("**CPS Drug and Alcohol Policy**"), as amended, and Vendor shall ensure that each of its Vendor Personnel and all Subcontractors are aware of their obligations to comply with the Vendor Drug and Alcohol Policy and the CPS Drug and Alcohol Policy.  Vendor shall implement the Vendor Drug and Alcohol Policy throughout the Term and shall monitor Vendor Personnel for any indications of non-compliance with such policy.  The Vendor Drug and Alcohol Policy shall require the testing of any Vendor Personnel directly or indirectly involved in any incident or accident in which a physical injury has occurred immediately following the incident or accident. In order to ensure that all Subcontractors maintain and implement similar testing policies, Vendor shall expressly require compliance with the terms of the CPS Drug and Alcohol Policy and Vendor Drug and Alcohol Policy in each of Vendor's Subcontracts.  If the results of any drug or alcohol testing of Vendor Personnel are positive, Vendor shall immediately contact the CPS Project Manager concerning the results.  The Board reserves the right, in its sole discretion to require the removal from a Board Facility, either temporarily or permanently, of any person in violation of, (or believed to be in violation of, pending testing results) the CPS Drug and Alcohol Policy.

E.  CPS Policy. Vendor shall ensure that all CPS Policies are observed and followed by all Vendor Personnel and Subcontractors. The Board reserves the right, in its sole discretion to require removal from a Board Facility, either temporarily or permanently, of any person in violation of CPS Policies.

D.  Prevailing Wages:  If in the performance of the Agreement, there is any underpayment of wages by Vendor, the Board may withhold from payments due to Vendor an amount sufficient to pay to employees underpaid the difference between the wages required to be paid and the wages actually paid such employees for the total number of hours worked. The amounts withheld shall be disbursed by the Board for and on account of Vendor to the respective employees to whom the wages are due. In the event the Board is required to withhold and disburse said amounts of underpaid wages to Vendor's employees, the Board shall also withhold a sum equal to the Board's cost to administer the payment of said balance of salaries due. The amount withheld shall be disbursed by the Board for and on account of Vendor to the respective employees to whom they are due.

11.  **Service Levels**.

A.  Service Levels.  Vendor shall perform the Services in compliance with the Service Level Requirements as outlined in **Exhibit D**, and where no KPI or SLA is provided for any portion of the Services, such Services shall be at least equal to industry best practices and standards of first tier vendors of services similar to the Services provided by Vendor hereunder, and in no event shall any such Services fall below the degree of accuracy, quality, completeness, timeliness, responsiveness, security and efficiency as was provided at the Board Facilities prior to the Effective Date of this Agreement.

B.  Service Level Failure. Vendor shall inform the Board immediately if Vendor is unable, or is reasonably likely to be unable, to provide the Services in accordance with the Service Level

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Requirements, is otherwise unable to provide the Services in compliance with the terms and conditions of this Agreement or if any organizational, security-related or other issues will materially affect, or are reasonably likely to materially affect, the delivery of the Services. Without limiting the remedies available to the Board hereunder, including the Board's remedies for an Event of Default (or a Non-Curable Event of Default, as applicable) or the Board's right hereunder to assess SLA Liquidated Damages (defined in **Exhibit D**), upon Vendor's failure to provide any of the Services in accordance with the Service Level Requirements, resulting in an SLA Deficiency (as defined in **Exhibit D**), and SCAR (as defined in **Exhibit D**) and upon receipt of written notice from the Board regarding the same, Vendor shall immediately take the following actions: (i) perform an analysis to identify the underlying cause of such failure; (ii) identify the procedures necessary for most quickly and efficiently correcting the failure and for immediately implementing such procedures to effectuate the correction; (iii) provide the Board with a report detailing the findings and procedures identified and implemented to correct the failure; and (iv) implement appropriate preventive measures so that the problem does not reoccur.

C. <u>Evolution and Improvement of Services</u>. It is anticipated that the Services will evolve and be supplemented, improved and enhanced by Vendor over time to keep pace with advancements and improvements in industry standards and best practices, means and methods of delivering similar services, including, implementation of technology or processes related to the Services that are likely to improve the efficiency and effectiveness of the Services and/or result in cost savings to the Board. Any such changes to the Services must be reviewed with the Board's Facilities Chief and approved by the Board in writing, to the extent such changes reflect a material change to the Services.

D. <u>Cooperation with Third Parties</u>. Vendor understands and acknowledges that the Board may retain other vendors or suppliers (collectively the "**Third Party Vendors**") to perform certain services at the Board Facilities which are related to the Services performed by Vendor. Vendor shall coordinate its performance of Services with the services of Third Party Vendors in order to facilitate efficient, successful completion of each project or performance of the Services and such Third Party Vendor services. Vendor shall take such action as necessary or desirable to coordinate and cooperate with Third Party Vendors, including without limitation, providing cooperation and information to and attending meetings with such Third Party Vendors. Vendor shall coordinate the Services with all such services being provided by any Third Party Vendor, and shall cooperate with the Board and each Third Party Vendor to allow such Third Party Vendor to provide its services (including services similar to the Services) or products in an integrated and seamless manner without disruption to the Board's operations.

12. **Designated Project Managers**. Each Party shall designate a project manager (each a "**Project Manager**") who shall serve as the primary representative to the other Party with respect to performance of such Party under this Agreement. The initial Project Managers are named in **Exhibit A**. The Vendor Project Manager shall (i) have overall responsibility for managing and coordinating the performance of Vendor's obligations under this Agreement, and (ii) be authorized to act for and on behalf of Vendor with respect to all matters relating to this Agreement. Any Project Manager provided by Vendor shall not have the authority to execute any contractual documents on behalf of the Vendor. Vendor's Project Manager shall be deemed Key Personnel as set forth in **Exhibit A**.

13. **Knowledge Transfer.** Upon the request of the Board, Vendor shall make good faith efforts during the Term of the Agreement to provide Board with training of Board employees for the purpose of transferring to Board the non-proprietary know-how utilized by Vendor to perform the Services. The knowledge transfer shall be sufficient to enable the Board's employees to perform the Services

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

in the event that the Board is required to step in to perform the Services or for any other reason resulting in transfer of the Services from Vendor. Any costs associated with this section shall be discussed and agreed to by the Parties at that time.

14.     **Custodial Supplies and Custodial Equipment.** Except as may be expressly set forth in the Agreement or its Exhibits and Attachments, Vendor shall furnish all Supplies and Equipment necessary or desirable to provide the Services. Upon the complete reimbursement for the purchase, title to any consumable Supplies purchased by Vendor for the Services hereunder shall be held by the Board.

15.     **Reports.** Vendor shall maintain, at a location acceptable to the Board, records that document Vendor's performance of the Services as further detailed in **Exhibit A.** Vendor shall provide the Board with assistance in connection with any reporting requirements under Applicable Laws. Such assistance shall include providing accurate reports, records, logs and other information that the Board may request from time to time as to the Services provided hereunder.

16.     **Time is of the Essence.** Time is of the essence with respect to the Services performed under this Agreement. Execution of this Agreement shall constitute Vendor's representation and warranty that Vendor is fully capable of performing, and will perform the applicable obligations hereunder in accordance with the timing set forth herein or as directed by the Board from time to time.

17.     **Non-appropriation.** Expenditures not appropriated by the Board in its current fiscal year budget are deemed to be contingent liabilities only and are subject to appropriation in subsequent fiscal year budgets. In the event no funds or insufficient funds are appropriated and budgeted in any subsequent fiscal period by the Board for performance under this Agreement, the Board shall notify Vendor and this Agreement shall terminate on the earlier of the last day of the fiscal period for which sufficient appropriation was made or whenever the funds appropriated for payment under this Agreement are exhausted. Payments for Services completed to the date of notification shall be made to Vendor except that no payment shall be made or due to Vendor under this Agreement beyond those amounts appropriated and budgeted by the Board to fund payments under this Agreement.

18.     **Termination, Suspension of Services, Events of Default and Remedies.**

    A.  Early Termination. Either Party may terminate the Agreement in whole or in part, without cause, at any time, by a notice in writing from such terminating Party to the other Party in accordance with the notice provisions herein. The effective date of termination shall be three hundred and sixty-five (365) calendar days from the date the notice is received or the date stated in the notice, whichever is later. This provision is subject to ratification by the Board at the October 2021 Board meeting because it is inconsistent with the authority granted in Board Report 21-0728-PR14.

    After notice is received, Vendor must restrict its activities, and those of its Subcontractors, to winding down any reports, analyses, or other activities previously begun. No costs incurred after the effective date of the termination are allowed. Payment for any Services actually and satisfactorily delivered before the effective date of the termination is on the same basis as set forth in the Compensation Section of the Agreement.

    Vendor must include in its contracts with Subcontractors an early termination provision in form and substance equivalent to this early termination provision to prevent claims against the Board arising from termination of Subcontracts after the early termination of the Agreement.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Vendor shall not be entitled to make any early termination claims against the Board resulting from any Subcontractor's claims against Vendor or the Board to the extent inconsistent with this provision.

B. <u>Suspension of Services</u>. The Board may, upon twenty one (21) calendar day's written notice, direct Vendor to suspend Services in whole or part. Vendor shall promptly resume performance of Services upon written notice from the Board and upon such equitable extension of time as may be mutually agreed upon in writing by the Board and Vendor. Responsibility for any additional costs or expenses actually incurred by Vendor as a result of remobilization shall be determined by mutual agreement of the Parties. During the period of time that Services are suspended all costs incurred by Vendor will be billed back to the Board as a Direct Cost as mutually agreed upon by the Parties in advance, including but not limited to, amortization costs.

19. **Events of Default.** ("**Events of Default**") include, but are not limited to, any of the following:

A. Any action or failure to act by Vendor which affects the safety and/or welfare of Board students or staff;

B. Any material misrepresentation by Vendor in the inducement of the Agreement or the performance of the Services;

C. Breach of any term, condition, representation, or warranty made by the Vendor in this Agreement;

D. Failure of Vendor to perform any of its obligations under this Agreement including, without limitation, the following:

   i. Failure to timely perform any portion of the Services in accordance with the terms, conditions, and specifications of this Agreement;

   ii. Failure to perform the Services with sufficient personnel or material to ensure the timely performance of Services;

   iii. Failure to enforce compliance with uniform and safety and security policies;

   iv. Failure to comply with the Service Level Requirements, or any part thereof;

   v. Failure to comply with Supplier Corrective Action Request, or any part thereof;

   vi. Failure to perform the Services, or any part thereof, in a manner reasonably satisfactory to the Chief Procurement Officer of the Board;

   vii. Failure to promptly re-perform or re-deliver Services or Supplies that were rejected by the Board as incomplete or unsatisfactory within a reasonable time and at no cost to the Board;

   viii. Discontinuance of the Services for reasons within Vendor's reasonable control;

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

    ix.    Failure to comply with any term of this Agreement, including but not limited to, the provisions concerning insurance and non-discrimination and any other acts specifically stated in this Agreement constituting an Event of Default;

    x.    Failure of Vendor to comply at any time during the Term with any of the Bond Requirements set forth in herein; or

    xi.    Failure to meet MBE/WBE project participation goals.

E.    Default by Vendor under any other agreement Vendor may have or may enter into with the Board;

F.    Where Services include contact with students, any failure to comply with the Background Check requirements, in whole or in part; and

G.    Assignment by Vendor for the benefit of creditors or consent by Vendor to the appointment of a trustee or receiver or the filing by or against Vendor of any petition or proceeding under any bankruptcy, insolvency or similar law.

The Events of Default set forth in the following subsections of this Section 19, subsection 19.A. (student and staff safety and welfare), subsection 19.B (material misrepresentation), subsection 19.F. (Background Check), subsection 19.C (Representations or Warranties), subsection 19.D.iv (Service Level Requirements), subsection 19.D.vii. (Discontinuation of Services), subsection 19.D.ix (discrimination), and 19.G. (assignment of contract), are each a "**Non-Curable Event of Default**", for which Vendor does not have an opportunity to cure under Section 21 (collectively, "**Non- Curable Events of Default**").

20.    **Default by the Board**. In the event the Board fails to pay Vendor undisputed amounts due and owing in accordance with the terms in **Exhibit B** ("**Payment Default**"), Vendor shall provide written notice to the Board for each such Payment Default ("**Payment Default Notice**"). Upon receipt of a Payment Default Notice by the Board, the Board shall thereafter have ninety (90) days to cure each such Payment Default. If the Board fails to cure a Payment Default within ninety (90) days after receipt of the Payment Default Notice, Vendor shall, upon ninety (90) days prior written notice to the Board, have the right to suspend and/or terminate this Agreement ("**Termination Notice**"), provided that the foregoing shall in no way limit the Board's payment obligations hereunder (including without limitation **Exhibit B** of this Agreement) or otherwise in connection with the Local Government Prompt Payment Act 50 ILCS 205/1 et seq. Notwithstanding the foregoing, the Parties agree that a Payment Default shall not occur and Vendor shall have no right to provide a Payment Default Notice with respect to any invoices that are the subject of a then-existing good faith dispute between Vendor and the Board.

21.    **Remedies.**  Subject to the terms herein, the Board in its sole discretion may declare Vendor in default if the Vendor commits an Event of Default, including a Non-Curable Event of Default. The occurrence of any Event of Default (excluding Non-Curable Events of Default, for which Vendor does not have an opportunity to cure) which Vendor fails to cure within fifteen (15) calendar days after receipt of notice given in accordance with the terms of this Agreement specifying the Event of Default in reasonable detail, or which, if such Event of Default cannot be reasonably cured within fifteen (15) calendar days after notice, Vendor fails to commence and continue diligent efforts to cure in the sole

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

opinion of the Board, may permit the Board to declare Vendor in default of this Agreement ("**Cure Period**"). Provided however, that Vendor must immediately after receipt of notice of a Non-Curable Event of Default regarding subsection 19.A. (student and staff safety and welfare) promptly take any and all necessary steps to eliminate any imminent danger to such CPS students and staff, though such action shall not be deemed as cure of such Non-Curable Event of Default by Vendor. Whether to declare Vendor in default of this Agreement for an Event of Default is within the sole discretion of the Chief Procurement Officer (subject to the terms of this Agreement). The Chief Procurement Officer shall give the Vendor written notice of the Event of Default either in the form of a cure notice ("**Cure Notice**") or, in the case of a Non-Curable Event of Default, a notice of default at the discretion of the Chief Procurement Officer ("**Default Notice**"). If the Chief Procurement Officer gives a Default Notice stating that he/she has decided to terminate this Agreement, in whole or in part, then that decision is final and effective on giving of the notice or on the date set forth in the notice, whichever is later. The Chief Procurement Officer may give a Default Notice if Vendor fails to effect a cure of an Event of Default as permitted hereunder within the Cure Period, or, in the event that the Event of Default cannot be cured completely within the Cure Period, Vendor fails to begin reasonable efforts to effect a cure within the Cure Period. If the Chief Procurement Officer decides not to terminate, then she or he may decide at any time thereafter to terminate this Agreement in a subsequent Default Notice, provided the Event of Default is continuing and remains uncured (if curable). Vendor must discontinue all Services unless otherwise specifically directed otherwise in the Default Notice, and Vendor must deliver to the Board all materials prepared or created in the performance of this Agreement, whether completed or in-process as required hereunder.

Upon the occurrence of: (i) an Event of Default, subject to the terms above relating to Vendor's Cure Period for curable Events of Default; or (ii) a Non-Curable Event of Default (defined below), the Board may invoke any or all of the following remedies:

A. The right to take over and complete the Services or any part thereof, by contract or otherwise as agent for and at the cost of Vendor, either directly or through others. Vendor shall be liable to the Board for any excess cost reasonably incurred by the Board. Any amount due Vendor under this Agreement or any other agreement the Vendor may have with the Board may be offset against amounts claimed due by the Board.

B. The right to terminate this Agreement, in whole or in part, as to any or all of the Services yet to be performed, effective at a time specified by the board.

C. The right to suspend the performance of Services during the cure period if the default results from Vendor's action or failure to act which affects the safety or welfare of students or Board staff. In the event that Services are resumed, Vendor shall not be entitled to seek reimbursement from the Board for any additional cost or expenses incurred as a result of remobilization.

D. The right to specific performance, an injunction, or any other appropriate equitable remedy.

E. The right to money damages.

F. The right to withhold all or part of Vendor's compensation or other amounts due under this Agreement for any and all damages incurred as a result or in consequence of an Event of Default.

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

    G. The right to deem Vendor non-responsible in future contracts to be awarded by the Board, pursuant to the Board's Debarment Policy (08-1217-PO1), as may be amended.

The Board may elect not to declare Vendor in default or to terminate the Agreement. The parties acknowledge that this provision is solely for the benefit of the Board and that if the Board permits Vendor to continue to provide the Services despite one or more Events of Default, Vendor shall in no way be relieved of any responsibilities, duties or obligations under the Agreement nor shall the Board waive or relinquish any of its rights under the Agreement, at law, in equity or by statute, nor shall the Board be deemed to have waived or relinquished any of the rights it has to declare an Event of Default in the future. If the Chief Procurement Officer decides not to terminate, then she or he may decide at any time thereafter to terminate the Agreement, in whole or in part, in a subsequent Default Notice.

The remedies under the terms of the Agreement are not intended to be exclusive of any other remedies provided, but each and every such remedy shall be cumulative and shall be in addition to any other remedies, existing now or hereafter, at law, in equity or by statute. No delay or omission to exercise any right or power accruing upon the occurrence of any Event of Default shall be construed as a waiver of any Event of Default or acquiescence thereto, and every such right and power may be exercised from time to time and as often as may be deemed expedient.

If the Board's election to terminate the Agreement for default under this Section is determined by a court of competent jurisdiction to have been wrongful, then in that case the termination is to be considered an early termination pursuant to the Early Termination Section above.

22.    **Liquidated Damages for SLA Failure**. Because of the difficulty ascertaining and quantifying the actual damages which the Board may sustain, should the Vendor fail to perform Custodial Services as required under the Agreement, the Board shall have the right to assess the liquidated damages set forth in herein for failure by the Vendor to meet the performance guarantees described herein. The Board and the Vendor have agreed to the Liquidated Damages as described in **Exhibit D**.

Subject to the limitations in **Exhibit D**, Vendor shall pay the liquidated damages described herein as liquidated damages and not by way of penalty, to the Board and the Vendor shall authorize the Board to deduct the amount of such liquidated damages from money due the Vendor for the Maximum Compensation Amount. If the monies due the Vendor are insufficient to pay the liquidated damages, the Vendor shall pay the Board such amount(s) within thirty (30) calendar days after receipt of a written demand by the Board. In its sole discretion, the Board shall have the right to elect not to assess liquidated damages. Failure by the Board to assess liquidated damages in any particular instance or occasion shall not preclude or constitute a waiver of the Board's right to assess such damages at a later time, or on a subsequent occasion. The Board's right to assess liquidated damages shall not preclude the assertion of, or be exclusive of, any other available remedy including the right to terminate this Agreement.

Liquidated damages will not be assessed if poor performance results from "Force majeure." The terms "Force Majeure" as used herein means acts of god; labor strikes; acts of public enemy, blockades, wars, insurrections or riots; landslides, earthquakes, fires, storms, floods, washouts, governmental restraints, either federal or state, civil or military; civil disturbances; and explosions.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Liquidated damages also will not be assessed if Vendor's poor performance results from (i) the failure of the Board to follow Vendor's recommendations regarding hiring, discipline and discharge of Board Custodians; and/or (ii) vandalism or other causes outside Vendor's control.

23.    **Termination Action, Turnover of Documents and Records**. Upon expiration of the Term or other termination as provided hereunder, Vendor shall work with the Board to develop a plan to wind-down and transfer the Services, mitigate costs associated with such transition and preserve any Board Data (defined below) or other materials  (whether in progress or completed) until the Board or the Board's designee takes possession thereof.

A.    Transition. Upon expiration or termination of all or part of the Services or this Agreement for any reason, Vendor shall (i) take all actions necessary to accomplish a complete, efficient and timely transition of the Services from Vendor to the Board, or to any replacement Third Party Vendor by the Board without material impact on the Services and without any material impact on any other services provided by Third Party Vendors; (ii) timely cooperate with all Board requests for information regarding the Services and provide such requested information within ten (10) days following such request; (iii) ensure the prompt and orderly conclusion of all Services, as the Board may direct, including completion or partial completion Services in process, providing status and documentation of Services in process; and (iv) comply with any other requests or take such action as may be necessary or desirable to ensure an orderly transition of the Services ("**Termination Transition Services**").

B.    Development of Termination Transition Plan. As part of the Termination Transition Services, upon the request of the Board, Vendor shall assist the Board in developing a termination transition plan which shall specify the tasks to be performed by the Parties in connection with all services necessary to seamlessly transition the Services from Vendor to the Board or its designee, including a description of the Termination Transition Services, a timeline for the performance of such tasks and such other deliverables and documentation (such as operating manuals) that will promote an orderly transition of the Services.  Vendor shall provide any additional transition services as Board requests in writing for a period of up to one (1) year after the termination or expiration of this Agreement for any reason, on a time and materials basis, at a rate to be mutually agreed upon between the Board and Vendor.

C.    Equipment and Supplies.   Any equipment purchased pursuant to the Equipment Investment as detailed in **Exhibit B** shall be amortized in accordance with the terms thereunder. Any consumable supplies purchased will be reimbursed as a Direct Cost and title to such consumable supplies shall pass to the Board upon full reimbursement.

a.    Vendor shall furnish any and all Custodial Supplies and Consumables  and Custodial Equipment  as necessary or required to complete or carry out the Services fully and to the standard of performance requirement in this Agreement, as a Direct Cost.

b.    The Board shall make secure storage and janitorial areas available to the Vendor at the Board Facilities to store Custodial Supplies/consumables and Custodial Equipment.

c.    Title to any Custodial Supplies/consumables purchased by Vendor prior to the expiration or early termination of this Agreement shall vest in the Board, upon reimbursement of the Direct Costs charged to the Board for such Custodial

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Supplies/consumables.  Vendor shall transfer title to, the Custodial Equipment to the Board pursuant to and in accordance with the terms of Section 14 of the Agreement.  Vendor, at the Board's request, shall execute and deliver any bills of sale, assignments or other documents of conveyance reasonably necessary to evidence the vesting of title in and to such Custodial Supplies to the Board and the conveyance of the Custodial Equipment to the Board.

24.    **Board Confidential Information, Dissemination of Information, Ownership, Survival.** For the purposes of this Section and subsections A through K below, the term "Work Product" shall exclude any and all (i) third-party intellectual property and (ii) pre-existing intellectual property and Vendor Proprietary Materials (defined below) that are delivered to the Board as part of the Services to be provided by Vendor hereunder or are imbedded in any Work Product to be delivered to the Board by Vendor hereunder.

A.  Confidential Information. In the performance of the Agreement, Vendor may have access to or receive certain information that is not generally known to others ("**Confidential Information**" or "**Board Data**"). Vendor acknowledges that Confidential Information may include but is not limited to, proprietary information, copyrighted material, business plans, financial data, student data, educational records, employee data, information relating to health records, and other information of a personal nature. It is  understood that Confidential Information may  also include confidential or proprietary information of third parties provided by the Board to Vendor in the course of the performance of Services under the Agreement. Confidential Information will not include information that is: (i) or becomes part of the public domain through no fault of Vendor; (ii) made available to Vendor by an independent third party having the legal right to make such disclosure; and (iii) information that can be established and documented by Vendor to have been independently developed or obtained by Vendor without violating the confidentiality obligations of the Agreement and any other agreements with the Board.

B.  Use of Confidential Information: Vendor shall only use Confidential Information for the sole purpose of providing Services to the Board and shall not disclose the Confidential Information except to those of its directors, officers, agents, servants, employees, and contractors who need to know the Confidential Information in order to perform the Services set forth in the Agreement. Vendor shall not copy or otherwise reproduce the Confidential Information for any purposes outside the terms of the Agreement without the prior written consent of the Board. Vendor shall use at least the same standard of care in the protection of Confidential Information as Vendor uses to protect its own confidential information, but in any event, such Confidential Information shall be protected in at least a commercially reasonable manner. Notwithstanding the foregoing, it is understood and agreed that such protection of the Confidential Information may be subject to the special requirements set forth in the Family Educational Rights and Privacy Act ("**FERPA**") and the Illinois School Student Records Act ("**ISSRA**").

C.  Handling of Confidential Information: Vendor shall protect against the unauthorized access, use or disclosure of Confidential Information by employing security measures when handling Confidential Information that are no less protective as those used to protect Vendor's own confidential information and at least as secure as the following. When handling Confidential Information, Vendor shall:

DocuSign Envelope ID: 8A8FC2E3-17BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

i. When mailing physical copies of Confidential Information, send the Confidential Information in a tamper-proof, labeled container, with a tracking number and a delivery confirmation receipt. Vendor shall not send with encrypted Confidential Information, via mail or electronically, any password or other information sufficient to allow decryption.

ii. Not store any Confidential Information on portable or removable electronic media, such as CDs, DVDs, electronic tape, flash drives, etc.

iii. Not leave Confidential Information in any medium unsecured and unattended at any time.

iv. Keep all physical copies (paper, portable or removable electronic media, or other physical representations) of Confidential Information under lock and key, or otherwise have sufficient physical access control measures to prevent unauthorized access.

v. Password protect any laptop or other electronic device that contains Confidential Information. Additionally, any laptop or other electronic device that contains Confidential Information shall have its full hard drive encrypted with an encryption key of no less than 256 bits. Vendor shall not leave any laptop or other electronic device unattended without enabling a screen-lock or otherwise blocking access to the laptop or other electronic device. Vendor shall ensure that no password or other information sufficient to access a laptop or electronic device containing Confidential Information is attached to or located near the laptop or other electronic device at any time.

vi. Secure the Confidential Information stored on its systems, including but not limited to any servers, by employing adequate security measures to prevent unauthorized access to, disclosure and use of that information. These measures include appropriate administrative, physical, and technical safeguards, policies, procedures, and technical elements relating to data access controls. All Confidential Information must be secured in transit using secure FTP services or https/TLS 1.0+. Vendor must maintain industry recognized security practices to establish secure application(s), network, and infrastructure architectures.

vii. Ensure that the manner in which Confidential Information is collected, accessed, used, stored, processed, disposed of and disclosed within Vendor's Services and supporting enterprise complies with applicable data protection and privacy laws, as well as the terms and conditions of the Agreement.

viii. Conduct periodic risk assessments and remediate any identified security vulnerabilities in a timely manner. Vendor will also have a written incident response plan, to include prompt notification of the Board in the event of a security or privacy incident, as well as best practices for responding to a breach of Confidential Information security practices. Vendor agrees to share its incident response plan for a specific incident upon request.

ix. Assure that its systems, Services include at least the following safeguards:

    a. Include component and system level fault tolerance and redundancy in system design.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

    b.  Encrypt user passwords in any data storage location and obfuscate password entry fields in any entry interface controlled by the discloser.
    c.  Encrypt Confidential Information at rest and in transit.
    d.  Authentication of users at logins with a 256-bit or higher encryption algorithm.
    e.  Secure transmission of login credentials.
    f.  Automatic password change routine.
    g.  Trace user system access via a combination of system logs and Google Analytics.
    h.  Secure (encrypt) the audit trails and system generated logs and ensure that they are stored in locations that are inaccessible to automated content discovery software.
    i.  Conduct or undergo system level testing whenever new functionalities are added to the system to reconfirm system security measures are retained and functional, and that interaction with the Board systems is not degraded or compromised.
    j.  Employ an in-line intrusion prevention system that inspects incoming data transmissions.
    k.  Prevention of hostile and unauthorized intrusion.
    l.  Backup of all Confidential Information at least once every twenty-four (24) hours.
    m.  Perform content snapshots at least daily and retain for at least ninety (90) days.

  x.  Confidential Information shall be stored, backed up, and served only on servers located in the continental United States. Vendor's network where Confidential Information may be stored shall have an in-line intrusion prevention system that inspects incoming data transmissions. Vendor shall have a documented disaster recovery plan for the electronic systems where Confidential Information may be stored. Data stored in cloud-based systems must be protected in the same manner as local data as described throughout the Agreement.

D.  <u>Dissemination of Information.</u> Vendor shall not disseminate any Confidential Information and/or any Work Product (as defined below) obtained or developed in performance or delivery of Services and/or Materials for the Board to a third party without the prior written consent of an authorized representative of the Board. If Vendor is presented with a request for documents by any administrative agency or with a *subpoena duces tecum* regarding any Confidential Information and/or Work Product (as defined below) which may be in Vendor's possession as a result of Services and/or Materials provided under the Agreement, Vendor shall immediately give notice to the Board and its General Counsel with the understanding that the Board shall have the opportunity to contest such process by any means available to it prior to submission of any documents to a court or other third party. Vendor shall not be obligated to withhold delivery of documents beyond the time ordered by a court of law or administrative agency, unless the request for production or subpoena is quashed or withdrawn, or the time to produce is otherwise extended.

E.  <u>Destruction of Confidential Information</u>. Vendor shall, upon the termination or expiration of this Agreement and after the parties are no longer pursuing further contractual relationship, cease using and take commercially reasonable measures to destroy all Confidential Information (and all copies thereof) furnished by the Board or collected by Vendor in performance under this Agreement. Vendor shall take commercially reasonable measures to destroy all Confidential Information within five (5) business days of termination or expiration of

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

the Agreement. Vendor shall confirm by written affidavit to the Board that Vendor has complied with the requirement of this provision to destroy such items.

F.  Unauthorized Access, Use or Disclosure of Confidential Information. If the Vendor has actual knowledge of any unauthorized access, use, or disclosure of the Confidential Information, it shall: (i) notify the Board immediately, which shall be no more than twenty-four hours from the Vendor receiving notice of the unauthorized access, use, or disclosure of the Confidential Information; (ii) take prompt and appropriate action to prevent further unauthorized access, use, or disclosure; (iii) cooperate with the Board and any government authorities with respect to the investigation and mitigation of any such unauthorized access, use, or disclosure, including the discharge of the Board's duties under the law; and (iv) take such other actions as the Board may reasonably require to remedy such unauthorized access, use or disclosure, including if required under any federal or state law, providing notification to the affected persons.  Vendor shall bear the losses and expenses (including attorneys' fees) associated with a breach of Vendor's obligations for the protection and handling of Confidential Information including, without limitation, any costs: (1) of providing notices of a data breach to affected persons and to regulatory bodies; and (2) of remedying and otherwise mitigating any potential damage or harm of the data breach including, without limitation, establishing call centers and providing credit monitoring or credit restoration services, as requested by the Board.  Vendor shall include provisions consistent with this Section in contracts with any subcontractors providing any Services under the Agreement.

G.  Press Releases; Publicity; Board Intellectual Property.  Vendor shall not issue publicity news releases; grant press interviews; use any intellectual property belonging to the Board, including but not limited to the CPS logo or the logos of any schools during or after the performance of any Services without the prior written consent of authorized representatives of the Board. Furthermore, Vendor shall not photograph or film or cause others to photograph or film within any CPS school or facility without the prior express written consent of the Board's Chief Communications Officer or his/her designee.

H.  Injunctive Relief.  In the event of a breach or threatened breach of this Section, Vendor acknowledges and agrees that the Board would suffer irreparable injury not compensable by money damages and would not have an adequate remedy at law.  Accordingly, Vendor agrees that the Board shall be entitled to immediate injunctive relief to prevent or curtail any such breach, threatened or actual. The foregoing shall be in addition and without prejudice to such rights that the Board may have in equity, by law or statute.

I.  Volunteers, Employees, Agents and Subcontractors. Vendor agrees to cause its volunteers, employees, agents and subcontractors to undertake the same obligations regarding the handling of Confidential Information as agreed to by Vendor in the Agreement, to the extent applicable.

J.  Vendor Confidential Information and Vendor Proprietary Materials: All Vendor financial, statistical, operating and personnel materials and information, including, but not limited to, technical manuals, plans, policy and procedure manuals and computer programs relative to or utilized in Vendor's business or the business of any subsidiary or affiliate of Vendor, shall be the property of Vendor and shall be confidential ("**Vendor Confidential Information**"). The Board shall keep such information confidential and shall so instruct its agents, employees, and independent contractors, and the use of such information by the Board in any manner

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

shall not affect Vendor's ownership or the confidential nature of such information. The Board shall not photocopy or otherwise duplicate any such materials without the prior written consent of Vendor.

If the Board is presented with a request for documents by any administrative agency or with a subpoena duces tecum regarding any Vendor Confidential Information or Vendor Proprietary Materials which may be in the Board's possession, the Board shall, to the extent permitted by applicable law, give notice to Vendor with the understanding that the Vendor shall have the opportunity to contest such process by any means available to it prior to submission of any documents to a court or other third party. The Board shall not be obligated to withhold delivery of documents beyond the time ordered by a court of law or administrative agency, unless the request for production or subpoena is quashed or withdrawn, or the time to produce is otherwise extended.

The Board agrees that all proprietary computer software, systems and technology, signage, and marketing and promotional literature of Vendor used by Vendor in providing Services pursuant to this Agreement (the "**Vendor Proprietary Materials**") shall remain the property of Vendor, notwithstanding the fact that the Board may have been charged for the use of such materials. Vendor grants the Board a non-exclusive right to use the Vendor Proprietary Materials for the Term. All patents, copyrights, trade secrets and other proprietary rights in or related to the Vendor Proprietary Materials are and will remain the exclusive property of Vendor, whether or not specifically recognized or perfected. The Board will not take any action that jeopardizes Vendor's proprietary rights or acquire any rights in the Vendor Proprietary Materials. Unless otherwise agreed, Vendor will own all rights in any copy, modification, adaptation, or derivation of the Vendor Proprietary Material, including any improvement or development thereof. Nothing contained in this Section 22 shall limit or prohibit the Board from utilizing the know-how or processes utilized by Vendor in the delivery of the Services at the Board Facilities for the Board's own purposes, including delivery of the Services or similar services at the Board Facilities or other facilities of the Board following the termination or expiration of this Agreement. Upon the conclusion or other termination of this Agreement, all use of trademarks, service marks, and logos owned by Vendor or licensed to it by third parties shall be discontinued by the Board and the Board shall immediately return any Vendor Proprietary Materials to Vendor.

K. <u>Survival</u>. The provisions of this Section shall survive the termination or expiration of this Agreement.

23. **<u>Intellectual Property</u>.**

A. <u>Intellectual Property Defined</u>. Intellectual Property shall mean all trademarks, trade dress, copyrights and other intellectual property rights in the materials used in the performance of Services and delivery of Products under this Agreement.

B. <u>Board's Intellectual Property</u>. Vendor agrees that all Confidential Information, as well as any intellectual property arising therefrom, shall at all times be and remain the property of the Board. The Board's intellectual property shall include specifically any documents and materials created by the Board either alone or in cooperation with Vendor solely in connection with the Services for the Board, including but not limited to such materials that are adapted or reproduced from Vendor's Materials ("**Board Materials**").  Any and all unfinished documents, screens, reports, writings, procedural manuals, forms, source code, object code, workflow,

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

charts, methods, processes, drawings, maps, files, records, computer printouts, designs or other materials prepared in the performance of Services and explicitly marked as Work Product or as otherwise mutually agreed ("**Work Produc**t") is exclusively deemed to be "works for hire" within the meaning and purview of the United States Copyright Act, 17 U.S.C. § 101 et seq. To the extent that any Work Product does not qualify as a work for hire, the Vendor irrevocably grants, assigns, and transfers to the Board all right, title, and interest in and to the Work Product in all media throughout the world in perpetuity and all intellectual property rights therein, free and clear of any liens, claims, or other encumbrances, to the fullest extent permitted by law. Vendor shall execute all documents and perform all acts that the Board may request in order to assist the Board in perfecting or protecting its rights in and to intellectual property rights as defined in this Section. Board Materials shall exclude any and all (i) third party intellectual property, and (ii) pre-existing Vendor intellectual property that is delivered to the Board as part of the Products and Services. Upon written agreement between the parties, Vendor may be licensed to use the Board's intellectual property for specifically defined uses and terms.

C. <u>Vendor's Intellectual Property</u>. All Intellectual Property owned by Vendor prior to, created independently of the Services under this Agreement shall be and remain at all times "Vendor's Intellectual Property", provided that none of the Board's Confidential Information is used or disclosed in Vendor's Intellectual Property and such Intellectual Property is not Work Product. In the event that any Confidential Information is used or disclosed in any such Intellectual Property, it is the Board's Intellectual Property, and the Board shall have full and exclusive ownership rights to such Intellectual Property. Other than as may be expressly stated elsewhere in this Agreement, Vendor grants to the Board royalty-free, non-transferable license to use such of Vendor's Intellectual Property for non-commercial, educational purposes during the Term of the Agreement, to the extent contemplated under the Agreement.

D. <u>Third Party Intellectual Property</u>. Vendor represents and warrants to the Board that Vendor, in connection with providing the Products, will not infringe on any presently existing United States patent, copyright, trademark, service mark, trade secret and/or other confidentiality or proprietary right of any person or other third party.

E. <u>Survival</u>. The obligations set forth in this Section shall survive the termination or expiration of this Agreement.

24. **Representations, Warranties and Covenants of Vendor.** Vendor represents, warrants and covenants that the following shall be true and correct as of the Effective Date and shall continue to be true and correct during the Term and any renewals thereof:

A. <u>Licensed Professionals</u>. Vendor and all Vendor Personnel, including its employees, agents and Subcontractors, are fully and properly licensed, to the extent required to perform their job, under Applicable Law, experienced, equipped, organized and financed to perform the obligations under this Agreement. Vendor shall perform no Services for which a professional license is required by law and for which Vendor, its employees, agents, or subcontractors, as applicable, are not appropriately licensed.

B. <u>Quality</u>. Vendor shall use an adequate number of qualified individuals who possess the requisite training, education, licensing, experience and skill to perform the Services subject to the requirements hereunder. In performing the Services, Vendor shall meet the professional standard of diligence, care, timeliness, trust and skill exercised by experienced members of Vendor's profession with expertise in performing services similar to those to be provided

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

hereunder. Vendor represents and warrants that Vendor, the Vendor Personnel, including all Subcontractors, possesses a high level of expertise in the business and, as applicable for each, in the administration, management, supervision and delivery of Services contemplated hereunder

C. Compliance with Laws and Regulations.

    i.    Vendor is and shall remain in compliance with all applicable federal, state, county and municipal statutes, laws, ordinances, regulations, requirements, codes, permits, or similar such governmental requirements as applicable to Vendor, the Board, the Services or this Agreement in effect now or later and as amended from time to time, including but not limited to the Prevailing Wage Act, 820 ILCS 130/1 et seq.; Drug-Free Workplace Act; the Illinois School Student Records Act ("**ISSRA**"); the Family Educational Rights and Privacy Act ("**FERPA**"); the Protection of Pupil Rights Amendment; Title VII of the Civil Rights Act of 1964 ("**TITLE VII**"); Executive Orders No. 11141 and 11246, as amended; Sections (1) and (3) of Executive Order No. 11625 relating to the promotion of Minority Business Enterprises; the Occupational Safety and Health Act of 1970 and related Department of Labor Occupational Safety and Health Administration ("**OSHA**") regulations, guidelines and guidance; Americans with Disabilities Act ("**ADA**"); Age Discrimination in Employment Act ("**ADEA**"); Environmental Protection Agency ("**EPA**"); Food and Drug Administration ("**FDA**"), Consumer Product Safety Commission ("**CPSC**"), and Department of Transportation ("**DOT**") regulations, guidelines and guidance; Federal Hazardous Substances Act ("**FHSA**"); Fair Labor Standards Act ("**FLSA**"); Family Medical Leave Act ("**FMLA**"); the Vietnam Era Veterans' Readjustment Assistance Act; Rehabilitation Act of 1973 (including, without limitation, Section 504); all federal immigration laws; and all others federal, state and local laws, regulations, rules, ordinances and orders relating to non-discrimination, employment, health and safety or otherwise with respect to the Services provided hereunder by Vendor ("**Applicable Laws**"). Further, Vendor and all Vendor Personnel, including Subcontractors, are and shall remain in compliance with all applicable Board policies and rules, which are incorporated herein by this reference ("**Board Rules**"). The Board Rules are available at http://www.cps.edu/.

In addition, Vendor shall comply with any governmental regulations, requirements and guidelines and Board guidelines, policies, and rules in effect now or later, and as amended from time to time related to COVID-19, including without limitation all reporting requirements and requirements or recommendations regarding face coverings and social distancing.

    ii.    Expertise and Knowledge of Regulations. Vendor represents, warrants and covenants that it has significant expertise and experience in providing services of the kind contemplated by this Agreement, and it is familiar with the requirements of all Applicable Laws.

    iii.    Changes to Applicable Laws. Vendor shall notify the Board of any changes or anticipated changes to Applicable Laws of which Vendor is aware or should be aware that may impact Vendor's performance of the Services or Vendor's obligations hereunder, and shall provide the Board with recommendations for modifications to such any affected performance of the Services to comply with such changes, subject to the Board's approval and a written amendment to this Agreement signed by both Parties.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

iv. <u>Information and Support Involving Governmental Authorities</u>. Vendor shall provide the Board with all cooperation and assistance required by the Board in connection with informal presentations, administrative hearings or court proceedings involving any federal, state or local governmental authority, and in private party litigation, to the extent such action is related to Services hereunder.

v. <u>COVID-19 Vaccination Requirements</u>. On August 25, 2021, the Board adopted the policy that all Vendor employees who have regular direct contact with CPS students must be fully vaccinated on or before October 15, 2021, or as amended by the Board. It will be the responsibility of each Vendor to certify to CPS that they comply with this vaccination requirement and that they maintain accurate personnel records to verify compliance. Vendor organizations will certify compliance by logging into the CPS Supplier Portal beginning August 30, 2021.

D. <u>Good Standing</u>. Vendor is not in default and has not been deemed by the Board to be in default under any other agreement with the Board during the five (5) year period immediately preceding the Effective Date of this Agreement.

E. <u>Authorization</u>. Vendor represents that it has taken all action necessary for the approval and execution of this Agreement, and execution by the person signing on behalf of Vendor is duly authorized by Vendor and has been made with complete and full authority to commit Vendor to all terms and conditions of this Agreement which shall constitute valid, binding obligations of Vendor.

F. <u>Financially Solvent</u>. Vendor warrants that it is financially solvent, is able to pay all debts as they mature and is possessed of sufficient working capital to complete all Services and perform all obligations under this Agreement.

G. <u>Gratuities</u>. No payment, gratuity or offer of employment was made by or to Vendor, or, to the best of its knowledge, to any of its employees, agents or Subcontractors in relation to this Agreement or as an inducement for award of this Agreement.

H. <u>Employment and Vendor Personnel Wages</u>. Vendor is an employer subject to, and shall comply with, all Applicable Laws, including without limitation applicable wage and hour statutes, unemployment compensation statutes and occupational safety and health statutes, and shall be responsible for withholding and payment of any and all payroll taxes and contributions. Vendor is and shall remain in compliance with, and shall only use Subcontractors who are, and remain in compliance with the Illinois Prevailing Wage Act (820 ILCS 130/0.01 et seq.), as well as the terms and conditions of any applicable collective bargaining agreement. All Vendor Personnel wages and benefits must be paid in accordance with all Applicable Laws, collective bargaining agreements and BOMA rates then in effect at all times throughout the Term. Vendor shall provide a health and welfare benefits package to Vendor Personnel who are employees of Vendor, that shall, at a minimum, include the elements set forth in the BOMA Chicago's Health and Welfare Standards (Articles XIII-XV) for full-time employees and Vendor shall otherwise comply in all material respects with the terms of any applicable collective bargaining agreements at all times during the Term.

I. <u>Federal Immigration Compliance</u>. Vendor represents and warrants that the following are true and accurate as of the Effective Date and shall remain true and accurate throughout the Term of the Agreement:

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

    i.    Vendor is and shall remain in compliance with all applicable federal, state and local immigration laws, statutes, rules, codes, orders and regulations including, but not limited to, any relating to the immigration status of Vendor Personnel providing Services at the Board Facilities. The Board may, in its sole discretion, require documentation evidencing Vendor's compliance with such laws. If the Board requests evidence of compliance, Vendor shall have five (5) days from receipt of the request to supply such evidence to the Board.

    ii.    Vendor shall take commercially reasonable steps to verify the employment-eligibility/authorization to work in the United States of any Vendor Personnel providing Services at the Board Facilities, including, but not limited to, through Employment Eligibility Verification Forms (Form I-9) for any Vendor Personnel assigned to provide Services on Vendor's behalf. Vendor shall make and maintain copies of all documents confirming Vendor Personnel employment eligibility and identity (e.g., Form I-9), and other required records.

    iii.    Vendor shall timely respond to any demand for inspection of its immigration records by the Department of Homeland Security ("DHS") or any other governmental agency. Vendor also shall notify the Board in writing, by telephone and by e-mail within one (1) hour of the occurrence of any of the following: any unscheduled Board Facility inspection, work site enforcement action, inquiry, visit, audit or investigation by DHS or any other governmental agency concerning any immigration compliance issues or concerns involving Vendor or its Subcontractors.

    iv.    Vendor agrees to cause its Subcontractors to undertake the same obligations agreed to by Vendor under this Section.

J.    <u>Contractor's Disclosure Form.</u>  The disclosures in the Contractor Disclosure Form previously submitted by Vendor, are true and correct.  Vendor shall promptly notify Board in writing of any material change in information set forth therein, including but not limited to change in ownership or control, and any such change shall be subject to Board approval which shall not be unreasonably withheld.

K.    <u>Communicable Disease</u>.  Vendor warrants that all Vendor Personnel providing Services hereunder have undergone tuberculosis testing as required by the Board, and that each such Vendor Personnel is and shall remain during the Term, free from a communicable disease in accordance with 105 ILCS 5/24-5, as may be amended from time to time.

L.    <u>Research Activities and Data Requests</u>. Vendor shall not conduct research in the Chicago Public Schools or use CPS student data for research purposes.  In the event Vendor seeks to conduct research in the Chicago Public Schools or use CPS student data for research purposes in connection with the Agreement or for any other purposes, Vendor shall comply with the Board's External Research Study and Data Policy adopted December 11, 2019 (19-1211-PO3), as may be amended from time to time.  Vendor acknowledges and agrees that it may not begin any research activities or obtain data for research purposes without the prior written consent of the Director of School Quality Measurement and Research, or as otherwise provided in the Policy.

M.    <u>Prohibited Acts</u>.  Within the three (3) years prior to and as of the Effective Date of this Agreement, Vendor or any of its members if a joint venture or a limited liability company, or

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

any of its or their respective officers, directors, shareholders, members, managers, other officials, agents or employees (i) have not been convicted of bribery or attempting to bribe a public officer or employee of any public entity and (ii) have not been convicted of agreeing or colluding among contractors or prospective contractors in restraint of trade, including bid-rigging or bid-rotating, as those terms are defined under the Illinois Criminal Code.

N. <u>Use of the Board's Network</u>. If at any time, Vendor has access to the Board's computer network, Vendor warrants that it is and shall remain in compliance with the Board's Information Security Policy adopted August 28, 2019 (19-0828-PO1), and the Board's Staff Acceptable Use Policy, adopted August 28, 2019 (19-0828-PO3), both as amended, during the Term of the Agreement and any renewals thereof.  Vendor shall not act or fail to act in any manner that will cause any CPS student to not comply with the Board's Student Acceptable Use Policy, adopted August 28, 2019 (19-0828-P21), as may be amended. Vendor shall also comply with the requirements and guidance in the following links as applicable, as may be amended: Acceptable Use Policy of Technology Guidance, found at https://cps.edu/AcceptableUsePolicy/Pages/vendorPolicy.aspx ("**Vendor AUP**").

Vendor and all Vendor Personnel shall be required to use CPS network login and Gmail account to conduct business under this agreement. Failure to use the provided CPS accounts, or use of an external platform instead of the provided CPS accounts, will be subject to review by the Board and may result in Vendor being barred from continued engagement with CPS.

O. <u>Debarment and Suspension</u>.  Vendor certifies to the best of its knowledge and belief, after due inquiry, that:

   i. it, its principals, and its Subcontractors providing Services under this Agreement are not barred from contracting with any unit of state or local government as a result of violation of either Section 33E-3 (bid-rigging) or Section 33E-4 (bid rotating) of the Illinois Criminal Code (720 ILCS 5/33A *et seq.*);

   ii. it, its principals, and its Subcontractors providing Services under this Agreement are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department or agency or any unit of State or local government; and

   iii. it, its principals, and its Subcontractors providing Services under this Agreement have not violated the rules, regulations, or laws of any federal, state, or local government unit or agency.

"**Principals**" for the purposes of this certification means officers, directors, owners, partners, persons having primary management or supervisory responsibilities within a business entity; and, if a joint venture is involved, each joint venture member and the principals of each such member.

In performing any obligations under this Agreement, Vendor shall not utilize any firms that have been debarred from doing business with the Board under the Board's Debarment Policy (08-1217-PO1), as amended.

P. <u>Third Party Property and Information</u>.  In performing and delivering the Services under the Agreement, Vendor shall not violate or infringe upon any patent, copyright, trademark,

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

trade secret or other proprietary or intellectual property right of any third party and will not improperly use any third party's confidential information. Vendor shall have, without encumbrance, all ownership, licensing, marketing, and other rights required to furnish all materials and products that it furnishes to the Board under the Agreement and can grant or assign all rights granted or assigned to the Board pursuant to this Agreement.

Q.  <u>No Legal Actions Preventing Performance</u>.  Vendor has no knowledge of any action, suit, proceeding, or material claim or investigation pending or to its knowledge threatened against it in any court, or by or before any federal, state, municipal, or other governmental department, commission, board, bureau, agency, or instrumentality, domestic or foreign, or before any arbitrator of any kind, that, if adversely determined, would materially affect Vendor's ability to perform its obligations to the Board hereunder.

R.  <u>Business Requirements</u>.  Vendor is fully aware of the Board's requirements and intended uses for the Services and Vendor represents and warrants that the Services shall satisfy such requirements in all material respects and that the Services, any supplies or equipment provided hereunder are fit for such intended uses.

S.  <u>Vendor Vehicles</u>.  Any vehicle used by Vendor in the performance of the Services hereunder shall be identified, licensed and insured in accordance with state and local laws and regulations and shall be operated in a safe manner, only by an operator properly licensed by the State of Illinois to operate such vehicle.  All vehicles used by Vendor in its performance of the Services must meet all Illinois Department of Transportation requirements.

T.  <u>Warranty of Title</u>.  The Services including, but not limited to, all supplies and equipment utilized by Vendor and its Subcontractors in the delivery of the Services are free and clear from all liens, contracts, chattel mortgages or other encumbrances; and Vendor has the lawful right to dispose of and sell the Services, and Vendor warrants and defends its title to such items against all claims.

U.  <u>Services Warranty</u>.  Vendor has carefully examined and analyzed the provisions of this Agreement and can and will perform, or cause the Services to be performed in compliance with the provisions and requirements of this Agreement.  The Services shall be performed in a timely, professional manner, in accordance with all applicable industry and professional standard and all Applicable Laws. Vendor warrants that its Services will be performed in a manner that does not damage or corrupt data of the Board. Vendor also warrants that the deliverables submitted to the Board for acceptance will conform to the Scope of Services and will be free of errors or defects in design, material and workmanship. Without limiting any other remedies or rights of the Board hereunder, if the Board notifies the Vendor, or if the Vendor becomes aware, of any non-performance, error or defect covered by the foregoing warranties within one year from performance of said Services the Vendor shall, at its own expense, promptly (but in no event later than 30 days after written notification by the Board) correct such non-performance, error or defect.  Any re-performance of Services or any portions thereof will be automatically warranted as provided herein.

V.  <u>No Liens or Encumbrances</u>.  Vendor shall conduct the Services free and clear of all liens and encumbrances resulting from any action of Vendor or work performed by a Subcontractor on behalf of Vendor.  To the extent permitted by Applicable Law, Vendor hereby waives and releases any and all lien rights and similar rights for payment for services, labor, equipment, supplies or materials, furnished by Vendor in performance of its obligations hereunder and granted by law to persons supplying materials, equipment, services and other items of value to improve or modify land or the structures thereon, which Vendor may have against the Board

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

or the Board Facilities, property or funds payable to the Board. All Subcontracts must reflect this express prohibition of liens against the Board, any Board Facility, property or any Board rights. Notwithstanding the foregoing, if a lien affecting any of the Board's rights is filed by any Subcontractor or other Vendor Personnel, Vendor must remove the lien within five (5) days of notice of lien or of written demand from the Board, whichever is earlier. If Vendor fails to remove the lien, the Board may, in its sole discretion, (i) pay the amount of the lien, (ii) bond the removal of the lien, or (iii) take any other step necessary to remove the lien. Vendor shall immediately reimburse the Board for all costs associated with the removal of any such lien, including without limitation all attorneys' fees and costs, upon receipt of written demand from the Board. If Vendor fails to reimburse the Board, the Board may, in addition to any other remedies under the law or this Agreement, back charge or deduct the cost associated with such removal from any amounts due and owing or that may become due and owing by the Board to Vendor.

W. Recycling/Energy Conservation. Vendor shall give preference to the use of recycled products in the performance of any Services in accordance with the applicable Environmental Protection Agency guidelines as promulgated in 40 C.F.R. Parts 247-254, as amended. Vendor shall cooperate and comply with all Applicable Laws, including City of Chicago ordinances or programs applicable recycling at the Board Facilities. In addition, Vendor shall comply with any applicable mandatory standards and policies relating to energy efficiency under the State of Illinois Energy Conservation Plan issued in compliance with the Energy Policy and Conservation Act, 42 U.S.C. 6321, *et seq.,* as amended. All warranties will survive inspection, acceptance, payment and expiration or termination of this Agreement. Nothing in the foregoing warranties will be construed to limit any other rights or remedies available to the Board under the law and this Agreement.

X. Evidence of Compliance. Upon the Board's written request, Vendor shall furnish any evidence that the Board reasonably requests relating to Vendor's obligations hereunder and its ability to fulfill such obligations or substantiate its representations hereunder at any time during the Term, and to the extent related to obligations that survive the termination or expiration of this Agreement, for the period of such survival. The substance, form and timing of such evidence shall be subject to the Board's reasonable satisfaction.

Y. Warranties Not Exclusive. The warranties provided hereunder are not sole or exclusive, shall not be construed to modify or limit in any way any rights or remedies which the Board may otherwise have against Vendor, and are in addition to any other express or implied warranties set forth in this Agreement or provided by law.

Z. Third Party Warranties. Vendor shall secure on the Board's behalf, the maximum warranty period available for all goods and services provided by Subcontractors throughout the term of this Agreement, which period, unless expressly agreed to by the Board in writing and on a case-by-case basis, shall be for a period of no less than two (2) years after completion of the Services corresponding with such warranty. Without limiting the other provisions hereunder, Vendor shall assign to the Board all warranties provided by Subcontractors who furnish goods and/or services in connection with Vendor's performance of the Services hereunder. Vendor warrants that it shall perform its obligations in such manner so as to preserve any such third party warranties. Vendor shall use commercially reasonable efforts to assist the Board in enforcing such third party warranties.

AA. Continued Disclosure Requirement. If at any time during the Term of the Agreement or during any renewals, Vendor becomes aware of any change in the circumstances that makes the representations and warranties stated above no longer true, Vendor must immediately

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

disclose such change to the Board.

BB. <u>Survival</u>. All representations and warranties will survive inspection, acceptance, payment and expiration or termination of this Agreement. Nothing in the foregoing representations and warranties will be construed to limit any other rights or remedies available to the Board under the law and the Agreement.

25. **Background Check.** Vendor shall comply with the following requirements and such other procedures as may be determined necessary by the Board from time to time for each employee, agent, volunteer or subcontractor who may have contact with a CPS student as a result of this Agreement (individually and collectively "Staff") ("Background Check"). For purposes of this Section, contact via text messages, live chats, emails, any other digital or online media, telephone, in person, or through any other means shall be considered "contact". Vendor shall not allow any Staff to have contact with students until Vendor has confirmed with the Board that each respective Staff has successfully completed the Background Check in accordance with the following requirements:

A. <u>Do Not Hire List</u>. The Board will perform a check of eligibility of each Staff who may have contact with a CPS student pursuant to this Agreement by checking the Board's "Do Not Hire" ("DNH") records ("DNH Check"). The Board will utilize the same DNH Check process that the Board uses for its own prospective staff. Staff with a DNH designation shall not provide Services hereunder.

B. <u>Criminal History Records Check</u>. Vendor shall, as a direct cost subject to the limit in **Exhibit B**, have a complete fingerprint-based criminal history records check conducted on each Staff who may have contact with a CPS student pursuant to this Agreement through the process established by the Board, including using the Board's contracted Vendor for conducting such checks, and otherwise in accordance with the Illinois School Code (105 ILCS 5/34-18.5), which refers to and incorporates the Sex Offender and Child Murderer Community Notification Law (730 ILCS 152/101 et seq.), and the Murderer and Violent Offender Against Youth Registration Act (730 ILCS 154/1 et seq.) (collectively "Criminal History Records Check"). A complete Criminal History Records Check includes the following:

    i. Fingerprint-based checks through the Illinois State Police and the Federal Bureau of Investigation;
    ii. A check of the Illinois Sex Offender Registry and the Nationwide Sex Offender Registry; and
    iii. A check of the Illinois State Police Murderer and Violent Offender Against Youth Registry.

The results of each Criminal History Records Check shall be adjudicated by the Board. Staff shall not have contact with CPS students prior to successfully completing the Criminal History Records Check. When the Board determines that any Staff has not passed a Criminal History Records Check, such Staff shall not access any Board facility and shall not have contact with any CPS student hereunder.

C. <u>Department of Children and Family Services Check</u>. As a Direct Cost subject to the limit in **Exhibit B**, the Board shall have the right to check Staff who may have contact with a CPS student pursuant to this Agreement for indicated reports of child abuse and/or neglect with the Illinois Department of Children and Family Services ("DCFS") State Automated Child Welfare Information System (or a comparable determination of child abuse or neglect by a government agency in another jurisdiction) for each Staff ("DCFS Check"). Vendor shall follow the directives and processes of the Board for initiating any DCFS Check, and the results of

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

each DCFS Check shall be adjudicated by the Board. Staff determined by the Board not to have passed a DCFS Check shall not access any Board facility and shall not have contact with any CPS student hereunder.

D. <u>Background Check Representations and Warranties</u>. With respect to each Background Check, Vendor further represents and warrants that Vendor shall:

    i. Utilize the process established by the Board for completing each Background Check and immediately initiate all action, as directed by the Board, to have such Background Check performed;

    ii. Obtain from each of its prospective and current Staff and provide to the Board a signed copy of any release and consent required to conduct the Background Check in the form determined by, and as directed by the Board;

    iii. Confirm with the Board's Chief of Safety and Security that each respective Staff has successfully completed the Background Check through the process established by the Board and complied with the Board's directives regarding the results of each Background Check before any contact with a CPS student may occur;

    iv. When contact with a CPS student may occur, not allow any Staff to provide Services until a DNH Check, Criminal History Records Check, and DCFS Check have been completed by the Board and the results of the Background Check satisfy for the Board, at a minimum, the requirements of 105 ILCS 5/34-18.5 and the requirements of all other Acts and Laws referenced in this Section, as may be amended;

    v. Comply with and require compliance of all Staff with directives from the Board relating to any updates to any Background Check (which updates shall be received and adjudicated by the Board) and provide any other information requested by the Board necessary for the performance of the Background Check and its update process; and

    vi. Immediately remove from any contact with any CPS student pursuant to this Agreement and otherwise terminate access for any Staff determined by the Board not to have passed a Background Check or update for any matters arising after an initial Background Check.

E. <u>Allocation of Costs and Liquidated Damages</u>. Vendor is obligated to cause the Background Check to be performed for all Staff who may have contact with any CPS student pursuant to this Agreement, and the costs of such Background Check shall be a Direct Cost subject to the limits in **<u>Exhibit B</u>**.

If Vendor fails to comply with this Section, in whole or in part, then, in addition to the Remedies set forth in this Agreement, the Board may exercise additional remedies, including but not limited to: (i) withholding payments due under this Agreement, and any other agreement Vendor may have or enter into with the Board until Vendor remedies such non-compliance to the Board's reasonable satisfaction; (ii) immediately terminating this Agreement without any further obligation by the Board of any kind (other than payment for Services previously rendered pursuant to the terms herein); (iii) seeking liquidated damages; (iv) or taking any other action or remedy available under this Agreement or by law.

Liquidated damages shall be calculated as $5,000.00 per breach of this Section, which, for purposes of clarity, for the aggregate calculation of liquidated damages, will include each instance of contact with CPS students by Staff as a separate breach. It is understood and

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

agreed that Vendor's non-compliance with this Section shall constitute a material breach of this Agreement.

26. **Independent Contractor**. It is understood and agreed that the relationship of Vendor and any Vendor Personnel, including Subcontractors, to the Board is and shall continue to be that of an independent contractor and neither Vendor nor any of its Vendor Personnel shall be entitled to receive Board employee benefits. Vendor is the common law employer of its employees providing Services hereunder. It is further understood and agreed that the Board shall not be responsible for, nor incur any liability for, any State or Federal withholding or other taxes or for FICA or State unemployment insurance for Vendor, its agents, employees or Subcontractors, and the payment of any such taxes incurred or due by Vendor shall be the sole responsibility of Vendor. To the extent that the Vendor is subject to taxes under Section 4980H of the Internal Revenue Code, the Vendor shall be solely responsible for paying such taxes. Vendor agrees that neither Vendor, nor any of agents, employees or Subcontractors shall represent themselves as employees or agents of the Board. Vendor shall provide the Board with a valid taxpayer identification number as defined by the United States Internal Revenue Code, including, but not limited to, a Social Security Number or a Federal Employer Identification Number. Vendor acknowledges and agrees that Vendor is not an authorized representative of the Board. All agreements or approvals (written or verbal) of the Board shall be binding only if made by an authorized employee of the Board.

27. **Indemnification**. Each Party (the "Indemnifying Party") agrees to defend, indemnify and hold harmless the other Party (the "Indemnified Party"), and the City in Trust for Use of Schools ("**CIT**") and the Public Building Commission of Chicago ("**PBC**") in their capacity as titleholders), and their members, employees, agents, officers and officials from and against all liabilities, losses, penalties, damages and expenses, including costs and attorney fees, arising out of all claims, liens, damages, obligations, actions, suits, judgments or settlements, or causes of action, of every kind, nature and character (collectively "**Claims**")arising or alleged to arise out of the acts or omissions of the Indemnifying Party, its officers, agents, employees and subcontractors in the performance of the Agreement. The foregoing obligation extends to and is intended to encompass any and all Claims that the Services infringe, misappropriate, or otherwise violate any confidentiality, proprietary, or intellectual property right of a third party.

In the event that the Board is determined to be liable for taxes under Section 4980H of the Internal Revenue Code as a result of its use of Vendor's employees under the Agreement, Vendor shall indemnify the Board for any such liability. As stated in the Confidential Information Section above, in the event of unauthorized access, use, or disclosure of the Board's Confidential Information arising or alleged to arise from the acts or omissions of Vendor, its employees, agents, or Subcontractors, in addition to the obligations provided in this Section, Vendor shall cover any costs or fees associated with (i) providing notices of a data breach to affected persons and to regulatory bodies and (ii) remedying and otherwise mitigating any potential damages or harm from the data breach, including but not limited to call centers and providing credit monitoring or credit restoration services as may be requested by the Board.

The Indemnifying Party shall, at its own cost and expense, appear, defend and pay all attorney fees and, other costs and expenses arising hereunder. In addition, if any judgment shall be rendered against the Indemnified Party in any such action, Indemnifying Party shall, at its own expense, satisfy and discharge such obligation of the Indemnified Party. The Indemnified Party shall have the right, at its own expense, to participate in the defense of any suit, without relieving Indemnifying Party of any of its obligations hereunder. The Indemnified Party retains final approval of any and all settlements or legal strategies which involve the interest of the Indemnified Party.

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

However, if the Indemnifying Party, after receiving notice of any such proceeding, fails to promptly begin the defense of such claim or action, the Indemnified Party may (without further notice to the Indemnifying Party) retain counsel and undertake the defense, compromise, or settlement of such claim or action at the expense of Indemnifying Party, subject to the right of the Indemnifying Party to assume the defense of such claim or action at any time prior to settlement, compromise or final determination thereof. The cost and expense of counsel retained by the Indemnified Party in these circumstances shall be borne by the Indemnifying Party, and the Indemnifying Party shall be bound by, and shall pay the amount of, any settlement, compromise, final determination or judgment reached while the Indemnified Party was represented by counsel retained by the Indemnified Party pursuant to this paragraph, or while the Indemnifying Party was conducting the defense.

Each Party agrees to provide the other Party with prompt written notice of all losses or claims for which it will seek indemnity under this Agreement.

In no event shall either Party be liable to the other Party for any loss of business, business interruption or punitive damages.

To the extent permissible by law, Vendor waives any limits to the amount of its obligations to defend, indemnify, hold harmless, or contribute to any sums due under any losses, including any claim by any employee of Vendor that may be subject to the Workers Compensation Act, 820 ILCS 305/1 *et seq.* or any other related law or judicial decision (such as *Kotecki v. Cyclops Welding Corporation*, 146 Ill. 2d 155 (1991)). The Board, however, does not waive any limitations it may have on its liability under the Illinois Workers Compensation Act, the Illinois Pension Code, any other statute or judicial decision.

The indemnities set forth herein shall survive the expiration or termination of the Agreemen

28.     **Non-Liability of Board Officials.**  Vendor agrees that no Board member, employee, agent, officer or official shall be personally charged by Vendor, its members if a joint venture, or any Subcontractors with any liability or expense under this Agreement or be held personally liable under this Agreement to Vendor, its members if a joint venture, or any Subcontractors.

29.     **Board Not Subject to Taxes.** The federal excise tax does not apply to the Board by virtue of Exemption Certificate No. 36-600584, and the State of Illinois sales tax does not apply to the Board by virtue of Exemption No. E9997-7109-06.  The amounts to be paid to Vendor hereunder are inclusive of all other taxes that may be levied or based on this Agreement, including without limitation sales, use, nonresident, value-added, excise, and similar taxes levied or imposed on the Services to be provided under this Agreement, but excluding taxes levied or imposed on the income or business privileges of the Vendor.  Vendor shall be responsible for any taxes levied or imposed upon the income or business privileges of the Vendor.  If applicable, Vendor shall use best efforts to mitigate any tax implications resulting from its purchase of supplies and equipment on behalf of the Board hereunder, including, as may be applicable, utilization of the Illinois Department of Revenue ("**IDOR**") Certificate of Resale (CRT-61) pursuant to IDOR Regulations Title 86, Parts 130.2076 (Sales to Purchasers Performing Contracts with Governmental Bodies) and such other IDOR Regulations or Applicable Laws that may apply with respect to sales tax hereunder.  If a government authority determines that any sales, purchases, payments, or use of property made to or by Vendor under this Agreement, either in whole or in part, is subject to any sales, use, gross receipts, property or any similar tax with any interest paid by the Vendor, will be invoiced by Vendor and will be reimbursed by the Board as a Direct Cost if those taxes and interests occurred as a result of this Agreement. .

DocuSign Envelope ID: 8A8FC2E7-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

30.    **Insurance Requirements.** Vendor, at its own expense, shall procure and maintain insurance covering all operations under the Agreement, whether performed by Vendor or by subcontractors. All insurers shall be licensed by the State of Illinois and rated A-VII or better by A.M. Best or a comparable rating service. Vendor shall submit to the Board Certificates of Insurance as evidence of insurance coverage and upon request, shall promptly provide a certified copy of the declaration pages including the Schedules of Underlying Insurance. Minimum insurance requirements include the coverage set forth:

A.    **Workers' Compensation and Employers' Liability Insurance.** Workers' Compensation Insurance affording workers' compensation benefits for all employees, as required by law and Employers' Liability Insurance covering all employees who are to provide Services under the Agreement with limits of One Million and 00/100 Dollars ($1,000,000.00) per occurrence.

B.    **Commercial General Liability Insurance (Primary and Umbrella).** Commercial General Liability Insurance or equivalent with limits of One Million and 00/100 Dollars ($1,000,000.00) per occurrence and Two Million and 00/100 Dollars ($2,000,000.00) in the aggregate for bodily injury, personal injury and property damage liability. Coverage shall include, but not be limited to: all operations, contractual liability, independent contractors, products/completed operations (for a minimum of two (2) years following completion), and defense. General liability insurance may not exclude coverage for sexual abuse and/or molestation.

C.    **Automobile Liability Insurance.** Automobile Liability Insurance when any motor vehicle (whether owned, non-owned or hired) is used in connection with Services to be performed, with limits of One Million and 00/100 Dollars ($1,000,000.00) per occurrence for bodily injury and property damage.

D.    **Umbrella/Excess Liability Insurance.** Umbrella or Excess Liability Insurance with limits of Nine Million and 00/100 Dollars ($9,000,000.00) per occurrence, which will provide additional limits for general liability, automobile liability, contractors pollution liability, sexual abuse & molestation, and workers' compensation and employers' liability insurance and shall cover the Board and its employees, as additional insureds, subject to that of the primary coverage.

E.    **Contractors' Pollution Liability Insurance.** When Services are performed which may cause a pollution exposure, Contractors Pollution Liability must be provided covering bodily injury, property damage and other losses caused by pollution conditions that arise from the Services with limits of One Million and 00/100 Dollars ($1,000,000.00) per occurrence. The policy shall not include a lead, asbestos, or mold exclusion without the prior written approval of Board. When policies are renewed or replaced, the policy retroactive date must coincide with or precede the start of the Services under this Agreement. A claims-made policy, which is not renewed or replaced, must have an extended reporting period of two (2) years.

F.    **Property Insurance.** Vendor shall provide Property Insurance for Vendor's property for full replacement cost of such property.

G.    Sexual Abuse & Molestation: Sexual Abuse & Molestation Insurance with limits of not less than One Million and 00/100 Dollars ($1,000,000.00) per occurrence and Two Million and 00/100 Dollars ($2,000,000.00) in the aggreateor as otherwise determined by the Board's Risk Management Department. If coverage is claims-made, the policy shall have a retroactive date effective upon the Effective Date of the Agreement and have an extended reporting period of not less than two (2) years following completion of the Agreement. Any retroactive date or prior acts exclusion must predate both the Effective Date of this Agreement and any earlier commencement of services. Notwithstanding the provisions of this Subparagraph 1.G. hereinabove, if the Commercial General Liability coverage and

35

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

the Umbrella coverage both include coverage for Sexual Abuse and Molestation (and do not exclude or limit such coverage), then the requirements of this Subparagraph 1.G. may not apply, as determined by the Board's Risk Management Department.

H. **Additional Insured**. Vendor shall have its General, Umbrella, and Automobile Liability Insurance policies endorsed to provide that "the Board of Education of the City of Chicago, a body politic and corporate (and the CIT and the PBC, in their capacity as titleholders), and their members, employees and agents, and any other entity as may be designated by the Board are named as additional insured on a primary basis without recourse or right of contribution from the Board". Any insurance coverage (additional insured or otherwise) that Vendor provides for the Additional Insureds shall only cover insured liability assumed by the Vendor in this Agreement; such insurance coverage shall not otherwise cover liability in connection with or arising out of the wrongful or negligent acts or omissions of the Additional Insureds.

Vendor or its representative, shall submit an insurance certificate evidencing all coverage, as required hereunder and indicating the Additional Insured status, as required above. The Board will not pay Vendor for any Services if satisfactory proof of insurance is not provided by Vendor prior to the performance of any Services. Vendor must provide thirty (30) days prior written notice of material change, cancellation, or non-renewal be given to:

> Risk Management
> Board of Education of the City of Chicago
> 42 W. Madison Street, 2nd Floor
> Chicago, Illinois 60602
> Attn: riskmanagement@cps.edu
>
> Copy to : Chief Procurement Officer
> Board of Education of the City of Chicago
> 42 W. Madison Street, 9th Floor
> Chicago, Illinois 60602

Any failure of the Board to demand or receive proof of insurance coverage shall not constitute a waiver of Vendor's obligation to obtain the required insurance. The receipt of any certificate does not constitute agreement by the Board that the insurance requirements in the Agreement have been fully met or that the insurance policies indicated on the certificate are in compliance with all Agreement requirements. Vendor's failure to carry or document required insurance shall constitute a breach of the Vendor's Agreement with the

Board. In the event Vendor fails to fulfill the insurance requirements of the Agreement, the Board reserves the right to stop the Services until proper evidence of insurance is provided, or the Agreement may be terminated.

Any deductibles or self-insured retentions on referenced insurance coverage must be borne by Vendor. Any insurance or self-insurance programs maintained by the Board of Education (or the CIT or the PBC in their capacity as titleholders) do not contribute with insurance provided by the Vendor under the Agreement.

All subcontractors are subject to the same insurance requirements of Vendor unless otherwise specified in the Agreement. The Vendor shall require any subcontractors under the Agreement to

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

maintain comparable insurance naming the Vendor, the Board inclusive of its members, employees and agents, and any other entity designated by the Board, as Additional Insureds. The Vendor will maintain a file of subcontractor's insurance certificates evidencing compliance with these requirements.

The coverages and limits furnished by Vendor in no way limit the Vendor's liabilities and responsibilities specified within the Agreement or by law. The required insurance is not limited by any limitations expressed in the indemnification language in the Agreement, if any, or any limitation that might be placed on the indemnity in the Agreement given as a matter of law.

Vendor agrees that insurers waive their rights of subrogation against the Board (and the CIT and the PBC in their capacity as titleholders).

Vendor must register with the insurance certificate monitoring company designated by the Board and indicated below, and must maintain a current insurance certificate on file during the entire time of providing services to the Board. Vendor must register and pay the initial annual monitoring fee to the insurance certificate monitoring company prior to performing services for the Board. The initial annual monitoring fee is currently Twelve and 00/100 Dollars ($12.00) per year, but the fee may subject to change.

**Each year, Board-approved, registered vendors will be notified thirty (30) to forty-five (45) days prior to the expiration date of their required insurance coverage (highlighted on their latest submitted insurance certificate on file) in order to submit an updated insurance certificate with the insurance certificate monitoring company. Insurance certificate submissions and related annual fees are required to be made online at the dedicated website established by the certificate monitoring company (see URL below). Should you have any questions on submissions and payment options, you can contact the certificate monitoring company.**

Certificate Monitoring Company:
Topiary Communications Inc.
211 W. Wacker Drive – Suite 220
Chicago, IL 60606
Phone: (312) 494-5709
Email: dans@topiarycomm.net
URL: http://www.cpsvendorcert.com **(designated website for online registration, insurance certificate submissions and annual fee payment)**

31. **Audit and Records Retention**. Vendor shall permit and cooperate in good faith in any audits by the Board, including its Department of Procurement or its agents for compliance by the Vendor with this Agreement. Vendor shall furnish the Board with such information, supporting documentation and reports as may be requested relative to the progress, execution and costs of the Services, compliance with Service Level Requirements and with applicable MBE/WBE requirements. Failure of the Vendor to comply in full and cooperate with the requests of the Board or its agents shall give the Board, in addition to all other rights and remedies hereunder, the right to charge the Vendor for the cost of such audit subject to the aggregate liability limitation set forth in **Exhibit D**.

Vendor shall prepare, retain and safeguard complete and accurate records relating to Vendor's Services under this Agreement for a minimum of five (5) years after the termination or expiration of this Agreement, or for such other longer period as required under Applicable Laws. Such records

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

shall be subject to inspection and audit by the Board and made available to the Board upon request. If any audit, litigation or other action involving the records is being conducted or has not been resolved, all applicable records must be retained until the proceeding is closed. As used in this Section, "records" shall include all correspondence, receipts, vouchers, memoranda and other data, regardless of type or medium (including emails or other electronically stored data) relating to the Agreement and Vendor's performance of Services). Vendor shall require all of its Subcontractors to maintain the above-described records and allow the Board the same right to inspect and audit said records as set forth herein.

32. **MBE/WBE Program**. Vendor acknowledges that it is familiar with the requirements of the Board's "Remedial Program for Minority and Women Owned Business Enterprise Participation in Goods and Services Contracts", which is incorporated by reference as if fully set forth herein. Vendor agrees to adhere to the minimum participation goals and to all other applicable MBE/WBE requirements as set forth in the plan. Vendor agrees to submit such documentation in connection with the plan as may be requested by the Board.

Vendor and its Subcontractors shall provide all required compliance data with respect to the Remedial Plan via the Board's electronic system available at http://cps.diversitycompliance.com.Vendor and its Subcontractors shall be responsible for responding to any requests for data or information by the noted response due dates, and shall check the electronic system on a regular basis to manage contact information and contract records. Vendor shall also be responsible for ensuring that all Subcontractors have completed all requested items with complete and accurate information and that their contact information is current.

33. **Right of Entry, Use and Protection of Property.**

A. <u>Right of Entry and Limited Use</u>. Vendor and any of its Vendor Personnel supplying Services shall be permitted to enter the Board Facilities in connection with the delivery of the Services hereunder, subject to the terms and conditions contained herein, all Board rules and any rules, restrictions that may be established by the Board or its designee from time to time. Consent by the Board to enter a Board Facility shall not create, nor be deemed to imply, the creation of any additional responsibilities on the part of the Board. Vendor shall use, and shall cause each of its Vendor Personnel to use the highest degree of care when entering upon or into any Board Facility. Vendor shall use the Board Facilities for the sole and exclusive purpose of providing the Services and the Board grants Vendor a limited license solely for such approved use of the Board Facilities. Vendor's use of the Board Facilities and the right of entry granted hereunder does not constitute a leasehold or other property interest in favor of Vendor. Any and all claims, suits or judgments, costs, or expenses, including, but not limited to, reasonable attorneys fees, arising from, by reason of, or in connection with any such entries and use shall be treated in accordance with the applicable terms and conditions of this Agreement, including, without limitation, the indemnification provisions contained in this Agreement. The Board may terminate Vendor's right of entry and the limited license granted hereunder in its sole discretion as the Board deems necessary to protect the Board's best interests, or the safety and well-being of the Board's staff and students. Vendor shall:

i. Use the Board Facilities in a manner that is strategic, planned and coordinated, and that does not interfere with the Board's educational operations or other services being provided at each Board Facility. To the extent that Vendor performs Services at any Board Facility in a manner that unnecessarily increases Board Facility operational costs, including costs of and related to utilities, the Board reserves the right to deduct such excess costs from amounts paid to Vendor hereunder. Vendor shall be responsible for any damage to the

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Board Facilities resulting from the abuse, misuse, neglect or negligence of all Vendor Personnel, including Subcontractors, or out of Vendor's failure to comply with its obligations with respect to the Board Facilities.

ii.   Vendor shall keep the Board Facilities in good order, not commit or permit waste or damage to the Board Facilities or use the Board Facilities for any purpose outside of this Agreement or for any unlawful purpose or act, and shall at all times comply with the Board Rules and other Board procedures regarding access to and use of the Board Facilities, including any policies and standards instituted by the principal at each Board Facility.

iii.  The Board shall retain the right to access any part of the Board Facilities at any time in its sole discretion and Vendor shall not take any action, including changing locks or employing other systems that would inhibit or prevent such access by the Board.

iv.   Upon termination or expiration of this Agreement, Vendor shall return each Board Facility to the Board in substantially the same condition as when Vendor began the Services hereunder The costs associated with this provision shall lie with the Vendor in any instance when the change in condition is due to action or inaction, reasonable wear and tear excepted, by the Vendor without prior written Board approval. The cost associated with this provision shall lie with the Board only when restoring a prior condition that was changed at the Board's explicit request.

B.   <u>General Safety Guidelines</u>.  In accordance with terms and conditions of the Agreement, the Vendor shall observe all safety precautions throughout the performance of the Agreement and shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of the Services.  Vendor shall be solely responsible for safety at each Board Facility in the delivery of the Services, both directly and indirectly through its Subcontractors, and take all precautions and action necessary or advisable to protect the Board Facilities, students, staff, Vendor Personnel and the public, and such other action as necessary or advisable to prevent accidents or injury to any persons in the Board Facilities in connection with the performance of the Services. Vendor shall adhere to appropriate safety standards applicable to the Services, taking into account: (i) the type of facility; (ii) special issues and concerns related to providing Services at a facility occupied by minor students; (iii) special issues and concerns related to providing Services at a facility occupied by individuals, including staff and minor students with disabilities, health and special education needs.  Vendor shall comply with safety guidelines, procedures and requests of the Board, including compliance with any requests or direction from the Board's Chief Facilities Officer and/or the Board's Chief Safety & Security Officer or such other Board designee with respect to the safety of students and staff.  Vendor shall not perform hazardous work that threatens the safety of students and staff when school is in session or when students and staff are present at a Board Facility.  The general guidelines set forth in this paragraph are the "**General Safety Guidelines**", which are subject to additional requirements set forth in **<u>Exhibit A</u>**, the Board Rules, School policies and the requests, direction, policies and procedures established by the Board from time to time.

C.   <u>Liability.</u> If any personal or real property of the Board is damaged by Vendor or its Subcontractors, or otherwise due to Vendor's failure to perform Services in compliance with the terms and conditions of this Agreement, Vendor shall pay, at its sole cost, for all necessary repairs to or replacements of such property to the extent Vendor is liable for the same pursuant to the terms of the indemnification provided in Section 27 of the Agreement, and the

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Board shall make reasonable efforts to file a timely claim in accordance with Section 27 of this Agreement.

D.   <u>Services Suspension.</u> Notwithstanding Section 18.B of this Agreement, if, in the opinion of the Board, any element of Vendor's delivery of the Services endanger any person, Board Facility or any adjacent property, then upon written notice from the Board to the Vendor, such Services determined by the Board to cause such danger shall be immediately suspended, and the operations changed in a manner acceptable to the Board. Vendor acknowledges and agrees that it shall be responsible for all costs and financial implications resulting therefrom and that the delivery of Services hereunder shall not be delayed as a result. The Board shall use its best efforts to mitigate such costs and financial implications.

E.   <u>Physical Security</u>.

   i.   <u>Security Obligations</u>. At all times when present at a Board Facility, Vendor and Vendor Personnel shall comply with all Board Rules and policies, including those related to security, securing buildings and any protocol and procedures established by the Board's Chief Facilities Officer and/or the Board's Chief Safety & Security Officer.  Vendor shall ensure that each Vendor Personnel are trained on and comply with protocol, procedures and restrictions regarding Board Facility security.  Vendor shall meet with the Board's Chief Safety & Security Officer to discuss security issues, concerns and planning initiatives from time to time as determined necessary by the Board.

   ii.   <u>Keys and Access Codes</u>.  Vendor shall comply with the directives of the Board's Chief Facilities Officer and/or the Board's Chief Safety & Security Officer with respect to Board Facility keys and access codes. Vendor acknowledges that maintaining the safety of CPS students and the security of the Board Facilities is a critical element of the Services and shall ensure that Vendor and each Vendor Personnel are trained on and comply with guidelines and restrictions established by the Board regarding the issuance and prohibition against duplication or sharing of keys, access codes, security or alarm codes used to access a Board Facility (or specific areas within a Board Facility) or to disarm a Board Facility security system.

   iii.   <u>Vendor Personnel Access Reporting Requirements</u>.  It is critical that the Board's Safety and Security Department has access at all times to accurate records indicating who is in a Board Facility.  In order to ensure that the Board has timely, up-to-date, accurate information regarding which Vendor Personnel are on-site providing Services at each Board Facility at any time, Vendor shall comply with the Vendor Personnel Reporting Requirements set forth in **Exhibit A**, and shall work cooperatively with the Board's Chief Facilities Officer and/or the Board's Chief Safety & Security Officer to take such action as may be necessary to ensure that only those Vendor Personnel meeting the security and access requirements established by the Board from time to time and under this Agreement are permitted to access any Board Facility.

   iv.   <u>Restrictions on Access</u>. All Vendor Personnel who are required to enter any Board Facility or who may have contact with a CPS student shall only access a Board Facility upon:  (a) successful completion of the Background Checks (and any updates thereto) in compliance with Section 25 of this Agreement; (b) compliance by Vendor with the Vendor Personnel Reporting Requirements; (c) completion of a Board access badge request form and issuance of an access badge by the Board; and (d) adherence throughout the Term with all security or access requirements and protocol of the Board's Department of Safety and

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Security.

v. <u>Action Required for Assignment Change or Termination</u>. Upon completion of any Services assignment by Vendor Personnel, including termination or removal of any Vendor Personnel by Vendor (collectively "**Assignment Change**"), Vendor shall: (a) in the event of an Assignment Change, notify the Board of such Assignment Change as required through the Vendor Personnel Reporting Requirements; (b) collect all badges issued to such Vendor Personnel and return such badges to the Board's Department of Safety and Security as set forth in the Vendor Personnel Reporting Requirements; (c) collect all keys issued to such Vendor Personnel; and (d) work with the Board's Chief Facilities Officer and the Board's Chief Safety & Security Officer to change any access or alarm codes as determined in the sole discretion of the Board.

34. **<u>Health and Safety Violations.</u>**

A. During the Term, Vendor shall be responsible for ensuring that the delivery of the Services remains in compliance with all Applicable Laws and Vendor shall coordinate with the Board's Project Manager regarding any safety code violation assessed by a Federal, State and/or local government unit or agency for the Board Facilities (each, a **"Health and Safety Violation"**) Vendor shall be responsible for such Health and Safety Violation to the extent the same is a direct result of failure of Vendor to perform the Services in accordance with this Agreement and is not due in whole or in part from a Pre-Existing Health and Safety Condition as defined below. In the event that the Board receives a Health and Safety Violation, Vendor shall be liable for such Health and Safety Violation to the extent set forth below.

B. In the event the Board is assessed a Health and Safety Violation as a result of a deficiency in Vendor's performance of the Services and is not due, in whole or in part, to any Pre-Existing Health and Safety Conditions or failure of the Board to perform any of its obligations with respect to the Board Facilities, the Board shall promptly notify Vendor in writing of such Health and Safety Violation, using reasonable efforts to notify Vendor within ten (10) business days of the Board's receipt and knowledge of such Health and Safety Violation; provided however, that failure of the Board to notify Vendor within ten (10) business days shall not alter or diminish the Board's rights under this section. The notice shall describe in reasonable detail the nature of the Health and Safety Violation. Vendor shall promptly, upon receipt of the notice described in the preceding sentence, respond in writing to the Board either (i) contesting the Vendor's liability or such Health and Safety Violations, or (ii) agreeing to appear, defend, and/or pay all costs and expenses (including, without limitation, attorneys' fees) arising from the Health and Safety Violation pursuant to and in accordance with the terms of Section 27 of this Agreement. If, after the Board's receipt of notice from Vendor pursuant to clause (i) of the preceding sentence, the Parties determine that the Vendor is liable for the Health and Safety Violations, then any fine or penalty with respect to the Health and Safety Violation resulting from Vendor's negligence, as well as the fee from the agency issuing the violation to reinspect the Board Facility shall be charged back by the Board against the Vendor in accordance with **<u>Exhibit D</u>**. If the Health and Safety Violation is caused by the negligence of both Parties, the apportionment of said Health and Safety Violation shall be shared between both Parties based upon the comparative degree of each Party's negligence and each Party shall be responsible for its own defense and its own costs including, but not

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

limited to, the cost of defense, attorney's fees and witness' fees and expenses incident thereto.

C.  Vendor shall, on a regular basis, , review the Services so as to minimize the assessment of Health and Safety Violations, particularly the recurrence of Health and Safety Violations for the same actions or omissions.  Vendor shall promptly provide the Board with suggested modifications in the Services provided by Vendor to correct and eliminate the circumstances giving rise to the Health and Safety Violations.

D.  For purposes of this Agreement, a "**Pre-Existing Health and Safety Condition**" shall mean any condition that existed prior to commencement of the Services at the applicable Board Facility which constitutes a Health and Safety Violation or, given the lack of remediation and/or maintenance by the Board prior to the applicable commencement date of the Services, materially contributed to the condition becoming a Health and Safety Violation after commencement of the Services at the applicable Board Facility; provided that, a Pre-Existing Health and Safety Condition shall not be deemed to exist if Vendor has actual knowledge of the subject condition at the applicable Board Facility and is directed by the Board to remedy the same through the ordinary performance of the Services hereunder (if remediation of such condition is expressly within the defined scope of Services required to be performed by Vendor herein); it being further understood and agreed by the Parties that any remediation projects necessitating the various trades services shall be administered by the Board's Facility-Third Party Vendors, the same shall be deemed a Pre-Existing Health and Safety Condition and Vendor shall not be responsible for any Health and Safety Violation arising therefrom.

E.  Notwithstanding anything herein to the contrary, Vendor shall not be responsible for any Health and Safety Violations in connection with or arising out of the negligence of the Board, or its employees or agents including without limitation, in addressing or failing to address issues in or around Board Facilities caused by other contractors engaged by the Board, or any Pre-Existing Facility Condition.

35.  **Lease of Office and Warehouse Space**.   During the Term, the Board may, in its sole and exclusive discretion, lease office and/or warehouse space to Vendor in connection with the performance of the Services.  As an express condition to the Board leasing office and/or warehouse space to Vendor as contemplated by the preceding sentence, the Board and the Vendor shall negotiate the terms of such lease and enter into a separate lease agreement relating thereto, in each case in form and substance satisfactory to the Board.

36.  **Computer Maintenance Management Systems**.

A.  <u>Access</u>. The Board shall provide access to the Vendor for the use of the  Board's third-party software platform, Computer Maintenance Management Systems ("**CMMS**") so that Vendor Personnel can track work request, preventative maintenance, log work order resolution and other matters related to the Services as set forth in this Agreement. The Board shall provide a separate username and password for each Vendor Personnel requiring access to the CMMS as designated by the Board in order to track all aforementioned actions on the CMMS. Vendor Personnel must use CPS-approved platforms (e.g., CMMS) for any work performed or generated under this Agreement in accordance with the Board's Staff Acceptable Use Policy adopted August 28, 2019 (19-0828-PO3), as amended from time to time.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

B.  <u>Sharing of Reports and Data</u>. The Parties acknowledge that, other than Vendor Proprietary Material, all Services data, reports and records resulting from the CMMS are deemed as Work Product, Board Data and Board Materials exclusively owned by the Board. The Board may, in its sole discretion, share such Work Product, Board Data and Board Materials generated through the CMMS or by other means with respect to the Services hereunder, with the Board's designees, including any other Third Party Vendors or prospective vendors.

37.  **Existing Board Equipment Inventory**. Vendor shall be required to conduct an existing equipment inventory at each Board Facility listed on **Schedule 3** within the first sixty (60) days of the Effective Date of this Agreement.  Vendor shall be responsible for maintaining, inventorying and reporting on inventory in CMMS.

38.  **Environmental Compliance**.  Vendor shall comply with, and shall cause its Vendor Personnel, including Subcontractors to comply with, all Applicable Laws, including any environmental and other similar laws, ordinances, and regulations in the performance of any Services.

In the event that environmental concerns exist that require mitigation, Vendor shall consult with the Board's environmental Third Party Vendor. If environmental mitigation is required, Vendor shall submit a work order through the Board's CMMS platform requesting the development of an environmental scope of services for remediation of the repairs in question.  All environmental scope of repairs shall include, inspection of the project site at the Board Facility, characterization of the materials at the project site at a Board Facility, and the manner in which and requirements regarding the notice of, testing for, abatement of, or other handling of any Hazardous Materials as defined below shall be addressed. Vendor's environmental work order for environmental Services shall be reviewed and approved by the Board's designated Facilities Director of Environmental Health and Safety as an initial step prior to any final approval by the Board.

"**Hazardous Materials**" means, without limitation, above or underground storage tanks,  flammables, explosives, radioactive materials, radon, asbestos, urea formaldehyde foam insulation, methane, lead-based paint, poly chlorinated biphenyl compounds, hydrocarbons or like substances and their additives or constituents, caustic cleaning substances or materials, pesticides and toxic or other hazardous substances or material, including without limitation, substances now or hereafter defined as "hazardous substances," "hazardous materials," "toxic substances" or "hazardous wastes" in the following statutes, as amended:  the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (42 U.S.C. § 9601, et seq.); the Superfund Amendments and Reauthorization Act of 1986 (42 U.S.C. § 9671 et seq.); the Hazardous Materials Transportation Act (49 U.S.C. § 1801, et seq.); the Toxic Substances Control Act (15 U.S.C. § 2601, et seq. and regulations - 40 CFR Part 760); the Resource Conservation and Recovery Act (42 U.S.C. § 6901, et seq. and ); the Clean Air Act (42 U.S.C. § 7401 et seq.); the Clean Water Act (33 U.S.C. §1251, et seq.); the Rivers and Harbors Act (33 U.S.C. § 401 et seq.); and any so-called "Superlien Law"; and the regulations promulgated pursuant thereto, and any other applicable federal, state or local law, common law, code, rule, regulation, order, policy or ordinance, presently in effect or hereafter enacted, promulgated or implemented imposing liability or standards of conduct concerning any hazardous, toxic or dangerous substances, waste or material, now or hereafter in effect.

 If the scope of work in the approved work order for any project at a Board Facility requires Vendor or its Subcontractors to manage or perform any environmental work, Vendor shall cooperate and coordinate its Services in all respects with that of Board's environmental consultants, and perform its Services according to safe and approved protocols and procedures in compliance with the requirements of the work order and Applicable Laws. Vendor and its Subcontractors shall review and

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

consult with the Board (including its consultants) and shall review all related and available environmental inspection and other reports, to determine whether previous abatement, remediation, stabilization, or containment work ("**Abatement**") has been performed at the Board Facility.  Vendor and its Subcontractors shall perform their work so as not to undo or disturb any prior Abatement at such Board Facility. Vendor shall be responsible for all costs incurred by the Board and resulting from Vendor's failure to comply with the requirements of the work order, or for its failure to consult and protect the integrity of any prior environmental Services, in compliance with the indemnification obligations under the Agreement.

If Vendor or any of its Subcontractors encounter material at a Board Facility reasonably believed to be Hazardous Material that has not been identified in the work order (including without limitation attached or incorporated Scope of Work documents) or rendered harmless, Vendor shall immediately cease Services in the area affected and immediately report the condition in writing to the Board's Executive Director of Asset Management or its designee and thereafter comply with the Board-approved plan for identifying and handling the material reasonably believed to be Hazardous Material. If no plan is in place, Vendor shall not take any further action until it has received instructions on how to proceed from the Board's Executive Director of Asset Management. Vendor shall thereafter proceed in compliance with such instructions.  The Services in the affected area shall be immediately resumed if it is determined that such materials are not Hazardous Materials, or otherwise after such Hazardous Material has been rendered harmless, by written notification from the Board's Executive Director of Asset Management.  Vendor shall consult with the Board regarding the testing and abatement of any such materials reasonably believed to be Hazardous Materials. The Board shall be responsible for obtaining the services of a licensed laboratory to determine whether or not the materials in question are Hazardous Materials.  If the material is determined to be a Hazardous Material, the Board must either (i) obtain verification from the licensed laboratory that such Hazardous Material has been rendered harmless; or (ii) undertake Abatement or other corrective measures as approved by Board's Chief Facilities Officer in a written change order and/or otherwise in accordance with Board's procedures.

Notwithstanding any provision in this Agreement to the contrary, Vendor shall not be responsible or liable for, the detection, investigation, remediation, disposal, or abatement of, and will have no responsibility to the Board or others for any exposure of persons or property to, mold, mildew, fungi, pollutants, contaminants, asbestos, lead, fuel or Hazardous Materials storage tanks or their contents, indoor air pollutants or contaminants, poor air quality, or hazardous, toxic, or regulated waste substances, including, without limitation, any conditions that existed in, on, or upon any Board Facility, with regard to matters directly related to Services, including, without limitation, environmental impairments and other conditions (collectively, the "**Excluded Environmental Activities, Materials and Conditions**").  The Excluded Environmental Activities, Materials and Conditions shall be excluded from "Designated Person" (within the meaning of the Asbestos Hazard Emergency Response Act ("**AHERA**")), which duties remain solely with the Board.  Nothing in the preceding sentence shall in any way abrogate or otherwise limit Vendor's obligations to properly train any Vendor Personnel of Vendor or any of Vendor's Subcontractors pursuant to AHERA and otherwise who will be supplying Services to the Board Facilities and to utilize only such properly trained personnel in the supply of Services to the Board Facilities.

39.     **Delivery of Services**: In the event of a strike, sympathy strike, picketing, work stoppage, slowdown, demonstration, or any other lawful or unlawful disruptive activity by Vendor Personnel that impacts Services, Vendor shall make commercially reasonable efforts to deliver continued  Services to the Board in accordance with the terms of this Agreement, or as may be otherwise directed by the Board and agreed upon by the Parties in writing. Under the aforementioned circumstances, the

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Parties may agree to use any of the following methods to arrange for continued delivery of Services: 1) use of Vendor's non-union employees or an alternative courier to deliver supplies and equipment; 2) delivery of supplies and equipment to an alternative site; 3) use of Board employees to pick up supplies and equipment from Vendor or Vendor's couriers; or 4) any other alternative means, to which the Parties have mutually agreed, necessary to ensure that Services are timely delivered to the Board without unreasonable disruptions. Vendor shall also enforce any no-strike clauses that Vendor has in its collective bargaining agreements when such clauses impact the delivery of any Services under this Agreement. Any alternative delivery methods utilized under this section shall be mutually agreed upon by the Parties.

40.   **Student/Apprentice Program:** Vendor agrees that it will initiate and implement a student/apprentice program to the fullest extent practicable in performing the Services. Vendor shall insure that such program adheres to any criteria established pursuant to the Illinois School Code or other applicable regulatory agency. Such program will include high school students (juniors and seniors) in work activities that expose them to various areas of the business environment. Vendor shall submit monthly reports to the Board's Department of Facilities and the Department of Procurement relative to the progress of the program.

41.   **Assignment**. This Agreement shall be binding on the Parties and their respective successors and assigns; provided however, that Vendor may not assign this Agreement or any obligations imposed hereunder without the prior written consent of the Board.

42.   **Governing Law.** This Agreement shall be governed as to performance and interpretation in accordance with the laws of the State of Illinois. Vendor irrevocably submits itself to the original jurisdiction of those courts located in the County of Cook, State of Illinois, with regard to any controversy arising out, or relating to, or in any way concerning the execution or performance of the Agreement. Vendor agrees that service of process on Vendor may be made, at the option of the Board, by either registered or certified mail addressed to the office identified in the notice provision herein, by registered or certified mail addressed to the office actually maintained by Vendor, or by personal delivery on any officer, director, or managing or general agent of Vendor. If any action is brought by Vendor against the Board concerning the Agreement, the action shall only be brought in those courts located within the County of Cook, State of Illinois.

43.   **Notices.** All notices required under this Agreement shall be in writing and sent to the addresses and persons set forth below, or to such other addresses as may be designated by a Party in writing. Any notice involving non-performance or termination shall be sent by hand delivery or recognized overnight courier. All other notices may also be sent by facsimile or email, confirmed by mail. All notices shall be deemed to have been given when received, if hand delivered; when transmitted, if transmitted by facsimile or email; upon confirmation of delivery, if sent by recognized overnight courier; and upon receipt if mailed.

| | |
|---|---|
| **IF TO THE BOARD:** | Board of Education of the City of Chicago<br>Department of Procurement<br>42 West Madison Street, 2nd Floor<br>Chicago, IL 60602<br>Attn: Chief Procurement Officer |
| Copy to: | Board of Education of the City of Chicago<br>Department of Facilities<br>42 West Madison Street<br>Chicago, IL 60602 |

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

Attn: Chief Facilities Officer

General Counsel
Board of Education of the City of Chicago
Law Department
One North Dearborn Street, Suite 900
Chicago, IL 60602
Fax: (773) 553-1701

**IF TO VENDOR:**     Vice President, Finance
Aramark Management Services
Limited Partnership
2400 Market Street
Philadelphia, PA 19103

44.    **Non-Discrimination**. It shall be an unlawful employment practice for Vendor or any of its Subcontractors to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to compensation, or other terms, conditions, or privileges of employment, because of such individual's race, color, national origin, religion, sex, gender identity/expression, sexual orientation, age or disability; or to limit, segregate, or classify employees or applicants for employment in any way that would deprive or tend to deprive any individual from equal employment opportunities or otherwise adversely affect an individual's status as an employee because of such individual's race, color, national origin, religion, sex, gender identity/expression, sexual orientation, age or disability. Vendor shall particularly remain in compliance at all times with: the Civil Rights Act of 1964, 42 U.S.C.A. §2000a, et seq., as amended; the Age Discrimination in Employment Act, 29 U.S.C.A. §621, et seq.; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C.A. §701, et seq., as amended; the Americans with Disabilities Act, 42 U.S.C.A. §12101, et seq.; the Illinois Human Rights Act, 775 ILCS 5/1-101, et seq., as amended; the Illinois School Code, 105 ILCS 5/1-1 et seq.; the Illinois Public Works Employment Discrimination Act, 775 ILCS 10/0.01 et seq.; the Individuals with Disabilities Education Act (IDEA), 20 U.S.C.A. §1400 et seq.; the Chicago Human Rights Ordinance, ch. 2-160 of the Municipal Code of Chicago; and all other applicable federal statutes, regulations and other laws.  Nothing in this paragraph is intended nor shall be construed to create a private right of action against the Board or any of its employees.  Furthermore, no part of this paragraph shall be construed to create contractual or other rights or expectations for the Vendor's employees or the Vendor's Subcontractors' employees

45.    **Minimum Wage**.  In performance of this Agreement, Vendor must comply with the Board's Minimum Wage Resolution (14-1217-RS2) and any applicable regulations issued by the Board's CPO.  The Board's resolution adopts Chicago Mayoral Executive Order 2014-1.  A copy of the Mayoral Order may be downloaded from the Chicago City Clerk's website at: https://chicityclerk.s3.amazonaws.com/s3fs-public/document_uploads/executive-order/2014/Executive-Order-No-2014-1.pdf; the Board's Resolution may be downloaded from the Chicago Public School's website at: http://www.cpsboe.org/content/actions/2014_12/14-1217-RS2.pdf.  In the event of any discrepancy between the summary below and the Resolution and Order, the Resolution and Order shall control.

Vendor must: (i) pay its employees no less than the minimum wage in accordance with the Resolution and Order ("Minimum Wage") for work performed under the Agreement; and (ii) require any Subcontractors, sublicensees, or subtenants, to pay their employees no less than the Minimum Wage for work performed under the Agreement.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

The Minimum Wage must be paid to: 1) All employees regularly performing work on property owned or controlled by the Board or at a Board jobsite and 2) All employees whose regular work entails performing a service for the Board under a Board contract.

Beginning on July 1, 2015, and every July 1 thereafter, the Minimum Wage shall increase in proportion to the increase, if any, in the Consumer Price Index for All Urban Consumers most recently published by the Bureau of Labor Statistics of the United States Department of Labor, and shall remain in effect until any subsequent adjustment is made. On or before June 1, 2015, and on or before every June 1 thereafter, the City of Chicago may issue bulletins announcing adjustments to the Minimum Wage for the upcoming year.

The Minimum Wage is not required to be paid to employees whose work is performed in general support of Vendor's operations, does not directly relate to the services provided to the Board under the Agreement, and is included in the contract price as overhead, unless that employee's regularly assigned work location is on property owned or controlled by the Board. It is also not required to be paid by employers that are 501(c)(3) not-for-profits.

The term 'employee' as used herein does not include persons subject to subsection 4(a)(2), subsection 4(a)(3), subsection 4(d), subsection 4(e), or Section 6 of the Illinois Minimum Wage Law, 820 ILCS 105/1 et seq., in force as of the date of this Agreement or as amended. Nevertheless, the Minimum Wage is required to be paid to those workers described in subsections 4(a)(2)(A) and 4(a)(2)(B) of the Illinois Minimum Wage Law.

The Minimum Wage is not required to be paid to employees subject to a collective bargaining agreement that provides for different wages than those required by the Board's Resolution, if that collective bargaining agreement was in force prior to December 17, 2014 or if that collective bargaining agreement clearly and specifically waives the requirements of the Resolution.

If the payment of a prevailing wage is required and the prevailing wage is higher than the Minimum Wage, then Vendor must pay the prevailing wage.

46.     **Continuing Obligation to Perform**.  In the event of any dispute between Vendor and Board, Vendor shall expeditiously and diligently proceed with the performance of all its obligations under this Agreement with a reservation of all rights and remedies it may have under or pursuant to this Agreement at law or in equity.

47.     **Controlling Agreement:** Vendor shall not request any CPS staff including school principals, administrative staff or other CPS employees to sign any form, memorandum of understanding or any other agreement for delivery of the Services except for those documents specifically approved by the Board under the Agreement.  Additionally, the Board and its users shall not be bound by the terms and conditions in any clickwrap/clickthrough agreement or license, end user license or any other agreement or license contained or referenced in the service or any quote provided by Vendor. Even if a CPS staff or Board user agrees to any agreement or license contained or referenced in the services or a quote from Vendor, Vendor acknowledges and agrees that those terms and conditions are null and void and not binding on the Board. Vendor acknowledges and agrees that the terms and conditions of the Agreement represent the entire agreement of the parties for the Services. No additional terms or conditions shall apply to the Board unless a written amendment to this Agreement is made and signed by the authorized representatives of both Parties and approved as to legal form by the Board's General Counsel.

48.     **Kickbacks:** Neither Vendor nor any of its members if a joint venture or limited liability company has accepted and shall not accept from or on behalf of any subcontractor or any

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

intermediate tier subcontractor any payment, gratuity or offer of employment in relation to the Agreement or as an inducement for the acceptance of the Agreement. Vendor is and shall remain in compliance with all applicable anti-kickback laws and regulations.

49.     **Conflict of Interest**. This Agreement is not legally binding on the Board if entered into in violation of the provisions of 105 ILCS 5/34-21.3, which restricts the employment of, or the letting of contracts to, former Board members within a one year period following expiration or other termination of their office.

50.     **Indebtedness**. Vendor agrees to comply with the Board's Indebtedness Policy adopted June 26, 1996 (96-0626-PO3), as amended from time to time, which policy is hereby incorporated by reference into and made a part of this Agreement as if fully set forth herein.

51.     **Ethics**. No officer, agent or employee of the Board is or shall be employed by the Vendor or has or shall have a financial interest, directly, or indirectly, in this Agreement or the compensation to be paid hereunder except as may be permitted in writing by the Board's Code of Ethics Policy adopted May 25, 2011 (11-0525-PO2), as amended from time to time, which policy is hereby incorporated by reference into and made a part of this Agreement as if fully set forth herein.

52.     **Inspector General**. Each party to this Agreement hereby acknowledges that in accordance with 105 ILCS 5/34-13.1, the Inspector General of the Board of Education of the City of Chicago has the authority to conduct certain investigations and that the Inspector General shall have access to all information and personnel necessary to conduct those investigations.

53.     **Waiver.**  No delay or omission by the Board to exercise any right hereunder shall be construed as a waiver of any such right and the Board reserves the right to exercise any such right from time to time and as often as may be deemed expedient.

54.     **Uniform Commercial Code.**  In the absence of a governing provision under this Agreement or should any provision of this Agreement be construed by a court of competent jurisdiction as vague, unenforceable or illegal and the Parties are unable to agree on a substitute enforceable and legal provision, the corresponding provision of Article 2 of the Uniform Commercial Code shall apply.

55.     **Freedom of Information Act.**  Vendor acknowledges that this Agreement and all documents submitted to the Board related to this Agreement are a matter of public record and are subject to the Illinois Freedom of Information Act (5 ILCS 140/1) and any other comparable state and federal laws and that this Agreement is subject to reporting requirements under 105 ILCS 5/10-20.44.  Vendor further acknowledges that this Agreement shall be posted on the Board's Internet website.

56.     **Survival/Severability**.  All express representations or indemnifications made or given in this Agreement shall survive the completion of Services or the expiration or termination of this Agreement for any reason. If any provision or part of this Agreement is held to be unenforceable, the Agreement shall be considered divisible and such provision shall be deemed inoperative to the extent it is deemed unenforceable, and in all other respects the Agreement shall remain in full force and effect; provided, however, that if any such provision may be made enforceable by limitation thereof, then such provision shall be deemed to be so limited and shall be enforceable to the maximum extent permitted by applicable law.

57.     **Joint and Several Liability.**  If Vendor, or its successors or assigns, if any, is comprised of more than one individual or other legal entity (or a combination thereof); then, and in that event, each and every obligation or undertaking herein stated to be fulfilled or performed by Vendor shall be the joint and several obligation or undertaking of each such individual or other legal entity.

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

58.     **Participation by Other Local Government Agencies.**  Other local government agencies may be eligible to purchase Services pursuant to the terms and conditions of this Agreement if such agencies are authorized, by law or their governing bodies, to execute such purchases, and if such authorization is allowed by the Board's Chief Procurement Officer, and if such purchases have no significant net adverse effect on the Board, and result in no observed diminished Services from the Vendor to the Board, and result in no observed diminished Services from the Vendor to the Board's user departments pursuant to such purchases.  Examples of such agencies are:  City of Chicago, Chicago Park District, City Colleges of Chicago, Chicago Transit Authority, Chicago Housing Authority, Chicago Board of Elections, Metropolitan Pier & Exposition Authority (McCormick Place, Navy Pier), and the Municipal Courts.  The scope of service for any such agencies shall be the basis for terms negotiated between Vendor and such agency before commencement of services.

59.     **Charter School Participation:** Charter schools which receive funding from the Board shall be eligible to purchase Services pursuant to the terms and conditions of the Agreement and, if such charter schools are authorized by their governing bodies to execute such purchases, by issuing their own purchase order(s) to Vendor. The Board shall not be responsible for payment of any amounts owed by charter schools. The Board assumes no authority, liability or obligation on behalf of any charter school.

60.     **Multi-Project Labor Agreement:** The Board has entered into that certain Multi-Project Labor Agreement (including that certain Supplemental Agreement to the Project Labor Agreement Regarding Student Programs and Apprenticeships) ("**PLA**") with various trades regarding projects in excess of $25,000.00, and by this reference made a part of this Agreement. The Multi-Project Labor Agreement (including that certain Supplemental Agreement to the Project Labor Agreement Regarding Student Programs and Apprenticeships) is set forth in http://cps.edu/SiteCollectionDocuments/Multi_ProjectLaborAgreement2015_2025.pdf and http://cps.edu/SiteCollectionDocuments/Multi_ProjectLaborSupplementalAgreement2015_2025.pdf Vendor acknowledges familiarity with the requirements of the Board's PLA and shall comply with the PLA where applicable in the performance of the Services.

61.     **Entire Agreement**. This Agreement, including all exhibits, attachments and schedules attached to and incorporated into it, constitute the entire agreement of the Parties with respect to the matters contained herein.  All attached exhibits, attachments and schedules are incorporated into and made a part of this Agreement.  No modification of or amendment to this Agreement shall be effective unless such modification or amendment is in writing and signed by an authorized representative of each Party.  Any prior agreements or representations, either written or oral, relating to the subject matter of this Agreement are of no force or effect.

62.     **Counterparts and Electronic Signature**. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one instrument.  A signature delivered by facsimile or electronic means shall be considered binding for both Parties.

63.     **Board Approval**.  The execution of this Agreement is subject to approval by the members of the Board of Education of the City of Chicago.

**Remainder of Page Intentionally Left Blank**

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**THIS AGREEMENT WILL BE POSTED ON THE CPS WEBSITE**

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the latest date set forth below.

**BOARD OF EDUCATION OF CITY OF CHICAGO**

By: _Miguel del Valle_
Miguel Del Valle
President

Attest: _Estela Beltran_
Estela G. Beltran
Secretary

Date: October 1, 2021

**Board Report No.:** 21-0728-PR14

_Pedro Martinez_
Pedro Martinez
Chief Executive Officer

Approved as to legal form:

_Joseph Moriarty_
Joseph Moriarty
General Counsel

**ARAMARK MANAGEMENT SERVICES, LP**

By: _katherine Tracy_
Name: Katherine Tracy
Title: VP Finance

Date: September 30, 2021

**Exhibit A: Scope of Services**
**Exhibit B: Financial Terms**
**Exhibit C: Tentative Staffing Plan**
**Exhibit D: Service Level Agreement and Liquidated Damages**
**Exhibit E: Performance Evaluation**
**Exhibit F: CPS FY-20 AAP Audit Flow Procedural Requirements Diagram**
**Exhibit G: CPS Facilities Building Security Protocols**

**Schedule 1: APPA Cleaning Standard**
**Schedule 2: Services and Frequencies**
**Schedule 3: School Equipment List**
**Schedule 4: List of Schools**
**Schedule 5: Community Relations Initiatives**

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**SCOPE OF SERVICES**

Name of Project:  Custodial Services Contract with Aramark, RFP Specification NO 20-350030
CPS Project Manager:  Muhammad Saiduzzaman  Phone: 773/553-1837 E-Mail: msaiduzzaman@cps.edu
Consultant's Project Manager: Brian Bilthuis (708) 932-6956    E-Mail: bilthuis-brian@aramark.com
Period of Performance:  August 1, 2021 through June 30, 2024

---

THIS SCOPE OF SERVICES (this "**Scope of Services**") shall be conducted pursuant to the terms and conditions of that certain Custodial Services Agreement dated as of August 1, 2021 (the "**Agreement**") by and between Aramark ("**Vendor**") and the Board of Education of the City of Chicago, a body politic and corporate, commonly known as the Chicago Public Schools (the "**Board**" or "**CPS**"; and together with the Vendor, individually, a "**Party**" and collectively, the "**Parties**").  Capitalized terms used and not otherwise defined herein shall have the meanings assigned thereto in the Agreement.  In the event of a conflict between the terms of this Scope of Services and the Agreement, the terms of the Agreement shall supersede and prevail.

I.     BACKGROUND

CPS is the third largest school district in the United States and currently operates approximately 683 schools serving approximately 403,000 students.  In FY 2022, CPS is estimated to spend more than $200 million on all facility management services, which comprises utilities, Custodial Services, janitorial supplies, building maintenance, engineering services and other trade services.  CPS desires to provide a safe and comfortable environment for the students, faculty and staff while minimizing the costs associated with the delivery of these services.

II.    CUSTODIAL SERVICES

A.    General.

i.      Vendor shall provide all management, personnel, materials, supplies and equipment needed to manage, operate, and deliver custodial services at the Board Facilities in accordance with the requirements of this Agreement, Scope of Services herein and in compliance with the Service Level Agreements ("**SLAs**") and Key Performance Indicators (**KPI's**) (with the exception of the Board Custodian Commitment) ("**Custodial Services**"), including, all supplies, materials and equipment necessary to deliver the Custodial Services, including, but not limited to, any and all: (i) janitorial or custodial supplies and materials of the type that are necessary or desirable for the performance of the Custodial Services, including, but not limited to floor finishes, cleaners, detergents, sanitizers, hand soaps, wipes, paper towels, toilet paper, plastic liners for containers, plastic bags for trash removal (**"Custodial Supplies"**); and (ii) all equipment necessary to deliver the Custodial Services, including, but not limited to, floor scrubbing, polishing and shampooing machines, step ladders (**"Custodial Equipment"**). Vendor shall deliver to the Board's Facilities Operations Chief, a list of all Cleaning Supplies that are cleaning agents and sanitizing chemicals **("Cleaning Agents")** that Vendor proposes to use in its delivery of the Custodial Services within thirty (30) days of the Go-Live Date.

ii.     Vendor's Custodial Services hereunder shall include, but are not limited to manage, supervise, train, monitor and oversee all Vendor Personnel providing Custodial Services, namely (i) third-party janitorial Subcontractors ("Vendor Custodians"); (ii) manage, supervise, train, monitor and oversee Board employees providing Custodial Services at the Board Facilities ("Board Custodians"); (iii) purchase and maintain sufficient inventory of all Custodial Supplies and Custodial Equipment, including Cleaning Agents, used in connection with the Custodial Services; (iv) clean and maintain the areas designated under the column heading "SQFT" in Schedule 4, (each, a "Custodial Area"); (v) observe, document and report any known mechanical deficiencies, leaks, and broken fixtures in each Custodial Area; (vi) regularly inspect each Custodial Area and exterior grounds at such Board Facility; (vii) set up the cafeteria or such other areas designated for breakfast and

lunch; (viii) remove trash, dispose of liquid waste, clean up spills, replace garbage liners and clean surfaces (including, without limitation, floors, table tops, chairs, benches and walls); (ix) maintain all Custodial Supplies and Custodial Equipment in a secured storage area, and maintain any storage and/or locker space provided by the Board according to the SLA; (x) clean minor mold and mildew in bathroom, locker room and shower areas, provided that the Vendor shall not be responsible or liable in any way for the investigation, remediation and abatement of mold, mildew, fungi pollutants, contaminants, asbestos, lead, fuel storage tanks or contents, poor air quality, or hazardous, toxic, or regulated waste substances; (xi) open, close and secure each Board Facility in accordance the standards and operational procedures established by the Board, including compliance with the "CPS Daily Building Security Protocol for Building Level Custodians", as may be revised by the Board from time to time, to the extent the CPS Daily Building Security Protocol for Building Level Custodians and any revisions to the same are provided to Vendor in writing; it being further understood and agreed that the CPS Daily Building Security Protocol for Building Level Custodians and any revisions to the same established by the Board after execution of this Agreement shall not be imposed upon Vendor to the extent the same materially expand the obligations of Vendor as set forth in this Agreement, or impose any additional costs on Vendor, without the prior written agreement of both parties evidenced by a duly executed amendment to this Agreement in accordance with the terms herein; and (xii) perform the Custodial Services set forth herein and such other tasks and deliverables necessary to comply with Vendor's obligations hereunder.

iii. During the Term, the Vendor shall, with respect to (i) each of the schools set forth on Schedule 4 and (ii) solely with respect to the period during each year of the Term in which the Board's summer schools are in session, ("**Summer School Facilities**"), to be determined by the Parties in good faith (the properties described in clauses (i) and (ii) being collectively referred to herein as the "**Board Facilities**" or "**Facilities**"), in each case perform Custodial Services:

1. Manage, supervise, train, monitor and oversee (the Board Custodians; and together with the Vendor Custodians, collectively, the "Custodians"), in each case performing custodial services under the Agreement;
2. Purchase and maintain the Cleaning Supplies and the Cleaning Equipment;
3. Convey the Depreciable Cleaning Equipment to the Board pursuant to the terms of Section 14 of the Agreement;
4. Clean and maintain the Custodial Area at each Board Facility designated under the column heading "SQFT" in Schedule 4 to the Agreement, including, with respect to Summer School Facilities, (i) opening and closing such Summer School Facilities for summer school or other Board activities and (ii) turning on and off lights, monitoring restroom cleanliness, supporting meal periods, trash removal and/or daily cleaning, in each case with respect to such Summer School Facilities;
5. Review the exterior grounds of each Board Facility daily to collect and discard debris;
6. Observe and report any known mechanical deficiencies, leaks, and broken fixtures in each Custodial Area and otherwise periodically inspect each Custodial Area and the immediate exterior grounds at each Board Facility;
7. Set up the cafeteria and/or areas designated for breakfast and lunch;
8. Dispose of liquid waste, clean spills, replace garbage liners and clean surfaces (including, without limitation, floors, table tops, chairs, benches and walls) and remove trash and garbage to dumpsters or receptacles designated by the Board at the applicable Board Facility;

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A3B

9.  Maintain any storage and/or locker space provided by the Board to the Vendor;
10. Clean minor mold and mildew in bathroom, locker room and shower areas; provided that, the Vendor shall not be responsible or liable in any way for the investigation, remediation or abatement of mold, mildew, fungi, pollutants, contaminants, asbestos, lead, fuel storage tanks or contents, indoor air pollutants or contaminants, poor air quality, or hazardous, toxic, or regulated waste substances, in each case at the Facilities or their surrounding premises; provided further that Vendor shall not be liable for any conditions that existed in, on, or upon any Board Facility or the Board's cleaning equipment or systems on or prior to the Effective Date, including, without limitation, environmental impairments and other conditions;
11. Coordinate interviews with each Board Custodian to (a) evaluate and assess the knowledge, skill and abilities of such Board Custodian, (b) provide written recommendations to the Board from time to time regarding employment, compensation, promotion, discipline, and discharge of such Board Custodian and (c) create new job descriptions, labor schedules, cleaning schedules and standards of performance;
12. Perform the obligations set forth in Section II. C. below;
13. Endeavor to fulfill the community initiatives set forth on Schedule 5 hereto
14. Participate in the removal of snow and ice at entrance ways and egresses at each Board facility as per the specific school Snow Plan, and under the direction of the Board or Board designee (FMO). Activities may include, but not limited to, shoveling snow, snow blowing, sweeping, placing signs or cones, and application of ice melt.

iv. Vendor accepts the Association of Physical Plant Administrators("APPA") "APPA Level 2" Cleaning Standards for meeting the Board's standards for clean and safe working/learning environments and the service levels and performance standards that the Vendor's organization and all their individual team members are expected to achieve.

v. In all business practices, purchases and process involved in Vendor's service delivery responsibilities, sustainability and appropriate accountabilities shall be a focused component supporting the Board's commitment to responsible use of energy, water and any other natural resources.

B.  Custodial Services Exclusions

i.  The Parties acknowledge and agree that the Custodial Services performed by Vendor under the Agreement shall include any of the following services (such services being individually and collectively referred to herein as the "**Additional Services**"):

a.  The cleaning of laboratory equipment, sink hoods, art room kilns and ovens, kitchen equipment and vent hoods, machinery and equipment in boiler, fan and air compressor and all building systems' mechanical equipment located anywhere outside such areas maintaining
b.  The re-lamping of light fixtures
c.  The removal of exterior graffiti
d.  The refinishing of gym floors
e.  The procurement and installation of flooring
f.  The repairing of furniture
g.  Painting
h.  The maintenance and/or training with respect to swimming pools, athletic turf, general turf, pool operators, maintenance technicians, plant maintenance managers

3

DocuSign Envelope ID: 8A8FC2E3-17BC-412D-A93A-6961D0918A2B

    i.   Interior pest management & control
    j.   Emergency management
    k.   Building commissioning
    l.   Preventative maintenance, except on cleaning equipment where recommended by the manufacturer
   m.   Predictive maintenance, except on cleaning equipment where recommended by the manufacturer
    n.   Corrective maintenance, except on cleaning equipment
    o.   Project management, except on large custodial cleaning and for minor restoration projects
    p.   Snow Removal from parking lots
    q.   Chemical spills and hazardous materials cleaning

C.   Implementation Services and Project Plan.

    i.   Vendor and the Board acknowledge that Vendor shall provide certain implementation services relating to the transition and implementation of the Custodial Services hereunder ("**Implementation Services**") commencing on August 1, 2021, or such other date as determined by the Board, and continuing through September 30, 2021 for all quality regions -(or such other end date as may be agreed by the Parties in writing ("**Implementation Period**") in accordance with the terms herein. Vendor shall provide the "**Implementation Services**" pursuant to the terms of this Agreement, in accordance with the implementation plan developed by Vendor and approved by the Board ("**Implementation Plan**"). Vendor shall invoice the Board for Implementation Costs in accordance with the terms of this Agreement. Vendor shall also provide a plan to the Board within ten (10) days following the date by which Vendor is required to provide full services in CPS facilities as described in this exhibit ("**Go-Live Date**") The Parties agree that the Go-Live Date is October 1, 2021, detailing Vendor's operational plan for the ongoing delivery of Custodial Services during the Term ("**Project Plan**"). The Implementation Plan and the Project Plan are each subject to the review, revision and written approval of the Board, and may be refined as necessary from time to time in coordination with the Board's Facilities Chief or its designee.

    i.   During the Implementation Period, Vendor shall familiarize itself with particular aspects of the Facilities, operations, equipment, materials, supplies, and other matters. Vendor shall assist the Board with inventorying its cleaning equipment and shall order Cleaning Equipment necessary to provide the Custodial Service during the Implementation Period. The Implementation Period shall include setting up Vendor's computer and software programs, determining the net square footage of the Board Facilities, screening new employees and subcontractor employees, and training Custodians. The Board agrees to reasonably cooperate with the activities of Vendor contemplated by this paragraph C. During the Implementation Period, Vendor shall not provide Custodial Services and shall not supervise or manage the Custodians for Custodial Services that are to be effective October 1, 2021 and are not currently being provided under an active agreement with the Board. Vendor shall be paid the "**Implementation Period Fees**" set forth on Exhibit B during the Start-Up Period, which shall represent a portion of Vendor's actual cost during the Start-Up Period. The balance of Vendor's actual costs during the Start-Up Period shall be payable by the Board in accordance with the payment schedule set forth on Exhibit B hereto.

D.   Meetings with the Board and Strategic Goals.
    i.   The Vendor shall meet with the Board or the Board designee:
        a.   During the first three months of the Agreement, weekly to review the Vendor's program transition and program implementation, inventory and delivery of Cleaning Supplies and Cleaning Equipment, inventory and assessment of Board Facilities, call center review and validation. Vendor shall be fully responsible for ensuring that computerized custodial service audit/inspection and management system is fully compatible with Board's Computerized Maintenance Management System ("**CMMS**") and to set-up and implementation and training.

    b.   At the beginning of each school year to review the Vendor's written proposals for the year (including the supporting business case) which shall identify saving and/or operational efficiencies that would result in (i) process improvement opportunities and/or innovation for the Board; and/or (ii) a reduction in the Board's costs related to delivery of custodial services in such calendar year (collectively, the "**Performance and Savings Opportunities**").

    c.   During the Term, once each month and once each quarter to review matters such as, the progress toward the Performance and Savings Opportunities, level of cleanliness, safety, training, attendance, productivity, call center review and the Annual Survey ("**Annual Survey**").

    d.   From time to time, as mutually agreed between the Parties.

F.   Computer Maintenance Management Systems (CMMS)

   i.   CMMS Access. Board hereby grants to the Vendor access to use the CMMS in the delivery of the Custodial Services. The Vendor shall not copy or knowingly permit the copying by any third party of the CMMS, or distribute, market, sell, rent, lease, license, transfer, sublicense, or assign to any third party any portion of the CMMS except as permitted under this Agreement. The Vendor shall not make any alterations, additions, or modifications, create derivative works, decompile, disassemble, or reverse engineer the CMMS without the prior written consent of the Board.

   ii.   Sharing of Reports and Data. Notwithstanding the foregoing CMMS user limitations, the Parties acknowledge that all Custodial Services data, reports and records resulting from the CMMS are "work product" and Board Data exclusively owned by the Board. The Board may, in its sole discretion, share such Board Data generated through the CMMS or by other means with respect to the Custodial Services hereunder, with the Board's designees, including any other Third Party Subcontractors or prospective vendors.

   iii.   Permitted Users. Board shall provide a separate username and password for each user of the CMMS, including those Vendor employees requiring access to the CMMS as designated by the Vendor in order to track all actions on the CMMS. Board shall not establish a central username and password for use by multiple Vendor Personnel.

   iv.   CMMS and Information Systems Security. Vendor shall take all necessary action to maintain security of the CMMS and the information systems, hardware, software, equipment, network components, services, and other resources of the Board ("**Board Systems**"), taking steps to protect the CMMS from unauthorized access or viewing, data loss, or accidental deletion, addition, editing, access or viewing by unauthorized Vendor Personnel or third parties.

   v.   Board shall implement and maintain a consolidated data, recordkeeping, inventory and operations management solution through the CMMS and provide integrated connectivity between the CMMS and the Vendor. Board shall coordinate with the Vendor to create an interface of the CMMS with the Vendor Systems, if deemed necessary by the Board. The Vendor shall maintain and manage the CMMS based on the following minimum requirements, which shall be further refined to comply with additional specifications as may be mutually agreed by the Parties:

    a.   General Management and Tracking. Record keeping, management, tracking and communication of day-to-day operations, work requirements, work status, analyze data in order to efficiently deploy and manage the Custodial Services, maintain history of Custodial Services, generate reports, monitor and analyze Custodial Services delivery metrics against Service Level Requirements ("Service Level Requirements") for use in evaluating compliance with the Agreement, the effectiveness of the Custodial Services and providing for data driven decision making by Vendor and the Board.

    b.   Inventory Records, Recordkeeping for all Supplies and Custodial Equipment. With respect to Custodial Equipment records, Vendor shall retain and include in the

CMMS: bill of material, preventative maintenance schedule, service contracts, safety procedures, specification data, equipment downtime, location and related documentation (collectively "**Inventory Data**").

c. Vendor Personnel Tracking. Recordkeeping for all Vendor Personnel ("Vendor Personnel"), including assignments, specialty or trade categories, associated labor costs, skill levels and evidence of compliance with qualifications, licensing, the Background Checks and tracking of other compliance requirements as needed.

d. Safety Plans. Storage of emergency guidelines, disaster and safety plans for each Board Facility, tracking Hazardous Materials, ratings for health, flammability and Safety Data Sheets ("SDS") for Hazardous Materials, linkage of safety plans to Custodial Services and operations plans, preventative maintenance plans, and work orders with ability to print safety plans automatically on work orders.

e. Work Order Request Management. Capability to input, monitor, manage and track work order requests, with information inputs for detailed planning and scheduling, including Custodial Services plan operations and requirements for all Custodial Supplies, Custodial Equipment and labor costs and documents such as blueprints, plans and other Custodial Services and Board Facility related documents.

f. Custodial Services Management. Capability to specify which Vendor Personnel to apply to specific Custodial Services work orders and related timing for Custodial Services planning and deployment.

g. Reporting. Track and report development for opening and closing work orders, reporting on status, labor, materials, equipment, failure codes and completion dates.

h. Purchasing. Module to initiate the requisition of material and Subcontractor Custodial Services against and track the delivery and cost data of the material or subcontractor services.

i. Subcontractor Contracts. Module that includes information on Subcontractor contracts, including reference to each contractor's past performance, current and planned services.

j. KPI/Metrics and SLAs. Record data based on the SLAs and KPIs, measuring progress toward meeting goals and ensuring compliance with the terms of the Agreement.

k. Warehouse & Logistics. Move management of equipment, assets, and supplies.

G. Cleaning Standards.

    i. At all times during the Term of this agreement, the Vendor shall provide Custodial Services that are consistent with the Association of Physical Plant Administrators ("APPA") "APPA Level 2" Cleaning Standards and for meeting the Board's standards for clean and safe working/learning environments. For a detailed review of APPA Level 2 expectations in comparison to other Levels, refer to Schedule 1.

    ii. The Vendor shall notify all relevant parties including the Board's Coordinator of Facility Maintenance or his/her successor, when a condition exists that could hinder the Vendor's ability to perform the Custodial Services at acceptable levels in a Board Facility. Examples of obstacles include but are not limited to staffing issues, insufficient Cleaning Supplies, Cleaning Equipment, and dangerous or hazardous building conditions.

H. Standards of Performance (Performance Based)

    a. Vendor shall assist the Board in meeting environmental, energy and sustainability goals, maximize efficiencies, and meet budget limitations. Vendor shall provide Custodial Services to ensure clean, sanitized and disinfected environments that are conducive to learning. The Vendor shall employ the latest technologies, and automation to work methods to continuously improve the service quality within budget. The vendor shall

adhere to performance standards as outlined in the SLAs and measured by agreed upon KPIs.

I.   Service Level Agreement and Compliance

    i.   Service Level Agreement. Vendor shall comply with the levels of services set forth in the SLAs attached hereto as Exhibit D and shall be subject to SLA Liquidated Damages ("SLA Liquidated Damages") for failure to provide Custodial Services in strict compliance with the SLAs.

L.   Call Center Responsiveness

    i.   Custodial vendor is required to provide and coordinate all information with the Facilities Management Office (FMO) Call Center.

M.   Training Program (New Hire Orientation, Competency Training).

    i.   Vendor shall develop a training program to ensure efficient, skilled, detailed delivery of the Custodial Services in compliance with the standards set forth and required by the Board hereunder ("**Vendor Training Program**") and shall provide each Custodian used in the performance of the Custodial Services with adequate training to perform the work with knowledge, skill and competence necessary to meet the requirements set forth herein. Vendor shall ensure that all Custodians are well informed on procedures related to work safety, chemicals, tools and equipment, general procedures, common mistakes and other matters that may arise in day to day delivery of Custodial Services, taking into account the special requirements, needs, sensitivities and rules that impact the Board Facilities as schools, including all applicable Board Rules. The training obligations hereunder are not intended to be an all-inclusive description of training but rather, provide guidance and insight to the Board's minimum expectations. Vendor shall provide and maintain competent, skilled adequate supervisory and management Vendor Personnel to monitor work performance and ensure that the standards of cleanliness required under this Agreement and in compliance with the SLAs that are being maintained. Vendor shall provide a training program for all Custodians to ensure consistency of delivery of Custodial Services across each Board Facility. Vendor shall institute and maintain the Training Program throughout the Term, ensure that all new Vendor and all appropriate Board Personnel to undergo the Training Program that includes but not limited to New Hire orientation, onboarding and competency training before providing Custodial Services at any Board Facility, and to enlist and include in all regularly scheduled and Vendor provided continual training updates and refreshers to ensure that the requirements hereunder are met.

    ii.   The Vendor Training Program shall include, at a minimum, but not limited to, trainings and materials on the following topics:

        a.   general daily cleaning techniques;

        b.   training on proper use of equipment;

        c.   chemical Handling and green cleaning;

        d.   project and progressive cleaning techniques;

        e.   elements of an emergency action plan;

        f.   elements of blood borne pathogens and exposure control plan;

        g.   hazard communication program (including Material Safety Data Sheets, Labels and other forms of warning);

        h.   the APPA Standards;

        i.   proper use of cleaning agents;

        j.   industry accepted best cleaning procedures and practices for schools and school facilities; and

        k.   OSHA requirements.

    iii.   Vendor shall be responsible for all costs associated with the Vendor Training Program, including costs for any training materials. Vendor shall plan for and ensure that all

Vendor and the Board Personnel are performing Custodial Services that comply with the basic provisions of OSHA Safety and Health Standards and General Construction Standards as applicable to the specific Custodial Services being provided. All applicable Vendor's personnel shall be instructed on the use of all emergency valves, switches, and fire and safety devices in the Board Facility to which such Vendor Personnel is assigned. Vendor shall coordinate with the Board to assist with the implementation and enforcement of health and safety requirements at the Board Facilities. Vendor shall provide Safety Data Sheets ("**SDS**") (formerly MSDS or Material Safety Data Sheets) incompliance with OSHA Hazard Communication Standards. Vendor shall take all necessary and desirable precautions for the safety of, and provide the necessary protection to prevent damage, injury, or loss to all Vendor Personnel, all Custodial Supplies and Custodial Equipment, whether on or off the site of a Board Facility; and any other personal property, including other supplies, equipment, furniture and other materials located at the Board Facility where the Custodial Services are performed.

iv.   Vendor shall plan for and ensure that all Custodians performing Custodial Services comply with the basic provisions of OSHA Safety and Health Standards. Each Custodian shall be instructed on the use of all emergency valves, switches, and fire and safety devices in the Board Facility to which such Custodian is assigned. The Vendor shall implement and enforce health and safety standards by Custodians. Vendor shall provide SDSs in compliance with OSHA Hazard Communication Standards. Each Party shall take all necessary and desirable precautions for the safety of, and provide the necessary protection to prevent damage, in jury, or loss to:

   a.   Each Custodian
   b.   All Cleaning Supplies and Cleaning Equipment to be provided, incorporated in, or utilized in connection with the Agreement duties, whether on or off the site of a Board Facility; and
   c.   Other property located at the Board Facility where the Custodial Services are performed.

v.   Vendor shall collect, compile, analyze all training data and will report summary analytics with all supporting data, verifiable personnel sign offs for specific training as needed by the Board on a monthly, quarterly basis.

vi.   The Vendor shall comply with Board requirements to facilitate training utilizing the Board's designated on-line training portal.

N.   Emergency Action and Emergency Work Training Requirements.

   a.   If an emergency endangering the safety or protection of persons or property located at or adjacent to a Board Facility occurs, emergency responders shall be directed by Vendor to communicate with the Board's designee of the Department of Facilities and with Vendor. Vendor shall, without special instructions or authorization from the Board, take all necessary action to attempt to prevent or mitigate any such threatened damage, injury or loss. As soon as is practical during or following such an emergency, Vendor shall promptly notify the Board Building Manager. Vendor shall respond in the time and manner defined in Exhibit B. Vendor shall provide support to the Building Manager, the Board, and/or FMO leadership to mitigate damage and resolve the emergency situation.

   b.   The Vendor will be required to provide personnel with a comprehensive training plan designed to meet all federal, state, and CPS requirements and satisfies the operational needs of CPS and of all facilities subject to this contract. The topics covered by such documented training should be including but not limited to:

      1.   Job Specific knowledge/Skills assessment & Training (Core Competency Training);
      2.   Emergency Preparedness;

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

3.   Pandemic and Public Health Preparedness;
4.   Supervisory Management Skills;
5.   Team Building;
6.   Cleaning for Health;
7.   Leadership Skills Training;
8.   Asbestos Compliance Awareness

viii.  Scheduling of the meetings, documentation and records of all training must be made available to the Board or Board Designee for review periodically or as requested. Remedial training must be provided as and when required, and refresher training will be provided on an annual basis or when required. All training shall be documented and provided to the Board on a monthly/quarterly basis.

ix.  A written instruction (with appropriate visuals) document will exist for each station in every Board property identifying the area of responsibility, the expectation of that employee's efforts by the end of the shift, and workplace instructions to meet those expectations. Newly assigned personnel must receive on the job training from day one - whether they are permanently or temporarily assigned to a station.

O.  Equipment, Materials, Consumables and Cleaning Chemicals.

    i.  Equipment

      a.  The Vendor shall furnish any and all Cleaning Supplies and consumables  (defined below) and Cleaning Equipment (defined below).

      b.  Cleaning Supplies & Consumables.  As used herein, "**Cleaning Supplies & Consumables**" means any and all janitorial supplies and materials of the type that are necessary for the performance of the Custodial Services, including, without limitation, floor finishes, cleaners, detergents, sanitizers, hand soaps, wipes, paper towels, plastics.

      c.  Cleaning Equipment.  As used herein, "**Cleaning Equipment**" means, collectively, (i) the Depreciable Cleaning Equipment and (ii) the Non-Depreciable Cleaning Equipment, but excluding snow removal equipment and related supplies, including, without limitation, snow throwers, shovels, vehicles and snow plows.

      d.  The Board shall make secure storage and janitorial areas available to the Vendor at the Board Facilities to store Cleaning Supplies/consumables and Cleaning Equipment.

      e.  Title to any Cleaning Supplies/consumables purchased by Vendor prior to the expiration or early termination of this Agreement shall, without further act, vest in the Board.  Vendor shall transfer title of the Cleaning Equipment to the Board pursuant to and in accordance with the terms of Section 14of the Agreement. Vendor, at the Board's request, shall execute and deliver any bills of sale, assignments or other documents of conveyance necessary to evidence the vesting of title in and to such Cleaning Supplies to the Board and the conveyance of the Cleaning Equipment to the Board.

      f.  Pre-Existing Custodial Services Equipment/ Asset Conditions.

         1.  Vendor shall conduct an inventory and assessment of the Pre-Existing Custodial Services Equipment/ Asset Conditions for the entire district and shall submit a report ("**Pre-Existing Custodial Services Equipment/Asset Conditions Assessment**") to the Board's Facilities Chief for consideration and review no later than sixty (60) days following either the Letter of Intent or the Executed Contract, which is issued first, detailing.  For clarity, as used herein, "**Pre-Existing Custodial Services Equipment/Asset Conditions**" shall mean any condition that existed prior to commencement of this Custodial Services contract at the applicable Board Facility.

a. The mutually agreed upon parameters of the assessment between the Vendor and the Board's Chief of Facilities;

b. The results of the Pre-Existing Custodial Services Equipment/Asset Condition Assessment of the custodial assets at each Board Facility, prioritized by level of urgency and years;

c. A recommended course of action for each piece of equipment/asset, prioritizing level of urgency, cost of repair, cost of replacement, lead time for replacement and impact to school custodial operations.

d. The Custodial Services equipment/asset inventory should be catalogued in an electronic database or system (CMMS) that is mutually agreed upon by both the Vendor and Board's Chief of Facilities, and can then manage the inventory moving forward.

2. The Pre-Existing Custodial Services Equipment/Asset Conditions Assessment Report shall not be deemed to include discovery of latent defects that are not reasonably discovered through a visual inspection by the Custodial Manager or other qualified Vendor Personnel with knowledge of facilities and custodial equipment/asset inspections (which visual inspection shall include an inspection of assets and equipment using vision, hearing, touch and smell and/or any non-invasive inspection equipment). Notwithstanding the foregoing, while the intent of the Pre-Existing Equipment/Asset Conditions Assessment is not to require Vendor to actively conduct invasive inspections to uncover latent defects, Vendor shall, to the extent it becomes aware of any latent defects, in connection with its performance of the Custodial Services hereunder, notify the Board of such latent defects in the Pre-Existing Custodial Services Equipment/Asset Conditions Assessment Report.

3. Based on the results of the Pre-Existing Custodial Services Equipment/Asset Condition Assessment Report and the comprehensive evaluation by the Board's Chief of Facilities, the Vendor shall develop and propose a strategic, forward-looking Custodial Services Equipment/Asset Program ("**Custodial Services Equipment/Asset Program**") to address necessary or advisable Custodial Services equipment and assets at each Board Facility. Vendor will provide the Board with an initial proposal addressing immediate potential equipment and assets needs that the Board should consider no later than July 30, 2021. Vendor shall provide updated proposals, (including proposed project details, cost analysis, justification and timelines) to the Custodial Services Equipment/Asset Program as necessary throughout the Term. The initial Custodial Services Equipment/Asset Program proposal and each updated proposal thereafter is subject to the Board's review, revision and written approval. Vendor shall thereafter be responsible for managing all elements of the delivery of the Custodial Services Equipment/Asset Program in compliance with the proposal so approved by the Board. Vendor shall ensure that to the extent practicable and commercially reasonable, Custodians deliver the Custodial Services in accordance with the Custodial Services Equipment/Asset Program.

g. The Board shall not be responsible for any services performed as a part of the Custodial Services Equipment/Asset Program resulting from

1. Vendor's negligence in performance of the Custodial Services required hereunder; or

2. Vendor's negligence in performance of acquisition of equipment and assets to carry out Custodial Services which failure resulted in the need for the services.

h.  Vendor shall purchase and place in service equipment for use in connection with the Custodial Services ("**Depreciable Equipment**") in an amount of up to Two Million and 00/100 Dollars ($2,000,000.00) (the "Custodial Equipment Investment"). The Custodial Equipment Investment is included in the Contract Price and shall be amortized on a monthly, straight-line basis for a period of no longer than three (3) years from the Effective Date, commencing, respectively, on the date the applicable item of Depreciable Equipment is placed into service and ending on June 30, 2024. Schedule 3 attached hereto sets forth the Depreciable Equipment that will be purchased by Vendor in connection with the Custodial Equipment Investment. Promptly after the purchase of any Depreciable Equipment, Vendor shall provide the Board with an updated Schedule 3, to the extent not already included thereon, setting forth the following for each item of Depreciable Equipment: (1) a complete and accurate description, including the manufacturer and model number, of the Depreciable Equipment purchased; (2) serial number for the Depreciable Equipment purchased; (3) the amount of the Custodial Equipment Investment attributable to such item of Depreciable Equipment and (4) date the applicable item of Depreciable Equipment was placed into service. Any Depreciable Equipment purchased by Vendor on the Board's behalf shall be purchased as "sales for resale" to the Board as referenced in IDOR Regulations Title 86, Parts 130.2076 (Sales to Purchasers Performing Contracts with Governmental Bodies). The Board shall hold title to all such Equipment upon full amortization of the Depreciable Equipment at the end of the applicable amortization period, or upon sooner repayment of the Custodial Equipment Investment by the Board. Vendor hereby represents and warrants to the Board that as of the purchase date of each item of Depreciable Equipment by Vendor, and upon full amortization of the Depreciable Equipment, Vendor shall have good, valid and marketable title to each such item of Depreciable Equipment, free and clear of all liens. Vendor shall not create, incur, assume or suffer to exist, any lien upon any item of Depreciable Equipment, whether now owned or hereafter acquired. Upon expiration or termination of this Agreement by either Party for any reason whatsoever prior to the complete amortization of the Custodial Equipment Investment (to the extent such funds are used to purchase Depreciable Equipment), the Board shall pay to Vendor an amount equal to the total unamortized balance remaining on the Depreciable Equipment calculated in accordance with this Section 14, to the extent purchased with funds from the Custodial Equipment Investment, as of the date of expiration or termination.

i.  All equipment/assets must be asset tagged and cataloged in the Board's CMMS.

j.  Vendor should be aware that there are select multi-level Board Facilities that do not have elevators. Therefore, equipment deployment must include the use of light weight or portable equipment along with duplicating heavier equipment to avoid possible personal injury or damage to the property along with increasing productivity.

k.  All energy consuming equipment must be certified against a nationally recognized industry standard such as the U.S. Green Building Council. The Vendor must also demonstrate that the equipment is in the top 20% for energy consumption within its class. Should any equipment fail, it will be repaired or replaced immediately, and back-up equipment will be supplied in the interim, the estimated annual costs need to be part of the proposed expense budget. The following are categories of Depreciable Cleaning Equipment: all Automatic Floor Machines; Scrubbing machines; Upright & Backpack vacuums; and High-Speed Burnishing machines.

l.  Should the Vendor not repair, replace or supply temporary replacement equipment included in the scope of work, the Board may initiate replacement services, deducting any incremental cost of it from the Vendor's next invoice. The Board should provide written notification in advance if the agreed time frame is not met, and the issue will become part of the next meeting's agenda. A

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

maintenance Inspection Form, to be provided by Vendor and approved by the Board, is required to be used for all equipment in order to capture and report inspections results.

m. Washroom carts, housekeeping carts, mop tanks and similar cleaning equipment shall have rubber bumpers or other protective devices to prevent damage to walls, desks, furnishings, doors, etc.

n. Equipment used by staff, especially service carts used by day staff, are to be efficient, ergonomic, clean, and sanitary. Service carts used by day staff should be unobtrusive and employed quietly throughout the property. The carts should have spaces for all appropriate and adequate accommodation for necessary cleaning accessories and their appropriate and safe user work instructions including chemical mixing/dilution, storage, preservations and shelf-life. The Board may, at its sole discretion, may reject and request Vendor to replace any such carts that do meet aforementioned features. The Vendor shall immediately replace with carts acceptable to the Board at no cost to the Board. All cleaning materials will be suitable for the surfaces intended and shall not be harmful to such surfaces, and shall be used in the manner specified by the original manufacturers and shall be brought onto the premises in the manufacturers' original containers with appropriate user instructions accompanied by pertinent Safety Data Sheets ("SDS"). It is to be understood that the Board may, at its discretion, instruct the Vendor to discontinue the use of any products and to substitute others that are mutually satisfactory. All plastic transparent garbage bags, as required by the respective property for the storage of waste and general use, will be supplied by the Vendor.

o. All cleaning equipment, materials and supplies/consumables shall be in ample supply and in good working condition and must meet current industry standards and requirements. The Board reserves the right to evaluate the quality and functionality (form-fit-function) of the equipment and request to be upgraded or insist on newer equipment if they feel the current equipment is in poor and inadequate working condition. Equipment such as mopping equipment, scrubbing machines, polishers, vacuum cleaners (wet and dry), mops, ladders, dust cloths, pails, brooms, brushes, scrapers, cloths, soap and detergents, menstrual hygiene products, cleaners, deodorants, disinfectants, waxes, applicators, floor finishes, wet floor signage and other tools and supplies shall be supplied by the Vendor and reimbursed by the Board as part of the expense budget agreed at contract signature and any approved changes made thereafter.

ii. Materials and Consumables:

a. All consumables and materials including paper goods, floor mats and any other items requested by the Board and supplied by Vendor shall be of the quality requested by the Board. All purchases made under this contract are subject to the approved budget as developed by Vendor and approved by the Board at the beginning of the contract and as revised and approved annually.

b. Vendor should be aware that most multi-level schools do not have elevators. Therefore, equipment deployment must include the use of light weight or portable equipment along with duplicating heavier equipment to avoid possible personal injury or damage to the property along with increasing productivity.

c. Commercial/industrial grade, and environmentally and eco friendly consumable supplies including toilet tissue, paper towel, hand soap and hand sanitizer will be supplied by the Vendor within the Board's requirements and specifications. All consumables shall be purchased with consideration to national sustainable and recyclable standards from organizations like Greenseal, US Green Building Council and other sustainability focused organizations. Vendor shall provide annual reports on its efforts and success in this area.

iii. Chemicals:

    a. Vendor agrees to consider environmental impact, worker safety and product performance when selecting cleaning products. At each Board Facility, the following must be consistently maintained through policy:
      1. Standardized packaging and dilution ratios
      2. Selection of products for each cleaning application
      3. Uniform training on product use
      4. Development and utilization of appropriate hazard communication programs.

    b. Vendor shall deliver to the Board's Facilities Operations Chief, a list of all Cleaning Supplies that are cleaning agents and sanitizing chemicals ("**Cleaning Agents**") that Vendor proposes to use in its delivery of the Custodial Services within thirty (30) days of the contract Go-Live Date of August 1, 2021.

iv. Supply Level. All cleaning equipment, materials and supplies/consumables shall be in ample supply and in good working condition and must meet and follow current industry standards and requirements. The Board reserves the right to evaluate the quality and functionality (form-fit-function) of the equipment and request to be upgraded or insist on newer equipment if in their commercially reasonable judgment the current equipment is in poor, inadequate and in inadequate working condition. Equipment such as mopping equipment, scrubbing machines, polishers, vacuum cleaners (wet and dry), mops, ladders, dust cloths, pails, brooms, brushes, scrapers, cloths, soap and detergents, menstrual hygiene products, cleaners, deodorants, disinfectants, waxes, applicators, floor finishes, wet floor signage and other tools and supplies shall be supplied by the Vendor and reimbursed by the Board as part of the expense budget agreed at contract signature and any approved changes made thereafter. Related to all supplies and consumables, the Vendor must take all actions to eliminate or reduce the likelihood of cross-contamination. The following is the cross contamination approach the Vendor intends to adhere to during the utilization of Microfiber Technology:

    a. Blue Cloths – For use on restroom counters, fixtures, mirrors, damp dusting etc.
    b. Red Cloths – For use on toilets, urinals, etc. only
    c. Red/Red Trimmed Flat Mops – For restroom floors only
    d. Green Cloths – For general cleaning
    e. Green Dust Sleeves/Mitts – For general dusting
    f. Green Flat Mops – For general sweeping and damp mopping

v. Vendor shall perform any additional services that may be required by the Board prepare and present the properties in a clean, safe, and proper manner, including but not limited to minor graffiti removal, light bulbs/fixtures cleaning, dusting, minor and localized spill containments, clean ups, removals and restorations. Custodian will coordinate with the Building Engineer/Manager, In all cases, Vendor custodians are required to communicate and collaborate in working with the Board and board designated engineering/facilities management staff.

P. Sustainable Green Cleaning

i. Vendor shall appoint and engage a management level representative responsible for Manager requires compliance with the following Environmental Standards to adhere with LEED EBOM or similar standards as may be designated from time to time. Vendor green cleaning plan must meet or exceed required objectives of City of Chicago Board of Education green cleaning policy Titled: GREEN CLEANING POLICY Section: 410.8 Board Report: 08-0827-PO6 Date Adopted: August 27, 2008
https://policy.cps.edu/download.aspx?ID=70

ii. Chemicals

    a. OPTION 1A: (EcoLogo) Cleaning products must meet the following standards as applicable for the given product category.
      1. UL-2792 for Cleaning and Degreasing Compounds (formerly CCD-110)
      2. UL-2579 for Hard Surface Cleaners (formerly CCD-146)
      3. UL-2795 for Carpet and Upholstery Care (formerly CCD-148)
      4. UL-2784 / GS-41 for Hand Cleaner / Hand Soaps (formerly CCD-104)

     5. UL-2798 for Digestion Additives for Cleaning and Odor Control (formerly CCD-112)

     6. UL-2791 for Drain or Grease Traps Additives (formerly CCD-113)

     7. UL-2796 for Odor Control Additives (formerly CCD-115)

  b. OPTION 1B: (LEED-EB/Green Seal) Cleaning products must meet the following standards as applicable for the given product category.

     1. Glass Cleaners, All Purpose/General Purpose Cleaners, Washroom Cleaners and Carpet Extraction Products shall be certified by Green Seal's GS-37 Standard.

  c. OPTION 1C: (All + Anticipated revisions to LEED-EB Requirements) Cleaning products shall meet at least one of the following product Standards as applicable to the given product category.

     1. Glass Cleaners, All Purpose/General Purpose Cleaners, Washroom Cleaners and Carpet Extraction Products shall be certified by Green Seal's GS-37 Standard.

     2. UL-2795 for Carpet and Upholstery Care (formerly CCD-148)

     3. UL-2784 / GS-41 for Hand Cleaner/Hand Soaps, (formerly CCD-104)

     4. UL-2796 for Odor Control Additives (formerly CCD-115)

  d. All cleaning products, including floor strippers must be in compliance with the California Department of Public Health Standard Method V1.1-2010 for low emissions of volatile organic compounds and/or pass the EPA design for the Environment Program's standard for safer cleaning products and/or Cleaning devices that use only ionized water or electrolyzed water and have third party verified Results data equivalent to the other standards mentioned above (if the device is marketed for antimicrobial cleaning, Results data must demonstrate antimicrobial Results comparable to EPA Office of pollution Prevention and Toxics and Design for the Environment requirements, as appropriate for use patterns and marketing claims).

  e. Asbestos Containing Building Material (ACBM) Floors: Cleaning of flooring that may contain asbestos material, such as Vinyl Asbestos Tile (VAT), shall comply with the methods prescribed in the National Institute of Building Sciences (NIBS) Guidance Manual, 'Asbestos Operations and Maintenance Work Practices.' The Vendor shall have a copy of the NIBS Guidance Manual https://www.nibs.org/page/standards

  iii. <u>Reporting on Chemicals</u>

    a. Contractors must provide documentation on a semi-annual basis on individual product certifications: Safety Data Sheets and/or OSHA documentation. In addition, based on these purchases, the Vendor will provide a calculation of the fraction of covered materials purchased that meet one or more of the specified criteria (on a cost basis).

  iv. <u>Consumables</u>

    a. All paper, plastic, or other consumables must be of commercial or industry grade and environmentally responsible as defined by national standards like US Green Buildings Council and other notable industry recognized organizations. The Board must approve all products and those products will be consistent. Any changes of initially approved products must be approved by the Board. The Vendor may be required to submit ample and objective proof of adherence to the originally recommended product form, fit and functions to receive any approval for replacement.

  v. <u>Equipment</u>

    a. OPTION 4A: (LEED-EB) Equipment:

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

1. Vacuum cleaners meet the requirements of the Carpet & Rug Institute ("CRI") Seal of Approval/Green Label Program and are capable of capturing 96% of particulates 0.3 microns in size and operate with a sound level less than 70dBA.

2. Hot water extraction equipment for deep cleaning carpets is capable of removing sufficient moisture such that carpets can dry in less than 24 hours.

3. Powered maintenance equipment including floor buffers, burnishers and automatic scrubbers are equipped with vacuums, guards and/or other devices for capturing fine particulates and shall operate with a sound level less than 70dBA.

4. Propane-powered floor equipment have high-efficiency, low-emissions engines with catalytic converter and mufflers that meet the California Air resources Board or EPA standards for the specific engine size.

5. Automated scrubbing machines must be equipped with variable-speed feed pumps and either:

    a. (i) on-board chemical metering to optimize the use of cleaning fluids; or (ii) dilution control systems for chemical refilling. Alternatively, scrubbing machines may use tap water only, with no added cleaning products.

6. Battery-powered equipment is equipped with environmentally preferable batteries.

7. Where appropriate, active microfiber technologies are used to reduce cleaning chemical consumption and prolong life of disposable scrubbing pads.

8. Powered equipment is ergonomically designed to minimize vibration, noise and user fatigue in accordance with ISO 5349–1 for arm vibrations, ISO 2631–1 for vibration to the whole body, and ISO 11201 for sound pressure at operator's ear

9. Equipment has rubber bumpers to reduce potential damage to building surfaces.

10. A log will be kept for all powered housekeeping equipment to document the date of equipment purchase and all repair and maintenance activities and include Vendor's cut sheets for each type of equipment in use in the maintenance logbook.

b. OPTION 4B: (Green Seal) Equipment:

1. Vacuum cleaners must meet at a minimum the CRI Green Label Program requirements and shall operate at a sound level of less than 70 dBA.

2. Carpet extraction equipment must meet at a minimum the CRI Seal of Approval for Deep Cleaning Extractors and Seal of Approval Deep Cleaning Systems Program, unless otherwise agreed upon by the parties. .

3. Powered floor maintenance equipment must be equipped with controls or other devices for capturing and collecting particulates and shall operate at a sound level less than 70 dBA.

4. Reporting on Equipment: The Vendor shall provide specifications for each type of equipment in use and, on an annual basis, provide a record of the janitorial equipment used in the building and a log of the maintenance of each piece over the last year. Each piece of equipment will be asset tagged, recorded, and the documented inventory along with the maintenance log will be shared with the Board upon request.

Q. Public Health Emergency Preparedness and Response Plan

    i.    Vendor shall develop, in collaboration with the Board, a Public Health Emergency Preparedness and Response Plan . Vendor's plan must provide details concerning Vendor's approach, capabilities, and state of readiness to respond and address public health emergencies ("Public Health Emergency Preparedness and Response Plan"). Within thirty (30) days of the commencement of Custodial Services, Vendor shall prepare and publish a Public Health Emergency Preparedness and Response Plan to the Board for review and approval. The plan must include, but not limited to the following:

        a.  Schedule detailing management actions based on individual levels of a pandemic/public health emergency alert
        b.  Mitigation measures undertaken at each level
        c.  Infection containment and control measures
        d.  Actions taken post pandemic/public health emergency to ensure business continuance
        e.  Provisions to protect workers' health
        f.    Within thirty (30 days) of the commencement of service the vendor shall provide their school specific custodial cleaning and disinfecting plan and schedule.

R. Communicable Disease Control Program

    i.    The Board follows the guidelines set by CDC, Illinois Department of Public Health ("IDPH"), Chicago Department of Public Health ("CDPH"), Environmental Protection Agency ("EPA") Chicago School Board, State of Illinois, Illinois State Board of Education, and the City of Chicago for protection, containment and prevention measures against all Public health emergencies including, but not limited to, COVID-19.

    ii.    Vendors shall develop and submit a Communicable Disease Control Program ("**Communicable Disease Control Program**") to the Board, highlighting cleaning, disinfecting and sanitizing policies, procedures, guidelines and work instructions for CPS school portfolio within thirty (30) days of commencement date. This program must be coordinated with the Board's Office of Student Health & Wellness, and at the direction of the Chicago Department of Public Health.

    iii.   <u>Screening Measures.</u>
        a.  Vendor must comply with the Board's mandated health screening guideline. Prior to initially entering a Board Facility, at the beginning of each shift, Vendors are required to complete the Board's health screening/CDC self-assessment and submit the results to the Board designee at the Board Facility.

    iv.   <u>Worker Information and Training.</u>

        a.  The Vendor's Communicable Disease     Control Program must provide evidence of the following:
            1.  Details related to workplace hazards including potential for exposure to COVID-19
            2.  Details of COVID-19 symptoms
            3.  Social Distancing
            4.  PPE donning and doffing using infection control procedures
            5.  Hand washing and sanitizing

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

6. Cough and sneeze etiquette
7. Requirement to wear face covering (cloth or disposable) at all times in Board Facilities

v. <u>Social Distancing</u>

a. The Vendor's employees are required to adhere to the Board's social distancing guidelines while on Board properties.

vi. <u>Cleaning and Disinfection</u>

a. The Vendor must establish cleaning, and disinfecting schedules for the various work areas and high touch point surfaces. Vendors must establish practices for custodial cleaning prior to completing disinfection. Vendor must follow the cleaning and disinfecting protocol based on different occupancy, suspected case or confirmed case found in Vendor's Infection Control Program.

vii. <u>Personal Protective Equipment ("PPE")</u>

a. The Board may implement the use of personal face masks at all times while on Board properties. Vendor's employees are expected to provide and wear PPE that is appropriate for the type of work. PPE should be utilized and handled in accordance with Illinois Department of Public Health (IDPH) and Chicago Department of Public Health standards (CDPH).
b. The Board may implement the use of personal face masks at all times while on Board properties. Vendor's employees are expected to provide and wear PPE that is appropriate for the type of work. PPE should be utilized and handled in accordance with Illinois Department of Public Health (IDPH) and Chicago Department of Public Health standards (CDPH).
c. Vendors are expected to remove and discard used PPE in a responsible manner.
d. Vendors are expected to adhere to CDC recommended principles of hand washing and hand sanitizing when on Board property.

S. Handling, Storage, Preservation, and Recycling

i. <u>Handling and Storage:</u>

a. Equipment and supplies will be stored in areas as designated by the Board including but not limited to janitor's closets. Such areas are always to be kept in an orderly and clean condition. Highly volatile liquids or acids shall not be used or brought onto the Board properties without express written permission of the Board. Improper adherence to the above conditions resulting in damages will be charged back to the Vendor. All liquid products shall be stored in secondary bulk containment in any areas where floor drains are present in accordance with Occupational Safety and Health Administration ("OSHA") and other industry guidelines, and Vendor will ensure appropriate spill response kits, appropriate for day to day cleaning and containment, are available in such locations with adequate and appropriate user instructions. All materials/chemical shelf life. Expiration dates must be adhered to and followed, All and all expired chemicals or cleaning materials must be appropriately segregated and removed from the Board property per proper disposal.
b. If the Vendor intends to use the Board Central Warehouse for storage of any kind, use must be agreed by CPS Real Estate department and a rental lease agreement will be required.

17

DocuSign Envelope ID: 8A8FC2E3-47BC-442D-A93A-6961D0918A2B

    ii.   Preservation and Maintenance:

        a.  Preventative and corrective maintenance, including inspection, testing, repair and operation of equipment relating to Custodial Services to ensure that all Custodial Equipment/Assets and related equipment remain in good working condition and in compliance with all Applicable Laws and regulations at all times during the Term. Notwithstanding the foregoing, in no event shall Custodial Equipment/Assets include "run-to-fail" assets. Preventive Maintenance Activities include tasks designed to ensure that each Board Facility remains functional and in a good aesthetic condition at all times ("Preventative Maintenance Activities"). Corrective Maintenance Activities include tasks related to minor repairs of areas or equipment required to sustain operations or restore the aesthetics and/or functionality of the Board Facility ("Corrective Maintenance Activities").

        b.  Vendor shall perform all manufacturer recommended preventative maintenance for all cleaning equipment and assets.

        c.  As such, the Vendor must develop an annual Equipment/Asset Preventative Maintenance Program. This program will be catalogued, tracked, and managed within the Board's Computer Maintenance Management System (CMMS). This program, mutually agreed up by the Vendor and Board's Chief Facilities Officer, must address the following:

            1.  The equipment /asset by asset tag
            2.  How often will equipment be seen and evaluated
            3.  Include daily and routine inspections and cleanings, as well as any repairs
            4.  Include data on warranties
            5.  Determine the budget for replacement costs and expected life
            6.  Identification of any service plans

        d.  All new equipment purchased by the Vendor is expected by the Board to provide a minimum of one (1) year warranty period and subject to manufacturer availability. In the event extended warranties beyond one year are requested by Board this cost shall be factored into the capital outlay and borne by the Board.

    iii.   Recycling

        a.  Vendor shall participate in the Board recycling program. Vendor shall collect recyclables from common area collection points and to the appropriate recycling storage and pick up bins. If required to operate a compactor, the Vendor shall operate these units in a safe manner. The Vendor shall provide proof of operation safety training to the Board including, but not limited to, individual employee training for any and all employees required to use such equipment at any time.

T.   General Safety and Security Policies, Procedures and Work Instructions.

    i.   Safety Policies, Procedures and Measures

        a.  The Vendor shall take such measures, as may be necessary, to protect all persons and property from injury or loss arising out of providing the Custodial Services and provide and maintain all passageways, guards, fences, lights and such other facilities for the protection of persons and property as may be necessary to ensure safety or as required by any public authority.

        b.  The Vendor shall comply with all applicable statutes, ordinances, rules, regulations, and codes, including, without limitation, those regulating hazardous or toxic substances, materials, wastes or compounds or health, safety and the

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

environment. This includes but not limited to, full compliance with OSHA, Environmental Protection Agency ("EPA"), Illinois Department of Public Health ("IDPH"), and Chicago Department of Public Health ("CDPH"). The Vendor shall be solely responsible for ensuring the safety and health of their agents, workers, and subcontractors as approved and for ensuring that their activities do not compromise the safety of school operations. A Job Hazard Analysis must be conducted by Vendor staff prior to tasks being performed. The Vendor shall provide to their agents, workers and subcontractors any and all safety and or Personal Protective Equipment ("PPE") required with appropriate user's instructions to protect against injuries during the performance of the services and shall ensure that their agents, workers and subcontractors are knowledgeable, utilize safe work practices and safe job procedures in the provision of the services. Proper use of PPE (selection, donning/doffing, storing, disinfection and disposal) is the responsibility of the Vendor and must be provided to agents, workers and subcontractors. Such practices should be as stringent as those set out in the Board's safety standards provided to Vendor monthly, quarterly, or as required by the Board.

c. It is expected that the Vendor will comply with all federal, state and municipal OSHA regulations. The Vendor will endeavor to create a safe work environment by developing among their agents, workers, and subcontractors a heightened sense of awareness for health and safety issues. It is also expected that the Vendor will appoint one worker and one management representative to attend health and safety committee meetings conducted by CPS and to convey pertinent communications and carry out execution, implementation and training required for the personnel at all and appropriate levels within the entire service portfolio.

d. The Vendor will maintain documented evidence of OSHA administration, training and support initiatives including but not limited to:

1. Regular tailgate/toolbox sessions
2. Development and application of Safe Work Practices
3. Development and application of Safe Job Procedures
4. Emergency Preparedness and Fire Evacuation
5. Regular Safety Data Sheet ("SDS"), Supplier and Workplace level audits
6. Asbestos Awareness Training

e. In the event the Vendor is required to investigate a workplace injury or illness or is made aware of any workplace safety violation, or receives a report concerning workplace violence or harassment, documentation must be completed, and a copy provided to the Board within 24 hours. All incidents need to be reported immediately to the Student Safety Center at 773.553.3335.

f. The Vendor shall be available on-site at each Board Property (i) within one (1) hour of receiving notice, with respect to work that will impact shutdown and imminent safety of the Board's staff, students or property or (ii) within five (5) hours of receiving notice with a designated Vendor supervisory employee, with respect to work that could eventually lead to safety issues or critical service disruptions if not resolved or if left unaddressed.

ii. <u>Security Policies, Procedures and Measures</u>

a. The Vendor is required to comply with the Board's security requirements, which include but are not limited to, obtaining, and clearly displaying their Name Badges at all times. In addition, the Custodial Vendor and its employees (including replacement workers) must obtain clearance through the Board's background check process prior to starting

19

    any work on CPS site and must have such documents in place prior to contract commencement date and maintain them throughout the duration of the contract.

b. Cleaning staff are to be trained in the operation of the building's key/card access systems and procedures.

c. All material and conversations seen or heard are to be regarded as strictly confidential. No materials including but not limited to paperwork, computers, or white boards are to be touched or removed unless expressly requested by the Board.

d. Any false alarm charges, penalties on violations, infraction on building rules and regulations incurred by the contractor's operations will be billed back to the Vendor. Documentation of these violations and infractions will be identified by the Board's Safety & Security Department, analyzed by the Board's Chief Facilities Officer or their designee, and presented to the Vendor for review on a continual ongoing basis as determined by the Board.

e. The Vendor will immediately notify the site manager of any potentially dangerous situations as they arise.

Facilities Access and Key Controls.FMO

iii. The Vendor shall be responsible for all keys (Hard) and access cards provided and adhere to the Board's key management and control process. Keys/access cards are not to be duplicated or removed at any time from the premises except for individual school's supervisory keys to lock/unlock buildings. Key(s), access cards and pass codes are not to be shared with any unauthorized personnel, doors are not to be unlocked, and doors are not to be left/propped open nor access be given to admit anyone other than a member of the authorized Vendor's staff.

iv. If keys or access cards provided to Vendor are lost requiring replacement, the Vendor is fully responsible for the cost to rekey the building. Bi-annual documented key audits must be conducted and traceable proof of such audits must be retained and made available to CPS on demand.

v. Vendor is also for a key management system to provide to the Board for approval.

U. Lights and Door

i. Subject to the instructions issued by the Board, only those lights necessary for cleaning in the immediate areas will be lighted. All lights shall be turned out before leaving areas that have been cleaned, except for those lights requested to be left on and special security lighting as advised by the Board. Where possible, cleaners should turn off lights when leaving an area.

ii. The Board has sensitive areas that are required to be locked and other areas that are off-limits to unauthorized personnel. These may include but are not limited to Human Resources, Principal's office, Information and Technology centers, exit and entry points etc. Vendor will follow the Board's policy to identify and label areas that are required to be secured and a process to ensure the space is secured. All doors and windows should be closed and secured according to the school's operational plans.

V. Damage, Breakage and Losses

i. The Vendor accepts full responsibility for any damage to the extent caused by the Vendor, or its officers, employees, workers, equipment or subcontractors to any part of the Board's property, including but not limited to any buildings, parking lots, sidewalks, curbs, store fronts, doors, interior columns, walls, floors, light standards, landscaping, furniture or equipment of the property and will promptly remedy any such damage in accordance with the Board's written request except normal wear and tear and other damage to the extent not caused by Vendor. Certificates of Insurance for the Vendor and its subcontractors, vendors etc. will be required.

ii. The Vendor's Managers/Supervisor(s) will notify the Board, in writing, concerning all damage and breakage as noted during shift, whether the damages caused by Vendor's

employees or not. The Vendor shall replace and repair damages, in accordance with the Board's building standard should there appear to be reasonable proof the incident was caused by the Vendor's employees. Security will be notified so digital photos can be taken if needed.

b.  Vendor shall prohibit Custodians and other staff from disturbing papers on desks, opening desk drawers or cabinets, or using telephone or office equipment unless authorized to do so by the principal at the applicable Board Facility. Vendor shall, at its own expense, repair, replace or otherwise compensate the Board for all losses, unauthorized use, theft or damage related to Custodial Services provided by Vendor Custodians under this Agreement.

W.  Occupant Emergency Plan (OEP)

i.  The City of Chicago Board of Education's Occupant Emergency Plan (OEP) is used by their designee during building emergencies. Designated Vendor personnel, including the on-site supervisor(s), shall be thoroughly familiar with the City of Chicago Board of Education's OEP. All of the Vendor's employees shall be trained by the Vendor to fully understand their responsibilities relative to each emergency plan. The Vendor shall participate in fire and other emergency drills. The Vendor shall be required to perform the services required by the contract and as identified by their designee to the extent allowed during all emergency situations including but not limited to: fires, accidents and rescue operations; the Vendor's personnel strikes; other service Vendors on strike; civil disturbances; natural and man-made disasters, and utility service outages.

X.  Staffing Management

i.  <u>General Staffing, Qualified Vendor Personnel.</u>

a.  Vendor shall hire, train, assign and retain during the Term and any renewal thereof, an adequate staff of qualified, competent employees, Sub-contractors and other personnel that are fully equipped, licensed as required, available as needed to perform the Custodial Services and fulfill its obligations under this Agreement, including without limitation Supervisory Personnel, managerial, administrative staff and any other agents or representatives of Vendor providing services hereunder ("**Vendor Personnel**"). Vendor shall be required to maintain adequate staffing of Vendor Personnel at all times during the Term and ensure continuity of Custodial Services at all times, including periods when Vendor Personnel assigned to provide Custodial Services are unable to provide the Custodial Services for any reason, including, but not limited to sickness, holiday or any other such absence as further set forth in Exhibit E. All Vendor Personnel shall be competent, qualified, trained, trustworthy, reliable non-threatening, non-violent, shall not pose a risk of harm to others and shall have successfully completed the Background Check required hereunder prior to accessing any Board Facility and performing any Custodial Services hereunder.

b.  The Vendor will provide, at the commencement of pay the Term, a detailed list that will identify the names of all the Vendor's Personnel. This will include the names of any supervisors and managers who have direct involvement at the properties as well as the names of hourly paid workers who will be performing the day- to-day cleaning services. In addition, the list will also include the name, type, description of training, and expected training dates regarding the completion of all appropriate training and expiration of certificates. A report of comprehensive personnel management should be provided on a weekly basis to the Board.

21

    c.   The Vendor shall provide to the Board the Job Descriptions of all personnel of the Vendor and their subcontractors for all positions working on this contract both direct and contract employees of the Vendor and all direct and contract employees for all subcontractors.

  ii.   <u>Key Personnel</u>

    a.   Certain management employees of Vendor have particular expertise on which the Board is relying ("**Key Personnel**"). Vendor may not reassign or replace Key Personnel without the written consent of the Board, which consent shall not be unreasonably withheld or delayed. Such requirements shall not prevent Vendor from removing Key Personnel for performance reasons. Furthermore, the Board understands that Vendor cannot prevent its Key Personnel from posting for a position at another account or otherwise leaving the services at Chicago Public Schools. If one or more Key Personnel terminate their employment with Vendor or otherwise become unavailable for reasons beyond Vendor's reasonable control, Vendor shall promptly replace such person with another person with comparable training and experience, subject to the approval of the Board, which approval shall not be unreasonably withheld or delayed. Those individuals deemed Key Personnel are identified below:
        1.   The Vendor's Custodial Manager and all other Vendor Personnel assigned to provide executive and management services who are Manager-level and above shall be considered Key Personnel.

  iii.  <u>Organizational Chart.</u>

    a.   Vendor shall  submit the organizational chart for the permanent management and staff level personnel and the additional staff assigned to the transition process.
    b.   Vendor shall provide updates to the organizational chart to the Board or Board Designee as they occur, or at minimum at the start of the new fiscal year.

  iv.  <u>No Contractual Relationship with Board; Not Board Employees.</u>

    a.   Vendor Personnel shall not be deemed employees of the Board and Vendor shall have the sole responsibility to compensate Vendor Personnel and to comply with all Federal, State and local employment laws and obligations, including requirements, regulations and laws regarding compensation, taxes, benefits, insurance, workers' compensation, any laws relating to discrimination and any other Applicable Laws. The relationship between Vendor Personnel who are employees of Vendor and Vendor is governed by applicable employment laws, and Vendor is subject to all such employment laws, liability and claims arising out of its employment or contractual relationship with each of the Vendor Personnel. The Board shall have no obligation to any Vendor Personnel under any employment or other laws or union agreements, and Vendor shall indemnify the Board for any claims made by any Vendor Personnel as set forth herein. Vendor acknowledges and agrees that the Board shall have no responsibility or liability for treating Vendor Personnel as employees of the Board for any purpose (including any former Board employee subsequently hired by Vendor). Neither Vendor nor any Vendor Personnel shall be eligible for coverage or to receive any benefit under any Board provided benefit plans.

    v.    <u>No Co-Employment, Joint Employer or Common Law Employees:</u>

        a.    The Parties acknowledge that as a necessity to perform the Custodial Services, Vendor Personnel are assigned and deployed to work within the Board Facilities; however such assignment to Board Facilities does not serve to create any employment relationship with the Board. Vendor further acknowledges that some Vendor Personnel may be former Board employees. Vendor acknowledges that with respect to all Vendor Personnel, but specifically with respect to any Vendor Personnel who are former Board employees, there is a risk that such Vendor Personnel may attempt to assert claims alleging that (i) the Board and Vendor are their joint employers; (ii) the Board and Vendor are their co-employers; and/or (iii) they are the common law employees of the Board. Vendor shall indemnify the Board against any such claims made by Vendor Personnel arising out of allegations of a joint, co-employer, or common law employee relationship as required pursuant to the indemnification provisions hereunder, and in an effort to prevent such claims, Vendor shall provide the Vendor Personnel adequate supervision, evaluations, feedback, and monitor, evaluate and keep records relating to each Vendor Personnel while assigned to work at a Board Facility.

    vi.    <u>Right to Replace Vendor Personnel.</u>

        a.    If the Board determines, in its sole discretion, that any Vendor Personnel providing Custodial Services hereunder on behalf of Vendor are not performing in accordance with the Service Level Requirements or such other requirements, expectations or prohibitions of the Board, including, but not limited to, endangering the health, safety or welfare of any CPS student, the Board shall have the right, in its sole discretion, to direct the Vendor in writing to remove such Vendor Personnel from performing any Custodial Services under this Agreement, or under any other agreement with the Board. Upon such notice from the Board or Board Designee , Vendor shall promptly remove such Vendor Personnel from providing any Custodial Services and shall promptly replace with Vendor Personnel meeting the standards required hereunder. Vendor shall be solely liable for any personnel actions taken as a result, and all such personnel actions must be performed in accordance with Vendor's personnel policies, all Applicable Laws, and shall be subject to the terms and conditions of any applicable collective bargaining agreement.

        b.    Competency.  If any person employed in the work of this Contract is considered to be, in the opinion of the Board, intemperate, disorderly, incompetent, willfully negligent or dishonest in the performance of his/her duties, he/she shall, on written request from the Board or Board Designee, be forthwith replaced, and the Vendor shall not permit employee to remain on the Vendor's Board property. Vendor's hourly staff will also be required to have sufficient written and verbal English skills to interact with property management, tenants, and the Board team members.

    vii.    <u>Staffing Requirements and Board Employees.</u>

        a.    Vendor is responsible for supervising all Custodians, both Board employed Custodians and Custodians employed by the Vendor, and their subcontractors.

        b.    Board and Vendor Staffing Commitment. Vendor understands and agrees that Board employees currently fill certain Custodian and in-school custodial leader positions at the Board Facilities ("**Board Facility Employees**"). Such positions shall remain intact at each Board Facility. Vendor shall maintain a minimum of one full time equivalent (1) Custodian (either a Board Custodian or Vendor Custodian)

at each Board Facility at all times during the Term. Vendor shall provide 1275 full time equivalent Vendor Custodian positions (as defined under the applicable collective bargaining agreement) at all times during the Term based on the Facility Schedule per Schedule 4. At all times during the Term, Vendor shall also provide one (1) full time equivalent in-school custodial leader positions per campus based on the Facility Schedule per Schedule 4 by January 1, 2022. These in-school custodial leader positions shall be phased out and replaced by Board Custodians upon mutual agreement by the Parties. Vendor shall also, at all times during the Term, provide one full time dedicated (1) Custodial Manager full time equivalent for every Ten (10) Board Facilities at which Vendor provides Custodial Services. For purposes of clarity, each Custodial Manager position shall be dedicated to and responsible solely for custodial services management of Eight(8) Board Facilities as described above and shall not be a dual position with other responsibilities related to the management of the Custodial Services hereunder or any of Vendor's other programs. The foregoing Custodial Manager, in-school custodial leader position and Custodian staffing requirements are collectively the "**Minimum Staffing Requirements**". The Minimum Staffing Requirements may only be adjusted upon review of operational requirements and written approval by the Board's Facilities Chief and the Board's Chief Procurement Officer, in their sole discretion. If Vendor is directed by Board to modify staffing of Custodial Managers, in-school custodial leader positions and/or Custodians above the staffing levels defined in this Section, except in the event that the additional staffing is required to comply with the Service Level Requirements, then (i) such increase shall be documented with an Amendment to this Agreement signed by both Parties, (ii) Board shall reimburse Vendor in accordance with Exhibit B, and (iii) such amount shall be included as part of the Maximum Compensation Amount. If Board declines to reimburse Vendor for additional staffing under this provision, then Vendor reserves the right to initiate a lay off process for staffing above the Minimum Staffing Requirements; provided however, the Vendor shall be obligated to provide Board or Board Designee prior written notice and the parties shall have ten days to resolve any issues prior to the Vendor initiating the lay off process. In the event Vendor chooses to hire additional personnel above the Minimum Staffing Requirements described herein without the documented approval of the Board's Chief of Facilities, then such amounts shall be paid by Vendor, not to be reimbursed by the Board.

c.  Staffing Plan. For purposes of Vendor's obligation to meet the Minimum Staffing Requirements, "Board Facility" shall not include separate annexes or ancillary buildings, and Vendor shall not be required to provide an additional Custodian for each annex or ancillary buildings, as long as the main Board Facility is maintained by at least one (1) Custodian. In addition to comply with the Minimum Staffing Requirements, Vendor shall within 30 days of the Go-Live Date, provide the Board with an initial draft of the staffing plan detailing the allocation of the Custodial Managers, in-school custodial leader positions and Custodians at each Board Facility for the Term ("**Staffing Plan**"), to be finalized by January 1, 2022. The Staffing Plan is subject to review and written approval by the Board's Facilities Chief and following such approval, may not be adjusted by Vendor without written approval of the Board's Facilities Chief. The Board shall provide a minimum of twelve hundred twenty five (1225) Board Custodians for the period from October 1, 2021 through June 30, 2024 ("**Board Custodian Commitment**"; each a "Board Custodian". However, in the event of the removal of a Board Facility or portion thereof from Custodial Services, at a Board Facility where a Board Custodian is assigned to such Board Facility, the Board shall have the right in its sole discretion, to transfer such Board Custodian to another Board Facility where Custodial Services are being provided by a Vendor Custodian ("**Board Custodian**

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

**Transfer**"). In such a case, the Board Custodian shall replace the Vendor Custodian and the Vendor Custodian position shall be discontinued as of the date of such transfer. Upon each Board Custodian Transfer as envisioned in this paragraph, the Vendor Custodian Commitment shall be reduced and adjusted by the number of Board Custodians transferred and replacing a Vendor Custodian. Any proposed reductions to the Minimum Staffing Requirements and the Staffing Plan must be approved in writing by the Board in advance of such reduction, and all decisions relating to such proposed reductions (including, but not limited to communications regarding the same with CPS staff, school principals and third parties) shall be made in cooperation with the Board and subject to approval by the Board's Facilities Chief and CPO.

d. Board Employee Management. Vendor shall have the authority and the obligation, to the extent permissible by Applicable Laws, and subject to the terms and conditions set forth herein and in compliance with any applicable collective bargaining agreements, to manage and direct Board employees who are providing Custodial Services at the Board Facilities under this Agreement. Vendor will direct and supervise all Vendor Personnel and Board employees providing Custodial Services at the Board Facilities. Vendor shall be responsible for managing day to day supervision, training and development of such Board employees and for documenting and maintaining complete performance records relating to each such Board employee, which records shall be updated regularly, maintained for the period required hereunder and provided to the Board upon request. Vendor shall also be responsible for timely presenting the Board with any issues and concerns relating to any Board employee providing Custodial Services under the supervision of Vendor, including recommending disciplinary action to the Board as conditions and actions may necessitate. At the direction, authorization and approval of the Board in each instance following review of any disciplinary recommendation made by Vendor, Vendor shall issue disciplinary action as specifically authorized by the Board in each such instance, in strict compliance with Board policies, guidelines and direction. Notwithstanding the foregoing, Vendor shall not have the authority to terminate the employment of any Board employee.

e. Annual Board Custodial Voluntary Transfer Program. The Board has the right to implement an Annual Board Custodial Voluntary Transfer Program that allows eligible Board employees to transfer to a school of their choice. Once a year in Spring, the Board shall notify all Custodians, in-school custodial leader positions and Factor Custodians eligible to voluntarily transfer of available positions. Applications to transfer shall be submitted in accordance with the directives outlined in said transfer notice. Custodians, in-school custodial leader positions and Factor Custodians shall be eligible to apply for a voluntary transfer if all set criteria are met.

f. Board Custodial Involuntary Transfers. Involuntary transfers may take place due to operational needs, school closures, or other legitimate business reasons and will be limited to once per year. When the Board elects to conduct an involuntary transfer, the Board shall seek volunteers beginning with the most senior employee in the school. If there are no volunteers, the Board shall transfer the least senior employee in the school. The Board shall have final authority of transfer placement.

g. Additional Vendor Custodians. The Board has the right in its sole discretion and at the Board's cost, to require Vendor to provide the full time equivalent of a certain number of Vendor Custodian positions, which number shall be determined by the Board ("**Additional Vendor Custodian Positions**"). The Additional Vendor Custodian Positions are supplemental resources provided by Vendor in the Board's sole discretion at the Board's cost. The Board shall only pay for Additional Vendor Custodian Positions for which Vendor has received written notification of such position from the Board. Additional Vendor Custodian Positions requested by the

Board in writing shall be provided by Vendor as set forth in Exhibit B. Vendor shall provide the Additional Vendor Custodian Positions at the Board Facilities as designated on Schedule 4. The Board may reduce the number of Additional Vendor Custodian Positions at any time during the Term. The Board shall not be obligated for any costs associated with Additional Vendor Custodian Positions so reduced by the Board, effective as of the date specified by the Board in the notice, Additional Vendor Custodian Positions are not part of the Board Custodian Commitment and are not included in Vendor's Minimum Staffing Requirements. Any decision by the Board not to implement Additional Vendor Custodian Positions and any removal or reduction in Additional Vendor Custodian Positions by the Board shall in no way impact, eliminate or reduce Vendor's obligation hereunder to meet the Service Level Requirements. Vendor's obligation to meet the Service Level Requirements is independent of the Board's right to implement Additional Vendor Custodian Positions and Vendor's obligation to meet the Service Level Requirements shall remain in effect at all times during the Term, notwithstanding any decision by the Board to implement, reduce or remove Additional Vendor Custodian Positions.

h. Staffing Issues. Vendor shall give written notice to the Board immediately, and in no case less than one (1) hour following the occurrence of either of the following: (i) more than ten percent (10%) of Vendor Personnel that have performed, or are scheduled to perform Custodial Services have either (a) resigned their positions with Vendor, (b) had their employment or engagement with Vendor terminated, or (c) been assigned or proposed to be assigned by Vendor to work for or on behalf of other clients of Vendor; or (ii) Vendor does not reasonably anticipate that it will have a sufficient number of qualified Vendor Personnel to complete the Custodial Services in a timely manner and consistent with the Service Level Requirements ("Staffing Notice"). In the event such staffing issue occurs, notwithstanding Vendor's obligation to provide a Staffing Notice to the Board, Vendor shall not be relieved from its obligations to provide the Custodial Services hereunder and Vendor shall continue to provide the Custodial Services with appropriate replacement Vendor Personnel to ensure continuity of Custodial Services without disruption to the Board's educational and other operations at each Board Facility.

viii. Labor Management Tool

a. Vendor shall utilize a, mutually agreed upon with the Board, Labor Management Tool (LMT), that identifies all vendor personnel and Board employees' assigned schools, schedules, job titles, employment status, vacancies, and current suspensions or LOAs.

b. The LMT shall identify Vendor's Key Personnel and all schools under their supervision.

c. The LMT must be shared with the Board in a live electronic format mutually agreed upon by the Board and updated and reported to the Board weekly for all staff serving at each Board Facility.

ix. Drug & Alcohol Free

a. CPS follows tobacco-free policy throughout all its facilities. Smoking, or vaping and other tobacco use is not permitted at any time, within the interior or exterior of CPS property.

b. Alcohol and intoxicants consumption is not permitted on site at any time. Cleaning personnel are not permitted to consume alcohol or intoxicants or any other controlled substance in any establishment at the site at any time, even when not on duty.

c. Vendor will comply with Board policy for maintaining a drug & alcohol free environment. https://policy.cps.edu/download.aspx?ID=44

x.    Alcohol and Drug Testing.

    a.   Vendor shall maintain a written policy regarding drug and/or alcohol testing of Vendor Personnel ("Vendor Drug and Alcohol Policy"), that shall comply with the Board's Drug and Alcohol Free Workplace Policy (06-0726-P02) ("CPS Drug and Alcohol Policy"), and Vendor shall ensure that each of its Vendor Personnel and all Subcontractors are aware of their obligations to comply with the Vendor Drug and Alcohol Policy and the CPS Drug and Alcohol Policy. Vendor shall implement the Vendor Drug and Alcohol Policy throughout the Term and shall monitor Vendor Personnel for any indications of non-compliance with such policies. The Vendor Drug and Alcohol Policy shall require the testing of any Vendor Personnel directly or indirectly involved in any incident or accident in which a physical injury has occurred immediately following the incident or accident. In order to ensure that all Subcontractors maintain and implement similar testing policies, Vendor shall expressly require compliance with the terms of the CPS Vendor and Alcohol Drug Testing Policy in each of Vendor's subcontracts. If the results of any drug or alcohol testing of Vendor Personnel are positive, Vendor shall, immediately contact the CPS Project Manager concerning the results. The Board reserves the right, in its sole discretion to require the removal from a Board Facility, either temporarily or permanently, of any person in violation of, (or believed to be in violation of, pending testing results) the CPS Drug and Alcohol Policy or of any other CPS Policy.

xi.    Scheduling & Hours

    a.   Cleaning personnel will not be required to work more than twelve (12) continuous hours in one (1) shift. In addition, cleaning personnel will not be required to work more than forty (40) hours during a normal work week, which is defined as Saturday through the following Friday without Board approval. Overtime opportunities need to be offered to Board custodians prior to Vender Personnel.

    b.   Evening Custodial Cleaning Hours are typically from 2 pm through 12 am. Day Staff hours are typically 6 am through 2:30 pm in policing/maintaining the buildings and grounds throughout the primary usage hours. Midday staff hours are typically 10 am through 7:30 pm.

    c.   Custodians must not be scheduled for breaks at the same time to ensure adequate and appropriate cleaning service coverage.

xii.    Custodial Service Personnel Readiness Requirement

    a.   Vendor shall require that all Custodians either come to the Facilities dressed for work or change their clothes in the areas designated for such purpose at each Board Facility so long as Board's prohibited materials and substances rules are followed.   If Custodians eat meals at a Board Facility, Vendor shall ensure that such Custodians do so only in areas approved by the applicable principal.

xiii.    Visitors

    a.   Custodians are not permitted to have visitors while working on site. Custodians are not allowed to bring family to worksites during scheduled work hours.

xiv.    Photographs, Personnel Telephone Calls & Use of Mobile Electronic Entertainment Devices

    a.   Phone calls and use of mobile electronic entertainment devices shall only be permitted during breaks. Phone calls are to be made by use of personal cell phones or by payphones. No personal calls are permitted at any time on the

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

      mobile radios, portable phones, or landlines except in the case of emergency. No photography or recording shall be permitted at any time excluding the official businesses  authorized by the Board. B.

b. Photographic (visuals) Documentation for Service Delivery and Compliance Communications -  Photography may and will be required wherever appropriate by the Vendor building engineers, managers, and technical staff for the following:

      i. Site, building, equipment, system and/or process workmanship Quality and Operational deficiencies or conditions that require photographs to document, report and communicate those conditions to CPS leadership, Vendor technical support or leadership, or to include in CMMS for specific reference(s) as an evidence of conforming to service delivery requirements.

      ii. Photographic documentation of site, building, system or equipment as part of facility reviews and or required facility assessments.


xv.   <u>Project Management</u>

a. The Vendor shall assign Custodial Managers who will be in charge of the operations of a number of Board properties to be determined by Vendor and the board. The ratio of Custodial Managers to board properties will be 1:8 and managers will have work schedules to cover all employee shifts. Vendor's staff/management shall report to Vendor management structure that will act as liaison between the Vendor and the Board representative. Vendor will provide all key operational field personnel with portable devices to communicate with Board representatives for service calls, emergencies, status updates, etc. and those devices will remain in workable order.

b. All Vendor's personnel, both hourly and salaried, will be issued a Kronos I.D. card/number and will swipe the card on entry and departure from the Board Property.  Applicable to hourly employees, the time between entry and departure will be the time paid based upon approval of either on- site or area supervision and the Board.

c. The Vendor shall assign a lead or working supervisor reporting to an area manager for each Board Property's evening shift. Vendor's Area Managers are responsible for conducting periodic, on-site/physical oversight and supervision during the entirety of operational shifts. This supervisor will be responsible for staff discipline, completion of work assignments, on the job training, specific cleaning duties (as needed), and checking the areas cleaned before leaving the building and to see that lights have been switched off, except for special security lighting, all windows are securely closed and all doors designated as to be locked have been locked.

d. The Vendor shall ensure that all staff employed in a supervisory capacity will be individuals deemed by virtue of their industry and work-related experience to be competent, knowledgeable, and capable. All supervisors will be fluent in both written and spoken English, enabling them to communicate appropriately with colleagues, members of the public and the Board's representatives.

e. The Vendor agrees that in the event of a change of supervisory personnel, the Board will be formally notified and documented notification/communication must be made to the principal in advance and the Board or Board Designee shall have the right to interview any new Supervisor prior to their presence in the building.

f. The Vendor shall identify, observe, and report mechanical deficiencies, leaks, and broken fixtures in each Custodial Area and otherwise periodically inspect each Custodial Areas and the immediate exterior grounds at each Board Facility and report any flawed maintenance issues.

xvi.     <u>Strike Contingency Plan</u>

     a.    The Vendor shall prepare and submit to the Board a "Strike Contingency Plan" to be used in the event of a strike by employees. The Strike Contingency Plan shall be reviewed and approved by the Board including all subsequent revisions as updated annually.

xvii.     <u>Absenteeism</u>

     a.    The Vendor shall develop and submit an "Absenteeism Management Program" to the Board for review and approval. The Absenteeism Management Program must provide details of how Custodian absenteeism will be managed to ensure each Board Facility is adequately staffed to meet or exceed overall Custodial Services SLAs. The Absenteeism Management Program will include policies, procedures and work instructions with pertinent and periodic records and reporting requirements.

     b.    To the extent a Board Custodian(s) and/or a Vendor custodian is/are absent, Vendor shall determine, in collaboration with the Board or Board Designee, if substitute personnel is/are required in order to provide the Custodial Services and meet the standards set forth in this Agreement. To the extent Vendor determines substitute personnel is/are required, the Board shall pay, per hour for each hour of work of substitute personnel provided by Vendor. The Parties shall work together in good faith to understand and limit absenteeism and to limit the need for substitute personnel. Vendor shall invoice for the approved substitute personnel filling for the absentee staff in a manner that highlights the absenteeism and aligns with the Boards' Labor Management Tool.

xviii.     <u>Open Positions</u>

     a.    To the extent any Board Custodian position becomes open, Vendor shall determine ,in collaboration with the Board, if replacement personnel are needed in order to provide the Custodial Services and meet the standards set forth in this Agreement. To the extent replacement personnel is needed, then, except as set forth in the paragraph immediately below with the heading "Minimum Board Staffing Level", the Board may fill the open position(s) in accordance with the Board's customary hiring practices.

xix.     <u>Minimum Board Staffing Level.</u>

     a.    The Parties acknowledge and agree that the Scope of Services and the aggregate amount payable to Vendor under the Agreement is based on certain assumptions required by Vendor to fulfill its obligations in the Agreement, including a minimum of 1225 Board Custodians (the "Minimum Board Staffing Level") to perform the Custodial Services. If the Board fails to provide the Minimum Board Staffing Level and the Vendor reasonably determines that no less than the Minimum Board Staffing Level is required by Vendor to fulfill its obligations under the Agreement, the Vendor shall increase the backfill sub pool as mutually agreed by the Parties.

xx.     <u>Kronos</u>

     a.    Vendor shall work with all parties, including Board and its designees diligently and in good faith to ensure that all Custodians are programmed into the Board's Kronos System and the Board shall provide the Vendor with all material information and appropriate systems access as needed to perform the Custodial Services.

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A3B

xxi. <u>Right to Direct.</u>

    a. The Vendor shall have the authority, to the maximum extent possible, to direct Vendor Custodians and its agents and subcontractors when performing the Custodial Services at the Board Facilities. The Board shall make available (Board Custodians) to work second shift during the weeks, subject to absenteeism in the ordinary course. Custodians shall not be required to perform maintenance services; provided that to the extent that any Vendor Custodian is directed by the Board to perform obligations constituting "public works" under and as defined in the Illinois Prevailing Wage Act (820 ILCS 130/1 et seq.), the Board shall indemnify and hold harmless the Vendor from and against any and all penalties in connection with or arising out of the failure to comply with the Illinois Prevailing Wage Act (820 ILCS 130/1 e seq.).

xxiii. <u>Discipline Program</u>

    a. The Vendor shall embrace the Board's concept of progressive and corrective discipline for Employees. The Board encourages managers and supervisors to use progressive discipline when they believe that an Employee is amenable to correcting his/her misconduct. Progressive discipline is a systematic approach to correct unwanted behavior and deter its occurrence by administering disciplinary actions based upon various factors, including but not limited to: (1) the seriousness of the offense; (2) the number of times it has occurred; (3) prior acts of misconduct; (4) the length of time between infractions (5) the attitude and cooperation of the Employee; (6) the Employee's work history; and (7) the totality of the circumstances.

    b. Groups of Misconduct shall be coded with a preferred disciplinary action. Disciplinary actions shall include cautionary notices, written reprimands, suspensions without pay, and dismissal from employment. The vendor must provide corresponding documentation for Board's or Board's Designee review and approval. The vendor shall also provide timely notices to Local Bargaining Unions. See Exhibit E for CPS Discipline Policy and Performance Evaluations Guidelines.

    c. The Vendor shall report all Vendor personnel and Board employees discipline history to the Board on a bi-weekly basis.

xxiv. Evaluation Program

    a. Three times per year, the Vendor shall conduct Performance Evaluations for Vendor personnel and Board employees. The Board requires Vendor managers and supervisors to conduct Self Evaluations (November 1st - 30th), Mid Year Evaluations (December 1st - February 15th), and End of Year Evaluations (May 1st - June 30th) for all cleaning staff. The Evaluation program must have three performance categories on which employees will be evaluated: Effectiveness, Dependability, and Professionalism. The evaluation system has four performance levels. These performance levels are (1) Unsatisfactory, (2) Developing, (3) Proficient, and (4) Excellent. Employees will receive a rating on a scale of 1-4 for each of the performance categories. The Vendor shall report all Vendor personnel and Board employee's evaluation results after each Performance Evaluation has been conducted. See Exhibit E for CPS Performance Evaluation and Guidelines.

    b. When an employee is rated unsatisfactory at the end of the year, the Vendor shall refer the employee for dismissal using applicable dismissal procedures for the employee.

Z. Wages and Benefits.

    i. The Vendor acknowledges and agrees that all subcontractors, employees and other personnel of the Vendor performing Custodial Services (the "Vendor Custodians") shall

        be paid in accordance with the terms and conditions of the Board's collective bargaining agreement, but all such wages must be in accordance with BOMA Chicago rates.

    ii.    The Vendor shall provide a health and welfare benefits package to the Vendor Custodians that shall, at a minimum, included the elements set forth in the BOMA Chicago's Health and Welfare Standards (Articles XII-XV) for full-time employees and Vendor shall otherwise comply in all material respects with the terms of any applicable collective bargaining agreement to which the Board is a party.

## AA. Board Not Subject to Taxes:

    i.    The federal excise tax does not apply to the Board by virtue of Exemption Certificate No. 36-600584, and the State of Illinois sales tax does not apply to the Board by virtue of Exemption No. E9997-7109. The amounts to be paid to Vendor hereunder are inclusive of all other taxes that may be levied or based on this Agreement, including without limitation sales, use, nonresident, value-added, excise, and similar taxes levied or imposed on the Custodial Services to be provided under this Agreement, but excluding taxes levied or imposed on the income or business privileges of Vendor. Vendor shall be responsible for any taxes levied or imposed upon the income or business privileges of Vendor.

## BB. Audit and Document Retention:

    i.    Audit.  Vendor shall /furnish the Board or Board Designee with such information as may be requested relative to the progress, execution and costs of supplying the Custodial Services. Vendor shall permit and cooperate in a periodic audit by Board staff or Board-appointed auditors for compliance by Vendor with this Agreement. Failure of Vendor to comply in full and cooperate with the reasonable requests of the Board or its agents shall give the Board, in addition to all other rights and remedies hereunder, the right to charge Vendor for the cost of such audit.

    ii.    Document Retention: Vendor shall maintain all material records, correspondence, receipts, vouchers, memoranda and other data relating to Vendor's supplying the Custodial Services under this Agreement. All records referenced above shall be retained for six (6) years after delivery of the Custodial Services and shall be subject to inspection and audit by the Board. Vendor shall include in all subcontractor contracts for the Custodial Services, provisions requiring subcontractors to maintain the above-described records and allowing the Board the same right to inspect and audit said records as set forth herein.

## CC. Health and/or Safety Violations

    i.    During the Term, Vendor shall be liable for any claim, action, proceeding, fine or penalty arising directly from any health and/or safety code violation (each, a "Health and Safety Violation") assessed by a Federal, State and/or local governmental unit or agency, in any case as a direct result of a deficiency in Vendor's performance of the Custodial Services.

    C.    In the event the Board is assessed a Health and Safety Violation as a direct result of a deficiency in Vendor's performance of the Custodial Services, the Board shall promptly (and in any event within 10 days) notify Vendor in writing of such Health and Safety Violation (provided that failure to so notify the Vendor within 10 days shall not alter or diminish the Board's rights under this Section 39) describing in reasonable detail the nature of the Health and Safety Violation. Vendor shall promptly, upon receipt of the notice described in the preceding sentence, respond in writing to the Board either (i) contesting the Vendor's liability for such Health and Safety Violation or (ii) agreeing to appear, defend and/or pay all costs and expenses (including, without limitation, attorneys' fees) arising from the Health and Safety Violation pursuant to and in accordance with the terms of Section 16 of this Agreement. If, after the Board's receipt of notice from the Vendor pursuant to clause (i) of the preceding sentence, the Parties determines that the Vendor is liable for the Health and Safety Violation, the Vendor shall promptly pay to the Board, the cost and expenses described in the preceding sentence which are attributable to the deficiencies in Vendor's

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A3B

performance of the Custodial Services. If the Health and Safety Violation is caused by the negligence of both Parties, the apportionment of said Health and Safety Violation shall be shared between both Parties based upon the comparative degree of each Party's negligence and each Party shall be responsible for its own defense and its own costs including but not limited to the cost of defense, attorney's fees and witnesses' fees and expenses incident thereto.

    d.    Vendor shall, from time to time, review the Custodial Services so as to minimize the assessment of Health and Safety Violations, particularly the recurrence of Health and Safety Violations for the same actions or omissions. Vendor shall promptly provide the Board with suggested modifications in the Custodial Services provided by Vendor to correct and eliminate the circumstances giving rise to the Health and Safety Violations.

DD. Subcontractor and Board Employee Management

    i.    The Vendor must require subcontractors to service specific school regions, meet the Board's MBE/WBE requirements, or for any other reasonable purpose toward providing quality servicing of the properties. All subcontractors must be approved through either the CPS Office of Diversity for MBE/WBE companies or the CPS Facilities department, including revisions at any point after award and through the full duration of the contract term.

    ii.    Board reserves the right to approve/deny subcontracting agreements in association with this contract. Vendor shall share subcontractor operational agreements with the Board prior to execution.

    iii.    The Vendor agreements (content only) with multiple subcontractors should be consistent in form and content and must be approved by The Board prior to executing the contract. Amendments to the contract taking place throughout the life of the Board/Vendor agreement shall also be approved by the Board.

    iv.    Any contract Vendor employing a subcontractor for services on this account must have the exact same standards, service levels, terms and conditions as outlined in this agreement. All subcontracts made by Vendor shall be open for review and inspection by the Board or Board Designee.

    v.    The Vendor may be supervising Vendor personnel, subcontractor's personnel, and Board employees or any other combination. Agreements must be in place with the understanding that supervisors be granted full authority to train, instruct, and supervise subcontractor and Board employees assigned to their area of responsibility. Should the employee be other than the supervisor's employee, the true employer should follow any disciplinary recommendation from the supervisor in cases of misconduct or insubordination.

    vi.    Coordinate interviews with each Board Custodian to (a) evaluate and assess the knowledge, skill and abilities of such Board Custodian, (b) provide written recommendations to the Board from time to time regarding employment, compensation, promotion, discipline, and discharge of such Board Custodian, and (c) create new job descriptions, labor schedules, cleaning schedules and standards of performance.

    vii.    Vendors shall manage Board Custodian's time utilizing the Board's time management system which includes but not limited to vacation and sick time requests. Vendor shall meet payroll deadlines set by the Board.

EE. Quality Management Systems (QMS)

    i.    The Vendor must have a comprehensive Quality Management System ("QMS") that includes CPS approved portable, accessible and web enabled devices loaded with industry

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

recognized software applications with the ability to collect, compile, analyze, manage, perform quality inspections, record, report and submit but not limited to the following:

    a.  Custodial Quality Assurance Plan
    b.  Key Performance Indicators ("KPI") reporting monthly with appropriate, original source and supporting data and analytics
    c.  Quality of work grading and scoring by area and period
    d.  Planning and recording of project work submittal
    e.  Complaints, Incidents and "Near Miss" Tracking and their report with all remedial measures.
    f.  Issue corrective action, provide resolution and follow up and validate effectiveness of remedial measures
    g.  Continuous Quality Improvement Program

ii.    Vendor shall establish a complete Quality Control System to ensure that the Custodial Services obligations, standards and requirements under this Agreement are met ("Quality Management System"). Vendor shall submit an electronic copy of such QMS program to the Board's Facilities Operations Chief within thirty (30) days following the Go-Live Date. The Vendor's Quality Control Program shall include, at a minimum, and inspection system and program and is subject to review and approval by the Board prior to implementation:

iii.    Vendor shall designate certain Vendor trained Personnel to conduct service quality inspections on a daily/weekly/monthly based basis ("Quality Inspectors") of its current operations, performance of Custodial Services and compliance with the Custodial Services hereunder ("Quality Control Inspection"). The Quality Control Inspection shall serve as a part of a system to be developed by Vendor, for monitoring the effectiveness of the Custodial Services provided to the Board (the "Effectiveness System"). The purpose of the Effectiveness System is to detect and correct deficiencies in the quality of Custodial Services before the school level Custodial Services level of performance falls under APPA level 2 and becomes unacceptable based on the standards and requirements set forth herein and/or before health department inspectors identify the deficiencies.

iv.    <u>Monthly Report</u>

    a.  Vendor shall submit a monthly report to the Board or Board Designee (in such form and content as required by the Board or Board Designee) ("Quality Control Report"), which sets forth: (a) Custodial Services that are scheduled (b) Custodial Services that have been performed; (c) Custodial Services that are planned or in progress; (d) evidence of service records are kept;  (e) any failures to meet the requirements of this Agreement or the SLA set forth herein and corrective actions taken; (e) how the Effectiveness System has detected and corrected any deficiencies in Custodial Services that have been rendered and completed.

v.    <u>Quality Control Checklist.</u>

    a.  A quality control electronic checklist shall be used in evaluating Custodial Services compliance and performance during regularly scheduled and unscheduled inspections. The checklist shall include all Board Facilities serviced by Vendor, as well as every Custodial Services task required to be performed at each such Board Facility.

vi.    <u>Quality Control File</u>

    a.  A quality control file containing a record of all inspections conducted by Vendor and all corrective actions taken ("Quality Control File") shall be recorded, maintained, and updated and reported to the Board by Vendor throughout the

Term and made available to the Board or Board Designee upon request. Vendor is fully responsible for the quality and operational data contents, integrity and for their safe retention.

vii.   <u>Quality Inspectors</u>

a.   Vendor shall provide the Board or Board Designee with the names and qualifications of the Quality Inspectors responsible for performing the Quality Control Inspections and Board or Board Designee shall have the right, but not the obligation, to require that Vendor designate specific Vendor Personnel or other designated Vendor Personnel meets the meeting experience requirements as determined by the Board.

viii.   <u>Quality Assurance Inspection and Audit</u>

a.   Vendor shall cooperate with the Board in conducting quality assurance inspections/audits as determined appropriate by the Board either on a regularly scheduled basis or from time to time, throughout the Term ("Quality Assurance Audit"). A Quality Assurance Audit may be scheduled at any time by the Board at its sole discretion. A Quality Assurance Audit may take place: (i) Monday through Friday on school days, without prior notice; or (ii) on non-school days, with 24-hour prior notice; and (iii) as early as 5:00a.m., Central Standard Time on any day. Vendor shall ensure that all vehicles used by Vendor in connection with the performance of the Custodial Services are available for inspection at each Quality Assurance Audit. As part of routine vendor custodial service oversight, the Board has the right to initiate and conduct both scheduled and/or unscheduled audits and inspections at any or all facilities. In addition, as the need warrants as determined by the Board, it may choose to engage Third Party Independent APPA Auditing Company(s) to perform Custodial Services Condition requirements of APPA level 2 are being adequately met and maintained in each school on a monthly/quarterly/annually. For the Board required audits of the Board Facilities, all methods used by Vendor in the performance of the Custodial Services and all records relating to the Custodial Services as required hereunder, shall be critical components of each Quality Assurance Audit by the Board. All identified and issued Corrective Actions and Custodial Services Deficiencies must be responded, remediated and reported to the Board as documented close with relevant pictures, documents with traceable evidence of completion.

ix.   <u>Quality Control and Reporting</u>

a.   Vendor's Project Manager shall be a single point of contact assigned to oversee and manage the day-to-day Custodial Services and management of the relationship with the Board. Vendor shall have periodic meetings with the Board's and its designated Project Manager, as well as in regular scheduled meetings

b.   Board's Department of Procurement, Department of Facilities and other Board representatives as may be necessary, for regular compliance review, as well as an quarterly/annual business review. The time and frequency of such meetings shall be determined by the Board or Board Designee. Vendor shall cooperate with the Board or Board Designee in complying with reporting requirements set forth in this Agreement and shall, during the Term, furnish to the Board or Board Designee such reports as set forth herein.

c.   In addition, the Vendor will be expected to conduct regular monthly on-site inspections with copies of reports sent to the Board or Board Designee and its designated manager and daily problem-solving activities designed to support and improve the overall quality of services provided. On a quarterly and annual basis, or as required by the Board, the Vendor will submit a written report and conduct

a review meeting with the Board's representative to analyze key elements of service delivery during the past half of the year and detail plans for the upcoming half of the year.

    d.  At a minimum, but limited to the items to be reported on will include:

1. Full KPI Report
2. Quality control Audit/Inspection scores and the grade level attained
3. Project work planned and completed
4. Attendance Management Plan
5. Staff turnover (voluntary/Involuntary attrition) , replacement statistics, and improvement planning
6. Training conducted, documented, and attendee signatures
7. Complaint and special requests analysis
8. Equipment maintenance and/or replacement
9. Provide Safety and Security "Near Miss" incidents or concerns escalation, tracking, and policy reports

  x.  <u>Deficient Work.</u>

    a.  Vendor shall, at no additional cost to the Board, timely re-execute any Custodial Services found to be deficient by the Board in its reasonable determination. Acceptance of workmanship is based on cleanliness standards and guidelines of APPA, along with internal quality inspection guidelines and requirements. Unacceptable work will not include conditions that are outside the control of the vendor.

FF. Compliance.
  i.  Vendor shall be appropriately licensed, insured, bonded and shall meet all other requirements specified in the Agreement. Vendor shall, and shall cause Custodians to, confirm and adhere to the established building policies and the policies established by a school, if any. Vendor shall comply with all OSHA requirements and shall provide documentation of such compliance upon request from the Board. Vendor shall develop and maintain a program for all Custodians servicing the Agreement to assure compliance with EPA and OSHA guidelines.

GG. Cooperation.
  i.  Each party shall work cooperatively in a spirit of good faith and professionalism with the other Parties and the other Party's agents and employees, and the authorized representatives of the Parties shall meet on a regular basis, at least once per week, to review and discuss any ongoing operational matters relating to the Custodial Services. Vendor shall meet with the Board whenever necessary, in the Board's discretion, to promptly resolve any concerns that arise relative to the performance of Custodial Services under this Agreement.
  ii.  Vendor shall fully cooperate with other Board contractors, subcontractors and assigns and shall carefully plan and perform its own work to accommodate the work of other Board contractors. Vendor shall not intentionally commit or permit any act which will interfere with the performance of work by any other Board contractors.

HH. Subcontractors:
  i.  At the request of the Board, the Vendor will provide a complete copy of any subcontractor agreement for review of alignment with Board Agreement.
  ii.  Vendor may, with prior written approval of the Board, enter into a written subcontract(s) for performance of certain functions under this Agreement. All insurance coverage for subcontractors shall be subject to the minimum requirements identified in Section 19 of this Agreement.

II. Record Keeping and Reporting.
  i.  Vendor shall capture, report incidents related to disputes and complaints regarding the Custodial Services in board owned/operated CMMS Customer complaint services module to

DocuSign Envelope ID: 8A8FC2E3-47BC-412D-A93A-6961D0918A2B

include data and time of the complaint, response and resolution, name of the involved parties and any other action that was required. General Safety Guidelines.

ii.    Vendor shall be solely responsible for safety on the Board Facility related to the Custodial Services. Vendor shall adhere to any and all reasonable safety related requests by the Board and the Board's designated representatives related to the Custodial Services, Vendor shall develop and make available including submission, upon the request of the Board, of Vendor's Safety Manual and/or a Board Facility specific safety plan.

iii.    Vendor, both directly and indirectly through its agents and subcontractors, shall continuously protect the Board's property from damage, injury or loss arising in connection with operations under the Agreement. Vendor shall make good any such damage, injury or loss, except to the extent caused by the Board Custodians or other Board employees or agents.

iv.    Vendor, both directly and indirectly through its agents and subcontractors, shall take all reasonable precautions to prevent accidents or injury to any persons on the Board Facility in connection with the performance of the Custodial Services.

v.    Vendor shall comply with all laws, ordinances, codes, rules and regulations relative to safety and the prevention of accidents. Vendor, and its agents and subcontractors, shall cooperate with any other contractor that may be performing work on a Board Facility, including, but not limited to, OSHA compliance and safety efforts. Upon the request of the Board, Vendor and its subcontractors shall provide the Board with their Exposure Control Plan, Hazard (HazMat) Communications Plan and other safety related documents and programs.

vi.    Vendor shall provide and properly maintain, at all times, as required by laws and regulations and the conditions and progress of the Custodial Services, reasonable safeguards for the protection of workers, staff, students, and the public. If such reasonable safeguards are not taken by the Vendor, the Board reserves the right (without incurring any obligation whatsoever and without limiting any other right or remedy which the Board may have under the Agreement or at law or equity) to take such action as necessary to so protect workers, students, staff, and the public and to back charge the Vendor for the cost thereof. Appropriate precautions must be taken when Custodial Services are performed when school is in session and/or students are on a Board Facility.

vii.    In an emergency affecting the safety of life, or adjoining property, Vendor, without special instructions or authorization from the Board, is permitted to act, at its discretion, to prevent the threatened loss or injury.

viii.    Vendor shall not damage private and public property adjacent to the Board Facility, including all streets, sidewalks, light poles, hydrants and concealed or exposed utilities of every description affected by or adjacent to the Board Facility. If the times are damaged by Vendor or its subcontractors, Vendor shall make all necessary repairs to or replacements of them at no cost to the Board.

ix.    If, in the opinion of the Board, the Custodial Services endanger adjoining property or persons, upon written notice from the Board to the Vendor, the Custodial Services shall be stopped and the method of operation changed in a manner acceptable to the Board. Vendor acknowledges and agrees that it shall be responsible for any financial repercussions resulting therefrom and that contract schedules will not be postponed as a result thereof.

x.    Vendor and all its subcontractors shall take all appropriate, effective and adequate precautions and protective measures against fire throughout their operations at all times. Flammable material shall be kept at an absolute minimum and, if any, shall be properly used, handled and stored according to manufacturer recommended guidelines. Vendor shall not permit fires to be built or open salamanders to be used in any part of the Custodial Services.

xi.    Vendor shall maintain a written policy regarding drug and/or alcohol testing of Vendor Custodians and shall implement such policy at any time that Vendor forms a reasonable suspicion that such testing may have a positive result. In order to ensure that all subcontractors maintain and implement similar testing policies, Vendor shall require a similar written policy in each subcontract. If the results of any such test are positive, the Board reserves the right to require the removal from a Board Facility, either temporarily or

permanently, of any person receiving positive results from any of the aforesaid tests. The Vendor shall report all positive drug testing to the Board's designee.

JJ.  Liquidated Damages.
    I.  Because of the difficulty ascertaining and quantifying the actual damages which the Board may sustain should the Vendor fail to perform Custodial Services as required under the Agreement, the Board shall have the right to assess the liquidated damages set forth in Exhibit D.

KK. Uniform, Protective Clothing and Equipment.

    i.  Vendor shall require all Custodians to wear suitable uniform and safety shoes that are acceptable to the Board during the time the Custodians are on-site at a Board Facility. Vendor may purchase the uniforms and/or shoes for Custodians to comply with this paragraph KK.

    ii.  The Vendor shall ensure that all Vendor Personnel working in or around the Board Facilities wear distinctive uniform clothing, and as necessary, personal protective equipment required or desirable for the safe performance of the Custodial Services. Protective clothing, equipment and devices shall, at a minimum, conform to OSHA standards for the products being used. Vendor shall be solely responsible to maintain, sustain and quality upkeeping of all required uniforms and PPE without any deviations and failures.  Vendor shall be responsible for any costs related to uniforms provided to or otherwise worn by Vendor Personnel.

    iii.  All cleaning staff must be in professional work appropriate attire with, as necessary depending on work assignments, slip resistant shoes, safety glasses, gloves, and PPE. All staff wearing Board approved dark pants and uniform shirts with the custodial Vendor name or a Chicago Public Schools ("CPS") logo affixed to it. The Board reserves the right to add their logo if they so decide to the uniform shirt.

    iv.  Uniforms should always be clean and in good repair with staff well-groomed and presentable. Uniforms are to be supplied by the Vendor and are subject to approval by the Board.

    v.  Vendor shall be responsible for enforcing compliance with uniform and safety and security policies.  Failure to do so will result in contract default.

LL.  Contractor Use of CPS Accounts for CPS Business

    i.  The Vendor must follow the requirements that are specified in the "Contractor Use of CPS Accounts for CPS Business" memorandum issued by the Information and Technology Services department dated 02/27/19;

    ii.  Chicago Public Schools (CPS) provides access to technology devices, internet, data and network systems to employees and other authorized users for educational and business purposes. This Staff Acceptable Use Policy (AUP) establishes the standards for acceptable electronic activity of employees and other authorized Users using and accessing the district or school technology, internet, data and network systems regardless of the User's physical location and also the electronic communication between students and CPS staff.

    iii.  To ensure consistency with recently adopted staff acceptable use policy, the District requires that consulting resources follow the same guidelines. The purpose of this memorandum is to highlight the requirements around the use of CPS provided email accounts for operational or project-based consultants. Specifically, any contractor provided a CPS network login and Gmail account must use that CPS Gmail account to conduct CPS business. Vendors with active Gmail accounts found to be conducting CPS business via any external platform will be subject to review and possibly barred from continued engagement at CPS.

iv. The CPS Gmail system allows for the requisite archiving and audit trail for both operational and project-based efforts. Use of external email accounts by consultants undermines this critical district requirement. Department leaders are ultimately responsible for the establishment of Vendor accounts, notification to ITS upon completion of the consulting assignment, and assurance that all protocols are being followed in the interim.

MM. Continuity Plan. In order to maintain compliance with the terms of this Agreement, including the Service Level Requirements, Vendor shall develop, maintain, test and implement a continuity plan in respect of the Services that provides for the emergency response and management, recovery, restoration and ongoing performance of the Services following any disaster or any other event that disrupts performance of the Services ("**Continuity Plan**"). Vendor shall submit the Continuity Plan to the Board for review, inputs and approval within one hundred and twenty (120) days after the Effective Date. The Continuity Plan shall be sufficient to ensure that Vendor is able to reasonably continue providing the Services in the event of a disaster (i) affecting the Board or any Board Facility or (ii) affecting only Vendor and not the Board, and address the following: (a) single building failure; wide scale or district-wide disruption; loss of data and information systems; loss of critical staff; and the ability to access pre-staged, readily available Supplies and Equipment; (b) provide for Supplies and Equipment necessary for response and recovery; and (c) provide for Key Personnel responsible for the Continuity Plan, notification procedures (24 hours a day, 365 days per year), including direct contact numbers for Key Personnel. The parties acknowledge that the Services Continuity Plan may require modification during the Term and the parties shall cooperate as needed to implement mutually agreed changes. Vendor shall maintain the Continuity Plan throughout the Term and implement the Continuity Plan in accordance with its terms as part of the Services in order to minimize the effect of potential incidents affecting the delivery of the Services to the Board. Notwithstanding the foregoing or any provision to the contrary herein, neither the Continuity Plan nor any other provision herein shall require Vendor to provide any Services in the event of a Force Majeure (as defined in the Agreement).

**Exhibit B – Financial Terms**

1. **Financial Terms.**
A. **Definitions.**

      i.    **"Accounting Period"** means the two accounting periods of four weeks each and one accounting period of five weeks which occur in each quarter. The September accounting period shall periodically consist of six weeks.

      ii.    **"Charge"** means a charge to the operating statement, established and substantiated by Vendor, which is reasonably allocated to the Board, for certain services provided by Vendor to its client locations for: (i) information technology applications, systems and support, (ii) salaried employee fringe benefits and human resource services, and (iii) insurance coverage, comprised of workers' compensation, general liability and related services.

      iii.**"Direct Costs"** means all costs incurred by Vendor directly attributable to Vendor's provision of the Services and invoiced to the Board as further described on Exhibit [B-1] hereto.

      iv.    **"Reimbursable Costs"** means the Direct Costs and Charges to be charged to the Board under this SOW.

      v.    "**General and Administrative Expenses**" means those certain costs incurred by Vendor that are expressly excluded in this Agreement and its exhibits from being charged by Vendor to the District as a Direct Cost. This includes the Services and Payment Bond described in Section 9.A of the Agreement, costs of background checks above the limits described in Section M below; the cost of audits as described in Section 31 of the Agreement subject to aggregate liability limitation set forth in Exhibit D, any liquidated damages described in Exhibit D subject to the aggregate liability limitation set forth in Exhibit D, and any other costs expressly excluded in this Agreement and its exhibits.

**B.**     **Compensation for Custodial Services**. In consideration for performance of the Services described in this Agreement and set forth more fully in Exhibit A Vendor's compensation for the Services over the Term shall be paid as set forth below. Vendor shall submit an invoice for payment for Services rendered monthly or as otherwise set forth in this Exhibit B, in accordance with and subject to the terms and conditions of Section 4 (Compensation, Purchase Orders and Payment) of the Agreement. Vendor shall only be paid for Services rendered and the total amount paid to Vendor for all Services during the Term shall not exceed the Maximum Compensation Amount of Three Hundred Sixty-Nine Million and 00/100 Dollars ($369,000,000) over the Term, subject to the adjustment as further described in this Exhibit B.

C.     **Fees.** All facilities, equipment and services to be provided by the Board under this Agreement shall be provided at the Board's expense. Vendor shall be reimbursed for all its Reimbursable Costs. In addition, Vendor shall receive an annual management fee equal to two-and-a-half percent (2.5%) of its Direct Costs (the "**Management Fee**"). Vendor's Reimbursable Costs (the aggregate of Direct Costs, and the Charges) and the Management Fee (collectively, the "**Fees**") will be invoiced as described in Section E below.

D.     **Implementation Period Fees**. Subject to the terms and conditions set forth in the Agreement, the Board shall pay Implementation Period Fees associated with start-up and transition of the Services provided hereunder. The start-up budget is not to exceed Five Hundred Thousand Dollars ($500,000.00) as a Direct Cost on a single invoice.

      **i.** Year 1 Max Compensation. The annual contract price for Services provided for the period from July 1, 2021, through June 30, 2022, subject to Permitted Adjustments for that period, is One Hundred Twenty Million and 00/100 Dollars ($120,000,000.00).

      **ii.** Year 2 Max Compensation. The annual contract price for Services Provided for the period from July 1, 2022 through June 30, 2023, subject to Permitted Adjustments for that period, is One Hundred Twenty-Three Million and 00/100 Dollars ($123,000,000.00).

      **iii.** Year 3 Max Compensation. The annual contract price for Services provided the period from July 1, 2023 through June 30, 2024, subject to Permitted Adjustments for that period is One Hundred Twenty-Six Million and 00/100 Dollars ($126,000,000).

     E.  **Board Absenteeism and Board Vacancies**. Vendor shall provide a substitute custodian for Board Custodian and Vendor Custodian absentee and vacancy, also referred to as Backfill, when deemed necessary per Exhibit A. Starting in Year 1, the subpool will be 8% of the overall custodial staffing plan, inclusive of Board and Vendor Custodians. The Parties may agree to adjust the percentage of the overall custodial staffing plan for the subpool and associated budget impact.

     F.  **Invoicing and  Payments**. Payment shall be made by bank transfer into a bank account designated by Vendor or as otherwise directed by Vendor. Payments will be made in accordance with 30 ILCS 540/ State Prompt Payment Act. Vendor shall invoice the Board at the end of each month in a consolidated invoice with line items for the categories below. There will be a weekly reconciliation of the hours worked between the Vendor and the Board to ensure there will not be discrepancies in the monthly invoice, prior to submission.

    a. Custodian Straight-time. This is the straight-time worked in the applicable period for the 1275 Vendor Custodians. FTE count subject to change with the approval by the Board.
    b. Managers Straight-time. This is the straight-time for managers and non-custodian positions for the applicable period.
    c. Custodian Overtime. This is the overtime worked by the Vendor Custodians for the applicable period.
    d. Custodian Backfill. This is the utilization of the subpool to provide substitute employees, when determined necessary per Exhibit A, for either Vendor or Board custodians during absences or vacancies.
    e. Consumables/Supplies. The Board shall pay Vendor for all custodial consumables and supplies. This is a portion of the annual expense budget maximum.
    f. Equipment Depreciation. This is the equipment purchased, not-to-exceed Two Million Dollars ($2,000,000), to be billed back to CPS on a 3-year, straight-line amortization schedule.
    g. Equipment Repairs. The Board shall pay Vendor only for the completed repairs in the applicable period. This is a portion of the annual expense budget maximum.
    h. Markup & Miscellaneous. The invoice shall indicate the fees on supplies, labor, and equipment. The invoice shall also indicate other miscellaneous charges, such as payroll costs, reimbursable costs (including start-up fees) and overhead.
    i. Emergency Services. The Vendor shall bill emergency services as a separate invoice with itemized services at the direction of the building manager.

G. **Equipment Investment**. Vendor shall purchase and place in service equipment for use in connection with the Services ("**Depreciable Equipment**") in an amount inclusive of any applicable taxes of up to Two Million and 00/100 Dollars ($2,000,000.00) (the "**Custodial Equipment Investmen**t"). The Custodial Equipment shall be amortized on a monthly, straight-line basis for a period of no longer than three (3) years from the Effective Date of this Agreement, commencing, respectively, on the date the applicable item of Depreciable Equipment is placed into service and ending on June 30, 2024. The amortized balance shall be invoiced to the Board as a Direct Cost. **Schedule 3** attached hereto sets forth the Depreciable Equipment that will be purchased by Vendor in connection with the Equipment Investment. Promptly after the purchase of any Depreciable Equipment, Vendor shall provide the Board with an updated **Schedule 3**, to the extent not already included thereon, setting forth the following for each item of Depreciable Equipment: (1) a complete and accurate description, including the manufacturer and model number, of the Depreciable Equipment purchased; (2) serial number for the Depreciable Equipment purchased; (3) the amount of the Equipment Investment attributable to such item of Depreciable Equipment and (4) date the applicable item of Depreciable Equipment was placed into service. If allowable by law, any Depreciable Equipment purchased by Vendor on the Board's behalf shall be purchased as "sales for resale" to the Board as referenced in IDOR Regulations Title 86, Parts 130.2076 (Sales to Purchasers Performing Contracts with Governmental Bodies). The Board shall hold title to all such Equipment upon full amortization of the Depreciable Equipment at the end of the applicable amortization period, or upon sooner repayment of the Equipment Investment by the Board. Vendor hereby represents and warrants to the Board that as of the purchase date of each item of Depreciable Equipment by Vendor, and upon full amortization of the Depreciable Equipment, Vendor shall have good, valid and marketable title to each such item of Depreciable Equipment, free and clear of all liens. Vendor shall not create, incur, assume or suffer to exist, any lien upon any item of Depreciable Equipment, whether now owned or hereafter acquired. Upon expiration or termination of this Agreement by either Party for any reason whatsoever prior to the complete amortization of the Equipment Investment (to the extent such funds are used to purchase Depreciable Equipment), the Board shall pay to Vendor an amount equal to the total unamortized balance remaining on the Depreciable Equipment calculated in accordance with this section, to the extent purchased with funds from the Equipment Investment, as of the date of expiration or termination.

H. **Purchasing.** Vendor will purchase and pay for all products, supplies, equipment and services in connection with the Services, which purchases will be made through Vendor's purchasing programs. Vendor reserves the right, subject to the Board's approval, to determine specific brands, product lines and other purchasing decisions, subject to compliance with the standards for the Services as set forth in this Agreement and applicable laws and regulations. Vendor may receive and retain all prompt payment or 'cash' discounts, as well as other rebates, allowances and other payments from its manufacturers, suppliers and distributors, on all purchases made by Vendor in connection with this Agreement; it being understood and agreed that such sums are associated with Vendor's supply chain purchasing programs, which are generally associated with Vendor's extremely large volume of total purchases on a company-wide and/or nationwide basis and are not exclusively related to the services provided by Vendor hereunder. If an affiliated company or division of Vendor furnishes product, equipment or services necessary in connection with the Services, the associated prices charged to the Board will be competitive with those prices from an independent source in the open market.

I. **Compensation for Renewal Years**. If the Parties renew the Agreement beyond the Initial Term, then the Maximum Compensation Amount shall increase by an amount agreed upon by the Parties in a signed written Amendment to this Agreement.

J.      **Budget Assumptions**. The Parties acknowledge that, in addition to the information supplied by the Board, certain assumptions were made in the determination of the total amount of the yearly Budget for the Services (the "Budget Assumptions") and corresponding Maximum Compensation Amount for each Contract Year. The Budget Assumptions include, but are not limited to: (i) a static number of Board Facilities in the Services, (ii) a static total gross square footage for the Board Facilities as described in Schedule 4 as reported by the Board, (iii) the Board will supply at least 1225 Board Custodians for the Services, (iv) number of Substitute Custodians necessary for the Services will not increase pursuant to Section E above, (v) number of school days throughout the year will remain consistent with what was reported by the Board, (vi) the required percentage of spend allocated toward MWBE subcontractors in the Services will remain consistent with what was required in the Custodial RFP, and (vii) there will be no changes in the Scope of Services.

Should the Budget Assumptions become inaccurate for any reason, the Parties shall meet and discuss an increase to the Budget and corresponding Maximum Compensation Amount to account for the change of circumstances (the "Budget Assumption Adjustment"), subject to approval by the Board at the next scheduled Board Meeting. If the Parties cannot agree, or if the Board does not approve, on an increase to the Budget and Maximum Compensation Amount, then Vendor shall not perform the affected Services that are in excess of the Budget and Maximum Compensation Amount, and instead the Parties shall discuss necessary changes to (i) the Scope of Services; (ii) the Key Performance Indicators; (iii) the ability of CPS to levy Liquidated Damages; and (iv) the ability of the Board to withhold payments, in order to keep the costs of the Services within the Budget and Maximum Compensation Amount.

K.      **Budget Projections**.  Vendor shall provide to the Board a month-end summary to be used to forecast ongoing alignment with the Budget and Maximum Compensation Amount (the "Budget Projection"). If Vendor's Budget Projection indicates that the costs of the Services will exceed the Budget and Maximum Compensation Amount, then Vendor and the Board shall meet to discuss an increase to the Budget and Maximum Compensation Amount (the "Budget Projection Adjustment"). The Parties shall agree on whether to increase the Budget and Maximum Compensation Amount to accommodate the Budget Projection, subject to the approval of the Board. If the Parties cannot agree, or if the Board does not approve, on an increase to the Budget and Maximum Compensation Amount, then Vendor shall not perform the affected Services that are in excess of the Budget and Maximum Compensation Amount, and instead the Parties shall discuss necessary changes to (i) the Scope of Services; (ii) the Key Performance Indicators; (iii) the ability of the Board to levy Liquidated Damages; and (iv) the ability of the Board to withhold payments, in order to keep the costs of the Services within the Budget and Maximum Compensation Amount.

L.      **Material Change**.  If there is a change in the scope of the Services (including if the Board requests an expansion or reduction in the Services) or if Vendor's costs increase due to unforeseen circumstances (e.g. the size and uses of the Facilities; increases in staffing or employee health and welfare benefits costs, minimum wage rates, employer contributions to social security or payroll taxes (including retroactive changes to such contributions); changes in a collective bargaining agreement covering the Service Employees or similar circumstances; increases in labor and supply costs; tax rates; license and permit fees; or changes in the Board's number of facilities or student population), then Vendor shall give the Board written notice of such increase and the Parties shall negotiate in good faith a reasonable adjustment to the impacted financial and/or operational terms and memorialize such adjustments in a written amendment (the "**Material Change Adjustment**").

M. **Information and Conditions**. In determining the resources required to perform the Services, the Budget and the Maximum Compensation Amount, each Party relied on information the other provided about existing operations and finances and on conditions existing as of the Effective Date of the Agreement that the Party did not have independent knowledge of, and representations regarding existing and future conditions made in connection with the negotiation and execution of the Agreement. Upon request and as needed, each Party will continue to provide similar information to the other and represents that such information will be current, complete, and accurate at the time provided. If such information materially changes or is inaccurate, or if applicable conditions materially change, the Parties will negotiate in good faith a reasonable adjustment of the impacted financial and/or operational terms and memorialize the adjustment in a written amendment (the "**Information and Conditions Adjustment**", and collectively with the Material Change Adjustment, Budget Projection Adjustment and Budget Assumption Adjustment, the "**Permitted Adjustments**".

N. The Vendor may invoice the Board for the cost of background checks up to three (3) checks per vacant position per year. Any background checks required beyond this limit may not be invoiced to the Board.

# Exhibit B-1
## Direct Costs

| Category Name | Account Name |
|---|---|
| Management Salaries and Wages | Management Salaries and Wages |
| | Compensated Absences (Vacation, PTO, Holidays, etc.) |
| | Payroll Taxes - Management (FICA-Employer, Unemployment-State, Unemployment-Federal, Medicare-Company) |
| Management Taxes | |
| | Employee Benefit Programs - Management (Health, Life/Accident/Death Plan, Long Term Disability, Short Term Disability) |
| Management Benefits | |
| | Retirement Plans-Direct |
| Hourly Wages | Hourly Wages |
| | Employee Benefit Programs - Hourly (Health, Life/Accident/Death Plan, Long Term Disability, Short Term Disability) |
| | Compensated Absences (Vacation, PTO, Holidays, etc.) |
| | Overtime Wages |
| Hourly Taxes | Payroll Taxes - Hourly |
| Hourly Benefits | Retirement Plans |
| | Union Benefit Costs |
| Agency Labor | Agency Labor Fees |
| Direct Expenses | Employee Programs and Welfare |
| | Sub-Contracted Services Expense |
| | Delivery Expense |
| | Works Comp. and Liability Insurance |
| | Freight Expense (Shipping) |
| | State and Local Taxes |
| | Lease Expense (Equipment) |
| | Equipment Expense |
| | Equipment Maintenance & Repair Expense |
| | Office Expense |
| | Rental Expense (Equipment, Mops, Misc.) |
| | Supplies and Consumables Expense |
| | Technology Cost (Software, Cellular Expense, Telephone Expense, Equipment-Computers & Peripherals) |
| | Travel Expense (Parking, Milage reimbursement, Vehicle expenses) |
| | Warehouse Expense |
| | Recruiting Expense (TB Test, Backgrounds, Recruitment Costs) |
| | Directs Expense Other |
| Depreciation/Amortization | Depreciation Expense-Machines and Equipment |
| | Equipment Investment |

*Note, this list does not include the 3 allocated charges separately defined in the MSA: risk insurance, information technology, and human resource services and employee benefits

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-1A | Active School | ALBANY PARK | 104203 | 6 | 3 | 2 | 1 | 0 | | | | 17,367 |
| QS-1A | Active School | ARMSTRONG G | 147016 | 6 | 2 | 0 | 1 | 3 | | | | 24,503 |
| QS-1A | Active School | BATEMAN | 151694 | 6 | 3 | 0 | 1 | 2 | | | | 25,282 |
| QS-1A | Active School | BELDING | 73840 | 3 | 2 | 0 | 1 | 0 | | | | 24,613 |
| QS-1A | Active School | BOONE | 92344 | 4 | 2 | 0 | 1 | 1 | | | | 23,086 |
| QS-1A | Active School | CLEVELAND | 97461 | 4 | 2 | 0 | 1 | 1 | | | | 24,365 |
| QS-1A | Active School | DECATUR | 42434 | 2 | 1 | 0 | 1 | 0 | | | | 21,217 |
| QS-1A | Active School | DISNEY II ES | 50560 | 3 | 2 | 0 | 1 | | | | | 16,853 |
| QS-1A | Active School | DISNEY II HS | 181923 | 6 | 4 | 0 | 1 | 1 | | | | 30,321 |
| QS-1A | Active School | FIELD | 104418 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 29,834 |
| QS-1A | Active School | GALE | 157816 | 5 | 3 | 1 | 1 | 0 | | | | 31,563 |
| QS-1A | Active School | HAUGAN | 137971 | 6 | 2 | 3 | 1 | 0 | | | | 22,995 |
| QS-1A | Active School | HENRY | 90100 | 4.5 | 3 | 0 | 1 | 0.5 | | | | 20,022 |
| QS-1A | Active School | HIBBARD | 169900 | 7 | 2 | 4 | 1 | 0 | | | | 24,271 |
| QS-1A | Active School | JORDAN | 66950 | 2 | 1 | 0 | 1 | 0 | | | | 33,475 |
| QS-1A | Active School | KILMER | 106366 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 30,390 |
| QS-1A | Active School | MURPHY | 85287 | 4 | 2 | 0 | 1 | 1 | | | | 21,322 |
| QS-1A | Active School | NEW FIELD | 85500 | 3 | 2 | 0 | 1 | 0 | | | | 28,500 |
| QS-1A | Active School | NORTH RIVER | 42197 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 16,879 |
| QS-1A | Active School | NORTHSIDE LEARNING HS | 44150 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 12,614 |
| QS-1A | Active School | NORTHSIDE PREP HS | 222600 | 7 | 3 | | | | 0 | 2 | 2 | 31,800 |
| QS-1A | Active School | PETERSON | 97862 | 5 | 2 | 1 | 1 | 1 | | | | 19,572 |
| QS-1A | Active School | ROGERS | 89910 | 3 | 2 | 0 | 1 | 0 | | | | 29,970 |
| QS-1A | Active School | ROOSEVELT HS | 319900 | 9.5 | 4 | | | | 1 | 2 | 2.5 | 33,674 |
| QS-1A | Active School | SAUGANASH | 68612 | 4 | 1 | 2 | 1 | 0 | | | | 17,153 |
| QS-1A | Active School | STONE | 70601 | 4 | 2 | 1 | 1 | 0 | | | | 17,650 |
| QS-1A | Active School | SULLIVAN HS | 218067 | 8 | 3 | | | | 0 | 2 | 3 | 27,258 |
| QS-1A | Active School | VOLTA | 86480 | 5 | 1 | 3 | 1 | 0 | | | | 17,296 |
| QS-1A | Active School | VON STEUBEN HS | 248453 | 8 | 4 | | | | 0 | 2 | 2 | 31,057 |
| QS-1A | Active School | WEST RIDGE | 100107 | 3 | 2 | 0 | 1 | 0 | | | | 33,369 |
| QS-1B | Active School | BEARD | 58224 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 12,939 |
| QS-1B | Active School | BEAUBIEN | 117451 | 4 | 2 | 0 | 1 | 1 | | | | 29,363 |
| QS-1B | Active School | BRIDGE | 126934 | 4 | 3 | 0 | 1 | 0 | | | | 31,734 |
| QS-1B | Active School | CANTY | 103578 | 5.5 | 4 | | | | 1 | 0.5 | 0 | 18,832 |
| QS-1B | Active School | CHICAGO ACADEMY ES | 250844 | 7.5 | 3 | | | | 0 | 2 | 2.5 | 33,446 |
| QS-1B | Active School | DEVER | 66250 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 18,929 |
| QS-1B | Active School | DIRKSEN | 127551 | 5.5 | 3 | | | | 2 | 0.5 | 0 | 23,191 |
| QS-1B | Active School | EBINGER | 93518 | 4 | 1 | 2 | 1 | 0 | | | | 23,380 |
| QS-1B | Active School | EDGEBROOK | 65590 | 3.5 | 1 | 1.5 | 1 | 0 | | | | 18,740 |
| QS-1B | Active School | EDISON PARK | 60475 | 4 | 1.5 | 1.5 | 1 | 0 | | | | 15,119 |
| QS-1B | Active School | FARNSWORTH | 81712 | 4.5 | 4 | | | | 0 | 0.5 | 0 | 18,158 |
| QS-1B | Active School | FOREMAN HS | 234393 | 7 | 4 | | | | 1 | 2 | 0 | 33,485 |
| QS-1B | Active School | GARVY | 79665 | 4 | 1.5 | 1.5 | 1 | 0 | | | | 19,916 |
| QS-1B | Active School | GRAY | 129990 | 6.5 | 2 | 0.5 | 1 | 3 | | | | 19,998 |
| QS-1B | Active School | HITCH | 82050 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 23,443 |
| QS-1B | Active School | NORWOOD PARK | 56330 | 3 | 2 | 0 | 1 | 0 | | | | 18,777 |
| QS-1B | Active School | ONAHAN | 90969 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 25,991 |
| QS-1B | Active School | ORIOLE PARK | 76476 | 4 | 1 | 2 | 1 | 0 | | | | 19,119 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-1B | Active School | PALMER | 126342 | 5 | 3 | 0 | 1 | 1 | | | | 25,268 |
| QS-1B | Active School | PORTAGE PARK | 145775 | 5 | 2 | 0 | 1 | 2 | | | | 29,155 |
| QS-1B | Active School | PRUSSING | 96493 | 5 | 1 | 3 | 1 | 0 | | | | 19,299 |
| QS-1B | Active School | REINBERG | 90955 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 16,537 |
| QS-1B | Active School | SMYSER | 111681 | 5.5 | 3 | | | | 2 | 0.5 | 0 | 20,306 |
| QS-1B | Active School | STOCK | 18360 | 3 | 3 | | | | 0 | 0 | 0 | 6,120 |
| QS-1B | Active School | TAFT HS | 523970 | 16.5 | 6 | | | | 2.5 | 3 | 5 | 31,756 |
| QS-1B | Active School | THORP O | 93200 | 4.5 | 2 | | | | 2 | 0.5 | 0 | 20,711 |
| QS-1B | Active School | VAUGHN HS | 50289 | 3 | 2 | 0 | 1 | 0 | | | | 16,763 |
| QS-1B | Active School | WILDWOOD | 60018 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 24,007 |
| | | | | 0 | | | | | | | | NA |
| QS-2A | Active School | AMUNDSEN HS | 218950 | 7 | 2 | | | | 2 | 2 | 1 | 31,279 |
| QS-2A | Active School | BLAINE | 98646 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 28,185 |
| QS-2A | Active School | BRENNEMANN | 53422 | 2 | 2 | | | | 0 | | | 26,711 |
| QS-2A | Active School | BUDLONG | 102352 | 5 | 2 | 1 | 1 | 1 | | | | 20,470 |
| QS-2A | Active School | CHAPPELL | 87149 | 5 | 2 | 2 | 1 | 0 | | | | 17,430 |
| QS-2A | Active School | CLINTON | 136047 | 5.5 | 4 | 0 | 1 | 0.5 | | | | 24,736 |
| QS-2A | Active School | COONLEY | 107635 | 5.5 | 4 | 0 | 1 | 0.5 | | | | 19,570 |
| QS-2A | Active School | COURTENAY | 112070 | 3.5 | 1 | 1 | 1 | 0.5 | | | | 32,020 |
| QS-2A | Active School | DISNEY | 260140 | 8 | 3 | | | | 0 | 2 | 3 | 32,518 |
| QS-2A | Active School | GOUDY | 98019 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 28,005 |
| QS-2A | Active School | GREELEY | 60718 | 3.5 | 1 | 1 | 1 | 0.5 | | | | 17,348 |
| QS-2A | Active School | HAMILTON | 74643 | 2.5 | 1 | 0 | 1 | 0 | | | | 29,857 |
| QS-2A | Active School | HAWTHORNE | 71199 | 3 | 2 | 0 | 1 | 0 | | | | 23,733 |
| QS-2A | Active School | HAYT | 118800 | 4 | 3 | 0 | 1 | 0 | | | | 29,700 |
| QS-2A | Active School | INTER-AMERICAN | 110443 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 31,555 |
| QS-2A | Active School | JAMIESON | 111599 | 4 | 3 | 0 | 1 | 0 | | | | 27,900 |
| QS-2A | Active School | LAKE VIEW HS | 266099 | 8 | 4 | | | | 0 | 2 | 2 | 33,262 |
| QS-2A | Active School | LORCA | 105599 | 4 | 3 | 0 | 1 | 0 | | | | 26,400 |
| QS-2A | Active School | MATHER HS | 185689 | 6 | 3 | 0 | 1 | 2 | | | | 30,948 |
| QS-2A | Active School | MCCUTCHEON | 49500 | 4 | 3 | 0 | 1 | 0 | | | | 12,375 |
| QS-2A | Active School | MCPHERSON | 155337 | 5.5 | 3 | 1 | 1 | 0.5 | | | | 28,243 |
| QS-2A | Active School | NETTELHORST | 104490 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 29,854 |
| QS-2A | Active School | PEIRCE | 141588 | 5 | 3 | 1 | 1 | 0 | | | | 28,318 |
| QS-2A | Active School | RAVENSWOOD | 76423 | 3 | 1 | 0 | 1 | 1 | | | | 25,474 |
| QS-2A | Active School | REILLY | 113870 | 6 | 2 | 3 | 1 | 0 | | | | 18,978 |
| QS-2A | Active School | RICKOVER MILITARY HS | 117000 | 5 | 1 | 1 | 1 | 2 | | | | 23,400 |
| QS-2A | Active School | SCAMMON | 85474 | 5.5 | 3 | | | | 2 | 0.5 | 0 | 15,541 |
| QS-2A | Active School | SCHURZ HS | 455800 | 14 | 10 | | | | 0 | 3 | 1 | 32,557 |
| QS-2A | Active School | SENN HS | 291204 | 11 | 3 | | | | 6 | 2 | 0 | 26,473 |
| QS-2A | Active School | SOLOMON | 40333 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 16,133 |
| QS-2A | Active School | SWIFT | 109399 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 31,257 |
| QS-2A | Active School | UPLIFT HS | 149312 | 4.5 | 1 | 0 | 1 | 2.5 | | | | 33,180 |
| QS-2A | Active School | WATERS | 93947 | 6 | 3 | 1 | 1 | 1 | | | | 15,658 |
| QS-2A | Closed | Courtenay CPC @ Stockton | 7700 | 0 | | | | | | | | NA |
| QS-2A | Stadium | Winnemac Stadium | 13080 | 2 | 1 | | | | 1 | | 0 | 6,540 |
| QS-2B | Active School | BEIDLER | 86770 | 5 | 2 | 2 | 1 | 0 | | | | 17,354 |
| QS-2B | Active School | BURR | 60929 | 3 | 1 | 1 | 1 | 0 | | | | 20,310 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Reg | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-2B | Active School | CATHER | 52579 | 3.5 | 1 | | | | 2 | 0.5 | 0 | 15,023 |
| QS-2B | Active School | CHALMERS | 68184 | 4.5 | 2 | | | | 2 | 0.5 | 0 | 15,152 |
| QS-2B | Active School | CHIARTS HS | 171400 | 7 | 2 | 4 | 1 | 0 | | | | 24,486 |
| QS-2B | Active School | CHOPIN | 96895 | 4 | 1 | 2 | 1 | 0 | | | | 24,224 |
| QS-2B | Active School | CLEMENTE HS | 433342 | 13 | 3 | | | | 1 | 3 | 6 | 33,334 |
| QS-2B | Active School | COLUMBUS | 39036 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 15,614 |
| QS-2B | Active School | DE DIEGO | 238557 | 7.5 | 3 | | | | 0 | 2 | 2.5 | 31,808 |
| QS-2B | Active School | DETT | 70600 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 28,240 |
| QS-2B | Active School | DRUMMOND | 47500 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 19,000 |
| QS-2B | Active School | FARADAY | 61645 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 17,613 |
| QS-2B | Active School | IRVING | 55148 | 2 | 1 | 0 | 1 | 0 | | | | 27,574 |
| QS-2B | Active School | LASALLE II | 92173 | 4 | 1 | 1 | 1 | 1 | | | | 23,043 |
| QS-2B | Active School | LOWELL | 136125 | 5 | 2 | 0 | 1 | 2 | | | | 27,225 |
| QS-2B | Active School | LOZANO | 57885 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 23,154 |
| QS-2B | Active School | MANLEY HS | 213820 | 7 | 4 | | | | 0 | 2 | 1 | 30,546 |
| QS-2B | Active School | MITCHELL | 56385 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 16,110 |
| QS-2B | Active School | MOOS | 139709 | 7 | 3 | 3 | 1 | 0 | | | | 19,958 |
| QS-2B | Active School | MORTON | 71504 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 15,890 |
| QS-2B | Active School | OGDEN ES | 222888 | 7 | 3 | | | | 2 | 2 | 0 | 31,841 |
| QS-2B | Active School | OGDEN HS | 93355 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 26,673 |
| QS-2B | Active School | PAYTON HS | 216475 | 7 | 4 | | | | 0 | 2 | 1 | 30,925 |
| QS-2B | Active School | PHOENIX MILITARY HS | 160945 | 6.5 | 3 | 2.5 | 1 | 0 | | | | 24,761 |
| QS-2B | Active School | PRITZKER | 66300 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 26,520 |
| QS-2B | Active School | PULASKI | 103904 | 4.5 | 1 | 1 | 1 | 1.5 | | | | 23,090 |
| QS-2B | Active School | SABIN | 95219 | 4 | 1 | 1 | 1 | 1 | | | | 23,805 |
| QS-2B | Active School | SALAZAR | 45084 | 2 | 1 | 0 | 1 | 0 | | | | 22,542 |
| QS-2B | Active School | STOWE | 133900 | 7 | 2 | 4 | 1 | 0 | | | | 19,129 |
| QS-2B | Active School | SUDER | 71500 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 28,600 |
| QS-2B | Active School | WELLS HS | 264101 | 8 | 5 | | | | 0 | 2 | 1 | 33,013 |
| QS-2B | Active School | YATES | 145300 | 7 | 2 | 4 | 1 | 0 | | | | 20,757 |
| QS-2B | Admin Building | Admin Offices @ Dodge-Garfield Park | 72340 | 4 | 2 | 1 | 1 | 0 | | | | 18,085 |
| QS-2B | Closed | Calhoun | 76400 | 0 | | | | | | | | NA |
| QS-2B | Active School | Dett | 68494 | 2.5 | 1 | | | | 0 | | 1.5 | 27,398 |
| QS-2B | Active School | Moos | 2290 | 3 | | | | | 3 | | 0 | 763 |
| QS-3A | Active School | AUSTIN CCA HS | 397258 | 12 | 10 | | | | 0 | 2 | 0 | 33,105 |
| QS-3A | Active School | BELMONT-CRAGIN | 151846 | 6.5 | 3 | 0 | 1 | 2.5 | | | | 23,361 |
| QS-3A | Active School | BRUNSON | 102700 | 4 | 2 | 0 | 1 | 1 | | | | 25,675 |
| QS-3A | Active School | BURBANK | 165364 | 5.5 | 4 | 0 | 1 | 0.5 | | | | 30,066 |
| QS-3A | Active School | CAMRAS | 125430 | 4 | 3 | 0 | 1 | 0 | | | | 31,358 |
| QS-3A | Active School | CLARK ES | 43600 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 17,440 |
| QS-3A | Active School | CLARK HS | 150700 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 33,489 |
| QS-3A | Active School | DEPRIEST | 106650 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 30,471 |
| QS-3A | Active School | DOUGLASS HS | 135210 | 5 | 3 | 1 | 1 | 0 | | | | 27,042 |
| QS-3A | Active School | ELLINGTON | 112380 | 4 | 3 | 0 | 1 | 0 | | | | 28,095 |
| QS-3A | Active School | FALCONER | 165513 | 5 | 2 | 1 | 1 | 1 | | | | 33,103 |
| QS-3A | Active School | HANSON PARK | 132816 | 6 | 1 | 2 | 1 | 2 | | | | 22,136 |
| QS-3A | Active School | HAY | 94900 | 3.5 | 3 | | | | 0 | 0.5 | 0 | 27,114 |
| QS-3A | Active School | KIPP - ACADEMY | 35633 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 23,755 |

**Exhibit C**

**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-3A | Active School | LELAND | 109407 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 24,313 |
| QS-3A | Active School | LEWIS | 128953 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 28,656 |
| QS-3A | Active School | LLOYD | 150436 | 5 | 3 | 0 | 1 | 1 | | | | 30,087 |
| QS-3A | Active School | LOCKE J | 117116 | 4.5 | 1 | 0 | 1 | 2.5 | | | | 26,026 |
| QS-3A | Active School | LOVETT | 85200 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 24,343 |
| QS-3A | Active School | LYON | 117576 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 26,128 |
| QS-3A | Active School | MARINE LEADERSHIP AT AMES HS | 126540 | 4 | 3 | 0 | 1 | 0 | | | | 31,635 |
| QS-3A | Active School | MCAULIFFE | 90799 | 3 | 1 | 0 | 1 | 1 | | | | 30,266 |
| QS-3A | Active School | MCNAIR | 98596 | 3 | 1 | 0 | 1 | 1 | | | | 32,865 |
| QS-3A | Active School | NASH | 105956 | 4 | 1 | 1 | 1 | 1 | | | | 26,489 |
| QS-3A | Active School | PRIETO | 115458 | 4 | 3 | 0 | 1 | 0 | | | | 28,865 |
| QS-3A | Active School | PROSSER HS | 209971 | 7 | 3 | | | | 0 | 2 | 2 | 29,996 |
| QS-3A | Active School | SAYRE | 79775 | 3 | 1 | 0 | 1 | 1 | | | | 26,592 |
| QS-3A | Active School | SCHUBERT | 101364 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 28,961 |
| QS-3A | Active School | STEINMETZ HS | 398320 | 12 | 9 | | | | 0 | 2 | 1 | 33,193 |
| QS-3A | Active School | WEST PARK | 81350 | 3 | 2 | 0 | 1 | 0 | | | | 27,117 |
| QS-3A | Active School | YOUNG ES | 177004 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 32,183 |
| QS-3A | Closed | ARMSTRONG L | 14750 | 0 | | | | | | | | NA |
| QS-3A | Vacant Lot | Depriest Lot | 8845 | 0 | | | | | | | | NA |
| QS-3A | Stadium | Hanson Park Stadium | 10000 | 2 | 1 | | | | 1 | | 0 | 5,000 |
| QS-3A | Stadium | Rockne Stadium | 8200 | 2 | 1 | | | | 1 | | 0 | 4,100 |
| QS-3B | Active School | AGASSIZ | 57743 | 3 | 1 | 1 | 1 | 0 | | | | 19,248 |
| QS-3B | Active School | ALCOTT ES | 84193 | 3 | 2 | 0 | 1 | 0 | | | | 28,064 |
| QS-3B | Active School | ALCOTT HS | 51852 | 2 | 1 | 0 | 1 | 0 | | | | 25,926 |
| QS-3B | Active School | AUDUBON | 72489 | 3 | 2 | 0 | 1 | 0 | | | | 24,163 |
| QS-3B | Active School | AVONDALE-LOGANDALE | 138900 | 5 | 2 | 1 | 1 | 1 | | | | 27,780 |
| QS-3B | Active School | BARRY | 78700 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 31,480 |
| QS-3B | Active School | BELL | 112084 | 5 | 1 | 1 | 1 | 2 | | | | 22,417 |
| QS-3B | Active School | BRENTANO | 117104 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 33,458 |
| QS-3B | Active School | BURLEY | 58527 | 3 | 1 | 0 | 1 | 1 | | | | 19,509 |
| QS-3B | Active School | CHASE | 84715 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 24,204 |
| QS-3B | Active School | DARWIN | 121241 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 26,942 |
| QS-3B | Active School | FRANKLIN | 53097 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 21,239 |
| QS-3B | Active School | FUNSTON | 107729 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 30,780 |
| QS-3B | Active School | GOETHE | 80028 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 22,865 |
| QS-3B | Active School | JAHN | 83029 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 33,212 |
| QS-3B | Active School | KELVYN PARK HS | 188084 | 6 | 2 | 0 | 1 | 3 | | | | 31,347 |
| QS-3B | Active School | LANE TECH HS | 713935 | 21 | 9 | | | | 3 | 4 | 5 | 33,997 |
| QS-3B | Active School | LASALLE | 47156 | 3 | 1 | 1 | 1 | 0 | | | | 15,719 |
| QS-3B | Active School | LINCOLN | 115536 | 4 | 2 | 0 | 1 | 1 | | | | 28,884 |
| QS-3B | Active School | LINCOLN PARK HS | 341821 | 11 | 6 | | | | 0 | 2 | 3 | 31,075 |
| QS-3B | Active School | MANIERRE | 87876 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 25,107 |
| QS-3B | Active School | MAYER | 73514 | 3 | 1 | 0 | 1 | 1 | | | | 24,505 |
| QS-3B | Active School | MONROE | 123430 | 5 | 2 | 2 | 1 | 0 | | | | 24,686 |
| QS-3B | Active School | MOZART | 92365 | 3 | 1 | 0 | 1 | 1 | | | | 30,788 |
| QS-3B | Active School | NEWBERRY | 75176 | 3 | 2 | 0 | 1 | 0 | | | | 25,059 |
| QS-3B | Active School | NIXON | 130113 | 4 | 1 | 0 | 1 | 2 | | | | 32,528 |
| QS-3B | Active School | OTIS | 94414 | 3 | 1 | 0 | 1 | 1 | | | | 31,471 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-3B | Active School | PRESCOTT | 49663 | 2 | 1 | 0 | 1 | 0 | | | | 24,832 |
| QS-3B | Active School | SKINNER NORTH | 68922 | 3 | 2 | 0 | 1 | 0 | | | | 22,974 |
| QS-3B | Active School | TALCOTT | 127371 | 4 | 2 | 0 | 1 | 1 | | | | 31,843 |
| QS-3B | Active School | VON LINNE | 105920 | 4 | 3 | 0 | 1 | 0 | | | | 26,480 |
| QS-3B | Stadium | Lane Stadium | 20000 | 2.5 | 1 | | | | 1.5 | | 0 | 8,000 |
| QS-4A | Active School | CAMERON | 137334 | 6 | 3 | 2 | 1 | 0 | | | | 22,889 |
| QS-4A | Active School | CASALS | 66550 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 19,014 |
| QS-4A | Active School | COLLINS HS | 206018 | 9 | 5 | | | | 0 | 2 | 2 | 22,891 |
| QS-4A | Active School | CROWN | 63352 | 4 | 2 | 1 | 1 | 0 | | | | 15,838 |
| QS-4A | Active School | DVORAK | 69287 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 15,397 |
| QS-4A | Active School | ERICSON | 74410 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 21,260 |
| QS-4A | Active School | FRAZIER PROSPECTIVE | 72000 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 20,571 |
| QS-4A | Active School | GREGORY | 109900 | 6 | 3 | 2 | 1 | 0 | | | | 18,317 |
| QS-4A | Active School | HEFFERAN | 60934 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 17,410 |
| QS-4A | Active School | HERZL | 151436 | 8.5 | 6 | | | | 2 | 0.5 | 0 | 17,816 |
| QS-4A | Active School | HOWE | 69535 | 4.5 | 2 | | | | 2 | 0.5 | 0 | 15,452 |
| QS-4A | Active School | HUGHES C | 49043 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 19,617 |
| QS-4A | Active School | LAWNDALE | 116650 | 4.5 | 2 | | | | 2 | 0.5 | 0 | 25,922 |
| QS-4A | Active School | MARSHALL HS | 366981 | 11 | 7 | | | | 0 | 2 | 2 | 33,362 |
| QS-4A | Active School | MASON | 208829 | 7 | 3 | | | | 2 | 2 | 0 | 29,833 |
| QS-4A | Active School | MELODY | 99420 | 6 | 3 | 2 | 1 | 0 | | | | 16,570 |
| QS-4A | Active School | NOBEL | 75800 | 5 | 2 | 2 | 1 | 0 | | | | 15,160 |
| QS-4A | Active School | NORTH LAWNDALE - CHRISTIANA HS | 138936 | 5 | 2 | 2 | 1 | 0 | | | | 27,787 |
| QS-4A | Active School | NORTH-GRAND HS | 205094 | 7 | 3 | | | | 0 | 2 | 2 | 29,299 |
| QS-4A | Active School | ORR HS | 303310 | 10 | 4 | | | | 0 | 2 | 4 | 30,331 |
| QS-4A | Active School | PENN | 158325 | 5.5 | 4 | | | | 1 | 0.5 | 0 | 28,786 |
| QS-4A | Active School | PICCOLO | 218899 | 7 | 3 | | | | 1 | 2 | 1 | 31,271 |
| QS-4A | Active School | RABY HS | 156248 | 6 | 3 | 2 | 1 | 0 | | | | 26,041 |
| QS-4A | Active School | SPENCER | 122935 | 4 | 2 | 0 | 1 | 1 | | | | 30,734 |
| QS-4A | Active School | SUMNER | 159555 | 6 | 2 | 3 | 1 | 0 | | | | 26,593 |
| QS-4A | Active School | TILTON | 104888 | 6 | 3 | 2 | 1 | 0 | | | | 17,481 |
| QS-4A | Active School | WARD L | 114019 | 5 | 3 | 0 | 1 | 1 | | | | 22,804 |
| QS-4A | Active School | WEBSTER | 60295 | 3.5 | 3 | | | | 0 | 0.5 | 0 | 17,227 |
| QS-4A | Active School | WESTINGHOUSE HS | 224604 | 7 | 2 | | | | 0 | 2 | 3 | 32,086 |
| | | | | 0 | | | | | | | | NA |
| QS-4A | Closed | Goldblatt | 61378 | 0 | | | | | | | | NA |
| QS-4A | Closed | Henson | 64300 | 0 | | | | | | | | NA |
| QS-4A | Vacant Lot | Henson Lot | 2978 | 0 | | | | | | | | NA |
| QS-4B | Active School | AIR FORCE HS | 68306 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 27,322 |
| QS-4B | Active School | ARMOUR | 82842 | 5 | 2 | 0 | 1 | 2 | | | | 16,568 |
| QS-4B | Active School | BROWN W | 63290 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 25,316 |
| QS-4B | Active School | CHICAGO TECH HS | 48600 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 19,440 |
| QS-4B | Active School | CRANE MEDICAL HS | 419415 | 13 | 7 | | | | 0 | 3 | 3 | 32,263 |
| QS-4B | Closed | Medill | 110540 | 0 | | | | | | | | NA |
| QS-4B | Active School | GALILEO | 102703 | 4 | 2 | 0 | 1 | 1 | | | | 25,676 |
| QS-4B | Active School | GRAHAM ES | 116500 | 4.5 | 2 | 1 | 1 | 0.5 | | | | 25,889 |
| QS-4B | Active School | GRAHAM HS | 23403 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 15,602 |
| QS-4B | Active School | HAINES | 75558 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 30,223 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-4B | Active School | HEALY | 114704 | 5 | 1 | 1 | 1 | 2 | | | | 22,941 |
| QS-4B | Active School | HOLDEN | 99762 | 3 | 1 | 0 | 1 | 1 | | | | 33,254 |
| QS-4B | Active School | HOPE LEARNING ACADEMY | 263250 | 8 | 3 | | | | 0 | 2 | 3 | 32,906 |
| QS-4B | Active School | JACKSON A | 74135 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 29,654 |
| QS-4B | Active School | JENSEN | 64440 | 4 | 2 | 0 | 1 | 1 | | | | 16,110 |
| QS-4B | Active School | JOHNSON | 71422 | 4 | 3 | 0 | 1 | 0 | | | | 17,856 |
| QS-4B | Active School | JONES HS | 383631 | 12 | 8 | | | | 0 | 2 | 2 | 31,969 |
| QS-4B | Active School | KELLMAN | 75510 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 21,574 |
| QS-4B | Active School | MCCLELLAN | 58108 | 2 | 1 | 0 | 1 | 0 | | | | 29,054 |
| QS-4B | Active School | NATIONAL TEACHERS | 156400 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 28,436 |
| QS-4B | Active School | PLAMONDON | 38751 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 15,500 |
| QS-4B | Active School | SHERIDAN | 77706 | 3 | 2 | 0 | 1 | 0 | | | | 25,902 |
| QS-4B | Active School | SIMPSON HS | 33493 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 22,329 |
| QS-4B | Active School | SKINNER | 150694 | 7.5 | 3 | 0 | 1 | 3.5 | | | | 20,093 |
| QS-4B | Active School | SMYTH | 121566 | 6 | 1 | 1 | 1 | 3 | | | | 20,261 |
| QS-4B | Active School | SOUTH LOOP | 191255 | 6 | 3 | 0 | 1 | 2 | | | | 31,876 |
| QS-4B | Active School | STEM | 69329 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 27,732 |
| QS-4B | Active School | WARD J | 85194 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 24,341 |
| QS-4B | Active School | YOUNG HS | 430443 | 19 | 9 | | | | 0 | 3 | 7 | 22,655 |
| | | | | 0 | | | | | | | | NA |
| QS-4B | Admin Building | Admin Office Near West @ Rudolph | 25690 | 1.5 | 1 | | | | | 0.5 | 0 | 17,127 |
| QS-4B | Admin Building | Admin Offices @ Bridgeport | 41441 | 2 | 2 | | | | 0 | | 0 | 20,721 |
| QS-4B | Parking Lot | McClellan Parking Lot | 7845 | 0 | | | | | | | | NA |
| QS-5A | Active School | CARDENAS | 149786 | 4.5 | 2 | 1 | 1 | 0.5 | | | | 33,286 |
| QS-5A | Active School | COOPER | 131200 | 6 | 3 | 2 | 1 | 0 | | | | 21,867 |
| QS-5A | Active School | CORKERY | 71668 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 28,667 |
| QS-5A | Active School | FARRAGUT HS | 359255 | 11 | 5 | | | | 0 | 2 | 4 | 32,660 |
| QS-5A | Active School | FINKL | 71980 | 3 | 2 | 0 | 1 | 0 | | | | 23,993 |
| QS-5A | Active School | GARY | 132193 | 4 | 2 | 0 | 1 | 1 | | | | 33,048 |
| QS-5A | Active School | HAMMOND | 59692 | 2.5 | 1 | 0.5 | 1 | 0 | | | | 23,877 |
| QS-5A | Active School | INFINITY HS | 290134 | 9 | 4 | | | | 0 | 2 | 3 | 32,237 |
| QS-5A | Active School | JUAREZ HS | 256400 | 9 | 3 | | | | 0 | 2 | 4 | 28,489 |
| QS-5A | Active School | JUNGMAN | 69850 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 27,940 |
| QS-5A | Active School | KANOON | 67900 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 27,160 |
| QS-5A | Active School | LITTLE VILLAGE | 73770 | 3 | 2 | 0 | 1 | 0 | | | | 24,590 |
| QS-5A | Active School | MADERO | 62071 | 2 | 1 | 0 | 1 | 0 | | | | 31,036 |
| QS-5A | Active School | MCCORMICK | 100260 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 28,646 |
| QS-5A | Active School | OROZCO | 107722 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 30,778 |
| QS-5A | Active School | ORTIZ DE DOMINGUEZ | 63900 | 2 | 1 | 0 | 1 | 0 | | | | 31,950 |
| QS-5A | Active School | PEREZ | 103392 | 3.5 | 1 | | | | 2 | 0.5 | 0 | 29,541 |
| QS-5A | Active School | PICKARD | 116245 | 4 | 3 | 0 | 1 | 0 | | | | 29,061 |
| QS-5A | Active School | PILSEN | 61287 | 3 | 1 | 1 | 1 | 0 | | | | 20,429 |
| QS-5A | Active School | RUIZ | 80217 | 3 | 1 | 0 | 1 | 1 | | | | 26,739 |
| QS-5A | Active School | SAUCEDO | 292121 | 9 | 3 | | | | 0 | 2 | 4 | 32,458 |
| QS-5A | Active School | SPRY ES | 145060 | 5 | 3 | 0 | 1 | 1 | | | | 29,012 |
| QS-5A | Active School | WALSH | 73288 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 29,315 |
| QS-5A | Active School | WHITNEY | 108653 | 4 | 2 | 0 | 1 | 1 | | | | 27,163 |
| QS-5A | Active School | WHITTIER | 49232 | 2 | 1 | 0 | 1 | 0 | | | | 24,616 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-5A | Active School | ZAPATA | 108845 | 4 | 3 | 0 | 1 | 0 | | | | 27,211 |
| QS-5A | Vacant Land | 3148 S Kedzie | 488459 | 0 | | | | | | | | NA |
| QS-5A | Vacant Land | Hammond Lot | 9500 | 0 | | | | | | | | NA |
| QS-5A | Closed | PADEREWSKI | 56100 | 0 | | | | | | | | NA |
| QS-5B | Active School | BACK OF THE YARDS HS | 212285 | 7 | 3 | | | | 0 | 2 | 2 | 30,326 |
| QS-5B | Active School | BRIGHTON PARK | 80730 | 4 | 2 | 0 | 1 | 1 | | | | 20,183 |
| QS-5B | Active School | BURROUGHS | 53251 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 15,215 |
| QS-5B | Active School | CALMECA | 108624 | 4 | 3 | 0 | 1 | 0 | | | | 27,156 |
| QS-5B | Active School | CHAVEZ | 97480 | 6 | 3 | 0 | 1 | 2 | | | | 16,247 |
| QS-5B | Active School | CHRISTOPHER | 76800 | 5 | 3 | 0 | 1 | 1 | | | | 15,360 |
| QS-5B | Active School | COLUMBIA EXPLORERS | 108052 | 6.5 | 3 | 1 | 1 | 1.5 | | | | 16,623 |
| QS-5B | Active School | CURIE HS | 415577 | 15 | 6 | | | | 0 | 3 | 6 | 27,705 |
| QS-5B | Active School | DALEY | 73350 | 4 | 2 | 0 | 1 | 1 | | | | 18,338 |
| QS-5B | Active School | DAVIS N | 121557 | 7 | 4 | 1 | 1 | 1 | | | | 17,365 |
| QS-5B | Active School | EDWARDS | 175143 | 9.5 | 6 | 0 | 1 | 2.5 | | | | 18,436 |
| QS-5B | Active School | EVERETT | 53495 | 3 | 2 | 0 | 1 | 0 | | | | 17,832 |
| QS-5B | Active School | EVERGREEN | 50060 | 2 | 1 | 0 | 1 | 0 | | | | 25,030 |
| QS-5B | Active School | GAGE PARK HS | 219411 | 7 | 3 | | | | 1 | 2 | 1 | 31,344 |
| QS-5B | Active School | GREENE | 82455 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 14,992 |
| QS-5B | Active School | GUNSAULUS | 106519 | 4.5 | 2 | 0 | 1 | 1.5 | | | | 23,671 |
| QS-5B | Active School | HAMLINE | 117063 | 6 | 4 | 0 | 1 | 1 | | | | 19,511 |
| QS-5B | Active School | HEDGES | 101940 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 18,535 |
| QS-5B | Active School | KELLY HS | 298432 | 10 | 4 | | | | 0 | 2 | 4 | 29,843 |
| QS-5B | Active School | LARA | 67964 | 2 | 1 | 0 | 1 | 0 | | | | 33,982 |
| QS-5B | Active School | PEACE AND EDUCATION HS | 42972 | 2 | 1 | 0 | 1 | 0 | | | | 21,486 |
| QS-5B | Active School | RICHARDS HS | 103015 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 18,730 |
| QS-5B | Active School | SEWARD | 98375 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 21,861 |
| QS-5B | Active School | SHIELDS | 128230 | 7 | 3 | 3 | 1 | 0 | | | | 18,319 |
| QS-5B | Active School | SHIELDS MIDDLE | 95265 | 3 | 2 | 0 | 1 | 0 | | | | 31,755 |
| QS-5B | Active School | THOMAS | 16056 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 6,422 |
| QS-5B | Active School | TILDEN HS | 332514 | 10 | 4 | | | | 0 | 2 | 4 | 33,251 |
| QS-5B | Admin Building | CPS Warehouse | 249000 | 3 | 3 | | | | 0 | | 0 | 83,000 |
| | | | | 0 | | | | | | | | NA |
| QS-5B | Vacant Land | Richards HS Lot | 6130 | 0 | | | | | | | | NA |
| QS-6A | Active School | BLAIR | 37948 | 3 | 3 | | | | 0 | 0 | 0 | 12,649 |
| QS-6A | Active School | BYRNE | 78340 | 3 | 2 | 0 | 1 | 0 | | | | 26,113 |
| QS-6A | Active School | CARSON | 138015 | 8.5 | 5 | 0 | 1 | 2.5 | | | | 16,237 |
| QS-6A | Active School | CLAREMONT | 112806 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 32,230 |
| QS-6A | Active School | DORE | 133216 | 4 | | 0.5 | 1 | 0.5 | | | | 33,304 |
| QS-6A | Active School | EBERHART | 164398 | 7 | 7 | | | | 0 | | 0 | 23,485 |
| QS-6A | Active School | FAIRFIELD | 79926 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 31,970 |
| QS-6A | Active School | GLOBAL CITIZENSHIP | 29461 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 19,641 |
| QS-6A | Active School | GRIMES | 40860 | 2 | 2 | | | | 0 | | 0 | 20,430 |
| QS-6A | Active School | HALE | 99233 | 3 | 1 | 0 | 1 | 1 | | | | 33,078 |
| QS-6A | Active School | HANCOCK HS | 179600 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 32,655 |
| QS-6A | Active School | HEARST | 84178 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 33,671 |
| QS-6A | Active School | HERNANDEZ | 127162 | 4 | 3 | 0 | 1 | 0 | | | | 31,791 |
| QS-6A | Active School | HUBBARD HS | 218200 | 6.5 | 2 | | | | 0.5 | 2 | 2 | 33,569 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-6A | Active School | HURLEY | 55250 | 3 | 1 | 0 | 1 | 1 | | | | 18,417 |
| QS-6A | Active School | KENNEDY HS | 233791 | 7 | 4 | | | | 0 | 2 | 1 | 33,399 |
| QS-6A | Active School | KINZIE | 111615 | 4 | 2 | 0 | 1 | 1 | | | | 27,904 |
| QS-6A | Active School | LEE | 56882 | 3.5 | 1 | 0 | 1 | 1.5 | | | | 16,252 |
| QS-6A | Active School | MCKAY | 128128 | 4.5 | 1 | 0 | 1 | 2.5 | | | | 28,473 |
| QS-6A | Active School | MORRILL | 99200 | 4 | 2 | 0 | 1 | 1 | | | | 24,800 |
| QS-6A | Active School | PASTEUR | 98900 | 5.5 | 3 | 0 | 1 | 1.5 | | | | 17,982 |
| QS-6A | Active School | PECK | 118621 | 7.5 | 5 | | | | 2 | 0.5 | 0 | 15,816 |
| QS-6A | Active School | RICHARDSON | 135212 | 4 | 3 | 0 | 1 | 0 | | | | 33,803 |
| QS-6A | Active School | SANDOVAL | 108534 | 4 | 3 | 0 | 1 | 0 | | | | 27,134 |
| QS-6A | Active School | SOLORIO HS | 213710 | 7 | 3 | | | | 0 | 2 | 2 | 30,530 |
| QS-6A | Active School | TALMAN | 36898 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 14,759 |
| QS-6A | Active School | TONTI | 89103 | 5 | 3 | 0 | 1 | 1 | | | | 17,821 |
| QS-6A | Active School | TWAIN | 140166 | 5 | 3 | 0 | 1 | 1 | | | | 28,033 |
| QS-6A | Active School | HANCOCK HS | 169086 | 0 | 0 | | | | 0 | | 0 | NA |
| QS-6A | Parking Lot | Major Lot | 48500 | 0 | | | | | | | | NA |
| QS-6B | Active School | ASHBURN | 58580 | 3 | 2 | 0 | 1 | 0 | | | | 19,527 |
| QS-6B | Active School | AZUELA | 94600 | 3 | 2 | 0 | 1 | 0 | | | | 31,533 |
| QS-6B | Active School | BARNARD | 47741 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 19,096 |
| QS-6B | Active School | BOGAN HS | 184611 | 6 | 3 | 0 | 1 | 2 | | | | 30,769 |
| QS-6B | Active School | CARROLL | 85634 | 3.5 | 3 | | | | 0 | 0.5 | 0 | 24,467 |
| QS-6B | Active School | CASSELL | 41100 | 2 | 2 | | | | 0 | | 0 | 20,550 |
| QS-6B | Active School | CHICAGO AGRICULTURE HS | 192250 | 6.5 | 3 | 0 | 1 | 2.5 | | | | 29,577 |
| QS-6B | Active School | CLISSOLD | 63257 | 2 | 2 | 0 | 0 | 0 | | | | 31,629 |
| QS-6B | Active School | DAWES | 90061 | 4 | 2 | 0 | 1 | 1 | | | | 22,515 |
| QS-6B | Active School | DURKIN PARK | 86520 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 24,720 |
| QS-6B | Active School | ESMOND | 53700 | 2.5 | 1 | 0 | 1 | 0.5 | | | | 21,480 |
| QS-6B | Active School | GOODE HS | 208200 | 7 | 5 | | | | 0 | 2 | 0 | 29,743 |
| QS-6B | Active School | HAMPTON | 98776 | 3.5 | 2 | 0 | 1 | 0.5 | | | | 28,222 |
| QS-6B | Active School | KELLER | 36864 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 24,576 |
| QS-6B | Active School | KELLOGG | 30843 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 20,562 |
| QS-6B | Active School | MARQUETTE | 172688 | 5.5 | 4 | 0 | 1 | 0.5 | | | | 31,398 |
| QS-6B | Active School | MORGAN PARK HS | 269480 | 8 | 5 | | | | 0 | 2 | 1 | 33,685 |
| QS-6B | Active School | MOUNT GREENWOOD | 111660 | 4 | 2 | 0 | 1 | 1 | | | | 27,915 |
| QS-6B | Active School | NIGHTINGALE | 140838 | 8.5 | 4 | | | | 1 | 1 | 2.5 | 16,569 |
| QS-6B | Active School | OWEN | 33218 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 22,145 |
| QS-6B | Active School | SAWYER | 163308 | 8 | 4 | | | | 0 | 1 | 3 | 20,414 |
| QS-6B | Active School | SOR JUANA | 38389 | 3.5 | 2 | | | | 0 | 1 | 0.5 | 10,968 |
| QS-6B | Active School | STEVENSON | 149908 | 5 | 3 | | | | 0 | 1 | 1 | 29,982 |
| QS-6B | Active School | SUTHERLAND | 80219 | 3 | 1 | | | | 0 | 1 | 1 | 26,740 |
| QS-6B | Active School | TARKINGTON | 136289 | 5 | 3 | | | | 0 | 1 | 1 | 27,258 |
| QS-6B | Active School | VANDERPOEL | 38981 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 15,592 |
| QS-6B | Active School | VICK | 31345 | 2 | 2 | | | | 0 | | 0 | 15,673 |
| QS-6B | Admin Building | Admin Offices @ Western Ave | 19000 | 2 | 1 | | | | 0 | 1 | 0 | 9,500 |
| QS-7A | Active School | BASS | 85881 | 5.5 | 4 | | | | 1 | 0.5 | 0 | 15,615 |
| QS-7A | Active School | BOND | 104126 | 4 | 3 | | | | 0 | 1 | 0 | 26,032 |
| QS-7A | Active School | BROWNELL | 42620 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 17,048 |
| QS-7A | Active School | DAVIS M | 104200 | 4 | 3 | | | | 0 | 1 | 0 | 26,050 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-7A | Active School | DENEEN | 87736 | 4 | 1 | | | | 0 | 1 | 2 | 21,934 |
| QS-7A | Active School | DEWEY | 86191 | 5 | 4 | | | | 0 | 1 | 0 | 17,238 |
| QS-7A | Active School | EARLE | 67506 | 4 | 2 | | | | 0 | 1 | 1 | 16,877 |
| QS-7A | Active School | Englewood STEM | 160000 | 6 | 2 | | | | 0 | 1 | 3 | 26,667 |
| QS-7A | Active School | FULTON | 96598 | 5.5 | 3 | | | | 1.5 | 1 | 0 | 17,563 |
| QS-7A | Active School | HARPER HS | 220787 | 7 | 5 | | | | 0 | 2 | 0 | 31,541 |
| QS-7A | Active School | HENDERSON | 81110 | 4 | 2 | | | | 0 | 1 | 1 | 20,278 |
| QS-7A | Active School | HOLMES | 67141 | 4 | 1 | | | | 2 | 1 | 0 | 16,785 |
| QS-7A | Active School | HOPE HS | 159500 | 6.5 | 3 | | | | 0 | 1 | 2.5 | 24,538 |
| QS-7A | Active School | KERSHAW | 51900 | 3 | 1 | | | | 0 | 1 | 1 | 17,300 |
| QS-7A | Active School | KING ES | 71892 | 4.5 | 3 | | | | 0 | 1 | 0.5 | 15,976 |
| QS-7A | Active School | LANGFORD | 78575 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 17,461 |
| QS-7A | Active School | LIBBY | 115600 | 6 | 2 | | | | 0 | 1 | 3 | 19,267 |
| QS-7A | Active School | LINDBLOM HS | 305788 | 11 | 5 | | | | 1 | 2 | 3 | 27,799 |
| QS-7A | Active School | MAYS | 65017 | 3.5 | 2 | | | | 0 | 1 | 0.5 | 18,576 |
| QS-7A | Active School | NICHOLSON | 71602 | 4 | 1 | | | | 0 | 1 | 2 | 17,901 |
| QS-7A | Active School | OTOOLE | 96700 | 4.5 | 4 | | | | 0 | 0.5 | 0 | 21,489 |
| QS-7A | Active School | PARK MANOR | 62706 | 4 | 1 | | | | 2 | 1 | 0 | 15,677 |
| QS-7A | Active School | PARKER | 279300 | 9 | 4 | | | | 0 | 2 | 3 | 31,033 |
| QS-7A | Active School | SHERMAN | 58451 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 16,700 |
| QS-7A | Active School | SHERWOOD | 52237 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 20,895 |
| QS-7A | Active School | TANNER | 52920 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 21,168 |
| QS-7A | Active School | URBAN PREP - ENGLEWOOD HS | 188800 | 6.5 | 6 | | | | 0 | 0.5 | 0 | 29,046 |
| QS-7A | Active School | WENTWORTH | 102616 | 3.5 | 2 | | | | 0 | 1 | 0.5 | 29,319 |
| QS-7A | Closed | Bontemps | 53600 | 0 | | | | | | | | NA |
| QS-7A | Active School | Earle | 86390 | 3 | 1 | | | | 0 | | 2 | 28,797 |
| QS-7A | Vacant Land | Formerly Miles Davis | 55240 | 0 | | | | | | | | NA |
| QS-7A | Vacant Land | May Lot | 6752 | 0 | | | | | | | | NA |
| QS-7A | Closed | Parkman | 61109 | 0 | | | | | | | | NA |
| QS-7A | Leased | Princeton Eye Clinic | 21300 | 1 | 1 | | | | 0 | | 0 | 21,300 |
| QS-7A | Active School | Wentworth | 124980 | 0 | 0 | | | | 0 | | 0 | NA |
| QS-7A | Closed | Woods | 69497 | 0 | | | | | | | | NA |
| QS-7B | Active School | ASHE | 55335 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 22,134 |
| QS-7B | Active School | BARTON | 82203 | 5 | 3 | | | | 1 | 1 | | 16,441 |
| QS-7B | Active School | COOK | 98500 | 6 | 3 | | | | 2 | 1 | 0 | 16,417 |
| QS-7B | Active School | CUFFE | 82120 | 4.5 | 3 | | | | 0.5 | 1 | 0 | 18,249 |
| QS-7B | Active School | DIXON | 101627 | 4 | 1 | | | | 2 | 1 | 0 | 25,407 |
| QS-7B | Active School | EVERS | 52968 | 3 | 2 | | | | 0 | 1 | 0 | 17,656 |
| QS-7B | Active School | FORT DEARBORN | 106624 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 30,464 |
| QS-7B | Active School | FOSTER PARK | 68005 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 15,112 |
| QS-7B | Active School | GREEN | 40088 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 16,035 |
| QS-7B | Active School | GRESHAM | 113339 | 5.5 | 4 | | | | 0 | 1 | 0.5 | 20,607 |
| QS-7B | Active School | HARVARD | 80584 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 17,908 |
| QS-7B | Active School | HIRSCH HS | 217770 | 7 | 5 | | | | 0 | 2 | 0 | 31,110 |
| QS-7B | Active School | JACKSON M | 74586 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 16,575 |
| QS-7B | Active School | JOPLIN | 77483 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 17,218 |
| QS-7B | Active School | KIPLING | 34919 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 13,968 |
| QS-7B | Active School | LENART | 60474 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 17,278 |

Exhibit C

**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-7B | Active School | NEIL | 71870 | 4.5 | 1 | | | | 3 | 0.5 | 0 | 15,971 |
| QS-7B | Active School | OGLESBY | 77140 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 22,040 |
| QS-7B | Active School | PIRIE | 48010 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 13,717 |
| QS-7B | Active School | RANDOLPH | 78450 | 3 | 1 | | | | 0 | 1 | 1 | 26,150 |
| QS-7B | Active School | RUGGLES | 99710 | 3 | 1 | | | | 0 | 1 | 1 | 33,237 |
| QS-7B | Active School | RYDER | 73326 | 4 | 2 | | | | 1 | 1 | 0 | 18,332 |
| QS-7B | Active School | SIMEON HS | 284691 | 11.5 | 4 | | | | 0 | 2 | 5.5 | 24,756 |
| QS-7B | Active School | STAGG | 68227 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 15,162 |
| QS-7B | Active School | TURNER-DREW | 39077 | 2 | 1 | | | | 0 | 1 | 0 | 19,539 |
| QS-7B | Active School | WACKER | 27552 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 18,368 |
| QS-7B | Active School | WESTCOTT | 46480 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 13,280 |
| QS-7B | Vacant Land | 9100-9300 S Triangular | 55524 | 0 | | | | | | | | NA |
| QS-7B | Closed | Morgan | 80640 | 0 | | | | | | | | NA |
| QS-7B | Vacant Lot | Morgan Lot | 2372 | 0 | | | | | | | | NA |
| QS-7B | Closed | Perspectives @ Calumet | 324446 | 0 | | | | | | | | NA |
| QS-7B | Stadium | Stagg Stadium | 3325 | 2 | 1 | | | | 1 | | 0 | 1,663 |
| QS-7B | Active School | SOUTHSIDE HS | 54740 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 12,164 |
| QS-8A | Active School | ARIEL | 147109 | 6 | 3 | | | | 0 | 1 | 2 | 24,518 |
| QS-8A | Active School | BEASLEY | 154984 | 7 | 3 | | | | 0 | 1 | 3 | 22,141 |
| QS-8A | Active School | BEETHOVEN | 92185 | 3 | 1 | | | | 0 | 1 | 1 | 30,728 |
| QS-8A | Active School | BRONZEVILLE CLASSICAL | 63929 | 2 | 1 | | | | 0 | 1 | 0 | 31,965 |
| QS-8A | Active School | BRONZEVILLE HS | 410375 | 13 | 6 | | | | 0 | 3 | 4 | 31,567 |
| QS-8A | Active School | BURKE | 73963 | 2.5 | 1 | | | | 0 | 1 | 0.5 | 29,585 |
| QS-8A | Active School | CARNEGIE | 63979 | 3 | 1 | | | | 1 | 1 | 0 | 21,326 |
| QS-8A | Active School | CHICAGO MILITARY HS | 121900 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 27,089 |
| QS-8A | Active School | DRAKE | 148150 | 5 | 2 | | | | 0 | 1 | 2 | 29,630 |
| QS-8A | Active School | DYETT ARTS HS | 162840 | 5 | 2 | | | | 0 | 1 | 2 | 32,568 |
| QS-8A | Active School | FISKE | 105274 | 4 | 2 | | | | 0 | 1 | 1 | 26,319 |
| QS-8A | Active School | FULLER | 91800 | 3.5 | 2 | | | | 0 | 1 | 0.5 | 26,229 |
| QS-8A | Active School | HARTE | 34281 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 13,712 |
| QS-8A | Active School | HENDRICKS | 56857 | 2 | 2 | | | | 0 | | 0 | 28,429 |
| QS-8A | Active School | KENWOOD HS | 313814 | 10 | 2 | | | | 0 | 2 | 6 | 31,381 |
| QS-8A | Active School | KOZMINSKI | 100709 | 3 | 1 | | | | 0 | 1 | 1 | 33,570 |
| QS-8A | Active School | MOLLISON | 43300 | 2.5 | 1 | | | | 0 | 1 | 0.5 | 17,320 |
| QS-8A | Active School | MURRAY | 73984 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 29,594 |
| QS-8A | Active School | PHILLIPS HS | 287721 | 9 | 5 | | | | 0 | 2 | 2 | 31,969 |
| QS-8A | Active School | REAVIS | 57507 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 16,431 |
| QS-8A | Active School | ROBINSON | 41784 | 2 | 1 | | | | 0 | 1 | 0 | 20,892 |
| QS-8A | Active School | SHOESMITH | 38987 | 2 | 1 | | | | 0 | 1 | 0 | 19,494 |
| QS-8A | Active School | U OF C - DONOGHUE | 74828 | 2.5 | 1 | | | | 0 | 1 | 0.5 | 29,931 |
| QS-8A | Active School | WELLS ES | 62750 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 25,100 |
| QS-8A | Active School | WOODSON | 138354 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 30,745 |
| QS-8A | Leased | Ace Tech HS | 68331 | 3 | 2 | | | | 0 | 1 | 0 | 22,777 |
| QS-8A | Admin Building | Admin Offices @ Colman | 99100 | 3 | 2 | | | | 0 | 1 | 0 | 33,033 |
| QS-8A | Closed | Attucks | 0 | 0 | | | | | | | | NA |
| QS-8A | Active School | Fiske | 73930 | 4 | 2 | | | | 0 | | 2 | 18,483 |
| QS-8A | Leased | Ounce of Prevention | 24000 | 1.5 | 1 | | | | | 0.5 | 0 | 16,000 |
| QS-8B | Active School | AVALON PARK | 87101 | 3.5 | 1 | | | | 2 | 0.5 | 0 | 24,886 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-8B | Active School | BOUCHET | 141329 | 8 | 3 | | | | 4 | 1 | 0 | 17,666 |
| QS-8B | Active School | BRADWELL | 143266 | 6 | 3 | | | | 1 | 1 | 1 | 23,878 |
| QS-8B | Active School | CALDWELL | 64483 | 3.5 | 2 | | | | 1 | 0.5 | 0 | 18,424 |
| QS-8B | Active School | CAMELOT - EXCEL SOUTHSHORE HS | 42300 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 16,920 |
| QS-8B | Active School | CARTER | 86910 | 3 | 1 | | | | 0 | 1 | 1 | 28,970 |
| QS-8B | Active School | CHICAGO VOCATIONAL HS | 684248 | 13 | 6 | | | | 2 | 3 | 2 | 52,634 |
| QS-8B | Active School | COLES | 94614 | 5 | 3 | | | | 0 | 1 | 1 | 18,923 |
| QS-8B | Active School | DOOLITTLE | 112296 | 4 | 2 | | | | 0 | 1 | 1 | 28,074 |
| QS-8B | Active School | DULLES | 70786 | 3 | 2 | | | | 0 | 1 | 0 | 23,595 |
| QS-8B | Active School | DUNBAR HS | 319937 | 10 | 5 | | | | 1 | 2 | 2 | 31,994 |
| QS-8B | Active School | HYDE PARK HS | 324961 | 10 | 5 | | | | 0 | 2 | 3 | 32,496 |
| QS-8B | Active School | KING HS | 310545 | 10 | 6 | | | | 0 | 2 | 2 | 31,055 |
| QS-8B | Active School | MADISON | 67700 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 27,080 |
| QS-8B | Active School | MANN | 106355 | 4 | 3 | | | | 0 | 1 | 0 | 26,589 |
| QS-8B | Active School | NEW SULLIVAN | 218126 | 7 | 3 | | | | 0 | 2 | 2 | 31,161 |
| QS-8B | Active School | NINOS HEROES | 73518 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 16,337 |
| QS-8B | Active School | OKEEFFE | 95310 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 21,180 |
| QS-8B | Active School | PARKSIDE | 75104 | 4.5 | 3 | | | | 1 | 0.5 | 0 | 16,690 |
| QS-8B | Active School | PERSHING | 128716 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 28,604 |
| QS-8B | Active School | POWELL | 113516 | 6 | 2 | | | | 3 | 1 | 0 | 18,919 |
| QS-8B | Active School | RAY | 115306 | 3.5 | 1 | | | | 0 | 1 | 1.5 | 32,945 |
| QS-8B | Active School | REVERE | 81610 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 18,136 |
| QS-8B | Active School | SOUTH SHORE ES | 76945 | 3 | 2 | | | | 0 | 1 | 0 | 25,648 |
| QS-8B | Active School | SOUTH SHORE INTL HS | 213710 | 7 | 3 | | | | 0 | 2 | 2 | 30,530 |
| QS-8B | Active School | TILL | 134618 | 4 | 1 | | | | 2 | 1 | 0 | 33,655 |
| QS-8B | Active School | URBAN PREP - BRONZEVILLE HS | 74152 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 29,661 |
| QS-8B | Active School | WADSWORTH | 64558 | 3 | 1 | | | | 0 | 1 | 1 | 21,519 |
| QS-8B | Active School | WOODLAWN | 30193 | 6 | 2 | | | | 1 | 1 | 2 | 5,032 |
| QS-8B | Vacant Land | 6428 Minerva | 5942 | 0 | | | | | | | | NA |
| QS-8B | Closed | Admin Offices @ Pershing East | 26200 | 0 | | | | | | | | NA |
| QS-8B | Stadium | Eckersall Stadium | 6500 | 2 | 1 | | | | 1 | | 0 | 3,250 |
| QS-8B | Vacant Land | Langley Lot (Till Lot) | 5788 | 0 | | | | | | | | NA |
| QS-8B | Closed | Oneida Cockrell CPC | 14500 | 0 | | | | | | | | NA |
| QS-8B | Closed | Price | 62000 | 0 | | | | | | | | NA |
| QS-8B | Closed | Ross | 94200 | 0 | | | | | | | | NA |
| QS-8B | Closed | South Shore South (School of Leadership) | 139560 | 0 | | | | | | | | NA |
| QS-8B | Closed | UC Woodlawn at Wadsworth | 122095 | 0 | | | | | | | | NA |
| QS-8B | Closed | Young Womens HS @ Sengstake | 50500 | 0 | | | | | | | | NA |
| QS-8B | Vacant Lot | Revere Parking Lot | 0 | 0 | | | | | | | | NA |
| QS-9A | Active School | ALDRIDGE | 45589 | 2 | 1 | | | | 0 | 1 | 0 | 22,795 |
| QS-9A | Active School | BENNETT | 67595 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 27,038 |
| QS-9A | Active School | BROOKS HS | 264710 | 8 | 3 | | | | 0 | 2 | 3 | 33,089 |
| QS-9A | Active School | BROWN R | 36229 | 2 | 1 | | | | 0.5 | 0.5 | 0 | 18,115 |
| QS-9A | Active School | CARVER G | 110606 | 5 | 2 | | | | 2 | 1 | 0 | 22,121 |
| QS-9A | Active School | CARVER MILITARY HS | 298689 | 9 | 5 | | | | 0 | 2 | 2 | 33,188 |
| QS-9A | Active School | COLEMON | 34600 | 2 | 1 | | | | 0 | 1 | 0 | 17,300 |
| QS-9A | Active School | CORLISS HS | 272651 | 9 | 4 | | | | 0 | 2 | 3 | 30,295 |
| QS-9A | Active School | CULLEN | 25927 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 17,285 |

Exhibit C
Tentative Staffing Plan

| Quality Reg | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | Active School | CURTIS | 103610 | 4 | 2 | | | | 0 | 1 | 1 | 25,903 |
| QS-9A | Active School | DUBOIS | 27248 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 18,165 |
| QS-9A | Active School | DUNNE | 34038 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 22,692 |
| QS-9A | Active School | FENGER HS | 341000 | 10.5 | 4 | | | | 0 | 2 | 4.5 | 32,476 |
| QS-9A | Active School | FERNWOOD | 67170 | 2 | 1 | | | | 0 | 1 | 0 | 33,585 |
| QS-9A | Active School | GARVEY | 55354 | 3 | 1 | | | | 1 | 1 | 0 | 18,451 |
| QS-9A | Active School | HALEY | 101294 | 3.5 | 1 | | | | 2 | 0.5 | 0 | 28,941 |
| QS-9A | Active School | HIGGINS | 51303 | 2 | 1 | | | | 0 | 1 | 0 | 25,652 |
| QS-9A | Active School | HUGHES L | 100000 | 4 | 1 | | | | 0 | 1 | 2 | 25,000 |
| QS-9A | Active School | JULIAN HS | 266404 | 8 | 4 | | | | 0 | 2 | 2 | 33,301 |
| QS-9A | Active School | LAVIZZO | 83900 | 3 | 1 | | | | 0 | 1 | 1 | 27,967 |
| QS-9A | Active School | METCALFE | 81370 | 3 | 2 | | | | 0 | 1 | 0 | 27,123 |
| QS-9A | Active School | MOUNT VERNON | 82650 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 33,060 |
| QS-9A | Active School | OWENS | 127276 | 4 | 2 | | | | 0 | 1 | 1 | 31,819 |
| QS-9A | Active School | POE | 57432 | 2.5 | 2 | | | | 0 | 0.5 | 0 | 22,973 |
| QS-9A | Active School | PULLMAN | 80075 | 3 | 2 | | | | 0 | 1 | 0 | 26,692 |
| QS-9A | Active School | SHOOP | 124553 | 4 | 2 | | | | 0 | 1 | 1 | 31,138 |
| QS-9A | Active School | SMITH | 76920 | 2.5 | 1 | | | | 0 | 1 | 0.5 | 30,768 |
| QS-9A | Active School | WHISTLER | 88230 | 3.5 | 2 | | | | 0 | 1 | 0.5 | 25,209 |
| QS-9A | Active School | WHITE | 23635 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 15,757 |
| QS-9A | Stadium | Gately Stadium | 7200 | 2 | 1 | | | | 1 | | 0 | 3,600 |
| QS-9A | Closed | KOHN | 60624 | 0 | | | | | | | | NA |
| QS-9A | Vacant Land | Metcalfe Lot | 4124 | 0 | | | | | | | | NA |
| QS-9A | Vacant Land | Metcalfe Lot 2 | 0 | 0 | | | | | | | | NA |
| QS-9A | Vacant Land | Tuner-Lot | 22174 | 0 | | | | | | | | NA |
| QS-9B | Active School | ADDAMS | 62043 | 4 | 2 | | | | | 1 | 1 | 15,511 |
| QS-9B | Active School | BLACK | 70379 | 4.5 | 2 | | | | 2 | 0.5 | 0 | 15,640 |
| QS-9B | Active School | BOWEN HS | 296441 | 9 | 5 | | | | 0 | 2 | 2 | 32,938 |
| QS-9B | Active School | BRIGHT | 90919 | 3 | 2 | | | | 0 | 1 | 0 | 30,306 |
| QS-9B | Active School | BURNHAM | 82156 | 3 | 2 | | | | 0 | 1 | 0 | 27,385 |
| QS-9B | Active School | BURNSIDE | 122945 | 5 | 2 | | | | 2 | 1 | 0 | 24,589 |
| QS-9B | Active School | CLAY | 91770 | 3 | 1 | | | | 0 | 1 | 1 | 30,590 |
| QS-9B | Active School | EARHART | 28152 | 1.5 | 1 | | | | | 0.5 | 0 | 18,768 |
| QS-9B | Active School | GALLISTEL | 94577 | 4 | 3 | | | | 0 | 1 | 0 | 23,644 |
| QS-9B | Active School | GILLESPIE | 91300 | 4 | 2 | | | | 1 | 1 | 0 | 22,825 |
| QS-9B | Active School | GRISSOM | 31615 | 2 | 1 | | | | 0 | 1 | 0 | 15,808 |
| QS-9B | Active School | HARLAN HS | 169730 | 7 | 3 | | | | 3 | 1 | 0 | 24,247 |
| QS-9B | Active School | HOYNE | 27984 | 2 | 2 | | | | 0 | 0 | 0 | 13,992 |
| QS-9B | Active School | MARSH | 140770 | 4.5 | 3 | | | | 0 | 1 | 0.5 | 31,282 |
| QS-9B | Active School | MCDADE | 41812 | 1.5 | 1 | | | | 0 | 0.5 | 0 | 27,875 |
| QS-9B | Active School | MCDOWELL | 17586 | 1 | 1 | | | | 0 | | 0 | 17,586 |
| QS-9B | Active School | MIRELES | 144246 | 7.5 | 5 | | | | 0 | 1 | 1.5 | 19,233 |
| QS-9B | Active School | SCHMID | 36938 | 3 | 3 | | | | 0 | | 0 | 12,313 |
| QS-9B | Active School | SOUTHEAST | 111081 | 4 | 2 | | | | 0 | 1 | 1 | 27,770 |
| QS-9B | Active School | TAYLOR | 87628 | 3 | 1 | | | | 0 | 1 | 1 | 29,209 |
| QS-9B | Active School | THORP J | 135638 | 4.5 | 2 | | | | 0 | 1 | 1.5 | 30,142 |
| QS-9B | Active School | WARREN | 40255 | 2 | 2 | | | | 0 | | 0 | 20,128 |
| QS-9B | Active School | WASHINGTON G ES | 75112 | 2.5 | 1 | | | | 1 | 0.5 | 0 | 30,045 |

**Exhibit C**
**Tentative Staffing Plan**

| Quality Re | Property Use | Main Campus | Total Campus SQFT | Total | Board | Ara Day | Ara Lead | Ara Reg | Part Day | Part Lead | Part Reg | SQFT per FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-9B | Active School | WASHINGTON H ES | 77300 | 4 | 2 | | | | 1 | 1 | 0 | 19,325 |
| QS-9B | Active School | WASHINGTON HS | 214541 | 7 | 3 | | | | 0 | 2 | 2 | 30,649 |
| QS-9B | Vacant Land | 9318 S | 14273 | 0 | | | | | | | | NA |
| QS-9B | Closed | Buckingham | 14272 | 0 | | | | | | | | NA |
| QS-3B | Active School | Burley | 2807 | 3 | 1 | | | | 0 | | 2 | 936 |
| QS-9B | Closed | Burnham Anthony Branch | 15103 | 0 | | | | | | | | NA |
| QS-9B | Closed | CICS-HAWKINS | 144504 | 0 | | | | | | | | NA |
| QS-9B | Closed | Goldsmith | 14559 | 0 | | | | | | | | NA |
| QS-9B | Closed | SHEDD (BENNETT) - CLOSED | 14150 | 0 | | | | | | | | NA |
| | | | 64686160 | 2444 | 1225 | 109.5 | 237 | 172.5 | 153 | 298 | 249 | 26,467 |

Exhibit D SLAs and Liquidated Damages

**Service Level Agreement and Compliance**

**1.  Service Level Agreement.**
Vendor shall comply with Performance Level Service Agreements (SLAs) and be subject to the SLA Liquidated Damages ("SLA Liquidated Damages") for failure to provide Custodial Services in strict compliance with the SLAs. Nothing contained in this Exhibit shall limit any of the Board's other rights hereunder. This Service Level Agreement becomes effective as of January 1, 2022.

**2.  Total Liability.**
Notwithstanding anything to the contrary in the Agreement, Exhibits, or any other incorporated documents, terms, or conditions, Vendor's aggregate liability for liquidated damages pursuant to the Agreement including shall not exceed One Million, Three Hundred Thousand Dollars ($1,300,000.00) in any contract year as defined in Exhibit B.

**3.  Cleaning Performance Frequency and Compliance.**
Service Level Agreement (SLA) Requirements. Vendor shall provide Services in compliance at a minimum with the SLA Requirements. Vendor shall immediately notify the Board and the Board's Project Manager or such other designee of the Board if a condition arises that could impact Vendor's ability to perform the Custodial Services in compliance with SLAs in any Board Facility for any reason, including, but not limited to, staffing issues, insufficient Custodial Supplies or materials, insufficient or non-working Custodial Equipment, and dangerous or hazardous conditions at such Board Facility. Vendor shall provide the Board with a plan to address the potential Services issue and ensure continuity of Custodial Services as required hereunder.

   **A.  APPA Level 2 Compliance.**  Vendor shall provide the Custodial Services in accordance, at a minimum, with the APPA Level 2 Standard and in compliance with the applicable APPA SLA compliance levels for each year of the Term.

   **B.  Cleaning Frequency Standards**. The Cleaning Frequency Standards shall be used by the Board for all purposes in connection with determining Vendor compliance with the terms of the Agreement as well as Vendor's failure to comply with Cleaning Frequency Standards with respect to all Board Facilities at any time during the Term. Vendor's failure to comply with the Cleaning Frequency Standards shall constitute an Event of Default ("Event of Default") under this Agreement. Vendor shall perform tasks set forth on Schedule 2 at the times specified ("Cleaning Frequency Standards").

   **C.  General Custodial Services and Cleaning APPA Inspections by Vendor.**  Vendor shall inspect each school at least once per week in order to maintain, sustain and validate custodial cleanliness condition level at APPA Level 2 standards.

**4.  General Custodial Services Inspections**

   **A.  Custodial Services Evaluation**.  At any time during the Term, the Board will inspect Board Facilities to assess Vendor's compliance with this Agreement, adherence to cleaning frequencies and staffing levels, the APPA standards, or SLA compliance levels.

   **B.  Custodial Services Inspector Evaluation Results**.  If, following any inspection,  Board makes a good faith determination that any Board Facility fails to meet the expectations of this

Exhibit D SLAs and Liquidated Damages

Agreement or subsequent mutually agreed to in writing by the Parties, then the Board shall use reasonable efforts to notify Vendor in writing within five (5) days of the discovery a notice of determination indicating such non-compliance/SLA Deficiency ("Notice of Determination"). If the Vendor does not agree with the Board's determination as specified in the Notice of Determination, Vendor shall promptly, but in no event later than twenty-four (24) hours after receipt of the Board's Notice of Determination, provide the Board with written notice of the Vendor's response, including its plan for resolving the alleged non-compliance as required hereunder. Vendor and the Board agree to reasonably cooperate in good faith to resolve any dispute arising from the Board's Notice of Determination. If the Parties are unable to resolve the dispute with respect to any such Board Facility within three (3) days after the Vendor's receipt of the Notice of Determination, then the results of the Inspection Results and the Notice of Determination shall be deemed final, and in addition to any other rights and remedies of the Board hereunder, Vendor shall, with respect to the Custodial areas in each Board Facility, perform the tasks set forth on Schedule 2 at the times specified ("Cleaning Frequency Standards").

C. **General Custodial Services Inspection SLA Deficiency**. Should the Vendor fail to correct the deficiencies identified in the Notice of Determination, the Board may implement the Vendor Responsiveness Supplier Corrective Action Request (SCAR) process as defined in this section.

5. **Cleaning APPA Level 2 Inspections by Third Party Audit SLA**

A. **APPA Evaluations**. At any time during the Term, at its sole cost and expense, the Board will audit, through a third party APPA Auditor, Board Facilities to assess Vendor's compliance with this Agreement, adherence to cleaning frequencies and staffing levels, the APPA standards, and APPA SLA compliance levels. The Board shall utilize an independent, qualified auditor ("APPA Auditor"), to provide an independent report and inspection results ("APPA Condition Assessment") to determine Vendor's compliance with the APPA Standards and SLA's for each Board Facility.

B. **APPA Audit Deficiency Resolution Requirements.** If, following any audit, the APPA Auditor makes a good faith determination that any Board Facility fails to meet the expectations of this Agreement or subsequent mutually agreed to in writing by the Parties, the APPA Auditor will provide electronically to the Vendor on the day of the audit (Day 1), a notice of determination indicating such non-compliance/SLA Deficiency ("Notice of Determination"). Vendor shall cure, resolve, and correct ("Cure") all deficiencies identified by the Board third party APPA Auditor, with appropriate and acceptable visuals and verbiage as objective evidence of conformance, within 48 hours (Day 3) ("APPA SLA Resolution Period") following the original audit completion date (Day 1), unless the deficiency has been formally contested and resolved with the Board and the APPA third party auditing organization within the scope of conditional deficiency exclusions. If the Board determines that such APPA SLA Deficiency cannot be cured within forty eight (48) hours, such additional cure time may be allowed as mutually agreed in writing by both Parties.

The deficiency resolution timeline and associated actions are written in the table below. "Day" represents working days; Monday through Friday.

Exhibit D SLAs and Liquidated Damages

| Day | APPA Auditor | Vendor |
|---|---|---|
| 1 | Perform original APPA Audit. Send electronic Notice of Determination to Vendor. | Support APPA auditor, if requested |
| 2 | Evaluate contested deficiency, if required. | Cure deficiencies. Contest, if required, qualified deficient condition. |
| 3 | Evaluate and cure contested deficiencies, if required. | Cure all qualified deficiencies. Report and demonstrate resolved issue. |
| 4 | Re-inspect and report results. | Review reinspection report. |

C. **APPA Auditor Evaluation Results.** If the Vendor does not agree with the APPA Auditor's determination, the Vendor shall notify the third party APPA auditor, in writing and with clear and qualified justification, within 24 hours (Day 2) following the original APPA audit. The APPA auditor shall address the contested issue within 48 hours (Day 3) following the original APPA audit. If the Parties are unable to resolve the dispute with respect to any such Board Facility within seven (7) days after the Vendor's receipt of the Notice of Determination, then the results of the Inspection Results and the Notice of Determination shall be deemed final, and in addition to any other rights and remedies of the Board hereunder, Vendor shall, with respect to the Custodial areas in each Board Facility, perform the Cleaning Frequency Standards.

D. **APPA SLA Deficiency Resolution.** The Board requires Vendor to pay for the APPA Auditor to return to the applicable Board Facility where a non-compliance/SLA Deficiency occurred to confirm whether Vendor has cured, the deficiency ("APPA Correction").

If Vendor cures an APPA SLA Deficiency within the APPA SLA Resolution Period, and the results meet the applicable APPA SLA Standard identified in the notice provided by the third party APPA Auditor consistent with the terms of this Agreement ("APPA Correction''), then no further action is required and the APPA SLA Deficiency for that incident shall be considered resolved, including, without limitations, any assessment of any liquidated damages.

If Vendor does not cure the APPA SLA Deficiency for that incident prior to the end of the APPA SLA Resolution Period for any reason, then liquidated damages may be assessed against Vendor ("APPA SLA Liquidated Damages").

Notwithstanding the foregoing, Vendor shall have no opportunity for an APPA Correction and APPA SLA Liquidated Damages shall apply immediately upon the occurrence of each APPA SLA Deficiency at a Board Facility where the same APPA SLA Deficiency has previously occurred during the Term and such APPA SLA Deficiency was documented in a prior Notice of Determination and would be subject, at the Board's discretion, to immediate APPA SLA Liquidated Damages in the event of reoccurrence ("Repeat APPA SLA Deficiency"). If an additional, similar APPA SLA Deficiency occurs at a Board Facility following the occurrence of a Repeat APPA Deficiency, then such shall be deemed an "APPA Deficiency Default" and shall constitute a Non-Curable Event of Default hereunder, and the Board shall have the right, in its discretion to: (a) assess additional APPA SLA Liquidated Damages through the Vendor Responsiveness Supplier Corrective Action Request (SCAR) process; or (b) declare Vendor in

default in accordance with the terms and conditions of Section 17 of the Agreement and subject to the remedies available to the Board therein.

For purposes of clarity, each APPA SLA Deficiency shall be considered a separate and distinct incident hereunder and the provisions herein applicable thereto including, APPA Correction (not applicable upon Repeat APPA Deficiency), APPA SLA Resolution Period (not applicable upon Repeat APPA Deficiency), and APPA SLA Liquidated Damages shall apply separately to each APPA SLA Deficiency.

**E. APPA SLA Target and Liquidated Damages**.

APPA SLA targets are based on the APPA Level 2 audit results. The targets progressively increase each term of the Agreement.

Fiscal Year One Target; assessment period is January 1, 2022 – June 30, 2022; Target is that 90% of schools audited meet APPA Level 2 standards based on re-audit results of cured APPA SLA deficiencies.

Fiscal Year Two Target; assessment period is July 1, 2022 – June 30, 2023; Target is 95% of schools audited meet APPA Level 2 standards based on re-audit results of cured APPA SLA deficiencies.

Fiscal Year Three Target; assessment period is July 1, 2023 - June 30,2024; Target is 90% of schools audited meet APPA Level 2 standards based on initial independent APPA audit results.

Vendor will produce a "Work Plan" by November 1, 2021 to reach the target of ninety percent (90%) of all Facilities meet APPA Level 2 Cleaning Standards based on a sampling of schools.

For each Regular Assessment Period which Vendor fails after the forty-eight (48) hour cure period to cure the APPA SLA deficiencies and meet the APPA SLA Targets, as applicable, the Board in is sole discretion may require Vendor to pay in APPA SLA Liquidated Damages up to Five Hundred Thousand Dollars ($500,000.00) in any annual period. For Fiscal Year One assessment period, January 1, 2022 through June 30, 2022, APPA SLA Liquidated Damage maximum value will be Two Hundred Fifty Thousand Dollars ($250,000).

## 6. Satisfaction Survey SLA

**A. District Annual Satisfaction Survey**. Board shall each year of the Term or any renewal thereof survey users of the Custodial Services, including school principals and other key stakeholders at each Board Facility, to ascertain their level of satisfaction with Vendor's management and delivery of the Custodial Services ("District Satisfaction Survey"). If the results of any District Satisfaction Survey (or any other similar survey conducted by the Board) show any material or recurring dissatisfaction, Vendor shall, within thirty (30) days of the completion of the applicable customer satisfaction survey:

(a) conduct an analysis to determine the root cause of such dissatisfaction;

(b) develop an action plan to address and improve the level of satisfaction;

(c) present such plan to the Board for its review, comment and approval; and

(d) take action in accordance with the approved plan to address the dissatisfaction indicated in the District Satisfaction Survey.

Vendor's action plan developed hereunder shall set forth the specific measures to be taken by Vendor and the dates by which each such measure will be completed. Following implementation of the action plan, Vendor shall conduct a follow-up survey to confirm that the cause of any dissatisfaction has been addressed and that the level of satisfaction has improved. Any results of the District Satisfaction Survey that indicate non-compliance with the applicable SLA Standard shall be addressed. Nothing contained in this paragraph shall limit any of the Board's other rights hereunder.

**B. Facilities Department Annual Satisfaction Survey.** Board's Facilities Department shall each year of the Term or any renewal thereof survey users of the Services, including school principals and other key stakeholders at each Board Facility, to ascertain their level of satisfaction with Vendor's management and delivery of the Services ("Facilities Department Satisfaction Survey"). If the results of any Facilities Department Satisfaction Survey (or any other similar survey conducted by the Board) show any material or recurring dissatisfaction, Vendor shall, within thirty (30) days of the completion of the applicable customer satisfaction survey:

(a) conduct an analysis to determine the root cause of such dissatisfaction;

(b) develop an action plan to address and improve the level of satisfaction;

(c) present such plan to the Board for its review, comment and approval; and

(d) take action in accordance with the approved plan address the dissatisfaction indicated in the Facilities Department Satisfaction Survey.

Vendor's action plan developed hereunder shall set forth the specific measures to be taken by Vendor and the dates by which each such measure will be completed. Following implementation of the action plan, Vendor shall conduct a follow-up survey to confirm that the cause of any dissatisfaction has been addressed and that the level of satisfaction has improved. Any results of the Facilities Department Satisfaction Survey that indicate non-compliance with the applicable SLA Standard shall be addressed.

**C. Annual Satisfaction Surveys SLA Target and Liquidated Damages.**

Satisfaction Survey results target is based on a percentage of completed surveys that result in a survey rating of Satisfied or better. The results target a percentage of surveys resulting in a rating of satisfied or better and will escalate through the term of the Agreement.

**i. District Satisfaction Survey Target Rating**
Fiscal Year One Target; assessment period is January 1, 2022 – June 30, 2022; Target percentage of completed surveys resulting in a rating of satisfied or better is 45%
Fiscal Year Two Target; assessment period is July 1, 2022 – June 30, 2023; Target percentage of completed surveys resulting in a rating of satisfied or better is 55%
Fiscal Year Three Target; assessment period is July 1, 2023 – June 30, 2024; Target percentage of completed surveys resulting in a rating of satisfied or better is 65%

**ii. Facilities Department Customer Satisfaction Survey Target Rating**

Fiscal Year One Target; assessment period is January 1, 2022 – June 30, 2022; Target percentage of completed surveys resulting in a rating of satisfied or better is 70%
Fiscal Year Two Target; assessment period is July 1,  2022 – June 30, 2023; Target percentage of completed surveys resulting in a rating of satisfied or better is 75%
Fiscal Year Three Target; assessment period is July 1,  2023 – June 30, 2024; Target percentage of completed surveys resulting in a rating of satisfied or better is 80%

**iii.  Satisfaction Survey Liquidated Damages**

To the extent Vendor fails to meet any survey Target Rating for the District Satisfaction Survey and for the Facilities Department Satisfaction Survey, Vendor shall pay the Board in Satisfaction Survey SLA Liquidated Damages One Hundred Thousand Dollars ($100,000) per survey, not to exceed Two Hundred Thousand Dollars ($200,000) in any annual period. Fiscal Year One, January 1, 2022 through June 30, 2022, Satisfaction Survey SLA Liquidated Damage annual maximum value will be One Hundred Thousand Dollars ($100,000).

**7. Vendor Responsiveness**

**A. Vendor Responsiveness Work Management**.  Vendor Responsiveness Standard ("Vendor Responsiveness Standard").  There are four (4) categories of cleaning service activities, Vital/emergency, urgent, routine and scheduled that the Vendor shall be available on-site at each Board Facility to perform:

| Response Priority | Definitions | Priority One | Priority Two | Priority Three | Priority Four | Priority Five |
|---|---|---|---|---|---|---|
| | | Emergency | Urgent | Routine | Scheduled | Deferred |
| Classification | How priorities are to be categorized | Imminent life and environmental threat or significant asset damage | System or school functions are impaired | Repairs to maintain normal operating conditions. No immediate threat to people or assets | Repairs and service requests that may be disruptive and can be scheduled | Non-emergent service request that require significant capital related services and or funding. |
| Impact | How the issue presented is affecting the school. | Life safety and environmental threat Elevator dysfunction Significant asset damage threat School or building closure Spills Threat to Student health and safety | Significant occupant discomfort Facility or system is impaired Disruption of school activities Time-critical Urgent equipment repair | Equipment repair Architectural repairs Can be performed during normal school hours | May need to be completed during building closure or after hours | Capital related upgrade that does not impact the safety of the occupants or pose an immediate threat to major critical assets. |

DocuSign Envelope ID: 8A8FC25F-1ZBC-412D-A83A-6961D0818A3B

Exhibit D SLAs and Liquidated Damages

| | | | | | | |
|---|---|---|---|---|---|---|
| **Acknowledgment** | Acknowledgment of the incident or issue via creating a work order or acknowledging a work order in CMMS software within the amount of time specified. | 15 minutes during coverage hours and 30 minutes during non-coverage hours. | 15 minutes during coverage hours and 30 minutes during non-coverage hours. | 4 Hours | 4 Hours | 24 hours |
| **Response** | Respond to the incident and initiate taking necessary steps to document and report the incident via live phone contact. | 15 minutes during coverage hours and 2 hours during non-coverage hours. | 4 Hours | 24 Hours | As scheduled | As scheduled |
| **Escalation** | Communication to appropriate personnel via live phone contact outlined with CPS emergency response plan. | 15 minutes during coverage hours and 2 hours during non-coverage hours | Within 24 Hours | Weekly report | Weekly report | Weekly report |
| **Completion** | All tasks required to address the issue have been completed and the overall issue presented has been resolved within the CMMS system. All involved parties have been notified. | <8 Hours or as agreed with CPS | 24 Hours or as agreed with CPS | 5 Days | As scheduled | As scheduled |

**B. Vendor Responsiveness Work Management Compliance.** Vendor shall manage service requests and complaints as outlined in the Work Management table above. Service requests are to be tracked in TMA and managed by Vendor. For a service request to meet SLA requirements, the required data fields in TMA must be filled and accurate and the required response times must have been met. Vendor shall ensure that service requests are being managed in TMA, required fields are completed prior to closing, response times are met, and proper and timely communication occurs. Compliance with Work Management SLAs will be assessed based on data and reports from TMA.

**C. Vendor Responsiveness Work Management SLA Liquidated Damages.** Vendor Work Management compliance shall be evaluated and reported by Vendor monthly and Work Management SLA Liquidated Damages scored quarterly with the first quarterly assessment period beginning January 1, 2022. Vendor shall demonstrate 90% Work Management Compliance.

Exhibit D SLAs and Liquidated Damages

| Work Management Compliance Status | Work Management Compliance Results | Quarterly Work Management SLA Liquidated Damages |
|---|---|---|
| Performing | 90% or greater | None |
| Underperforming | 85-89% | $15,000 |
| Non-Compliant | Less than 85% | $30,000 |

Work Management SLA Liquidated Damages are not to exceed One Hundred, Twenty Thousand Dollars ($120,000) annually. Fiscal Year One, January 1, 2022 – June 30, 2022, Work Management SLA Liquidated Damage annual maximum value will be Sixty Thousand Dollars ($60,000).

**D. Vendor Responsiveness Supplier Corrective Action Request (SCAR).** An industry recognized, globally accepted and Quality Management System (QMS-ISO-9000) compliant tool used by OEMs/Contract Owners as one of the most effective Vendor/Supplier performance monitoring and service delivery surveillance mechanism. It is used to traceably identify, communicate, escalate and report product(s)/service(s) deficiencies/non-con-conformances between OEMs/Contract owners and product/service providers. The principal objective of this process is to identify, capsulate vital process deficiency and to enhance sense of urgency in successfully resolving/remedying product/process service inadequacy, inaccuracy, service delivery irregularity and inefficiency. Furthermore, when well collaborated, this process ensures higher level of quality, transparency and honesty in service delivery and in strengthening partnerships.

**i. Attributes of Supplier Corrective Action Request:**

A simple and effective mechanism to identify service deficiency (non-conformance to requirements)

A traceably documented non-conformance finding system that clearly include but limited to the following:

Previously identified service deficiency that were formally (verbally and/or in writing) reported to vendor management/associates either left it open or had not been responded to within the allowable period.

Pattern of continued recurrence of identical/similar non-conformances that had previously been notified to vendor management/associates

Identified non-conformance of service requirement(s) involving Quality /Operational Systemic breakdown (partial and or full) of equipment, processes that critically jeopardize life, environmental health and safety, and the district goals of providing CPS students, parents, teachers and staff a conducive learning environment.

Incompletely and/or inadequately documented response(s) that fails to substantially correct the originally reported issue(s)

Exhibit D SLAs and Liquidated Damages

Traceably documented negligence in responding to reported service deficiency, non-conformance and to previously issued Supplier Corrective Action Requests (SCAR) within the allowable time frame.

**ii. SCAR Response Times and Durations:**

Immediate solution(s), remedial and containment details - Vendor shall provide the Board, in writing, an action plan to correct deficiencies to include specific actions to be taken, Vendor personnel responsible to resolve the issue, and associated timeline with 3 Business days (72 hours) of receipt of the SCAR.

Full corrective action implementation details – Vendor shall provide to the Board, in writing, a report with full root cause analysis (in 8D format by using 5s, Decision Tree analysis and etc.) within 7 business days of receipt of the SCAR, unless Vendor received a formal authorization for extension from the Board.

**iii. Attributes of Willful Negligence:**

Repeated failure to respond to service deficiency requests/reports within the time periods allowed by the appropriate contractual agreement.

Repeated failure to maintain and sustain required level of documented communication with all appropriate CPS personnel on all emergency incidence reporting, escalation and resolution.

Failure to maintain and sustain timely responses to CPS issued SCARs within the time allowed.

Documented evidence of misrepresenting data, documentation and records in support/against of proving service delivery or compliance identified by CPS facilities internal audits.

Failures to provide and produce evidentiary data, documents, records in support/against of required service deliverables within the time allowed.

**iv. Vendor Responsiveness Supplier Corrective Action Request Liquidated Damages.**
Liquidated damages will be assessed against Vendor based on the Severity Level of the SCAR.

| SCAR Type | Description | Liquidated Damages Range Per Incident |
|---|---|---|
| Performance-based | Non-responsive to quality audit required actions, procedure compliance, communication deficiencies, persistent and unresolved performance issues. | $2,000 – $20,000 |
| Impactful – Life safety, | Life safety, environmental compliance, regulatory compliance, property damage, school closure, theft, security, CPS policy violation. | $20,000 – $100,000 |

| damage, compliance | | |
|---|---|---|

Supplier Corrective Action Request Annual liquidated damages are not to exceed Four Hundred, Eighty Thousand ($480,000). Fiscal Year One assessment period, January 1, 2022  through June 30, 2022, Supplier Corrective Action Request Liquidated Damage annual maximum value will be Three Hundred Ninety Thousand Dollars ($390,000).

**8. Liquidated Damages.**

Because of the difficulty ascertaining and quantifying the actual damages which the Board may sustain, should the Vendor fail to perform Custodial Services as required under the Agreement, the Board shall have the right to assess the liquidated damages set forth in herein for failure by the Vendor to meet the performance guarantees described herein.

Vendor shall pay the liquidated damages described herein as liquidated damages and not by way of penalty, to the Board and shall authorize the Board to deduct the amount of such liquidated damages from money due the Vendor for the Maximum Compensation Amount.  If the monies due the Vendor are insufficient to pay the liquidated damages, the Vendor shall pay the Board such amount(s) within thirty (30) calendar days after receipt of a written demand by the Board.  In its sole discretion, the Board shall have the right to elect not to assess liquidated damages.  Failure by the Board to assess liquidated damages in any particular instance or occasion shall not preclude or constitute a waiver of the Board's right to assess such damages at a later time, or on a subsequent occasion.  The Board's right to assess liquidated damages shall not preclude the assertion of, or be exclusive of, any other available remedy including the right to terminate this Agreement.

Liquidated damages will not be assessed if poor performance results from "Force majeure."   The terms "Force Majeure" as used herein means acts of god; labor strikes; acts of public enemy, blockades, wars, insurrections or riots; landslides, earthquakes, fires, storms, floods, washouts, governmental restraints, either federal or state, civil or military; civil disturbances; and explosions.

Liquidated damages also will not be assessed if Vendor's poor performance results from (i) the failure of the Board to follow Vendor's recommendations regarding hiring, discipline and discharge of Board Custodians; and/or (ii) vandalism or other causes outside Vendor's control.

**9. SLA Performance Scorecard and Service Reward Incentive**

The Board will identify SLA's that are eligible for a service reward incentive.   The SLAs will be weighted with associated performance targets.  Required Reports, Metrics, KPIs and SLAs will be reviewed monthly, quarterly, semi-annually and annually, as applicable, to ensure that they provide the necessary information to manage performance. Based on the magnitude and the severity of the overall impact  on continuous process improvement goals, performance SLAs, KPIs, Metrics, or Reports may be revised quarterly, semi-annually and/or annually, to enhance, relax, or eliminate at no cost to the Board.  The Board may solicit inputs from Vendor to set appropriate and measurable service levels to drive continuous performance improvement and the Board will make final decisions on all aspects of SLA's, KPIs, Metrics, or Reports.

DocuSign Envelope ID: 8A8FC25Z-17BC-442D-A83A-6961D0818A3B

Exhibit D SLAs and Liquidated Damages

**A.** **Service Reward Incentive**. Service Reward SLA's, weighting, and performance targets are defined in the file Exhibit D SLA and KPI Matrix . Vendor compliance with the Service Reward Incentive SLAs shall be based on performance and scored quarterly beginning on July 1st of each year of the Agreement Term with the first term beginning on January 1, 2022. Performance results will be captured in the SLA Performance Scorecard. The maximum annual Service Reward Incentive shall not exceed Seven Hundred Thousand Dollars ($700,000). For the first annual term, the Service Reward Incentive SLAs will be based on performance beginning January 1, 2022 – June 30, 2022 and the Service Reward Incentive value shall be up to Fifty Percent (50%) of the annual Service Reward Incentive value totaling Three Hundred and Fifty Thousand Dollars ($350,000) may be earned by the Vendor. The Service Reward Incentive calculation and financial adjustment for the annual term will be reconciled with the Vendor within the first 90 days of the following annual term.

Exhibit D-1

SLA and KPI Matrix

Service Level Agreement (SLA) Matrix

| Performance Metrics/Deliverables | Category | Description |
|---|---|---|
| APPA Level-2 Cleaning Standard | Quality & Reliability | APPA standards - At all times during the Term of this agreement, the Vendor shall manage custodial services that are consistent with the Association of Physical Plant Administrators ("APPA") "APPA Level 2" Cleaning Condition Standards as defined in Exhibit A and meeting the Board's standards for clean and safe working/learning environments. Measurement completed by qualified auditor "APPA Auditor" and provided in an independent report. |
| District Satisfaction Survey | District Satisfaction Survey | The CPS Board shall each year of the Term or any renewal thereof survey users of the Services, including school principals and other key stakeholders at each Board Facility, to ascertain their level of satisfaction with Vendor's management and delivery of the Services ("District Satisfaction Survey"). If the results of any District Satisfaction Survey (or any other similar survey conducted by the Board) as it relates to the vendor scope of work, show any material or recurring dissatisfaction, Vendor shall, within thirty (30) days of the completion of the applicable customer satisfaction survey: (a) conduct an analysis to determine the root cause of such dissatisfaction; (b) develop an action plan to address and improve the level of satisfaction; (c) present such plan to the Board and/or the Board Designated Representative for its review, comment and approval; and (d) take action in accordance with the approved plan address the dissatisfaction indicated in the District Satisfaction Survey. Vendor's corrective/preventive action plan developed and implemented hereunder shall set forth the specific measures to be taken by Vendor and the dates by which each such measure will be completed and confirmation by a school representative and facilities department that the action item has be resolved. All documents, supporting data, records and visuals in support of the measures taken must be submitted for approval to the Board and/or Board Designated Representative as evidence of conformance prior to close. |
| Facilities Department Satisfaction Survey | Facilities Department Customer Satisfaction | The CPS Board shall each year of the Term or any renewal thereof survey users of the Services, including school principals and other key stakeholders at each Board Facility, to ascertain their level of satisfaction with Vendor's management and delivery of the Services ("Facilities Department Satisfaction Survey"). If the results of any Facilities Department Satisfaction Survey (or any other similar survey conducted by the Board) as it relates to the vendor scope of work, show any material or recurring dissatisfaction, Vendor shall, within thirty (30) days of the completion of the applicable customer satisfaction survey: (a) conduct an analysis to determine the root cause of such dissatisfaction; (b) develop an action plan to address and improve the level of satisfaction; (c) present such plan to the Board and/or the Board Designated Representative for its review, comment and approval; and (d) take action in accordance with the approved plan address the dissatisfaction indicated in the Facilities Department Satisfaction Survey. Vendor's corrective/preventive action plan developed and implemented hereunder shall set forth the specific measures to be taken by Vendor and the dates by which each such measure will be completed and confirmation by a school representative and facilities department that the action item has be resolved. All documents, supporting data, records and visuals in support of the measures taken must be submitted for approval to the Board and/or Board Designated Representative as evidence of conformance prior to close. |

Exhibit D-1

SLA and KPI Matrix

# Service Level Agreement (SLA) Matrix

| Performance Metrics/Deliverables | Purpose & Measurement | Frequency | Lead/lag | Source | Start Reporting | Start SLA Incentive Assessment | FY 2022 Target (Jan22-Jun22) | FY 2023 Target (Jul22-Jun23) | FY 2024 Target (Jul23-Jun24) |
|---|---|---|---|---|---|---|---|---|---|
| APPA Level-2 Cleaning Standard | APPA level 2 Cleanliness - number of schools audited that meet APPA level 2 standards 2022 Target 90% based on **cured** re-audit 2023 Target 95% based on **cured** re-audit 2024 Target 90% based on **initial** APPA audit | Semi Annual or Annual | Lag | Audit | FY 2022 | FY 2022 | 90% of facilities audited meet APPA level 2 Cleanliness based on cured re-audit | 95% of facilities audited meet APPA level 2 Cleanliness based on cured re-audit | 90% of facilities audited meet APPA level 2 Cleanliness based on initial APPA audit |
| District Satisfaction Survey | Evaluate the service satisfaction. Develop school action plan for addressing dissatisfied customers. Report on survey results and actions taken. | Annually | Lag | Surveys | FY 2022 | FY 2022 | 45% Satisfied | 55% Satisfied | 65% Satisfied |
| Facilities Department Satisfaction Survey | Evaluate the service satisfaction. Develop school action plan for addressing dissatisfied customers. Report on survey results and actions taken. | Annually | Lag | Surveys | FY 2022 | FY 2022 | 70% Satisfied | 75% Satisfied | 80% Satisfied |

Exhibit D-1

SLA and KPI Matrix

## Service Level Agreement (SLA) Matrix

| Performance Metrics/Deliverables |
| --- |
| APPA Level-2 Cleaning Standard |
| District Satisfaction Survey |
| Facilities Department Satisfaction Survey |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

| KPIs, Metrics, Report | | | | | Overall Quarterly Vendor Rating | | Performing (sample ratings below) |
| Category | Metric | Description | Frequency | Type | KPI Owner | Target | Vendor Rating per Quarter |
|---|---|---|---|---|---|---|---|
| Business Proficiency | Business Proficiency | Proficiency in meeting deadlines and proactively completing tasks as scheduled. Examples include summer and fall cleaning programs. | Quarterly | Metric | CPS | 100% | Performing |
| Communication | Point of Contact Details | Updated and Current Point of Contact Details. This shall be updated weekly by Vendor or immediately following a change in personnel. | Weekly | Report | Vendor | CPS has a current list always. | Underperforming |
| Compliance | Regulatory Compliance: Chicago Department of Public Health (CDPH) | All inspections must result in full 100% compliance with all Public Health inspections. Should a non-compliant situation occur, where the Vendor is responsible, the Vendor shall resolve as per the Response Time Matrix requirements and regulatory agency requirements. | Monthly | KPI | Vendor | 100% compliance | Excelling |
| Customer Service | Customer Requests and Complaints - Recording and Response Times | All complaints and service requests responded to as outlined in the Response Time Matrix requirements. | Monthly | KPI | Vendor | As per response time matrix | Performing |
| Diversity | % of MBE Business - Cumulative (YTD) | Percent of businesses contracted out by the supplier who are classified as minority-owned businesses | Quarterly | KPI | Vendor | 40% | Performing |
| Diversity | % of WBE Business - Cumulative (YTD) | Percent of businesses contracted out by the supplier who are classified as women-owned businesses | Quarterly | KPI | Vendor | 10% | Performing |
| Environmental Programs | Environmental Programs | Vendor has operated in accordance with the established Green Cleaning Program and keeps current with the latest industry environmental initiatives. Vendor should make industry best practice recommendations to the Board for approval and implement approved initiatives as per agreed schedule. | Quarterly | Report | Vendor | Satisfactory | Performing |
| Governance | Planned Periodic Reviews | Plan and attend as required monthly, quarterly and annual reviews with CPS or CPS Designated Representative | Monthly | Report | Vendor | 100% review meetings scheduled and attended | Performing |
| Inspection | Inspections | KPI includes completed Vendor custodial weekly inspections as agreed. | Quarterly | KPI | Vendor | 90% of weekly inspections completed | Performing |
| Inspection | Inspections - Cleaning Tasks | All cleaning tasks are completed as per requirements outlined in the Exhibit A based on Vendor weekly inspection reports and CPS board inspections, discrepancies are resolved, report and metrics are generated, and back-up provided. Vendor shall track, monitor and trend vendor proactive quality management and discrepancy resolution process. | Monthly | Metric | Vendor | 100% of required tasks completed and descrepancies resolved. | Performing |
| Inspection | Inspections - Consumables | All consumables maintained fully stocked based on Vendor weekly inspection reports and CPS board inspections, discrepancies are resolved, report and metrics are generated, and back-up provided. Vendor shall track, monitor and trend vendor proactive quality management and discrepancy resolution process. | Monthly | Metric | Vendor | 100% of required tasks completed and descrepancies resolved. | Performing |
| Invoicing | Accuracy | All invoices completed accurately and do not require adjustment or corrections. | Quarterly | Metric | Vendor | 100% accurate invoices | Performing |
| Invoicing | Timely | All Vendor Company invoices shall be submitted within 10 days of invoice date and Vendor reimbursable invoices shall be submitted within 30 days of reciept. | Quarterly | Metric | Vendor | 100% submitted on time | Performing |
| Performance | Service Response in TMA | Service requests and complaints are addressed and completed as agreed. Service requests are tracked in TMA and managed by Vendor. For a service request to be successful the required data fields in TMA must be filled and accurate and the required response times have been met. Ensure that service requests are being managed in TMA, required fields are completed prior to closing, response times are being met. | Quarterly | KPI | Vendor | 90% year 1 | Performing |
| Performance | CMMS Utilization | Custodial Equipment/Assets assigned to vendor in TMA are accurate and complete. Ensure that all assets are in TMA and all required data for the asset is current. Representative sample audit. | Quarterly | KPI | Vendor | 85% year 1 | Performing |
| Quality | Respond to CPS quality audits | Address action items identified in CPS facilities department audits. Vendor shall load the action in to TMA and resolution tracked by the Vendor. | Monthly | KPI | Vendor | 90% of action items loaded in TMA and completed correctly. | Performing |
| Reporting | Timely and accurate | Monthly and quarterly reports submitted by the 10th of the month following the reporting period | Monthly | KPI | Vendor | 100% | Performing |
| Safety | Personnel Safety and Work Hazard Assessments | Records indicating regular site-specific hazard assessments are conducted. Must provide documentation that the CPS-approved assessment was performed at each school and all hazards have been mitigated. | Quarterly | KPI | Vendor | 100% | Performing |

Exhibit D-1

SLA and KPI Matrix

KPI Matrix

| Safety | Vendor Safety Incidents | Total number of Vendor safety incidents reported | Monthly | KPI | Vendor | 100% reported to CPS | Performing |
|---|---|---|---|---|---|---|---|
| Safety | Number of Safety Incidents | Number of lost time incidents | Monthly | KPI | Vendor | 0 lost time incident | Performing |
| Safety | Days Since Last Safety Incident | Number of days since last reported lost time safety incident | Monthly | Report | Vendor | Report | Performing |
| Safety | Workers Comp Claims | The total number of work comp claims reported (all custodians) | Monthly | KPI | Vendor | 0 claims | Performing |
| Safety | Toolbox Sessions | Records indicating dates, topics & attendance logs | Monthly | Report | Vendor | Report | Performing |
| Safety | Safety Training | Total number of safety training hours completed per employee, attendance logs and sign-offs | Monthly | Report | Vendor | Report - safety training is current | Performing |
| Safety | OSHA Training | Records indicating dates, topics, attendance logs and sign-offs | Monthly | Report | Vendor | Report - safety training is current | Performing |
| Security | Clearance Status Update | All security and background checks must be completed, reviewed and updated as required.  Records of Vendor employee background checks demonstrating that are completed, compliant and current must be submitted to the Board. | Monthly | KPI | Vendor | 100% | Performing |
| Security | Security | All entrances, exits and windows must be properly secured at the end of the day.  Vendor to complete an end-of-day check to confirm that the building is securely closed.  End of Day Checklist shall include a specific task to confirm the building is secure and if the Vendor Employee is not the last one to leave, there is a provision for the Vendor employee to check off that they notified the remaining staff that they were leaving and have the remaining staff sign the vendor employee checklist confirming that they were notified. | Monthly | KPI | Vendor | 100% daily closing checklist completed in TMA | Performing |
| Social Responsibility Programs | Responsibility | Report programs where Vendor participates or sponsors.  Demonstrate commitment to supporting the community where we live and work with supporting documentation. | Quarterly | Report | Vendor | Report | Performing |
| Staffing | Staffing - absentee and backfill | Labor Management Report.<br>Provide weekly the custodian absenteeism for each day.<br>Absences that were not backfilled per day. Indicate Day or Night.<br>Identify custodian that was absent and the custodian that substituted for vacant position.<br>Include the substitute custodian hours worked and labor rate. | Weekly | KPI | Vendor | 100% - report provided and accurate | Performing |
| Staffing | Time Management (Kronos) | Track and schedule custodian time (punctuality, tardiness, time off, vacation) | Weekly | Report | Vendor | 100% Kronos matches LMT and Invoiced Labor Hours. | Performing |
| Staffing | Disciplinary action | Report, as appropriate, the formal disciplinary action taken with custodial staff that impacts service at Board facilities or impose risk to the Board. | Monthly | Report | Vendor | Report | Performing |
| Staffing | Custodial Staffing Turnover | Turn over including Voluntary and Involuntary Attrition | Monthly | Metric | Vendor | Satisfactory | Performing |
| Staffing | Overtime Management | Overtime shall be planned, approved, reported, and a summary dashboard kept current, except in case of emergencies.  Emergency overtime shall be approved when possible and always reported. | Weekly | Report | Vendor | 100% overtime advanced approval | Performing |
| Staffing | Dress & Deportment | All staff to be properly attired & conduct themselves in a professional manner.  Custodial Supervisors, Principals, or FMO (Building Engineers and Managers) ensure that all staff are properly attired and are conducting themselves professionally.  Compliance is measured through Vendor weekly audits, CPS quality audits and reports from the school stakeholders. | Monthly | Metric | Vendor | Satisfactory | Performing |
| Staffing | Employee Recognition, Morale, Team Building | Demonstrate initiatives for recognizing employee performance, improving employee morale and team building activities. | Quarterly | Report | Vendor | Satisfactory | Performing |
| Training | Onboarding | Records indicating dates, topics, attendance logs and sign offs | Monthly | KPI | Vendor | 100% of new employees appropriately trained and signed off | Performing |
| Training | Continuous Education and Record Keeping | Records are current and indicate dates, topics & attendance logs and sign offs | Monthly | Report | Vendor | Training occurs per Vendor Plan | Performing |
| Value - cost savings | Hard Cost Savings | Vendor shall identify process improvements, operational efficiencies and/or cost savings that would result in innovation for the Board and/or a reduction in the Board's costs related to delivery of custodial services in the given calendar year.  Vendor will report CPS approved process improvement, value added proposition, and cost-saving initiatives/programs that relate to the scope of services in this Agreement and result in cost savings. | Quarterly | KPI | Vendor | 1.0% Year One 2.5% Year Two 2.5% Year Three | Performing |

| Value - Innovation, efficiency, process improvement | Process Improvement, Value Improvement, and Cost-Avoidence Initiatives/Programs Offered | Value of meaningful initiatives offered by the Vendor and accepted by CPS in a given year. Vendor to provide creative ideas, industry best practices, and process improvement solutions. | Quarterly | KPI | Vendor | At least two initiatives per quarter | Performing |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Compliance - Title 7 and Title 9 | Report on the status of compliance with Title 7, Title 9 and other applicable legally required associated requirements as it relates to the performance of the Agreement. | Vendor to keep CPS current with the status of compliance. | Monthly | Report | Vendor | 100% compliant with requirements | Performing |

# Exhibit D-1
## SLA and KPI Matrix
### Scorecard

**Scorecard First Fiscal Year**

| Period Scored | Category | Metric | Max Points | Assessment Criteria | Q1 | Q2 | Q3 | Q4 | YTD Average | YTD Total | Data/Metric Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First Year will be Annual | Quality | APPA (2) Cleanliness - number of schools audited that meet APPA level 2 standards 2022 Target 90% based on **cured** re-audit results 2023 Target 95% based on **cured** re-audit results 2024 Target 90% based on **initia**l APPA audit results | 60 | >95%=60 90-95%=30 <90%=0 | | | 60 | | 60 | 60 | Metric is based on independent APPA cleanliness audits. An initial independent APPA auidt is performed on a specific day (Day 1). Vendor has two working days following the intial APPA audit to cure, correct, and repair defaults (Day 2 and Day 3). A Re-audit is done on the third working day following the initial APPA audit (Day 4) and re-audit results reflect the cured condition. |
| Annual | Customer Satisfaction | District Satisfaction Survey Year 1 - 45% Year 2 - 55% Year 3 - 65% | 10 | >50%=10 45-50%=5 <45%=0 | | | | 10 | 10 | 10 | Customer Satisfaction Metric from annual District satisfaction survey |
| Annual | Customer Satisfaction | Facilities Department Customer Satisfaction Year 1 - 70% Year 2 - 75% Year 3 - 80% | 30 | >75%=30 70-75%=15 <70%=0 | | | | 30 | 30 | 30 | Customer Satisfaction Metric from annual facilities department customer satisfaction survey |
| | | **Total** | **100** | | | | | | | **100** | |

Incentive will be assessed annually based on the total annual score.
The following example demonstrates the scoring and incentive allocation.

| Example: Incentive = $700,000 | | | |
|---|---|---|---|
| Rating | Rating Score | Incentive Earned | Total Incentive |
| Outstanding | 100 | 100% | $700,000 |
| Improving | 50 | 50% | $350,000 |
| Performing | 0 | 0% | $0.00 |



Exhibit D-1
SLA and KPI Matrix
Scorecard

| Scorecard Second Fiscal Year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Scored | Category | Metric | Max Points | Assessment Criteria | Q1 | Q2 | Q3 | Q4 | YTD Average | YTD Total | Data/Metric Source |
| Semi-annually or annually | Quality | APPA (2) Cleanliness - number of schools audited that meet APPA level 2 standards<br>2022 Target 90% based on **cured** re-audit results<br>2023 Target 95% based on **cured** re-audit results<br>2024 Target 90% based on **initia**l APPA audit results | 60 | >98%=64<br>95-98%=32<br><95%=0 | | 30 | | 30 | 30 | 60 | Metric is based on independent APPA cleanliness audits. An initial independent APPA auidt is performed on a specific day (Day 1). Vendor has two working days following the intial APPA audit to cure, correct, and repair defaults (Day 2 and Day 3). A Re-audit is done on the third working day following the intial APPA audit (Day 4) and re-audit results reflect the cured condition. |
| Annual | Customer Satisfaction | District Satisfaction Survey<br>Year 1 - 45%<br>Year 2 - 55%<br>Year 3 - 65% | 10 | >60%=10<br>55-60%=5<br><55%=0 | | | | 10 | 10 | 10 | Customer Satisfaction Metric from annual District satisfaction survey |
| Annual | Customer Satisfaction | Facilities Department Customer Satisfaction<br>Year 1 - 70%<br>Year 2 - 75%<br>Year 3 - 80% | 30 | >80%=30<br>75-80%=15<br><75%=0 | | | | 30 | 30 | 30 | Customer Satisfaction Metric from annual facilities department customer satisfaction survey |
| | | **Total** | **100** | | | | | | | **100** | |

Response Time Matrix

| Response Priority | Definitions | Priority One | Priority Two | Priority Three | Priority Four | Priority Five |
|---|---|---|---|---|---|---|
| | | Emergency | Urgent | Routine | Scheduled | Deferred |
| Classification | How priorities are to be categorized | Imminent life and environmental threat or significant asset damage | System or school functions are impaired | Repairs to maintain normal operating conditions. No immediate threat to people or assets | Repairs and service requests that may be disruptive and can be scheduled | Non-emergent service request that require significant capital related services and or funding. |
| Impact | How the issue presented is affecting the school. | Life safety and environmental threat Elevator dysfunction Significant asset damage threat School or building closure Spills Threat to Student health and safety | Significant occupant discomfort Facility or system is impaired Disruption of school activities Time-critical Urgent equipment repair | Equipment repair Architectural repairs Can be performed during normal school hours | May need to be completed during building closure or after hours | Capital related upgrade that does not impact the safety of the occupants or pose an immediate threat to major critical assets. |
| Acknowledgment | Acknowledgment of the incident or issue via creating a work order or acknowledging a work order in CMMS software within the amount of time specified. | 15 minutes during coverage hours and 30 minutes during non-coverage hours. | 15 minutes during coverage hours and 30 minutes during non-coverage hours. | 4 Hours | 4 Hours | 24 hours |
| Response | Respond to the incident and initiate taking necessary steps to document and report the incident via live phone contact. | 15 minutes during coverage hours and 2 hours during non-coverage hours. | 4 Hours | 24 Hours | As scheduled | As scheduled |
| Escalation | Communication to appropriate personnel via live phone contact outlined with CPS emergency response plan. | 15 minutes during coverage hours and 2 hours during non-coverage hours | Within 24 Hours | Weekly report | Weekly report | Weekly report |
| Completion | All tasks required to address the issue have been completed and the overall issue presented has been resolved within the CMMS system. All involved parties have been notified. | <8 Hours or as agreed with CPS | 24 Hours or as agreed with CPS | 5 Days | As scheduled | As scheduled |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0818A3B

CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

# PERFORMANCE EVALUATION GUIDELINES

### FOR

## CHICAGO PUBLIC SCHOOLS PARAPROFESSIONALS AND NON-CERTIFICATED EDUCATIONAL SUPPORT PERSONNEL

## Rev. August 2019

DocuSign Envelope ID: 8A8FC25Z-1ZBC-442D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

## TABLE OF CONTENTS

<u>Page</u>

I. BACKGROUND — 1

II. OVERVIEW — 1

  A. Evaluation Schedule and Feedback Process — 1

  B. Evaluation Rubric — 2

  C. Performance Factors — 2

  D. Aligned Performance Levels and Numeric Rating System — 3

III. COMPLETING THE EVALUATION - THE EVALUATION PROCESSES — 3

  A. Performance Factors and Their Weights — 4

    1. Effectiveness (50%) — 4

    2. Dependability (30%) — 4

    3. Professionalism (20%) — 5

  B. Calculating the Total Weighted Evaluation Score, Cut Scores and Performance Levels — 5

  C. Process - Four Performance Interaction Opportunities Annually — 6

    1. Start of Year Orientation — 6

    2. Mid-year Self Assessments — 7

    3. Mid-year Evaluations for Employees Whose Performance is Less Than Proficient — 8

    4. Annual Summative Rating — 9

  D. Feedback and Employee Development — 10

    1. Feedback — 10

    2. Development Plans — 10

    3. Impact of Ratings on Order of Layoff of School-based Employees — 11

    4. Other Consequences of an Unsatisfactory Annual Evaluation — 11

  IV. CONCLUSION — 11



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

**APPENDIXES**

**A. Performance Standards Rubric**                                      A-1

**B. Evaluation Form**                                                   B-1

**C. ESP/PSRPs rated Developing or Unsatisfactory Checklist**           C-1

**D. Paraprofessional and ESP Critical Attributes**                     D-1

DocuSign Envelope ID: 8A8FC25F-17BC-412D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

## I.     BACKGROUND

During the 2013-14 school year, in collaboration with stakeholders including employees, labor organizations, principals and administrators, CPS created a PSRP/ESP evaluation process to support our core belief that every employee contributes to CPS students' success.   The evaluation plan launched in school year 2014-15 and will be in its 5th year for school year 2018-19.  It is designed to do the following:

- value and develop employees through specific, timely, and relevant feedback on ways to sharpen their skills and effectiveness;

- transparently establish a process and set of performance expectations that are experienced as predictable, objective, and fair by employees;

- set aspirational and inspirational goals for employee performance;

- recognize success by helping us identify, celebrate, and retain our most effective employees in every part of CPS; and,

- create personal accountability in each employee for their contribution to CPS's mission of preparing every CPS student for success in college, career, and life.

## II.     OVERVIEW

### A.     Evaluation Schedule and Feedback Process

In the evaluation process, every employee will have the opportunity for at least four (4) yearly performance-related interactions with an evaluator throughout the year.   Evaluators are principals, department heads or their respective designees (which may include Assistant Principals).

The first interaction is an orientation meeting at the beginning of the school year, or over the summer for 52-week employees.  At this orientation meeting, the principal, department head or their designees will meet with all ESPs/PSRPs as a group to establish work performance standards and expectations (upload sign-in sheets/handbook receipt).

The second and third interactions occur between November 1st and February 15th in one and/or two ways:

- First, all ESP/PSRP employees will be given an opportunity to submit a self-assessment to the evaluator between November 1st and November 30th.

- Second, the evaluator (principal, department head or their designees) will give an interim evaluation to employees whose performance is less than proficient at that point in the school year.  In that instance, the evaluator will provide written feedback to the employee and give him or her an opportunity to meet with their evaluator.  This is a private meeting between the evaluator and the employee.   The purpose of this meeting is to discuss demonstrated strengths and suggestions for improvement.  *If the evaluator does not provide an employee with a mid-year evaluation, the evaluator may not rate the employee unsatisfactory at the end of the year, unless the employee did not start working at the school or unit until after the first semester ended.*

1

DocuSign Envelope ID: 8A8FC257-17BC-442D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

The fourth and final interaction of the year is at the end of the school year (May-June). This meeting is between the evaluator and the employee. The purpose of this meeting is to provide the employee a draft annual, summative evaluation, give feedback to, and hear feedback from the employee. The draft annual summative evaluation may be modified after the meeting and, regardless, should be made final after the meeting with or without modifications.

Principals will not conduct evaluations for all employees in their building but they will have the opportunity to provide input into the evaluation of every employee assigned to their building. With principal input,

- Aramark and Sodexo will evaluate all lunchroom staff and custodians
- Facilities Managers will evaluate all engineers
- The Transportation Department will evaluate all bus aides
- Safety and Security will evaluate security officers placed in schools by Central Office (principals will evaluate locally hired security officers).

### B.    Evaluation Rubric

To make the evaluation system more useful, there is rating scale and an evaluation rubric (Appendix A) that describes performance in each of the 4 performance levels. This rubric should guide employees in better understanding performance expectations and guide evaluators in consistently rating performance levels.

The evaluation system has three performance categories on which employees will be evaluated: Effectiveness, Dependability, and Professionalism. The evaluation system has four performance levels. These performance levels are (1) Unsatisfactory, (2) Developing, (3) Proficient, and (4) Excellent. Employees will receive a rating on a scale of 1-4 for each of the performance categories. The evaluator will include evidence and/or examples for the performance rating, *e.g.* Kronos for attendance.

### C.    Performance Factors

***Effectiveness*** – This addresses the employee's skill level required for the work and whether that skill is used in completing assigned tasks. This also includes the quality of the work the employee performs, the extent to which it meets expectations, and the extent to which assigned tasks are completed. This factor will make up 50% of the employee's overall rating.

***Dependability*** – This addresses the extent to which an employee completes tasks and how much supervision they require to do so. This includes being at an assigned work location, at the assigned time and ready to perform tasks. This includes punctuality and attendance, but not FMLA, Short Term Disability (STD), workers compensation, approved benefit days, if applicable, and/or suspension days. This factor will make up 30% of the employee's overall rating.

***Professionalism*** – This addresses an employee's demeanor, disposition, and behavior towards colleagues, students, and community members. This includes an employee's demonstration of self- control and acceptance and implementation of suggestions for improvement. This also includes the manner in which an employee communicates with colleagues, students, and community members. This factor will make up 20% of the employee's overall rating.

Each employee will be rated on all three categories. Each employee's performance will be rated based on the critical attributes associated with their job title. The critical attributes are the duties/tasks associated with their job. For

DocuSign Envelope ID: 8A8FC257-17BC-412D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

example, a school clerk's critical attributes may include performing payroll functions, while a security officer's critical attributes may include the ability to diffuse conflicts.   The critical attributes for each job title are contained in Appendix C to the Handbook/Guidelines.

### D.    Simplified, Aligned Performance Levels and Numeric Rating System

***Excellent (4 points)*** – Performance that is far superior to the satisfactory standards and expectations established for the job.  This rating should be used to recognize exceptional performance.

***Proficient (3 points)*** – Performance that is acceptable to meet the standards established for the job. Most capable and consistent employees will fall into this category.

***Developing (2 points)*** – Performance that is marginal, satisfying only the minimum requirements of the job and needing substantial improvement.

***Unsatisfactory (1 point)*** – Performance that is consistently well below requirements and expectations.
Each of the three evaluation factors will be rated according to one of the four performance levels.  These three ratings will be combined, using the designated weighting, to produce a combined, overall score between 1 and 4.

## III.    COMPLETING THE EVALUATION AND THE EVALUATION PROCESS

Performance evaluations should be useful tools for both employees and managers to understand what is expected from employees, to celebrate employee success and efforts, to identify areas for growth and improvement, and to fairly, but directly and clearly, inform employees of their performance level and any potential adverse consequences stemming from a failure to improve.

Evaluations must be based on observations of an employee's performance that are regular and ongoing. There are no formal or informal "observations."   Based on the patterns observed and evidence gathered, the evaluator should use the rubric (Appendix A) and the appropriate Critical Attributes (Appendix C) or job description to assign a performance level (1, 2, 3, or 4) to each of the three performance factors.   Evaluators should assign the numerical rating that best corresponds to their performance level.  The numerical rating must be a whole number of 1 (unsatisfactory), 2 (developing), 3 (proficient) or 4 (excellent).

For each factor rated, evaluators must provide evidence/ cite examples to support the rating. Evidence cited should be relevant indicators of the employees' performance and may include, among other things:

- examples of work performance observed by the evaluators or others,
- indicators of the employee's impact on the school environment or on students,
- discipline records, and
- empirical data that is indicative of performance (e.g., Kronos records, payroll records, memoranda etc.)

In addition to providing specific feedback, a completed evaluation must be used as a growth and development tool for the employee.   The evaluation form (Appendix B) includes space to provide the employee with areas for growth and recommended strategies for development.  Strategies for development may include mentoring by other employees, training, reflection, etc.

DocuSign Envelope ID: 8A8FC25E-17BC-412D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

The annual evaluation form is not complete and final until the employee has had an opportunity to review and, if desired, gives feedback.

**A. The Performance Factors and Their Weights**

**1.    Effectiveness (50%)**

The effectiveness factor evaluates the extent to which the employee fulfills the duties and expectations of their job and makes a productive contribution to the school or organization.  For all employees, this factor looks at the skill level the employee brings to their work, the quality of their work product, and their ability to complete that work when due.  Effectiveness is the most important factor in an employee's evaluation, counting towards 50% of their overall score.

The evaluation rubric is the base document to be used to assess effectiveness.  As effectiveness must be considered in the context of the employee's assigned job, evaluators must also consult the attached critical attributes or the official job description in assessing performance.  For example, the particular skills, the typical work product, and the overall quality expectations will differ between a teacher's assistant and a school security officer, and an evaluator should consult the critical attributes of each position to appropriately gauge performance against expectations.  Effectiveness should be measured against job-specific duties and performance expectations that are clearly communicated to employees at the start of the year, using the critical attributes or job descriptions as a tool in that communication.

The effectiveness rating should be objective and evidence-based.  Although the particular evidence will differ across jobs (with some suggested evidence listed as part of the critical attributes in the Appendix), evaluators  should  cite specific  performance  examples  that  tie  directly  back  to  the  duties  and expectations of that job.

**2.    Dependability (30%)**

The dependability factor evaluates the extent to which the employee is on task, at their assigned location, and completing satisfactory work with minimal supervision.  Attendance and punctuality are considered in the overall evaluation of an employee's dependability, but are not the sole drivers of this factor.  Dependability is the next most important factor in an employee's evaluation, comprising 30% of their overall evaluation.

The evaluation rubric is the base document that is to be used to assess dependability. Dependability should be considered in the context of the employee's specific responsibilities.  The specific tasks and location expectations of a lunchroom manager will differ from those of a bus aide, for example, but in both cases dependability looks at whether the employee can reliably be expected to be working towards their duties without the need for excessive supervision.

Punctuality is a factor in determining dependability, and tardiness can be appropriately counted against an employee's dependability rating.  Attendance is an element of dependability, but employee benefit time, when properly approved, must not be counted against an employee's dependability.  Personal business days, sick days, Family Medical Leave, Short Term Disability, approved vacation, and other approved benefit time shall not be factored into an employee's dependability rating.  However, a lack of proper notification or, where applicable, a lack of planning for proper coverage of responsibilities can be counted against an employee's dependability.  Finally, evidence of a pattern of benefit time abuse – Fridays, Mondays, paydays, pre-identified special events, etc. – is a significant factor and can



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

lower of a rating to below proficient of an employee who is otherwise on task and on post.[1]

### 3.     Professionalism (20%)

This factor evaluates an employee's ability to maintain a service-oriented approach to the work and to treat all colleagues, students, and community members with respect.   This factor focuses on the employee's consistent courtesy, teamwork, and self-control.    Professionalism is the third most important factor in an employee's evaluation, comprising 20% of their overall rating.

The evaluation rubric is the base document to be used to assess professionalism. Professionalism, like the other evaluation factors, should be considered in the context of the employee's specific job requirements.   Some jobs, such as lunchroom staff, may have additional, specific professionalism requirements, such as a uniform policy. The customer service expectations of a school clerk working the front office may appropriately differ from those of an engineer working mostly behind the scenes, for example.  Nonetheless each employee will be expected to maintain a service-orientation in their work.

Professionalism focuses on employee behaviors that contribute to their job duties and the overall mission of the organization.   Professionalism is not intended to measure an employee's likeability, friendliness, or the quality of their relationship with their supervisor.

### B.     Calculating the Total Weighted Evaluation Score, Cut Scores and Performance Levels

The three performance factors are weighted differently to calculate an overall rating.  An employee's effectiveness accounts for 50% of the weighted score, while dependability accounts for 30% and professionalism accounts for 20%. To arrive at a total weighted score, multiply the rating of each category by the weight (expressed as a decimal) and total the resulting products, as indicated in the following example:

| Performance Factor | Score | Weight | Weighted Score |
|---|---|---|---|
| Effectiveness | 3 | 0.5 | 1.5 |
| Dependability | 3 | 0.3 | 0.9 |
| Professionalism | 4 | 0.2 | 0.8 |
| **Total Weighted Evaluation Score** | | | **3.2** |

The total weighted evaluation score will determine the employee's overall performance level as set forth in the cut score table set forth below.  In the example above, the employee's overall performance level would be "Proficient".

---

[1]Note that attendance issues may result in discipline in accordance with the applicable discipline policy and may also be a factor in the evaluation.



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

| Total Weighted Evaluation Score | Evaluation Rating |
|---|---|
| 3.5 - 4.0 | Excellent |
| 2.7 - 3.4 | Proficient |
| 2.0 - 2.6 | Developing |
| 1.0 - 1.9 | Unsatisfactory |

*If the evaluator does not provide an employee with a mid-year evaluation, the evaluator may not rate the employee unsatisfactory at the end of the year (unless the employee did not start working at the school or unit until after the first semester ended). In such cases, a total weighted evaluation score between 1.0 and 1.9 will be given a rating of "Developing."*

**C.      Process - Four Performance Interaction Opportunities Annually**

**1.      Start of Year Orientation**

The purpose of the start of year orientation is to ensure that every employee being evaluated understands the factors by which they will be evaluated, the particular expectations for their job title, the process for conducting evaluations and providing feedback, and who will conduct the evaluation.

***When: Within 30 Days of the Start of the Evaluation Period***

The orientation should take place within 30 calendar days of the start of the work year.  For 52-week employees, the orientation would occur during July or August.   For school-based, 10-month employees, the orientation should occur within 30 days of the date employees report back for the school year.  Ideally, the orientation should occur during an in-service day before students arrive.  For employees who are hired or who transfer to a school or department after the group orientation, the principal, assistant principal or department manager should provide an in-person orientation as soon as possible after the hire or transfer.  As a rule of thumb, providing the orientation within 10 school days of hire or transfer is the best practice.

***Who: Conducted by Management for All Employees Being Evaluated***

All ESPs/ PSRPs shall be invited to and should attend a pre-scheduled evaluation orientation conducted by their evaluator or a member of the management team.  For school-based sessions, the orientation may be conducted with all employees or may be conducted as a series of sessions for different job titles/ bargaining units.



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

The orientation shall be conducted by a member of the management team who has a clear understanding of the evaluation standards and process and who can articulate the particular expectations and standards for individual job titles/ bargaining units.  Ideally, this is an individual or team who will be responsible for conducting evaluations.   In schools, the Principal and/or Assistant Principal(s) should conduct the orientation, with assistance from Aramark or Sodexo for custodians and lunchroom staff.

***What: The Process, the Timing, the Standards, and the Scoring***

The content of the orientation should focus on 1) stating who will conduct evaluations; 2) briefing staff on the overall evaluation criteria, rating scale, and evaluation rubric; 3) explaining the critical attributes/ expectations of different job titles and clarifying how these will be used in conjunction with the rubric; 4) explaining the process for and role of the mid-year feedback opportunity; and 5) an explanation of the cut scores for the summative rating and how final ratings will be calculated.  At a minimum, employees should conclude the orientation with an understanding of, and a copy in hand, of the evaluation tool.

***How:  In Person, Pre-Scheduled Group Orientation***

At the start of the year Employees should attend an in-person, group orientation that covers at least the required content with time factored in for questions and clarifications.   At a minimum, employees should receive a hard copy of the evaluation tool.   Principals or Assistant Principals or department managers should provide an in-person orientation to employees who are hired or who transfer to their schools/departments as soon as possible (best practice is no later than ten days) after the employee's start date.

***Why: Transparency & Productivity***

The purpose of the start of year orientation is to give every employee an understanding of the performance standards for their work so that that they have an opportunity to meet or exceed those standards.  Moreover, by establishing an understood set of expectations at the outset, evaluation feedback can better focus on identifying strengths to build upon and opportunities for growth.  Finally, the orientation period provides the overview of the standards and process necessary for employees to conduct a self-assessment as part of the mid-year feedback process.

**2.      Mid-Year Self-Assessments**

The purpose of mid-year self-assessments is to give all employees an opportunity to tell their evaluator how they see their own performance and to give evaluators an opportunity to correct employee misimpressions of their performance.  Mid-year self-assessments are entirely voluntary; employees will not be required to submit them.  But if employees do submit them, their evaluator will review the self- assessment and, if the employee is performing at less than a proficient level, the evaluator must provide mid-year feedback to the employee on the mid-year evaluation in accordance with paragraph 3 below. The evaluator is encouraged to provide feedback to employees at the mid-year who are performing at a proficient level or better.

DocuSign Envelope ID: 8A8FC25Z-17BC-412D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

***When: November 1st to 30th (Employees)/December 1st to February 15th (Evaluators)***

Employees must submit their self-assessment between November 1st and November 30th.  The evaluator's feedback and/or mid-year evaluation (see below) is due between December 15th and February 15th.  Note that if a mid-year evaluation is required (see below), no additional feedback is required.

***Who: Employees provide self-assessments/Evaluators provide feedback or mid-year evaluation***

Evaluators will provide written feedback to employees who submit a self-assessment who are performing at less than a proficient level in the form of a mid-year evaluation in accordance with paragraph 3.  Evaluators should also provide mid-year feedback to all other employees who submitted a self-assessment in the form of a concurrence or other comments.
***What: Self-assessment and feedback provided on evaluation form.***

The employee self-assessment and/or the evaluator's feedback will be provided using the attached ESP/PSRP evaluation form.  The form should identify a performance level for each of the rating factors, reference examples/ evidence of that performance, and identify strategies for improvement in areas of less than proficient performance.

***How: Comments, no particular form***

The evaluator shall provide written feedback in the form of a concurrence, additional comments, or an alternative assessment to employees who submitted a self-assessment and whose performance is proficient or better.  No particular form is required for this feedback but it must be in writing and preserved as a personnel record.   Employees who receive feedback will sign off on that feedback acknowledging receipt.   The employee acknowledgement does not constitute agreement with the feedback.

***Why:  Reflection on performance by employees and evaluators***

This process encourages all employees and their evaluators to reflect on the employee's performance, to celebrate success, and to identify opportunities for growth.

**3.      Mid-Year Evaluations for Employees Whose Performance is Less than Proficient**

Evaluators must give employees who are not performing at a proficient level a mid-year evaluation with feedback and collaboratively identify how they may improve to proficiency during the remainder of the year.  The purpose of the mid-year evaluation is to give fair notice to affected employees that they are on track for a less than proficient overall rating and to give them a fair opportunity to become proficient. *Note that an evaluator may not rate an employee unsatisfactory at the end of the school year unless the employee has received a mid-year evaluation of less than proficient, or the employee began employment at or after the mid-year.*

DocuSign Envelope ID: 8A8FC25F-17BC-412D-A83A-6961D0818A3B



CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

***When: December 1st to February 15th***

The opportunity for mid-year feedback will occur between December 1st and February 15th of each school year. That is the same period that employees may submit self-assessments.

***Who: Evaluators and employees***

Evaluators will provide employees who receive mid-year evaluations in-person feedback, regardless of whether they conducted a self-assessment.  All feedback will be provided by the employee's evaluator.

***What: Evaluator's feedback and effort to develop employees who are struggling***

The mid-year evaluation and the evaluator's feedback will be provided using the attached ESP/PSRP evaluation form. The form will identify a performance level for each of the rating factors, reference examples/evidence of that performance, and identify strategies for improvement in areas of less than proficient performance.

***How:  Written evaluation form and opportunity for face-to-face discussion***

Employees who are on track for a less than proficient overall rating should receive written feedback as well as a scheduled opportunity to discuss the feedback in person. Employees who receive feedback will sign off on that feedback acknowledging receipt.  The employee acknowledgement does not constitute agreement with the feedback.

***Why:  Transparency to employees, fair notice and fair opportunity for employee to improve***

Employees on track for a less than proficient overall rating should be informed of their performance, counseled on strategies for improving their trajectory, and given time to put those strategies into action before the final evaluation. Employees who engage in the self-assessment process should receive feedback on the accuracy or completeness of that assessment.

**4.      Annual Summative Rating**

The purpose of the annual summative rating is to give all employees feedback on their work performance over the current performance period and, where necessary, strategies to improve that performance in the next performance period.  All employees will receive a written, summative rating at the end of the school year.  Employees rated developing will have an opportunity to discuss their rating and feedback in a meeting with the evaluator and ways to develop to proficiency and, if appropriate, mentoring and/or training opportunities.  Employees rated unsatisfactory will be subject to dismissal.

***When: May 1st to June 30th***

The annual summative rating will be issued between May 1st and June 30th (not later than the end of the school year for 10-month employees).

DocuSign Envelope ID: 8A8FC25F-17BC-412D-A83A-6961D0818A3B



Chicago
Public
Schools

CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

*Who: Evaluators and all school-based PSRP/ESP employees*

Evaluators must issue a summative rating to all ESP employees.   For many school-based employees, the final evaluator will be the principal or designee.  For a subset of school-based staff, including engineers, custodians, and lunchroom staff, evaluations will be conducted by that employee's supervisor with input from the principal or designee.

*What: Summative Rating and Associated Feedback*

The summative rating and associated feedback will be provided using the attached ESP/PSRP evaluation form.   The form will identify a performance level for each of the rating factors, reference examples/evidence of that performance, and identify, where necessary, strategies for improvement.

*How:  Draft summative rating with opportunity to discuss, followed by final rating*

All employees will receive a draft written rating with feedback and be given the opportunity to discuss their rating with their evaluator during a designated period.   The draft may be modified after the employee provides feedback or it may become final.  Employees will sign off on their evaluation acknowledging receipt.  The employee acknowledgement does not constitute agreement with the final rating or feedback.

*Why:  Recognize performance, develop performance*

The annual summative rating is an opportunity to recognize outstanding performance, provide for constructive interactive feedback, and for the employee to receive feedback regarding their work product over the prior year.

**D.      Feedback and Employee Development**

**1.      Feedback**

The evaluation process is designed so that employees receive specific feedback on the actions, behaviors, and results that led to their achieving a particular rating in any performance factor.  This specific, external feedback will better allow employees to understand their performance and develop internal strategies for maintaining or improving performance.

**2.      Development Plans**

Evaluators must provide employees with suggested strategies/development activities for improving performance at the mid-term evaluation and at the final summative evaluation except where the annual evaluation is unsatisfactory. Evaluators should use the evaluation form and the feedback meetings to do so. In particular, employees whose overall performance, or whose performance in any of the three evaluation factors, is less than proficient should receive assistance in creating a development plan.


DocuSign Envelope ID: 8A8FC25Z-17BC-412D-A83A-6961D0818A3B

CHICAGO PUBLIC SCHOOLS ▪ 42 West Madison Street – Garden ▪ Chicago, Illinois 60602

Talent Office
773-553-HR4U (4748)

Where the area for development is behavioral, (e.g., punctuality) the evaluator is responsible for giving feedback and for re-stating or clarifying the expectation and standard of performance.   The employee bears primary responsibility for developing and implementing the strategy to address the behavior.  Where the area for development is primarily skill-based, the evaluator should take a more active role in working with the employee to draft a development strategy.  That strategy could include tactics such as mentoring or coaching by a more experienced employee, central office or network level training, or using online resources such as the CPS Knowledge Center or Lynda.com.   The evaluator and employee should then work together to ensure that a portion of designated professional development days are used to implement these strategies.

***Complete the Checklist for ESPs/PSRPs rated developing or unsatisfactory in Appendix C.  Keep a copy with the employee's rating documents.***

**3.       Impact of Ratings on Order of Layoff**

Under Board policies, when layoffs in a particular job title occur, the order in which employees are laid off is determined first by performance rating.  For specific information regarding how that is determined, please refer to applicable collective bargaining agreements and Board policies.

**4.       Other Consequences of an Unsatisfactory Annual Evaluation**

When an employee is rated unsatisfactory at the end of the year, the employee will be referred for dismissal using applicable dismissal procedures for the employee.   No employee will have an unsatisfactory annual evaluation unless s/he has received a mid-year evaluation.  That requirement ensures that employees who are performing less than proficiently will have an opportunity to demonstrate improvement over a period of at least 60 days.

**IV.       CONCLUSION**

The PSRP/ESP evaluation process supports our core belief that every employee contributes to CPS students' success. The goal is to have a performance evaluation system that ensures that CPS is where the best talent works. It is designed to do the following:

- value and develop employees through specific, timely, and relevant feedback on ways to sharpen their skills and effectiveness;
- transparently establish a process and set of performance expectations that are predictable, objective, and fair for employees;
- set aspirational and inspirational goals for employee performance;
- recognize success by helping us identify, celebrate, and retain our most effective employees in every part of CPS; and,
- create personal accountability in each employee for their contribution to CPS's mission of preparing every CPS student for success in college, career, and life.

**APPENDIX A**
**RUBRIC FOR PERFORMANCE LEVELS BY PERFORMANCE FACTOR**

| RUBRIC FOR PERFORMANCE LEVELS BY PERFORMANCE FACTOR | | | |
|---|---|---|---|
| **Effectiveness:** Fulfilling the duties required of the job and making a productive contribution to the success of our schools | | | |
| 1.   **Unsatisfactory** | 2.   **Basic** | 3.   **Proficient** | 4.   **Excellent** |
| ▪ Employee does not have skill level required for the work and requires intensive training to attain those skills; and/or | ▪ Employee skill level is not quite that required for the work but with time and applied effort employee may attain those skills; and/or | ▪ Employee skill level meets that required for the work and that skill is consistently employed in completing assigned tasks; and | ▪ Employee skill level exceeds that required for the work and that skill is uniformly employed in completing assigned tasks; and |
| ▪ Employee has skills to do the job but consistently does not apply that skill to assigned tasks; and/or | ▪ Employee has skills to do the job but that skill is not consistently applied to assigned tasks; and/or | ▪ Quality of work consistently meets expectations; and | ▪ Quality of work uniformly exceeds expectations; and |
| ▪ Quality of work usually does not meet expectations; and/or | ▪ Quality of work only sometimes meets expectations; and/or | ▪ Employee consistently completes assigned responsibilities when they are due. | ▪ Employee uniformly completes assigned responsibilities when or before they are due. |
| ▪ Employee regularly does not complete assigned responsibilities when they are due. | ▪ Employee does not regularly complete assigned responsibilities when they are due. | | |

A-1

**APPENDIX A**

**RUBRIC FOR PERFORMANCE LEVELS BY PERFORMANCE FACTOR**

| **Dependability:** Reliably on task and on post, completing a satisfactory job, without continual instruction and supervision | | | |
|---|---|---|---|
| **1. Unsatisfactory** | **2. Basic** | **3. Proficient** | **4. Excellent** |
| • Requires significant and regular supervision in order to perform assigned tasks; and/or | • Requires regular supervision in order to complete assigned tasks; and/or | • Consistently completes assigned tasks with moderate supervision; and | • Exceptional at completing assigned tasks with minimal supervision; and |
| • Regularly not in place, on time, or prepared to work; and/or | • Requires regular supervision and coaching to ensure employee is at assigned location, on time and ready; and/or | • Consistently at assigned work location, during the assigned time period, prepared to complete duties; and | • Exceptional in being at assigned work location, during the assigned time period, prepared to complete duties; and |
| • Frequently late or absent*, and rarely takes appropriate steps to notify supervisors and ensure adequate coverage; and/or | • Occasionally late or absent*; inconsistently making appropriate notifications and coordination of work duties. | • Rarely late or absent*, consistently making appropriate notifications and coordination of work duties. | • Exceptionally punctual and present*, always making appropriate notifications and coordination of work duties. |
| • Evidence of a pattern of abusive (Fridays, Mondays, holidays, etc.) or irresponsible (on days of special events, due dates etc.) tardiness or absence. | | | |
| *does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | *does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | *does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | *does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, sick days, or vacation. |

A-2

**APPENDIX A**
**RUBRIC FOR PERFORMANCE LEVELS BY PERFORMANCE FACTOR**

| **Professionalism:** Maintaining a service-oriented approach to the work that treats all colleagues, students, and community with respect. | | | |
|---|---|---|---|
| 1. **Unsatisfactory** | 2. **Basic** | 3. **Proficient** | 4. **Excellent** |
| • Regularly lacks tact, courtesy, and a service-orientation in dealings with colleagues, students, and community members; and/or | • Inconsistently service-oriented, courteous, or supportive in disposition to all colleagues, students, and community members; and/or | • Consistently service-oriented, courteous, and supportive, in disposition to all colleagues, students, and community members; and | • Exceptionally service-oriented, courteous, and supportive in disposition to all colleagues, students, and community members; and |
| • Often lacks self-control with colleagues and supervisors and regularly resistant to suggestions for improvement; and/or | • Inconsistently demonstrates self-control with colleagues and supervisors and sometimes resistant to suggestions for improvement; and/ or | • Consistently demonstrates self-control with colleagues and supervisor and accepts and implements suggestions for improvement; and | • Demonstrates exceptional self-control with colleagues and supervisors and in accepting & implementing suggestions for improvement; and |
| • Rarely communicates and coordinates with co-workers in a tactful and effective manner, requiring consistent supervision; and/or | • Inconsistently communicates and coordinates with co-workers in a tactful and effective manner, requiring regular supervision; and/or | • Consistently communicates and coordinates with co-workers, in a tactful and effective manner, with moderate supervision; and | • Exceptional in communicating and coordinating with co-workers, in a tactful and effective manner, with minimal supervision; and |
| • Indifference to Board and School policies. | • Inconsistent compliance with Board and School policies. | • Consistent compliance with Board and School policies. | • Exceptional compliance with Board and School policies. |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

APPENDIX B
EVALUATION FORM

# ESP/ PSRP Employee Evaluation

Employee:                          Review Date:

Position:                               Department:

Reviewer:

Instructions: Evaluate the employee's work using the following scale by checking the appropriate box for each standard of performance.

| 1 – Unsatisfactory | 2 – Basic | 3 – Proficient | 4 – Excellent |
|---|---|---|---|
| Performance is consistently well below requirements and expectations | Performance marginal, satisfies only the minimum requirements of the job and needs significant improvement | Performance acceptable to meet the standard established for the job | Performance far superior to the satisfactory standards and expectations established for the job. |

**Effectiveness:** Fulfilling the duties required of the job and making a productive contribution to the success of our schools

| 1. Unsatisfactory | 2. Basic | 3. Proficient | 4. Excellent |
|---|---|---|---|
| • Employee does not have skill level required for the work and requires intensive training to attain those skills; and/or<br>• Employee has skills to do the job but consistently does not apply that skill to assigned tasks; and/or<br>• Quality of work usually does not meet expectations; and/or<br>• Employee regularly does not complete assigned responsibilities when they are due. | • Employee skill level is not quite that required for the work but with time and applied effort employee may attain those skills; and/or<br>• Employee has skills to do the job but that skill is not consistently applied to assigned tasks; and/or<br>• Quality of work only sometimes meets expectations; and/or<br>• Employee does not regularly complete assigned responsibilities when they are due. | • Employee skill level meets that required for the work and that skill is consistently employed in completing assigned tasks; and<br>• Quality of work consistently meets expectations; and<br>• Employee consistently completes assigned responsibilities when they are due. | • Employee skill level exceeds that required for the work and that skill is uniformly employed in completing assigned tasks; and<br>• Quality of work uniformly exceeds expectations; and<br>• Employee uniformly completes assigned responsibilities when or before they are due. |

**Evidence:** Describe evidence – provide examples – to justify the relevant rating

.

.

.

.

**APPENDIX B**
**EVALUATION FORM**

| **Dependability:** Reliably on task and on post, completing a satisfactory job, without continual instruction and supervision | | | |
|---|---|---|---|
| 1. Unsatisfactory | 2. Basic | 3. Proficient | 4. Excellent |
| • Requires significant and regular supervision in order to perform assigned tasks; and/or<br><br>• Regularly not in place, on time, or prepared to work; and/or<br><br>• Frequently late or absent*, and rarely takes appropriate steps to notify supervisors and ensure adequate coverage; and/or<br><br>• Evidence of a pattern of abusive (Fridays, Mondays, holidays, etc.) or irresponsible (on days of special events, due dates etc.) tardiness or absence.<br><br>*does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | • Requires regular supervision in order to complete assigned tasks; and/or<br><br>• Requires regular supervision and coaching to ensure employee is at assigned location, on time and ready; and/or<br><br>• Occasionally late or absent*; inconsistently making appropriate notifications and coordination of work duties.<br><br>*does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | • Consistently completes assigned tasks with moderate supervision; and<br><br>• Consistently at assigned work location, during the assigned time period, prepared to complete duties; and<br><br>• Rarely late or absent,* consistently making appropriate notifications and coordination of work duties.<br><br>*does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, or vacation. | • Exceptional at completing assigned tasks with minimal supervision; and<br><br>• Exceptional in being at assigned work location, during the assigned time period, prepared to complete duties; and<br><br>• Exceptionally punctual and present*, always making appropriate notifications and coordination of work duties.<br><br>*does not include approved benefit time such as FMLA, STD, worker's comp, personal business days, sick days, sick days, or vacation. |
| **Evidence:** Describe evidence – provide example – to justify the relevant rating<br>.<br>.<br>.<br>.<br>. | | | |

APPENDIX B
EVALUATION FORM

| **Professionalism:** Maintaining a service-oriented approach to the work that treats all colleagues, students, and community with respect. | | | |
|---|---|---|---|
| 1. Unsatisfactory | 2. Basic | 3. Proficient | 4. Excellent |
| • Regularly lacks tact, courtesy, and a service-orientation in dealings with colleagues, students, and community members; and/or<br><br>• Often lacks self-control with colleagues and supervisors and regularly resistant to suggestions for improvement; and/or<br><br>• Rarely communicates and coordinates with co-workers in a tactful and effective manner, requiring consistent supervision; and/or<br><br>• Indifference to Board and School policies. | • Inconsistently service-oriented, courteous, or supportive in disposition to all colleagues, students, and community members; and/or<br><br>• Inconsistently demonstrates self-control with colleagues and supervisors and sometimes resistant to suggestions for improvement; and/or<br><br>• Inconsistently communicates and coordinates with co-workers in a tactful and effective manner, requiring regular supervision; and/or<br><br>• Inconsistent compliance with Board and School policies. | • Consistently service-oriented, courteous, and supportive, in disposition to all colleagues, students, and community members; and<br><br>• Consistently demonstrates self-control with colleagues and supervisor and accepts and implements suggestions for improvement; and<br><br>• Consistently communicates and coordinates with co-workers, in a tactful and effective manner, with moderate supervision; and<br><br>• Consistent compliance with Board and School policies. | • Exceptionally service-oriented, courteous, and supportive in disposition to all colleagues, students, and community members; AND<br><br>• Demonstrates exceptional self-control with colleagues and supervisors and in accepting & implementing suggestions for improvement; AND<br><br>• Exceptional in communicating and coordinating with co-workers, in a tactful and effective manner, with minimal supervision; AND<br><br>• Exceptional compliance with Board and School policies. |
| **Evidence:** Describe evidence – provide examples – to justify the relevant rating<br><br>   .<br>   .<br>   . | | | |

**APPENDIX B**
**EVALUATION FORM**

| AREAS OF STRENGTH *(please list at least 3)* |
|---|
| 1. |
| 2. |
| 3. |

| GOALS AND STRATEGIES FOR NEXT YEAR *(please list at least 2)* | |
|---|---|
| Goal | Strategies for meeting goals |
| | |
| | |
| | |

**APPENDIX B**
**EVALUATION FORM**

| Final Summative Score | | | |
|---|---|---|---|
| | **Raw Score** | **Weight** | **Weighted Score (= Raw Score x Weight)** |
| **Effectiveness** | | 50% (.5) | |
| **Dependability** | | 30% (.3) | |
| **Professionalism** | | 20% (.2) | |
| | | *Final Combined Score* *( =sum of 3 weighted scores)* | |
| | | *Final Overall Rating* | |

_____     _____
*Reviewer Signature*                                                    *Date*

Employee Acknowledgment
*I have reviewed this document and discussed the contents with my manager. My signature means that I have been advised of my performance status and does not indicate that I agree with the evaluation.*

_____     _____
*Employee Signature*                                                   *Date*

B-5

APPENDIX C
ESPS/PSRPS RATED DEVELOPING OR UNSATISFACTORY - CHECKLIST

## ESPs/PSRPS rated Developing or Unsatisfactory - Checklist

(Please note that this checklist is only required for employees rated developing or unsatisfactory.  Please print out, complete, and include with employee's evaluation file when you upload the documents in PeopleSoft.)

☐ Employee received orientation on _____ (MM/DD/YYYY).

☐ Employee received a mid-year evaluation on _____ (MM/DD/YYYY).

☐ Employee received an opportunity to meet with administration/management to discuss how the employee can improve.

    ☐ Meet was held on _____ (MM/DD/YYYY).

    ☐ If no meeting, employee received opportunity to meet _____ (MM/DD/YYYY) (print e-mail where you informed employee of opportunity to meet and keep a copy of the e-mail with employee's rating documents).

☐ Employee was provided with support and resources to improve.

    ☐ Employee duties and/or expectations were restated or clarified with employee.

    ☐ A mentor was suggested to employee.

    ☐ It was recommended that employee observe other employees in same job title.

    ☐ Other employees familiar with employee's work were asked to provide coaching.

    ☐ Employee was provided with professional development opportunities.

        ☐ Employee was directed to web-based resources for training webinars.

        ☐ Employee was directed to attend training with a private or other government organization and was given time to do so.

        ☐ Employee was directed to attend training at Central Office and was given time to do so.

☐ A follow-up e-mail was sent to employee on _____ (MM/DD/YYYY) summarizing the supports discussed (print e-mail and keep a copy with employee's rating documents).

☐ A draft final written rating with feedback was provided to the employee on _____ (MM/DD/YYYY).

☐ Employee received an opportunity to meet with administration/management to discuss the draft final rating.

    ☐ Meet was held on _____ (MM/DD/YYYY).

    ☐ If no meeting, employee received opportunity to meet on _____ (MM/DD/YYYY) (print e-mail where you informed employee of opportunity to meet and keep a copy of the e-mail with employee's rating documents).

☐ Employee received final written rating with feedback on _____ (MM/DD/YYYY).

**APPENDIX D**
**CRITICAL ATTRIBUTES FOR PARAPROFESSIONALS AND NON-CERTIFICATED EDUCATION SUPPORT PERSONNEL**

The following job descriptions and critical attributes are found on the Knowledge Center here:
https://sites.google.com/a/cps.edu/kc/leadership/esp-psrp-evaluation-handbook .

- Associate Lunchroom Manager II
- Associate Lunchroom Manager III
- Bilingual Spec Ed Classroom Assistant
- Bilingual Spec Ed Classroom Asst II
- Bus Aide Critical Attributes
- Climate Team Officer Critical Attributes
- Community Relations Representative I
- Computer Technician
- Cook I
- Cook II
- Cook III
- Cook Critical Attributes
- Custodial Worker
- Custodian Critical Attributes
- Educational Sign Language Interpreter
- Educational Sign Lang Interpreter II
- Educational Sign Lang Interpreter III
- Elementary Lunchroom Manager
- Factor Custodian Critical Attributes
- Guidance Counselor Aide
- Guidance Cousnlr Aide Crit Attributes

- Head Start Ed Resources Assistant
- Head Start Health Resources Asst
- Head Start Parent Resources Asst
- Head Start Soc Serv Resources Asst
- Instructor Assistant**
- Instructor Assistant II**
- Interpreter Assistant
- Interpreter Clerk
- Lunchroom Attendant
- Lunchroom Manager
- Lunchroom Mnger Critical Attributes
- Lunchroom Staff Critical Attributes
- Parent Advocate
- Parent Advocate - Bilingual
- Porter
- School Bus Aide
- School Business Manager
- School Clerk I
- School Clerk I (Bilingual-Spanish)
- School Clerk Assistant
- School Clerks Critical Attributes
- School Community Representative

- School Library Assistant
- School Library Assistant II
- School Operations Manager
- School Security Officer
- Security Officer Critical Attributes
- Senior School Security Officer
- Special Ed Classroom Assist**
- Spec Ed Classroom Assistant II**
- Spec Ed Clrm Asst Crit Attributes
- Substitute Bus Aide
- Substitute School Clerk
- Teacher Asst-Bilingual Spanish I
- Teacher Asst-Bilingual Spanish II
- Teacher Asst-Bilingual I
- Teacher Asst-Bilingual II
- Teacher Asst-Montessori Program
- Teacher Asst-Montessori Prgm II
- Teacher Assistant**
- Teacher Assistant II**
- Teacher/Inst Asst Crit Attributes
- Technology Coordinator I
- Technology Coordinator II
- Technology Coordinator III
- Tech Coordinator Crit Attributes

## Exhibit F: CPS FY-20 APPA Audit Flow Procedural Requirements Diagram



**Exhibit G**



SOI: CPS Daily Building Security Protocol for Building Level Custodians
SOI#1.30 Rev. 1.0
**DEPARTMENT OF FACILITIES**

Effective 2/10/2021

1. **Purpose**

   Is to ensure all CPS owned, operated and leased facilities serviced by primary Custodial Vendor and its subcontracted vendors managements/associates adhere and follow CPS Facilities policy, procedures, and protocols in a routine, effective and timely manner.

2. **Scope**

   Applies to all CPS owned, operated and leased facilities serviced by primary Custodial Vendor and its subcontracted vendors managements/associates

3. **Responsibility**

   It is the responsibility of primary custodial vendor and its subcontracted vendor provided custodians to ensure and carry out the responsibility of CPS owned, operated and leased building doors, windows and all accesses are securely closed and appropriately alarmed prior to leaving the building end of final working shift.

4. **Protocols:**

   Opening the School
   Closing the School
   Alarm Codes
   Incident Response

   **Opening the School**

   Burglary Alarm Must be deactivated in a Timely Manner
   - Disarm the alarm immediately upon entry to the building
   o Disarm all alarm accounts (i.e., Annex, Modular, CPC, etc.)

   **Closing Protocol**

   Before Arming School
   - Ensure that ALL doors and windows are closed and locked.
   - As you are moving around the school you need to be checking doors and windows. i.e. push on exterior doors to ensure they are latched.
   - Push/pull doors behind you as you exit to ensure it latches.
   - Complete and interior walk of the building to ensure there are no other staff members inside.
   - Immediately exit the building after alarming the alarm.

   Problems when closing protocols are not followed
   - The school becomes susceptible to burglary and vandalism
   - Waste valuable resources (CFD and CPD)
   - Creates a dangerous situation

   **Alarm Codes**

   Who should have an alarm code?
   - Anyone who has keys or is responsible for closing the building

   Who can authorize a new code?
   o Principal or Vendor (named designee)

   When to share your alarm code
   o Under no circumstances should you share your alarm code.
   o Your alarm code should be protected like your ATM pin number.
   o If we find that a code has been shared, we will immediately deactivate and refer to the law department for discipline

   How to Use Your Alarm Code

   *To Disarm*
   - Enter your 4 digit code followed by the number 1.
   o This should be repeated 3 times to clear all zones

   *To Arm*
   - Enter your 4 digit code followed by the number 2.

   *Auto-Arm*
   **The Burglary Auto-Arm is NOT a Reliable Feature**
   - The auto-arm does not always work
   o The panel then needs to dial into the safety center. If a busy signal is received than the alarm will fail to arm.
   - The auto-arm is scheduled several hours after the last employees has left.
   o The school is left vulnerable until the building is armed
   - The only sure-fire way to ensure your school is armed is by entering a 4 digit code in the key pad.

   **Incident Response**

   Lack of Responsiveness from Managers
   - Unanswered phone calls
   - Updates/ETA's are not provided
   - Manager is unsure of how they need to respond.
   o For example, Managers often reply to a phone call with "What am I supposed to do about it?"

   Key Safety Contacts

   | | |
   |---|---|
   | Brian Bond, Deputy Chief of Network Safety<br>(773) 230-5130, bbond1@cps.edu<br>Jadine Chou, Chief Security Officer<br>(773) 553-3030, jpchou@cps.edu<br>Ron Shabelski, Director of Safety Services<br>(773) 490-7193, reshableski@cps.edu | Chicago Police Department<br>911<br>Student Safety Center, 24/7 operations center<br>(773) 553-3335 |

SCHEDULE 1: APPA CLEANING STANDARD - LEVEL 2

<u>APPA Cleaning Standards- Level 2.</u>

A.  Floors and base moldings shine and/or are bright and clean.  There is no buildup in corners or along walls, but there can be up to two days' worth of dust, dirt, stains or streaks.
B.  All vertical and horizontal surfaces are clean, but marks, dust, smudges, and fingerprints are noticeable upon close observation.  Light fixtures are clean.
C.  Washroom and shower fixtures and tile gleam and are odor-free.  Supplies are adequate.
D.  Trash containers and pencil sharpeners hold only daily waste, are clean and odor-free.

SCHEDULE 2: SERVICES AND FREQUENCIES

**A.**  **Base Custodial Services and Frequencies - GREEN Level**

a.  The Vendor shall clean these areas, including but not limited to, as specified below.  The numbers below represent the number of times (cleaning frequencies) per week that a service will be performed, during the regular school year, unless otherwise noted (AN - As Needed, S=Scheduled Basis, N/A - Not applicable, WC = Weekend Cleaning, ADD or DELETE NOTATIONS AS NECESSARY).  This is not applicable to school breaks.

b.  These base values were generated by the Board to meet APPA level 2 cleaning standards.  The Vendor can submit recommendations to the Board for approval, for service changes that would support and align with APPA Level 2 cleaning standards and that vary from the base values listed below.  CPS may, from time to time, change services and frequencies as mutually agreed in writing.

| ENTRANCES, LOBBIES, RECEPTION , FOYER | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Doormats will be lifted and vacuumed both sides. | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Door glass and partition glass will be cleaned both sides. | 1 days per wk |
| Door glass will be kept free (clean) of fingerprints, stains, etc. | 5 days per wk |
| Entrance doorframes, side glass panels and top glass panels will be cleaned. | 1 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Horizontal surfaces will be dusted, cleaned, sanitized, disinfected | 1 days per wk |
| Stainless steel kick plates will be cleaned. | 1 days per wk |
| Exterior garbage containers will be emptied, cleaned, damp wiped and sanitized. | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |

| STAIRS, LANDINGS | FREQUENCY |
|---|---|
| Stairs and landings will be swept and damp mopped/washed | 5 days per wk |
| Doors will be kept free of finger marks | 5 days per wk |
| Handrails will be dusted and damp wiped, cleaned, sanitized, disinfected | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Stainless steel kick plates will be cleaned | 1 days per wk |

| CORRIDORS, HALLWAYS | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |

| | |
|---|---|
| Tiled and linoleum floors will be burnished/polished. | 1 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Door glass and partition glass will be kept free (clean) of fingerprints, stains, etc. on both sides. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Horizontal surfaces will be dusted, cleaned, sanitized, disinfected | 1 days per wk |
| Exterior garbage containers (within 5m) will be emptied, cleaned, damp wiped and sanitized. | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |

| ELEVATORS | FREQUENCY |
|---|---|
| Floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Doors and wall will be kept free of marks | 1 days per wk |
| Ceiling panels will be cleaned (free of debris and cobwebs) | 1 days per month |
| Stainless steel panels will be polished | 1 days per wk |

| LOUNGES, STAFF ROOMS | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Tables and chairs will be damp wiped, cleaned, sanitized, disinfected. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Horizontal surfaces will be dusted, cleaned, sanitized, disinfected | 1 days per wk |
| Stainless steel sinks and counters will be cleaned. | 1 days per wk |

| OFFICES | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |

| | |
|---|---|
| Furniture and horizontal surfaces will be dusted. | 2 days per wk |
| Desk telephones will be cleaned and disinfected. | 1 days per wk |
| Horizontal and vertical blinds dusted. | 1 days per month |

| WASHROOMS, SHOWERS, CHANGE ROOMS | FREQUENCY |
|---|---|
| All fixtures will be cleaned, i.e. bowls, urinals, basins, mirrors, chrome surfaces and interface. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Supplies will be replenished throughout the day as required. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 5 days per wk |
| Walls will be washed floor to ceiling. | 1 day per month |
| Toilet partitions will be damp wiped, cleaned, sanitized, disinfected. | 1 days per wk |
| Floors will be swept and washed. | 5 days per wk |
| Floor drains will be primed. | 1 days per wk |
| Walls and toilet partitions will be kept free of graffiti. | 5 days per wk |
| Floor drains will be inspected and cleaned.  Floor drain lids lifted and cleaned (to be coordinated with building engineer). | 1 days per month |

| LIBRARY | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Walls, stairwells, railings, landings will be spot cleaned to 6FT high. | 1 days per wk |
| Furniture and horizontal surfaces will be dusted. | 3 days per wk |
| Doors, door glass and any partition glass cleaned. | 1 days per wk |
| Lighting fixtures dusted. | 1 days per month |

| CAFETERIA, CIRCULATION AREAS<br>(To be coordinated with Kitchen Manager at each school) | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| Doors will be cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. Cleaning to include wiping of outside and washing inside with disinfectant. | 5 days per wk |

| | |
|---|---|
| Chairs, tables and table legs will be damp wiped, cleaned, sanitized, disinfected. | 5 days per wk |
| Walk-off mats will be vacuumed. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Horizontal surfaces will be dusted, cleaned, sanitized, disinfected | 1 days per wk |
| Remove gum from all surfaces. | 1 days per wk |

| MEETING ROOMS, CONFERENCE ROOMS, MULTI-PURPOSE ROOMS | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Chairs and tables will be damp wiped, cleaned, sanitized, disinfected. | 1 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |

| CLASSROOMS, LECTURE HALLS | FREQUENCY |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Furniture and horizontal surfaces will be dusted. | 1 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Doors, door glass and any partition glass cleaned and free of fingerprints, stains, etc. | 5 days per wk |
| Horizontal and vertical blinds dusted. | 1 days per month |
| All fixtures will be cleaned, i.e. bowls, urinals, basins, mirrors, chrome surfaces and interface. | 5 days per wk |
| Chalkboards will be completely cleaned and washed in coordination with teachers | 1 days per month |
| White boards will be completely cleaned and washed in coordination with teachers | 1 days per month |

| LABORATORIES – Computer, Science | FREQUENCY |
|---|---|

| | |
|---|---|
| Tiled and linoleum and other hard surface floors will be dust mopped and damp mopped/washed | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| Carpeted areas will be vacuumed and spot cleaned. | 5 days per wk |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Furniture and horizontal surfaces will be dusted. | 1 days per wk |
| Walls will be spot cleaned to 6FT high. | 1 days per wk |
| Doors, door glass and any partition glass cleaned. | 1 days per wk |
| Horizontal and vertical blinds dusted. | 1 days per month |
| Stainless steel sinks and counters will be cleaned (Containers left in the sink with substances in them should not be emptied.  Hazardous materials should be left alone.) | 2 days per wk |
| Eyewash stations will be cleaned | 2 days per wk |
| Chalkboards will be completely cleaned and washed in coordination with teachers | 1 days per month |
| White boards will be completely cleaned and washed in coordination with teachers | 1 days per month |

| MEDICAL ROOMS (FIRST AID ROOMS, NURSE OFFICES, etc.) | FREQUENCY |
|---|---|
| All fixtures will be completely cleaned, i.e. bowls, basins, mirrors and chrome surfaces. | 5 days per wk |
| Supplies will be replenished. | 5 days per wk |
| | |
| Waste and recycling receptacles will be emptied, cleaned, and sanitized. | 5 days per wk |
| Walls will be spot cleaned to 6FT high. | 5 days per wk |
| Floors will be swept and damp mopped/washed with germicide. | 5 days per wk |
| Floor drains will be primed. | 1 days per wk |
| Stainless steel sinks and counters will be cleaned | 5 days per wk |
| Floor drains will be inspected and cleaned.  Floor drain lids lifted and cleaned (to be coordinated with building engineer). | 1 days per month |

| OTHER AREAS - GENERAL CLEANING SERVICES | FREQUENCY |
|---|---|
| Furniture will be spot cleaned | weekly |
| Microfibers, rags, mops to be cleaned/laundered to avoid odor | daily |
| Dust exterior doors and frames of lockers, partitions, and ledges | weekly |
| Floor drains will be inspected and cleaned.  Floor drain lids lifted and | 1 day per month |

| | |
|---|---|
| cleaned (to be coordinated with building engineer). | |
| Finger marks and stains will be removed from glass desks, table tops, door glass, and display cases | 3 times per week |
| All graffiti shall be removed as it appears from the interior | daily |
| Exterior sidewalk cleaning; all sidewalk extensions of buildings to be swept and kept clean 8 meters on either side of & perpendicular to entrance | daily |
| All outside garbage receptacles at building entrance to be emptied daily | daily |
| Clean and sanitize all waste receptacles, sinks, tables and countertops | daily |
| Window ledges and tracks will be dusted and wiped | monthly |
| All metal surfaces, including push plates and kick plates will be cleaned and polished | monthly |
| Spot cleaning of ceramic tile and grout | monthly |
| Clean the interior of all paper towel and soap dispensers | monthly |

| PROJECT/SEASONAL WORK | FREQUENCY (unless specified otherwise) |
|---|---|
| Wash all walls in entrances, hallways and classrooms | 1 time per year |
| Hard surfaces scrubbed and recoated (two coats) | 2 time per year |
| Hard surfaces burnished/polished | 2 time per year |
| Hard surfaces stripped and refinished | 1 time per year |
| Wash walls in offices | 1 time per year |
| Extraction clean all carpets | 1 time per year |
| Wash all building outside perimeter windows on the first floor | 1 time per year |
| All interior glass unless otherwise specified | 2 time per year |
| All supply, return and exhaust air diffuser grills will be vacuumed and washed | 2 time per year |
| Clean and sanitize tables and chairs including tops and underneath surfaces, legs and arms including removing gum, etc. | 2 time per year |
| Service rooms: Boiler, Electrical, Mechanical, communications rooms to be dusted, swept, and/or vacuumed. | 1 time per year |
| Janitor closets | weekly |

*Note: Not all areas will receive floor care at the frequencies noted and reductions may be made for low traffic areas and increase for high traffic areas.

**B.** **Elevated Custodial Services and Frequencies  - YELLOW Level**
   a.   Vendor to provide for Board's review and approval.

6

DocuSign Envelope ID: 8A8FC257-17BC-412D-A83A-6961D0918A3B

**C.  Emergency Custodial Services and Frequencies  - RED Level**
   a.   Vendor to provide for Board's review and approval.
   b.   Based upon Public Health Emergency, Communicable Disease Control Plan, and other urgent concerns.

**D.  Weekly Frequencies**

| Area | Clean/ Sanitize/ Disinfect | Spot Clean | Dust | Clean/ Sanitize/ Disinfect Surfaces | Empty and clean waste | Dry mop floors | Spot clean floors | Damp mopped floors | Vacuum carpets | Burnish floors | Pick up loose trash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Entrances | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Lobbies | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Reception | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Main Office | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Classrooms | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Offices | 5 | 1 | 1 | 2 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Laboratories | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Art Rooms | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Library | 5 | 5 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Auditorium | 1 | 3 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Stage | AN | 1 | 1 | 1 | 5 | 2 | 5 | 5 | N/A | 1 | 5 |
| Music Rm | 5 | 3 | 1 | 3 | 5 | 5 | 5 | 5 | 5 | N/A | 5 |
| Custodian Closet | 1 | 1 | 1 | 1 | 5 | 2 | 1 | 5 | N/A | N/A | 5 |
| Drink Fountains | 5 | 5 | 1 | 5 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Kitchen | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Stairwells | N/A | 5 | 5 | 5 | N/A | 5 | 5 | 5 | N/A | N/A | 5 |
| Corridors | N/A | 1 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Cafeteria | N/A | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Cafeteria Tables | 5 | 5 | 1 | 5 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cafeteria Chairs | 5 | 5 | 1 | 5 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Restrooms | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | N/A | N/A | 5 |
| Locker Rooms and Showers | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | N/A | N/A | 5 |
| Gym | N/A | 1 | 1 | 1 | 5 | 5 | 5 | 5 | N/A | N/A | 5 |

| Wrestling Room | 5 | N/A | 1 | 5 | 5 | 5 | 5 | 5 | N/A | N/A | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gym Bleachers | N/A | 1 | 1 | 1 | N/A | N/A | 5 | N/A | N/A | N/A | 5 |
| Shop Area | N/A | 1 | N/A | N/A | 5 | 5 | 5 | 5 | N/A | N/A | 2 |
| Maint Closets | N/A | 1 | N/A | N/A | 1 | 1 | 1 | N/A | N/A | N/A | 1 |
| Boiler Rm. | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Elevator | 1 | 1 | 1 | 1 | N/A | 5 | 5 | 5 | N/A | N/A | 5 |
| Lounges, Staff Rooms | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 |
| Medical Rooms | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 5 | N/A | 1 | 5 |

For entities (spaces, areas, rooms, fixtures, surfaces, or other items) where frequencies are not specified in Sections A, B, C, or D above, Vendor shall recommend a cleaning plan for CPS's approval to include the type and frequency of services.

**E. Description of General Tasks and Expectation**

Below the Board highlights general cleaning tasks including but not limited to all those that may be applicable to the scope in each facility.

**Sweeping/Dust Mopping**
Remove all loose, dry particulate matter including litter, dirt, sand, grit, dust and soil from hard floor surfaces.

*Floor surface should be free from all traces of litter, dirt, sand, grit, dust and soil. Pay special attention to corners and edges, behind doors, under furniture and ensure that tailings are removed completely. Relocate any furniture or other items that were moved to accomplish this task.*

**Damp Mopping and Rinsing**
Apply clean neutral cleaning solution to floor surface, using microfiber pad on pad holder, wipe floor with moistened pad, and allow to dry. If required floors should be rinsed using clean cold water, in certain clinical situations if instructed to do so rinse floors with disinfectant.

*Floor surfaces should be clean, free from dirt, streaks, swirls and loose mop strands. All excess cleaning solution or rinse water removed completely. Walls, baseboards and other surfaces should be free from water marks and splashing.*

**Machine Scrubbing**
Apply clean neutral cleaning solution to floor surface; agitate solution with appropriate pads or brushes, remove soiled solution. If required floors should be rinsed using clean cold water, in certain clinical situations if instructed to do so rinse floors with disinfectant.

*Floor surfaces should be clean, free from dirt, streaks, swirls and tailings. All excess cleaning solution or rinse water removed completely. Walls, baseboards and other surfaces should be free from water marks, splashing and equipment scars.*

**Burnishing**
A restorative technique employed to maintain hard floor surfaces using high speed burnishing machines. Ensure the floor surface has been thoroughly cleaned to remove all loose, dry particulate matter. Loaded pads should be flipped over or replaced. Continue procedure to ensure all irregularities are removed and appropriate depth of shine restored.

Corridor floors and public floors, where accessible and applicable, are to be burnished one (1) to two (2) times per month.

*Floor surfaces, baseboards and furniture should be thoroughly wiped, and dust mopped to remove all dust and particulate matter produced by burnishing procedure. Floor surfaces should have a clean, streak-free, consistent and shiny appearance.*

### Restorative/Deep Scrub
A major restorative technique designed to remove a significant layer of old, soiled floor finish prior to re- coating. Apply a mild stripping solution to floor surfaces, avoid splashing stripping solution onto walls, baseboards and furniture. Allow a few minutes dwell time then using a floor machine equipped with an appropriate dark colored pad agitate solution aggressively. Remove all soiled solution immediately, apply a neutral rinse and allow the floor surface to dry thoroughly. Apply 1-2 thin coats of floor finish and allow the floor surface to dry thoroughly.

Floor scrubbing and refinishing must occur during school breaks such as Spring, Christmas and Summer, where needed to maintain an APPA 2 program. Floor scrubbing and refinishing must be done to floor or floors on a needed basis as well.

*Walls, baseboards, kick-plates, and furniture should be thoroughly cleaned to remove any evidence of stripping solution. Floor surfaces should have a clean, streak-free, consistent, and shiny appearance.*

### Floor Stripping
An aggressive technique designed to remove all existing finishes and sealers to expose the original floor surface. Apply an appropriately mixed stripping solution to floor surfaces, avoid splashing stripping solution onto walls, baseboards, and furniture. Allow a few minutes dwell time then using a floor machine equipped with an appropriate dark colored pad agitate solution aggressively. Remove all soiled solution immediately, apply a neutral rinse and allow the floor surface to dry thoroughly.

Floor Stripping must occur throughout the school building during summer break.

*Walls, baseboards, kick-plates, and furniture should be thoroughly cleaned to remove any evidence of stripping solution. Floor surfaces should have a clean, streak-free, consistent, and dull appearance.*

### Finishing
A technique designed to apply fresh coats of floor finish to a new or recently prepared floor. Floor surface should be completely dry, free from any loose dry particulate matter including dirt, grit, dust and soil. Using a synthetic mop or applicator carefully apply successive thin coats of floor finish in a crosshatch pattern. Avoid splashing floor finish against walls, baseboards, kick-plates and furniture. Ensure each coat is thoroughly dry before applying the next and that all but the final coat is applied approximately 50cm short of the baseboards.

Vendor shall  refrain from using Floor Finish any terrazzo floors in schools. Vendor must apply terrazzo seal on terrazzo floors in schools. A terrazzo seal should be applied.

*Walls, baseboards, kick-plates and furniture should be thoroughly cleaned to remove any evidence of floor finish. Floor surfaces should have a clean, streak-free, consistent, and shiny appearance free from loose mop strands, bubbles, swirls and other evidence suggesting an improper application.*

### High and Low Dusting
A simple technique designed to remove loose, dry particulate matter from horizontal and vertical surfaces by employing either a micro-fiber system or a vacuum equipped with the appropriate attachments.

All surfaces including, desks, furniture, glass table tops, picture frames, plaques, chairs and chair legs cabinets, file holders, work surfaces, telephones, counter tops, sills, doors, door frames, hardware, louvers, baseboards, partitions, sonic dividers, clocks, ceiling ventilators, fans, cold air return grills, overhead pipes and ducts, will be free from loose, dry particulate matter, dust and debris.

 *A simple technique designed to remove loose, dry particulate matter from horizontal and vertical blinds by employing either a micro-fiber system or a vacuum equipped*

### Dusting/Vacuuming Horizontal and Vertical Blinds
with the appropriate attachments.

*Both sides of individual slats to be visible clean and free from dust. Window frames and adjoining areas to be free from dust and debris.*

DocuSign Envelope ID: 8A8FC25F-17BC-412D-A83A-6961D0818A3B

**Vacuuming Acoustic Ceiling Tiles**
A technique to remove dirt, dust and cobwebs using a vacuum equipped with the appropriate attachments.

*Ceiling tiles will be free from dirt, dust, and cobwebs after this procedure.*

**Cleaning Grills and Air Diffusers**
A technique designed to remove dust, dirt and cobwebs using a vacuum equipped with the appropriate attachments, or a damp cloth and a mild detergent solution. Remove most of the dust, dirt and cobwebs mechanically and finish by wiping first with a clean damp cloth and polishing surfaces with a clean dry cloth.

*All surfaces should be clean streak-free and free from dust, dirt, and cobwebs.*

**Patrol Cleaning**

A system used to pick up litter, caring for spills, cleaning desks, tables, counter tops, all washroom fixtures; polishing mirrors, emptying waste containers in designated areas and restocking supplies as required. These tasks are to be performed in addition to any regular routines.

*All floor surfaces should be clean, free from dirt, streaks, swirls, and loose mop strands. All desks, tables, counter tops, washroom fixtures and mirrors should be clean and free from dust, dirt, or stains. Entryway matting to be vacuumed as needed. Exterior building grounds free of litter. Waste container should be clean, and dispensers stocked. Refill soap, hand towel toilet tissue and other dispensers as required.*

**Cleaning-Washrooms**
A system intended to remove finger marks, smudges, stains, and graffiti, using a moistened microfiber cloth, followed by a dry microfiber cloth.

*All dispensers, shelves, brackets, ledges, countertops, walls, stall partitions and doors should be free of finger marks, accumulated dust, dirt, and stains. Refill soap, hand towel toilet tissue and other dispensers as required.*

**Cleaning Washroom Fixtures**
A procedure designed to wash and clean with appropriate products all fixtures, including, taps, basins, exposed piping, brightwork, tanks, toilet seats, toilet bowls and urinals. No powder cleaners shall be used in or on washbasins, toilet bowls or urinals. A touchless cleaning system may be used to spray and disinfect these surfaces where applicable and agreed by CPS.

*All surfaces should be sanitized and free from dust, dirt, soap build up and stains. Always use different cloths for toilets and urinals than for other surfaces. Clean minor mold and mildew in bathroom, locker room and shower areas; provided that, the Vendor shall not be liable for the investigation, remediation or abatement.*

**Cleaning & Servicing Sanitary Receptacles**
A procedure intended to remove, clean and re-stock sanitary receptacles. After removing used sanitary bags, ensure all surfaces are thoroughly cleaned using an appropriate disinfectant. Complete task by installing a clean, new sanitary bag.

*All sanitary receptacles should have new replacement bags and be free from odor, spots, stains, and finger marks.*

**Emptying Waste Containers**
A written procedure with visual illustrations must be used to demonstrate how to correctly remove waste and replace plastic liners, when necessary to communicate the proper procedure. Ensure all trash is removed and deposited in designated areas for disposal.

*All trash containers will be emptied, plastic liners replaced as necessary, exterior, and interior surfaces wiped and cleaned as required.*

**Elevator Cleaning**
A procedure designed to clean all interior surfaces, including floors, handrails, doors, control panels, tracks, thresholds, walls, mirrors, and other surfaces.

DocuSign Envelope ID: 8A8FC25F-17BC-442D-A83A-6961D0818A3B

*All floor surfaces including thresholds, tracks, corners, and edges should be thoroughly cleaned. Walk off mats and carpeted areas should be cleaned and vacuumed. Walls, handrails, doors, control panels and other surfaces should be free from dust, dirt, and finger marks. All touchpoints should be sanitized.*

**Compactor/Garbage Collection Areas**
A procedure designed to clean and maintain all surfaces, including floors, walls, and other surfaces.

*All floor surfaces should be free from debris, litter and trash. All trash to be stored in appropriate manner and all receptacles cleaned and odor free and lids should be kept closed when not in use.*

**Janitor Rooms**
A procedure designed to clean and maintain all surfaces, including floors, walls, and other surfaces.

*All floor surfaces should be clean and free from accumulated trash and litter. All fixtures and walls should be free from dust and dirt. Sinks should be empty, dirt and litter free: drains clean, brightwork dust and dirt free with no buildup. All equipment, products and cleaning materials should be cleaned appropriately and stored neatly.*

**Exterior and Entrances**
A procedure designed to monitor and maintain the entrance ways and other outside grounds including the parking lot.

*All entrance ways and sidewalks to the street should be clean and free from accumulated trash, litter, dirt, and snow. As needed, removal of snow and the application of snow melt will be conducted to establish clear and safe entry to the Board property. The entire grounds and parking lot should be policed and free of trash and litter.*

DocuSign Envelope ID: 8A8FC25F-1FBC-412D-A83A-6961D0818A3B

Equipment List

| EQUIPMENT | QTY |
|---|---|
| AutoScrubber - T1 | 32 |
| AutoScrubber - T3 | 241 |
| AutoScrubber - T300 | 2 |
| AutoScrubber - T5 | 97 |
| AutoScrubber - T500 | 1 |
| AutoScrubber - T7 | 22 |
| AutoScruber - T3 | 1 |
| AutoScruber - T300 | 1 |
| Burnisher | 1 |
| Burnisher - B10 | 9 |
| Burnisher - B5 | 99 |
| Burnisher - B7 | 42 |
| Burnisher - BR2000 | 204 |
| Extractor - 1610 | 28 |
| Extractor - E5 | 157 |
| Extractor - R3 | 4 |
| EXTRACTOR E5 | 1 |
| Hawk Roto | 11 |
| Kaivac - 1750 | 148 |
| Kaivac - Omniflex | 357 |
| Orbio - OS3 | 9 |
| Square Scrub - 20" | 1 |
| SquareScrub - 20" | 155 |
| SquareScrub - 28" | 37 |
| Sweeper - 6100 | 8 |
| Sweeper - S5 | 2 |
| Sweeper - S9 | 113 |
| Vacuum - Backpack | 285 |
| Vacuum - Upright | 503 |
| Karcher Upright Vacuum - Sensor 15 | 530 |
| Tennant Auto Scrubber T300 | 137 |
| 20" Pacific Auto Scrubber | 3 |
| Tennant AS T500 | 65 |
| 28" Pacific Auto Scrubber | 1 |
| Tennant T7 | 17 |
| No elevator Imop | 0 |
| Tennant 1200 RPM Cord Buffer 20 in electric high speed | 104 |
| Pacific 20" Electric High Speed | 5 |
| Tennant 2000 rpm Buffer 24" | 98 |
| Pacific 20" Battery Burnisher | 3 |
| Tennant Ride on Buffer | 10 |
| Tennant Carpet Extractor E5 | 146 |
| Tennant Obital Square Scrubber cord | 180 |
| Tennant Wet/DryVac | 173 |
| Tennnant 1600 ride on Carpet extractor | 1 |

*pending validation at Facility transition, and revision, if required

Schedule 4
List of Facilities
Campus Level

| Quality Region | CPS Maintenance Program | Co-Locating? | Property Use | Main Facility Name | Co-locating School Short Name | Main Address | Branch Address | # Buildings | SQFT (Non-Branch) | SQFT (Branch) | Total Campus SQFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-5A | CPS | No | Vacant Land | 3148 S Kedzie | | 3148 S Kedzie Chicago IL 60623 | | 0 | 488459 | | 488459 |
| QS-8B | CPS | No | Vacant Land | 6428 Minerva | | 6428 S Minerva AVENUE, Chicago IL 60637 | | 0 | 5942 | | 5942 |
| QS-7B | CPS | No | Vacant Land | 9100-9300 S Triangular | | 9100 S Vanderpoel AVENUE, Chicago IL 60643 | | 0 | 55524 | | 55524 |
| QS-9B | CPS | No | Vacant Land | 9318 S | | 9345 S Burnside Ave, Chicago IL 60619 | | 0 | 14273 | | 14273 |
| QS-8A | Closed | No | Closed | Ace Tech HS | | 5410 S State STREET, Chicago IL 60609 | | 1 | 68331 | | 68331 |
| QS-9B | CPS | No | Active School | ADDAMS | | 10810 S Avenue H Chicago IL 60617 | | 6 | 62043 | | 62043 |
| QS-4B | CPS | No | Admin Building | Admin Office Near West @ Rudolph | | 110 N Paulina STREET, Chicago IL 60612 | | 1 | 25690 | | 25690 |

Schedule 4
List of Facilities
Campus Level

| QS-4B | CPS | No | Admin Building | Admin Offices @ Bridgeport | 501 W 35th STREET, Chicago IL 60616 | | 1 | 41441 | | 41441 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-8A | CPS | No | Admin Building | Admin Offices @ Colman | 4655 S Dearborn Ave, Chicago IL 60609 | | 1 | 99100 | | 99100 |
| QS-2B | CPS | No | Admin Building | Admin Offices @ Dodge-Garfield Park | 2651 W Washington BOULEVARD, Chicago IL 60612 | | 1 | 72340 | | 72340 |
| QS-8B | CPS | No | Admin Building | Admin Offices @ Pershing East | 3113 S Rhodes AVENUE, Chicago IL 60616 | | 1 | 26200 | | 26200 |
| QS-3B | CPS | No | Active School | AGASSIZ | 2851 N Seminary AVENUE Chicago IL 60657 | | 1 | 57743 | | 57743 |
| QS-4B | CPS | No | Active School | AIR FORCE HS | 3630 S Wells STREET Chicago IL 60609 | | 3 | 68306 | | 68306 |
| QS-1A | CPS | Yes | Active School | ALBANY PARK | EDISON | 4929 N Sawyer AVENUE Chicago IL 60625 | 1 | 104203 | | 104203 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-3B | CPS | No | Active School | ALCOTT ES | | 2625 N Orchard STREET Chicago IL 60614 | | 4 | 70993 | 13200 | 84193 |
| QS-3B | CPS | No | Active School | ALCOTT HS | | 2957 N Hoyne AVENUE Chicago IL 60618 | | 1 | 51852 | | 51852 |
| QS-9A | CPS | No | Active School | ALDRIDGE | | 630 E 131st STREET Chicago IL 60827 | | 1 | 45589 | | 45589 |
| QS-9A | CPS | No | Active School | AMUNDSEN HS | | 5110 N Damen AVENUE Chicago IL 60625 | | 1 | 218950 | | 218950 |
| QS-9A | CPS | Yes | Active School | ARIEL | U OF C - NKO | 1119 E 46th STREET Chicago IL 60653 | | 3 | 147109 | | 147109 |
| QS-9A | CPS | No | Active School | ARMOUR | | 950 W 33rd PLACE Chicago IL 60608 | 911 W 32nd PLACE Chicago IL 60608 | 2 | 51568 | 31274 | 82842 |
| QS-9A | CPS | No | Active School | ARMSTRONG G | | 2110 W Greenleaf AVENUE Chicago IL 60645 | | 4 | 147016 | | 147016 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-3A | CPS | No | Closed | ARMSTRONG L | 5345 W Congress PARKWAYS, Chicago IL 60644 | 1 | 14750 | | | 14750 |
| QS-9A | CPS | No | Active School | ASHBURN | 8300 S St Louis AVENUE Chicago IL 60652 | 1 | 58580 | | | 58580 |
| QS-9A | CPS | No | Active School | ASHE | 8505 S Ingleside AVENUE Chicago IL 60619 | 1 | 55335 | | | 55335 |
| QS-8A | CPS | No | Closed | Attucks | 3813 S Dearborn ave, Chicago IL 60609 | 1 | 0 | | | 0 |
| QS-9A | CPS | No | Active School | AUDUBON | 3500 N Hoyne AVENUE Chicago IL 60618 | 4 | 72489 | | | 72489 |
| QS-9A | CPS | No | Active School | AUSTIN CCA HS | 231 N Pine AVENUE Chicago IL 60644 | 1 | 397258 | | | 397258 |
| QS-9A | CPS | No | Active School | AVALON PARK | 8045 S Kenwood AVENUE Chicago IL 60619 | 3 | 87101 | | | 87101 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | AVONDALE-LOGANDALE | 3212 W George STREET Chicago IL 60618 | | 2 | 138900 | | 138900 |
| QS-9A | CPS | No | Active School | AZUELA | 4707 W Marquette ROAD Chicago IL 60629 | | 1 | 94600 | | 94600 |
| QS-9A | CPS | No | Active School | BACK OF THE YARDS HS | 2111 W 47 STREET Chicago IL 60609 | | 1 | 212285 | | 212285 |
| QS-9A | CPS | No | Active School | BARNARD | 10354 S Charles STREET Chicago IL 60643 | | 1 | 47741 | | 47741 |
| QS-9A | CPS | No | Active School | BARRY | 2828 N Kilbourn AVENUE Chicago IL 60641 | | 2 | 78700 | | 78700 |
| QS-9A | CPS | No | Active School | BARTON | 7650 S Wolcott AVENUE Chicago IL 60620 | | 2 | 82203 | | 82203 |
| QS-9A | CPS | No | Active School | BASS | 1140 W 66th STREET Chicago IL 60621 | | 3 | 85881 | | 85881 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | BATEMAN | 4220 N Richmond STREET Chicago IL 60618 | | 2 | 151694 | | 151694 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BEARD | 6445 W Strong STREET Chicago IL 60656 | | 3 | 58224 | | 58224 |
| QS-9A | CPS | No | Active School | BEASLEY | 5255 S State STREET Chicago IL 60609 | 5165 S State STREET Chicago IL 60609 | 2 | 140200 | 14784 | 154984 |
| QS-9A | CPS | No | Active School | BEAUBIEN | 5025 N Laramie AVENUE Chicago IL 60630 | | 3 | 117451 | | 117451 |
| QS-9A | CPS | No | Active School | BEETHOVEN | 25 W 47th STREET Chicago IL 60609 | | 2 | 92185 | | 92185 |
| QS-9A | CPS | No | Active School | BEIDLER | 3151 W Walnut STREET Chicago IL 60612 | | 2 | 86770 | | 86770 |
| QS-9A | CPS | No | Active School | BELDING | 4257 N Tripp AVENUE Chicago IL 60641 | 4207 W Irving Park ROAD Chicago IL 60641 | 3 | 69480 | 4360 | 73840 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BELL | | 3730 N Oakley AVENUE Chicago IL 60618 | | 2 | 112084 | | 112084 |
| QS-9A | CPS | Yes | Active School | BELMONT-CRAGIN | NORTHWEST | 5252 W Palmer STREET Chicago IL 60639 | 6041 W Diversey AVENUE Chicago IL 60639 | 3 | 118211 | 33635 | 151846 |
| QS-9A | CPS | No | Active School | BENNETT | | 10115 S Prairie AVENUE Chicago IL 60628 | | 1 | 67595 | | 67595 |
| QS-9A | CPS | No | Active School | BLACK | | 9101 S Euclid AVENUE Chicago IL 60617 | 7133 S Coles AVENUE Chicago IL 60649 | 3 | 36050 | 34329 | 70379 |
| QS-9A | CPS | No | Active School | BLAINE | | 1420 W Grace STREET Chicago IL 60613 | | 3 | 98646 | | 98646 |
| QS-9A | CPS | No | Active School | BLAIR | | 6751 W 63rd PLACE Chicago IL 60638 | | 2 | 37948 | | 37948 |
| QS-9A | CPS | No | Active School | BOGAN HS | | 3939 W 79th STREET Chicago IL 60652 | | 2 | 185411 | | 185411 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BOND | | 7050 S May STREET Chicago IL 60621 | 2 | 104126 | 104126 |
| QS-7A | CPS | No | Closed | Bontemps | | 1241 W 58th STREET, Chicago IL 60636 | 1 | 53600 | 53600 |
| QS-9A | CPS | No | Active School | BOONE | | 6710 N Washtenaw AVENUE Chicago IL 60645 | 3 | 92344 | 92344 |
| QS-9A | CPS | No | Active School | BOUCHET | | 7355 S Jeffery BOULEVARD Chicago IL 60649 | 5 | 141329 | 141329 |
| QS-9A | CPS | Yes | Active School | BOWEN HS | NOBLE - BAKER HS | 2710 E 89th STREET Chicago IL 60617 | 5 | 296441 | 296441 |
| QS-9A | CPS | No | Active School | BRADWELL | | 7736 S Burnham AVENUE Chicago IL 60649 | 4 | 143266 | 143266 |
| QS-9A | CPS | No | Active School | BRENNEMA NN | | 4251 N Clarendon AVENUE Chicago IL 60613 | 2 | 53422 | 53422 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BRENTANO | | 2723 N Fairfield AVENUE Chicago IL 60647 | | 1 | 117104 | | 117104 |
| QS-9A | CPS | No | Active School | BRIDGE | | 3800 N New England AVENUE Chicago IL 60634 | 7001 W Addison AVENUE Chicago IL 60634 | 4 | 89454 | 37480 | 126934 |
| QS-9A | CPS | No | Active School | BRIGHT | | 10740 S Calhoun AVENUE Chicago IL 60617 | | 2 | 90919 | | 90919 |
| QS-9A | CPS | No | Active School | BRIGHTON PARK | | 3825 S Washtenaw AVENUE Chicago IL 60632 | | 3 | 80730 | | 80730 |
| QS-9A | CPS | No | Active School | BRONZEVILLE CLASSICAL | | 8 W Root STREET Chicago IL 60609 | | 1 | 63929 | | 63929 |
| QS-9A | CPS | Yes | Active School | BRONZEVILLE HS | WILLIAMS HS | 4934 S Wabash AVENUE Chicago IL 60615 | | 2 | 410375 | | 410375 |
| QS-9A | CPS | No | Active School | BROOKS HS | | 250 E 111th STREET Chicago IL 60628 | | 5 | 264710 | | 264710 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BROWN R | 12607 S Union AVENUE Chicago IL 60628 | | 1 | 36229 | 36229 |
| QS-9A | CPS | No | Active School | BROWN W | 54 N Hermitage AVENUE Chicago IL 60612 | | 2 | 63290 | 63290 |
| QS-9A | CPS | No | Active School | BROWNELL | 6741 S Michigan AVENUE Chicago IL 60637 | | 1 | 42620 | 42620 |
| QS-9A | CPS | No | Active School | BRUNSON | 932 N Central AVENUE Chicago IL 60651 | | 1 | 102700 | 102700 |
| QS-9B | CPS | No | Closed | Buckingham | 9207 S Phillips AVE, Chicago IL 60617 | | 1 | 14272 | 14272 |
| QS-9A | CPS | No | Active School | BUDLONG | 2701 W Foster AVENUE Chicago IL 60625 | | 4 | 102352 | 102352 |
| QS-9A | CPS | No | Active School | BURBANK | 2035 N Mobile AVENUE Chicago IL 60639 | | 2 | 165364 | 165364 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BURKE | 5356 S King DRIVE Chicago IL 60615 | | 2 | 73963 | 73963 |
| QS-9A | CPS | No | Active School | BURLEY | 1630 W Barry AVENUE Chicago IL 60657 | | 2 | 58527 | 58527 |
| QS-9B | CPS | No | Vacant Land | Burley | 13311 S Burley AVENUE, Chicago IL 60633 | | 0 | 2807 | 2807 |
| QS-9A | CPS | No | Active School | BURNHAM | 9928 S Crandon AVENUE Chicago IL 60617 | | 4 | 82156 | 82156 |
| QS-9B | CPS | No | Closed | Burnham Anthony Branch | 9800 S Torrence AVENUE, Chicago IL 60617 | | 1 | 15103 | 15103 |
| QS-9A | CPS | No | Active School | BURNSIDE | 650 E 91st PLACE Chicago IL 60619 | | 3 | 122945 | 122945 |
| QS-9A | CPS | No | Active School | BURR | 1621 W Wabansia AVENUE Chicago IL 60622 | | 1 | 60929 | 60929 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | BURROUGHS | 3542 S Washtenaw AVENUE Chicago IL 60632 | | 2 | 53251 | 53251 |
| QS-9A | CPS | No | Active School | BYRNE | 5329 S Oak Park AVENUE Chicago IL 60638 | | 4 | 78340 | 78340 |
| QS-9A | CPS | No | Active School | CALDWELL | 8546 S Cregier AVENUE Chicago IL 60617 | | 4 | 64483 | 64483 |
| QS-2B | CPS | No | Closed | Calhoun | 2833 W Adams ST, Chicago IL 60612 | | 1 | 76400 | 76400 |
| QS-9A | CPS | No | Active School | CALMECA | 3456 W 38th STREET Chicago IL 60632 | | 1 | 108624 | 108624 |
| QS-9A | Opt-in | No | Active School | CAMELOT - EXCEL SOUTHSHORE HS | 7530 S South Shore DRIVE Chicago IL 60649 | | 1 | 42300 | 42300 |
| QS-9A | CPS | No | Active School | CAMERON | 1234 N Monticello AVENUE Chicago IL 60651 | | 2 | 137334 | 137334 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CAMRAS | 3000 N Mango AVENUE Chicago IL 60634 | | 2 | 125430 | | 125430 |
| QS-9A | CPS | No | Active School | CANTY | 3740 N Panama AVENUE Chicago IL 60634 | | 4 | 103578 | | 103578 |
| QS-9A | CPS | No | Active School | CARDENAS | 2345 S Millard AVENUE Chicago IL 60623 | 2524 S Central Park AVENUE Chicago IL 60623 | 4 | 65670 | 84116 | 149786 |
| QS-9A | CPS | No | Active School | CARNEGIE | 1414 E 61st PLACE Chicago IL 60637 | | 3 | 63979 | | 63979 |
| QS-9A | CPS | No | Active School | CARROLL | 2929 W 83rd STREET Chicago IL 60652 | 2601 W 80th STREET Chicago IL 60652 | 3 | 26642 | 58992 | 85634 |
| QS-9A | CPS | No | Active School | CARSON | 5516 S Maplewood AVENUE Chicago IL 60629 | | 2 | 138015 | | 138015 |
| QS-9A | CPS | No | Active School | CARTER | 5740 S Michigan AVENUE Chicago IL 60637 | | 3 | 86910 | | 86910 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | CARVER G | 901 E 133rd PLACE Chicago IL 60827 | 5 | 110606 | | 110606 |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CARVER MILITARY HS | 13100 S Doty AVENUE Chicago IL 60627 | 1 | 298689 | | 298689 |
| QS-9A | CPS | No | Active School | CASALS | 3501 W Potomac AVENUE Chicago IL 60651 | 1 | 66550 | | 66550 |
| QS-9A | CPS | No | Active School | CASSELL | 11314 S Spaulding AVENUE Chicago IL 60655 | 3 | 41100 | | 41100 |
| QS-9A | CPS | No | Active School | CATHER | 2908 W Washington BOULEVARD Chicago IL 60612 | 1 | 52579 | | 52579 |
| QS-9A | CPS | No | Active School | CHALMERS | 2745 W Roosevelt ROAD Chicago IL 60608 | 2 | 68184 | | 68184 |
| QS-9A | CPS | No | Active School | CHAPPELL | 2131 W Foster AVENUE Chicago IL 60625 | 3 | 87149 | | 87149 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | CHASE | | 2021 N Point STREET Chicago IL 60647 | | 2 | 84715 | | 84715 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CHAVEZ | | 4747 S Marshfield AVENUE Chicago IL 60609 | 4831 S Hermitage AVENUE Chicago IL 60609 | 3 | 68408 | 29072 | 97480 |
| QS-9A | Opt-in | No | Active School | CHIARTS HS | | 2714 W Augusta BOULEVARD Chicago IL 60622 | | 3 | 171400 | | 171400 |
| QS-9A | CPS | Yes | Active School | CHICAGO ACADEMY ES | CHICAGO ACADEMY HS | 3400 N Austin AVENUE Chicago IL 60634 | | 2 | 250844 | | 250844 |
| QS-9A | CPS | No | Active School | CHICAGO AGRICULTURE HS | | 3857 W 111th STREET Chicago IL 60655 | | 3 | 192250 | | 192250 |
| QS-9A | CPS | No | Active School | CHICAGO MILITARY HS | | 3533 S Giles AVENUE Chicago IL 60653 | | 2 | 121900 | | 121900 |
| QS-9A | Opt-in | No | Active School | CHICAGO TECH HS | | 1301 W 14th STREET Chicago IL 60608 | | 1 | 48600 | | 48600 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CHICAGO VOCATIONAL HS | 2100 E 87th STREET Chicago IL 60617 | | 4 | 684248 | 684248 |
| QS-9A | CPS | No | Active School | CHOPIN | 2450 W Rice STREET Chicago IL 60622 | | 1 | 96895 | 96895 |
| QS-9A | CPS | No | Active School | CHRISTOPHER | 5042 S Artesian AVENUE Chicago IL 60632 | | 3 | 76800 | 76800 |
| QS-9B | CPS | No | Closed | CICS-HAWKINS | 801 E 133rd PLACE, Chicago IL 60827 | | 1 | 144504 | 144504 |
| QS-9A | CPS | No | Active School | CLAREMONT | 2300 W 64th STREET Chicago IL 60636 | | 1 | 112806 | 112806 |
| QS-9A | CPS | No | Active School | CLARK ES | 1045 S Monitor AVENUE Chicago IL 60644 | | 2 | 43600 | 43600 |
| QS-9A | CPS | No | Active School | CLARK HS | 5101 W Harrison STREET Chicago IL 60644 | | 1 | 150700 | 150700 |
| QS-9A | CPS | No | Active School | CLAY | 13231 S Burley AVENUE Chicago IL 60633 | 3340 E 134th STREET Chicago IL 60633 | 3 | 81950 | 9820 | 91770 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CLEMENTE HS | | 1147 N Western AVENUE Chicago IL 60622 | | 2 | 433342 | 433342 |
| QS-9A | CPS | No | Active School | CLEVELAND | | 3121 W Byron STREET Chicago IL 60618 | | 2 | 97461 | 97461 |
| QS-9A | CPS | No | Active School | CLINTON | | 6110 N Fairfield AVENUE Chicago IL 60659 | | 3 | 136047 | 136047 |
| QS-9A | CPS | No | Active School | CLISSOLD | | 2350 W 110th PLACE Chicago IL 60643 | | 2 | 63257 | 63257 |
| QS-9A | CPS | No | Active School | COLEMON | | 1441 W 119th STREET Chicago IL 60643 | | 1 | 34600 | 34600 |
| QS-9A | CPS | No | Active School | COLES | | 8442 S Phillips AVENUE Chicago IL 60617 | | 6 | 94614 | 94614 |
| QS-9A | CPS | Yes | Active School | COLLINS HS | NORTH LAWNDALE - COLLINS HS | 1313 S Sacramento DRIVE Chicago IL 60623 | | 3 | 206018 | 206018 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | COLUMBIA EXPLORERS | | 4520 S Kedzie AVENUE Chicago IL 60632 | 4628 S Kedzie AVENUE Chicago IL 60632 | 4 | 90500 | 17552 | 108052 |
| QS-9A | CPS | No | Active School | COLUMBUS | | 1003 N Leavitt STREET Chicago IL 60622 | | 2 | 39036 | | 39036 |
| QS-9A | CPS | No | Active School | COOK | | 8150 S Bishop STREET Chicago IL 60620 | | 2 | 98500 | | 98500 |
| QS-9A | CPS | No | Active School | COONLEY | | 4046 N Leavitt STREET Chicago IL 60618 | | 4 | 107635 | | 107635 |
| QS-9A | CPS | No | Active School | COOPER | | 1624 W 19th STREET Chicago IL 60608 | | 2 | 131200 | | 131200 |
| QS-9A | CPS | No | Active School | CORKERY | | 2510 S Kildare AVENUE Chicago IL 60623 | | 2 | 71668 | | 71668 |
| QS-9A | CPS | Yes | Active School | CORLISS HS | NOBLE - BUTLER HS | 821 E 103rd STREET Chicago IL 60628 | | 2 | 272651 | | 272651 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | COURTENAY | 4420 N Beacon STREET Chicago IL 60640 | | 2 | 112070 | | 112070 |
| QS-2A | CPS | No | Closed | Courtenay CPC @ Stockton | 4425 N Magnolia Ave, Chicago IL 60640 | | 1 | 7700 | | 7700 |
| QS-5B | CPS | No | Warehouse | CPS Warehouse | 4720 S St. Louis AVENUE, Chicago IL 60632 | | 2 | 249000 | | 249000 |
| QS-9A | CPS | No | Active School | CRANE MEDICAL HS | 2245 W Jackson BOULEVARD Chicago IL 60612 | | 2 | 419415 | | 419415 |
| QS-9A | CPS | No | Active School | CROWN | 2128 S Saint Louis AVENUE Chicago IL 60623 | | 1 | 63352 | | 63352 |
| QS-9A | CPS | No | Active School | CUFFE | 8324 S Racine AVENUE Chicago IL 60620 | | 1 | 82120 | | 82120 |
| QS-9A | CPS | No | Active School | CULLEN | 10650 S Eberhart AVENUE Chicago IL 60628 | | 1 | 25927 | | 25927 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | CURIE HS | 4959 S Archer AVENUE Chicago IL 60632 | | 2 | 415577 | | 415577 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | CURTIS | 11445 S State STREET Chicago IL 60628 | | 2 | 103610 | | 103610 |
| QS-9A | CPS | No | Active School | DALEY | 5024 S Wolcott AVENUE Chicago IL 60609 | | 1 | 73350 | | 73350 |
| QS-9A | CPS | No | Active School | DARWIN | 3116 W Belden AVENUE Chicago IL 60647 | | 3 | 121241 | | 121241 |
| QS-9A | CPS | No | Active School | DAVIS M | 6740 S Paulina STREET Chicago IL 60636 | | 1 | 104200 | | 104200 |
| QS-9A | CPS | No | Active School | DAVIS N | 3014 W 39th PLACE Chicago IL 60632 | | 4 | 121557 | | 121557 |
| QS-9A | CPS | No | Active School | DAWES | 3810 W 81st PLACE Chicago IL 60652 | | 3 | 90061 | | 90061 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | DE DIEGO | 1313 N Claremont AVENUE Chicago IL 60622 | | 2 | 238557 | 238557 |
| QS-9A | CPS | No | Active School | DECATUR | 7030 N Sacramento AVENUE Chicago IL 60645 | | 2 | 42434 | 42434 |
| QS-9A | CPS | No | Active School | DENEEN | 7240 S Wabash AVENUE Chicago IL 60619 | | 4 | 87736 | 87736 |
| QS-9A | CPS | No | Active School | DEPRIEST | 139 S Parkside AVENUE Chicago IL 60644 | | 1 | 106650 | 106650 |
| QS-3A | CPS | No | Vacant Land | Depriest Lot | 138 South Parkside Avenue, Chicago IL 60644 | | 0 | 8845 | 8845 |
| QS-9A | CPS | No | Active School | DETT | 2131 W Monroe STREET Chicago IL 60612 | | 1 | 70600 | 70600 |
| QS-2B | CPS | No | Closed | Dett | 2306 W Maypole AVE, Chicago IL 60612 | | 1 | 68494 | 68494 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | DEVER | 3436 N Osceola AVENUE Chicago IL 60634 | | 4 | 66250 | | 66250 |
| QS-9A | CPS | No | Active School | DEWEY | 5415 S Union AVENUE Chicago IL 60609 | | 2 | 86191 | | 86191 |
| QS-9A | CPS | No | Active School | DIRKSEN | 8601 W Foster AVENUE Chicago IL 60656 | 8300 W Addison STREET Chicago IL 60634 | 6 | 122839 | 4712 | 127551 |
| QS-9A | CPS | No | Active School | DISNEY | 4140 N Marine DRIVE Chicago IL 60613 | | 2 | 260140 | | 260140 |
| QS-9A | CPS | No | Active School | DISNEY II ES | 3815 N Kedvale AVENUE Chicago IL 60641 | | 1 | 50560 | | 50560 |
| QS-9A | CPS | No | Active School | DISNEY II HS | 3900 N LAWNDALE AVE Chicago IL 60618 | | 3 | 181923 | | 181923 |
| QS-9A | CPS | No | Active School | DIXON | 8306 S Saint Lawrence AVENUE Chicago IL 60619 | | 1 | 101627 | | 101627 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | DOOLITTLE | 535 E 35th STREET Chicago IL 60616 | | 2 | 112296 | | 112296 |
| QS-9A | CPS | No | Active School | DORE | 7134 W 65th STREET Chicago IL 60638 | 6108 S Natoma AVENUE Chicago IL 60638 | 3 | 113000 | 20216 | 133216 |
| QS-9A | CPS | No | Active School | DOUGLASS HS | 543 N Waller AVENUE Chicago IL 60644 | | 1 | 135210 | | 135210 |
| QS-9A | CPS | Yes | Active School | DRAKE | 2710 S Dearborn STREET Chicago IL 60616 | SOUTHSIDE HS | 2 | 148150 | | 148150 |
| QS-9A | CPS | No | Active School | DRUMMOND | 1845 W Cortland STREET Chicago IL 60622 | | 1 | 47500 | | 47500 |
| QS-9A | CPS | No | Active School | DUBOIS | 330 E 133rd STREET Chicago IL 60827 | | 1 | 27248 | | 27248 |
| QS-9A | CPS | No | Active School | DULLES | 6311 S Calumet AVENUE Chicago IL 60637 | | 1 | 70786 | | 70786 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | DUNBAR HS | 3000 S King DRIVE Chicago IL 60616 | | 1 | 319937 | 319937 |
| QS-9A | CPS | No | Active School | DUNNE | 10845 S Union AVENUE Chicago IL 60628 | | 2 | 34038 | 34038 |
| QS-9A | CPS | No | Active School | DURKIN PARK | 8445 S Kolin AVENUE Chicago IL 60652 | | 5 | 86520 | 86520 |
| QS-9A | CPS | No | Active School | DVORAK | 3615 W 16th STREET Chicago IL 60623 | | 1 | 69287 | 69287 |
| QS-9A | CPS | No | Active School | DYETT ARTS HS | 555 E 51st STREET Chicago IL 60615 | | 2 | 162840 | 162840 |
| QS-9A | CPS | No | Active School | EARHART | 1710 E 93rd STREET Chicago IL 60617 | | 3 | 28152 | 28152 |
| QS-9A | CPS | No | Active School | EARLE | 2040 W 62nd STREET Chicago IL 60636 | | 1 | 67506 | 67506 |
| QS-7A | CPS | No | Closed | Earle | 6121 S Hermitage AVENUE, Chicago IL 60636 | | 3 | 86390 | 86390 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | EBERHART | 3400 W 65th PLACE Chicago IL 60629 | | 3 | 164398 | | 164398 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | EBINGER | 7350 W Pratt AVENUE Chicago IL 60631 | | 2 | 93518 | | 93518 |
| QS-8B | CPS | No | Stadium | Eckersall Stadium | 2426 E 82nd STREET, Chicago IL 60617 | | 1 | 6500 | | 6500 |
| QS-9A | CPS | No | Active School | EDGEBROOK | 6525 N Hiawatha AVENUE Chicago IL 60646 | | 4 | 65590 | | 65590 |
| QS-9A | CPS | No | Active School | EDISON PARK | 6220 N Olcott AVENUE Chicago IL 60631 | | 2 | 60475 | | 60475 |
| QS-9A | CPS | No | Active School | EDWARDS | 4815 S Karlov AVENUE Chicago IL 60632 | 4950 S LaPorte AVENUE Chicago IL 60638 | 5 | 159369 | 15774 | 175143 |
| QS-9A | CPS | No | Active School | ELLINGTON | 243 N Parkside AVENUE Chicago IL 60644 | | 1 | 112380 | | 112380 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | Englewood STEM | 6835 S NORMAL Chicago IL 60621-2535 | | 1 | 160000 | | 160000 |
| QS-9A | CPS | No | Active School | ERICSON | 3600 W 5th AVENUE Chicago IL 60624 | | 1 | 74410 | | 74410 |
| QS-9A | CPS | No | Active School | ESMOND | 1865 W Montvale AVENUE Chicago IL 60643 | | 3 | 53700 | | 53700 |
| QS-9A | CPS | No | Active School | EVERETT | 3419 S Bell AVENUE Chicago IL 60608 | | 2 | 53495 | | 53495 |
| QS-9A | CPS | No | Active School | EVERGREEN | 3537 S Paulina STREET Chicago IL 60609 | | 1 | 50060 | | 50060 |
| QS-9A | CPS | No | Active School | EVERS | 9811 S Lowe AVENUE Chicago IL 60628 | | 1 | 52968 | | 52968 |
| QS-9A | CPS | No | Active School | FAIRFIELD | 6201 S Fairfield AVENUE Chicago IL 60629 | | 1 | 79926 | | 79926 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | FALCONER | 3020 N Lamon AVENUE Chicago IL 60641 | | 2 | 165513 | | 165513 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | FARADAY | 3250 W Monroe STREET Chicago IL 60624 | | 1 | 61645 | | 61645 |
| QS-9A | CPS | No | Active School | FARNSWORTH | 5414 N Linder AVENUE Chicago IL 60630 | | 2 | 81712 | | 81712 |
| QS-9A | CPS | No | Active School | FARRAGUT HS | 2345 S Christiana AVENUE Chicago IL 60623 | | 2 | 359255 | | 359255 |
| QS-9A | CPS | No | Active School | FENGER HS | 11220 S Wallace STREET Chicago IL 60628 | | 1 | 341000 | | 341000 |
| QS-9A | CPS | No | Active School | FERNWOOD | 10041 S Union AVENUE Chicago IL 60628 | | 2 | 67170 | | 67170 |
| QS-9A | CPS | No | Active School | FIELD | 7019 N Ashland AVENUE Chicago IL 60626 | | 3 | 104418 | | 104418 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | FINKL | 2332 S Western AVENUE Chicago IL 60608 | | 1 | 71980 | | 71980 |
| QS-9A | CPS | No | Active School | FISKE | 6020 S Langley AVENUE Chicago IL 60637 | | 2 | 105274 | | 105274 |
| QS-8A | CPS | No | Closed | Fiske | 6145 S Ingleside AVENUE, Chicago IL 60637 | | 1 | 73930 | | 73930 |
| QS-9A | CPS | No | Active School | FOREMAN HS | 3235 N LeClaire AVENUE Chicago IL 60641 | | 2 | 234393 | | 234393 |
| QS-7A | CPS | No | Vacant Land | Formerly Miles Davis | 6717 S Wood STREET, Chicago IL 60636 | | 0 | 55240 | | 55240 |
| QS-9A | CPS | No | Active School | FORT DEARBORN | 9025 S Throop STREET Chicago IL 60620 | | 3 | 106624 | | 106624 |
| QS-9A | CPS | No | Active School | FOSTER PARK | 8530 S Wood STREET Chicago IL 60620 | | 3 | 68005 | | 68005 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | FRANKLIN | 225 W Evergreen AVENUE Chicago IL 60610 | | 1 | 53097 | | 53097 |
| QS-9A | CPS | No | Active School | FRAZIER PROSPECTIVE | 4027 W Grenshaw STREET Chicago IL 60624 | | 1 | 72000 | | 72000 |
| QS-9A | CPS | No | Active School | FULLER | 4214 S St Lawrence AVENUE Chicago IL 60653 | | 1 | 91800 | | 91800 |
| QS-9A | CPS | No | Active School | FULTON | 5300 S Hermitage AVENUE Chicago IL 60609 | | 2 | 96598 | | 96598 |
| QS-9A | CPS | No | Active School | FUNSTON | 2010 N Central Park AVENUE Chicago IL 60647 | | 3 | 107729 | | 107729 |
| QS-9A | CPS | No | Active School | GAGE PARK HS | 5630 S Rockwell STREET Chicago IL 60629 | | 1 | 219411 | | 219411 |
| QS-9A | CPS | No | Active School | GALE | 1631 W Jonquil TERRACE Chicago IL 60626 | | 3 | 157816 | | 157816 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | GALILEO | 820 S Carpenter STREET Chicago IL 60607 | | 2 | 102703 | | 102703 |
| QS-9A | CPS | No | Active School | GALLISTEL | 10347 S Ewing AVENUE Chicago IL 60617 | | 4 | 94577 | | 94577 |
| QS-9A | CPS | No | Active School | GARVEY | 10309 S Morgan STREET Chicago IL 60643 | | 1 | 55354 | | 55354 |
| QS-9A | CPS | No | Active School | GARVY | 5225 N Oak Park AVENUE Chicago IL 60656 | | 3 | 79665 | | 79665 |
| QS-9A | CPS | No | Active School | GARY | 3740 W 31st STREET Chicago IL 60623 | | 3 | 132193 | | 132193 |
| QS-9A | CPS | No | Stadium | Gately Stadium | 810 E 103rd STREET, Chicago IL 60628 | | 1 | 7200 | | 7200 |
| QS-9A | CPS | No | Active School | GILLESPIE | 9301 S State STREET Chicago IL 60619 | | 2 | 91300 | | 91300 |
| QS-9A | Opt-in | No | Active School | GLOBAL CITIZENSHIP | 4941 W 46th STREET Chicago IL 60638 | | 1 | 29461 | | 29461 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | GOETHE | 2236 N Rockwell STREET Chicago IL 60647 | | 2 | 80028 | | 80028 |
| QS-4A | CPS | No | Closed | Goldblatt | 4257 W Adams STREET, Chicago IL 60624 | | 2 | 61378 | | 61378 |
| QS-9B | CPS | No | Closed | Goldsmith | 10211 S Crandon AVENUE, Chicago IL 60617 | | 1 | 14559 | | 14559 |
| QS-9A | CPS | No | Active School | GOODE HS | 7651 S Homan AVENUE Chicago IL 60652 | | 1 | 208200 | | 208200 |
| QS-9A | CPS | No | Active School | GOUDY | 5120 N Winthrop AVENUE Chicago IL 60640 | | 3 | 98019 | | 98019 |
| QS-9A | CPS | No | Active School | GRAHAM ES | 4436 S Union AVENUE Chicago IL 60609 | 745 W 45th STREET Chicago IL 60609 | 2 | 73500 | 43000 | 116500 |
| QS-9A | CPS | No | Active School | GRAHAM HS | 2347 S Wabash AVENUE Chicago IL 60616 | | 2 | 23403 | | 23403 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | GRAY | 3730 N Laramie AVENUE Chicago IL 60641 | | 3 | 129990 | | 129990 |
| QS-9A | CPS | No | Active School | GREELEY | 832 W Sheridan ROAD Chicago IL 60613 | | 1 | 60718 | | 60718 |
| QS-9A | CPS | No | Active School | GREEN | 1150 W 96th STREET Chicago IL 60643 | | 1 | 40088 | | 40088 |
| QS-9A | CPS | No | Active School | GREENE | 3525 S Honore STREET Chicago IL 60609 | | 1 | 82455 | | 82455 |
| QS-9A | CPS | No | Active School | GREGORY | 3715 W Polk STREET Chicago IL 60624 | | 3 | 109900 | | 109900 |
| QS-9A | CPS | No | Active School | GRESHAM | 8524 S Green STREET Chicago IL 60620 | | 3 | 113339 | | 113339 |
| QS-9A | CPS | No | Active School | GRIMES | 5450 W 64th PLACE Chicago IL 60638 | 4918 W 64th STREET Chicago IL 60638 | 4 | 26907 | 13953 | 40860 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | GRISSOM | 12810 S Escanaba AVENUE Chicago IL 60633 | | 2 | 31615 | | 31615 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | GUNSAULUS | 4420 S Sacramento AVENUE Chicago IL 60632 | | 1 | 106519 | | 106519 |
| QS-9A | CPS | No | Active School | HAINES | 247 W 23rd PLACE Chicago IL 60616 | | 1 | 75558 | | 75558 |
| QS-9A | CPS | No | Active School | HALE | 6140 S Melvina AVENUE Chicago IL 60638 | | 2 | 99233 | | 99233 |
| QS-9A | CPS | No | Active School | HALEY | 11411 S Eggleston AVENUE Chicago IL 60628 | | 2 | 101294 | | 101294 |
| QS-9A | CPS | No | Active School | HAMILTON | 1650 W Cornelia AVENUE Chicago IL 60657 | | 1 | 74643 | | 74643 |
| QS-9A | CPS | No | Active School | HAMLINE | 4747 S Bishop STREET Chicago IL 60609 | 1548 W 48th STREET Chicago IL 60609 | 3 | 79511 | 37552 | 117063 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | HAMMOND | 2819 W 21st PLACE Chicago IL 60623 | | 2 | 59692 | | 59692 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-5A | CPS | No | Vacant Land | Hammond Lot | 2869 West 21st Place, Chicago IL 60623 | | 0 | 9500 | | 9500 |
| QS-9A | CPS | No | Active School | HAMPTON | 3434 W 77th STREET Chicago IL 60652 | | 1 | 98776 | | 98776 |
| QS-6A | CPS | No | Closed | HANCOCK HS | 4034 W 56th STREET Chicago IL 60629 | | 1 | 169086 | | 169086 |
| QS-6A | CPS | No | Active School | HANCOCK HS | 5423 W 64th PLACE Chicago IL 60638 | | 1 | 179600 | | 179600 |
| QS-9A | CPS | No | Active School | HANSON PARK | 5411 W Fullerton AVENUE Chicago IL 60639 | 2318 N Lorel AVENUE Chicago IL 60639 | 4 | 100340 | 32476 | 132816 |
| QS-3A | CPS | No | Stadium | Hanson Park Stadium | 5501 W Fullerton AVENUE, Chicago IL 60639 | | 1 | 10000 | | 10000 |
| QS-9A | CPS | No | Active School | HARLAN HS | 9652 S Michigan AVENUE Chicago IL 60628 | | 3 | 169730 | | 169730 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | HARPER HS | 6520 S Wood STREET Chicago IL 60636 | | 2 | 220787 | | 220787 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | HARTE | 1556 E 56th STREET Chicago IL 60637 | | 3 | 34281 | | 34281 |
| QS-9A | CPS | No | Active School | HARVARD | 7527 S Harvard AVENUE Chicago IL 60620 | | 2 | 80584 | | 80584 |
| QS-9A | CPS | No | Active School | HAUGAN | 4540 N Hamlin AVENUE Chicago IL 60625 | | 2 | 137971 | | 137971 |
| QS-9A | CPS | No | Active School | HAWTHORNE | 3319 N Clifton AVENUE Chicago IL 60657 | | 3 | 71199 | | 71199 |
| QS-9A | CPS | No | Active School | HAY | 1018 N Laramie AVENUE Chicago IL 60651 | | 1 | 94900 | | 94900 |
| QS-9A | CPS | No | Active School | HAYT | 1518 W Granville AVENUE Chicago IL 60660 | | 3 | 118800 | | 118800 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | HEALY | 3010 S Parnell AVENUE Chicago IL 60616 | | 2 | 114704 | | 114704 |
| QS-9A | CPS | No | Active School | HEARST | 4640 S Lamon AVENUE Chicago IL 60638 | | 2 | 84178 | | 84178 |
| QS-9A | CPS | No | Active School | HEDGES | 4747 S Winchester AVENUE Chicago IL 60609 | | 2 | 101940 | | 101940 |
| QS-9A | CPS | No | Active School | HEFFERAN | 4409 W Wilcox STREET Chicago IL 60624 | | 1 | 60934 | | 60934 |
| QS-9A | CPS | No | Active School | HENDERSON | 5650 S Wolcott AVENUE Chicago IL 60636 | | 1 | 81110 | | 81110 |
| QS-9A | CPS | No | Active School | HENDRICKS | 4316 S Princeton AVENUE Chicago IL 60609 | | 1 | 56857 | | 56857 |
| QS-9A | CPS | No | Active School | HENRY | 4250 N Saint Louis AVENUE Chicago IL 60618 | | 2 | 90100 | | 90100 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-4A | CPS | No | Closed | Henson | | 1326 S Avers Avenue, Chicago IL 60623 | | 1 | 64300 | 64300 |
| QS-4A | CPS | No | Vacant Land | Henson Lot | | 1334 S Avers Avenue, Chicago IL 60623 | | 0 | 2978 | 2978 |
| QS-9A | CPS | No | Active School | HERNANDEZ | | 3510 W 55th STREET Chicago IL 60632 | | 1 | 127162 | 127162 |
| QS-9A | Opt-in | Yes | Active School | HERZL | FRAZIER CHARTER | 3711 W Douglas BOULEVARD Chicago IL 60623 | | 2 | 151436 | 151436 |
| QS-9A | CPS | No | Active School | HIBBARD | | 3244 W Ainslie STREET Chicago IL 60625 | | 2 | 169900 | 169900 |
| QS-9A | CPS | No | Active School | HIGGINS | | 11710 S Morgan STREET Chicago IL 60643 | | 2 | 51303 | 51303 |
| QS-9A | CPS | No | Active School | HIRSCH HS | | 7740 S Ingleside AVENUE Chicago IL 60619 | | 1 | 217770 | 217770 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | HITCH | | 5625 N McVicker AVENUE Chicago IL 60646 | | 2 | 82050 | 82050 |
| QS-9A | CPS | No | Active School | HOLDEN | | 1104 W 31st STREET Chicago IL 60608 | | 3 | 99762 | 99762 |
| QS-9A | CPS | No | Active School | HOLMES | | 955 W Garfield BOULEVARD Chicago IL 60621 | | 3 | 67141 | 67141 |
| QS-9A | CPS | Yes | Active School | HOPE HS | KIPP - BLOOM | 5515 S Lowe AVENUE Chicago IL 60621 | | 1 | 159500 | 159500 |
| QS-9A | Opt-in | Yes | Active School | HOPE LEARNING ACADEMY | RUDOLPH | 1628 W Washington BOULEVARD Chicago IL 60612 | | 2 | 263250 | 263250 |
| QS-9A | CPS | No | Active School | HOWE | | 720 N Lorel AVENUE Chicago IL 60644 | | 2 | 69535 | 69535 |
| QS-9A | CPS | No | Active School | HOYNE | | 8905 S Crandon AVENUE Chicago IL 60617 | | 2 | 27984 | 27984 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | HUBBARD HS | | 6200 S Hamlin AVENUE Chicago IL 60629 | | 3 | 218200 | 218200 |
| QS-9A | CPS | No | Active School | HUGHES C | | 4247 W 15th STREET Chicago IL 60623 | | 1 | 49043 | 49043 |
| QS-9A | CPS | No | Active School | HUGHES L | | 240 W 104th STREET Chicago IL 60628 | | 1 | 100000 | 100000 |
| QS-9A | CPS | No | Active School | HURLEY | | 3849 W 69th PLACE Chicago IL 60629 | | 5 | 55250 | 55250 |
| QS-9A | CPS | No | Active School | HYDE PARK HS | | 6220 S Stony Island AVENUE Chicago IL 60637 | | 4 | 324961 | 324961 |
| QS-9A | CPS | No | Active School | INFINITY HS | MULTICULTURAL HS, SOCIAL JUSTICE HS, WORLD LANGUAGE HS | 3120 S Kostner AVENUE Chicago IL 60623 | | 1 | 290134 | 290134 |
| QS-9A | CPS | No | Active School | INTER-AMERICAN | | 851 W Waveland AVENUE Chicago IL 60613 | | 2 | 110443 | 110443 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | IRVING | 749 S Oakley BOULEVARD Chicago IL 60612 | | 1 | 55148 | | 55148 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | JACKSON A | 1340 W Harrison STREET Chicago IL 60607 | | 1 | 74135 | | 74135 |
| QS-9A | CPS | No | Active School | JACKSON M | 917 W 88th STREET Chicago IL 60620 | | 1 | 74586 | | 74586 |
| QS-9A | CPS | No | Active School | JAHN | 3149 N Wolcott AVENUE Chicago IL 60657 | | 1 | 83029 | | 83029 |
| QS-9A | CPS | No | Active School | JAMIESON | 5650 N Mozart STREET Chicago IL 60659 | | 4 | 111599 | | 111599 |
| QS-9A | CPS | No | Active School | JENSEN | 3030 W Harrison STREET Chicago IL 60612 | | 2 | 64440 | | 64440 |
| QS-9A | CPS | No | Active School | JOHNSON | 1420 S Albany AVENUE Chicago IL 60623 | | 2 | 71422 | | 71422 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | JONES HS | 700 S State STREET Chicago IL 60605 | | 5 | 383631 | | 383631 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | JOPLIN | 7931 S Honore STREET Chicago IL 60620 | | 1 | 77483 | | 77483 |
| QS-9A | CPS | No | Active School | JORDAN | 7414 N Wolcott AVENUE Chicago IL 60626 | | 1 | 66950 | | 66950 |
| QS-9A | CPS | No | Active School | JUAREZ HS | 1510 W Cermak ROAD Chicago IL 60608 | | 3 | 256400 | | 256400 |
| QS-9A | CPS | No | Active School | JULIAN HS | 10330 S Elizabeth STREET Chicago IL 60643 | | 3 | 266404 | | 266404 |
| QS-9A | CPS | No | Active School | JUNGMAN | 1746 S Miller STREET Chicago IL 60608 | | 2 | 69850 | | 69850 |
| QS-9A | CPS | No | Active School | KANOON | 2233 S Kedzie AVENUE Chicago IL 60623 | | 1 | 67900 | | 67900 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | KELLER | 3020 W 108th STREET Chicago IL 60655 | | 1 | 36864 | | 36864 |
| QS-9A | CPS | No | Active School | KELLMAN | 3030 W Arthington STREET Chicago IL 60612 | | 1 | 75510 | | 75510 |
| QS-9A | CPS | No | Active School | KELLOGG | 9241 S Leavitt STREET Chicago IL 60620 | | 3 | 30843 | | 30843 |
| QS-9A | CPS | No | Active School | KELLY HS | 4136 S California AVENUE Chicago IL 60632 | | 2 | 298432 | | 298432 |
| QS-9A | CPS | No | Active School | KELVYN PARK HS | 4343 W Wrightwood AVE Chicago IL 60639 | | 2 | 188084 | | 188084 |
| QS-9A | CPS | No | Active School | KENNEDY HS | 6325 W 56th STREET Chicago IL 60638 | | 1 | 233791 | | 233791 |
| QS-9A | CPS | No | Active School | KENWOOD HS | 5015 S Blackstone AVENUE Chicago IL 60615 | 4959 S Blackstone AVENUE Chicago IL 60615 | 5 | 272432 | 41382 | 313814 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | KERSHAW | 6450 S Lowe AVENUE Chicago IL 60621 | | 1 | 51900 | 51900 |
| QS-9A | CPS | No | Active School | KILMER | 6700 N Greenview AVENUE Chicago IL 60626 | | 2 | 106366 | 106366 |
| QS-9A | CPS | No | Active School | KING ES | 644 W 71st STREET Chicago IL 60621 | | 1 | 71892 | 71892 |
| QS-9A | CPS | No | Active School | KING HS | 4445 S Drexel BOULEVARD Chicago IL 60653 | | 1 | 310545 | 310545 |
| QS-9A | CPS | No | Active School | KINZIE | 5625 S Mobile AVENUE Chicago IL 60638 | | 1 | 111615 | 111615 |
| QS-9A | CPS | No | Active School | KIPLING | 9351 S Wallace STREET Chicago IL 60620 | | 3 | 34919 | 34919 |
| QS-9A | Opt-in | No | Active School | KIPP - ACADEMY | 4818 W Ohio STREET Chicago IL 60644 | | 1 | 35633 | 35633 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Closed | KOHN | 10414 S State STREET, Chicago IL 60628 | 1 | 60624 | | 60624 |
| QS-9A | CPS | No | Active School | KOZMINSKI | 936 E 54th STREET Chicago IL 60615 | 2 | 100709 | | 100709 |
| QS-9A | CPS | No | Active School | LAKE VIEW HS | 4015 N Ashland AVENUE Chicago IL 60613 | 3 | 266099 | | 266099 |
| QS-3B | CPS | No | Stadium | Lane Stadium | 2501 W Addison STREET, Chicago IL 60618 | 1 | 20000 | | 20000 |
| QS-9A | CPS | No | Active School | LANE TECH HS | 2501 W Addison STREET Chicago IL 60618 | 2 | 713935 | | 713935 |
| QS-9A | CPS | No | Active School | LANGFORD | 6010 S Throop STREET Chicago IL 60636 | 1 | 78575 | | 78575 |
| QS-8B | CPS | No | Vacant Land | Langley Lot (Till Lot) | 6523-5 South Langley Avenue, Chicago IL 60637 | 0 | 5788 | | 5788 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | LARA | 4619 S Wolcott AVENUE Chicago IL 60609 | | 1 | 67964 | | 67964 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | LASALLE | 1734 N Orleans STREET Chicago IL 60614 | | 1 | 47156 | | 47156 |
| QS-9A | CPS | No | Active School | LASALLE II | 1148 N Honore STREET Chicago IL 60622 | | 2 | 92173 | | 92173 |
| QS-9A | CPS | No | Active School | LAVIZZO | 138 W 109th STREET Chicago IL 60628 | | 1 | 83900 | | 83900 |
| QS-9A | CPS | No | Active School | LAWNDALE | 3500 W Douglas BOULEVARD Chicago IL 60623 | | 2 | 116650 | | 116650 |
| QS-9A | CPS | No | Active School | LEE | 6448 S Tripp AVENUE Chicago IL 60629 | | 5 | 56882 | | 56882 |
| QS-9A | CPS | No | Active School | LELAND | 512 S Lavergne AVENUE Chicago IL 60644 | | 4 | 109407 | | 109407 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | LENART | 8101 S LaSalle STREET Chicago IL 60620 | | 1 | 60474 | | 60474 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | LEWIS | 1431 N Leamington AVENUE Chicago IL 60651 | | 2 | 128953 | | 128953 |
| QS-9A | CPS | No | Active School | LIBBY | 5300 S Loomis BOULEVARD Chicago IL 60609 | | 2 | 115600 | | 115600 |
| QS-9A | CPS | No | Active School | LINCOLN | 615 W Kemper PLACE Chicago IL 60614 | | 3 | 115536 | | 115536 |
| QS-9A | CPS | No | Active School | LINCOLN PARK HS | 2001 N Orchard STREET Chicago IL 60614 | | 4 | 341821 | | 341821 |
| QS-9A | CPS | No | Active School | LINDBLOM HS | 6130 S Wolcott AVENUE Chicago IL 60636 | | 1 | 305788 | | 305788 |
| QS-9A | CPS | No | Active School | LITTLE VILLAGE | 2620 S Lawndale AVENUE Chicago IL 60623 | | 2 | 73770 | | 73770 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | LLOYD | 2103 N Lamon AVENUE Chicago IL 60639 | | 5 | 150436 | | 150436 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | LOCKE J | 2845 N Newcastle AVENUE Chicago IL 60634 | | 4 | 117116 | | 117116 |
| QS-9A | CPS | No | Active School | LORCA | 3231 N Springfield AVENUE Chicago IL 60618 | | 1 | 105599 | | 105599 |
| QS-9A | CPS | No | Active School | LOVETT | 6333 W Bloomingdale AVENUE Chicago IL 60639 | | 2 | 85200 | | 85200 |
| QS-9A | CPS | No | Active School | LOWELL | 3320 W Hirsch STREET Chicago IL 60651 | | 4 | 136125 | | 136125 |
| QS-9A | CPS | No | Active School | LOZANO | 1501 N Greenview AVENUE Chicago IL 60642 | | 1 | 57885 | | 57885 |
| QS-9A | CPS | No | Active School | LYON | 2941 N McVicker AVENUE Chicago IL 60634 | | 3 | 117576 | | 117576 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | MADERO | 3202 W 28th STREET Chicago IL 60623 | | 1 | 62071 | 62071 |
| QS-9A | CPS | No | Active School | MADISON | 7433 S Dorchester AVENUE Chicago IL 60619 | | 2 | 67700 | 67700 |
| QS-6A | CPS | No | Parking Lot | Major Lot | 6400 South Major Avenue, Chicago IL 60638 | | 0 | 48500 | 48500 |
| QS-9A | CPS | No | Active School | MANIERRE | 1420 N Hudson AVENUE Chicago IL 60610 | | 4 | 87876 | 87876 |
| QS-9A | CPS | No | Active School | MANLEY HS | 2935 W Polk STREET Chicago IL 60612 | | 1 | 213820 | 213820 |
| QS-9A | CPS | No | Active School | MANN | 8050 S Chappel AVENUE Chicago IL 60617 | | 2 | 106355 | 106355 |
| QS-9A | CPS | No | Active School | MARINE LEADERSHIP AT AMES HS | 1920 N Hamlin AVENUE Chicago IL 60647 | | 1 | 126540 | 126540 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | MARQUETTE | 6550 S Richmond STREET Chicago IL 60629 | | 2 | 172688 | | 172688 |
| QS-9A | CPS | No | Active School | MARSH | 9822 S Exchange AVENUE Chicago IL 60617 | | 2 | 140770 | | 140770 |
| QS-9A | CPS | No | Active School | MARSHALL HS | 3250 W Adams STREET Chicago IL 60624 | | 2 | 366981 | | 366981 |
| QS-9A | CPS | Yes | Active School | MASON | LEGACY | 4217 W 18th STREET Chicago IL 60623 | 3 | 208829 | | 208829 |
| QS-9A | CPS | No | Active School | MATHER HS | 5835 N Lincoln AVENUE Chicago IL 60659 | | 2 | 185689 | | 185689 |
| QS-7A | CPS | No | Vacant Land | May Lot | 5733 South May Street, Chicago IL 60621 | | 0 | 6752 | | 6752 |
| QS-9A | CPS | No | Active School | MAYER | 2250 N Clifton AVENUE Chicago IL 60614 | | 1 | 73514 | | 73514 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | MAYS | 6656 S Normal BOULEVARD Chicago IL 60621 | | 1 | 65017 | | 65017 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | MCAULIFFE | 1841 N Springfield AVENUE Chicago IL 60647 | | 1 | 90799 | | 90799 |
| QS-9A | CPS | No | Active School | MCCLELLAN | 3527 S Wallace STREET Chicago IL 60609 | | 1 | 58108 | | 58108 |
| QS-4B | CPS | No | Parking Lot | McClellan Parking Lot | 620 West 35th Street, Chicago IL 60616 | | 0 | 7845 | | 7845 |
| QS-9A | CPS | No | Active School | MCCORMICK | 2712 S Sawyer AVENUE Chicago IL 60623 | | 3 | 100260 | | 100260 |
| QS-9A | CPS | No | Active School | MCCUTCHEON | 4865 N Sheridan ROAD Chicago IL 60640 | 4850 N Kenmore AVENUE Chicago IL 60640 | 3 | 34000 | 15500 | 49500 |
| QS-9A | CPS | No | Active School | MCDADE | 8801 S Indiana AVENUE Chicago IL 60619 | | 3 | 41812 | | 41812 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | MCDOWELL | 1419 E 89th STREET Chicago IL 60619 | 3 | 17586 | 17586 |
| QS-9A | CPS | No | Active School | MCKAY | 6901 S Fairfield AVENUE Chicago IL 60629 | 2 | 128128 | 128128 |
| QS-9A | CPS | No | Active School | MCNAIR | 4820 W Walton STREET Chicago IL 60651 | 1 | 98596 | 98596 |
| QS-9A | CPS | No | Active School | MCPHERSON | 4728 N Wolcott AVENUE Chicago IL 60640 | 4 | 155337 | 155337 |
| QS-4B | Opt-in | No | Active School | Medill | 1326 W 14th PLACE Chicago IL 60608 | 1 | 110540 | 110540 |
| QS-9A | CPS | No | Active School | MELODY | 3937 W Wilcox STREET Chicago IL 60624 | 3 | 99420 | 99420 |
| QS-9A | CPS | No | Active School | METCALFE | 12339 S Normal AVENUE Chicago IL 60628 | 2 | 81370 | 81370 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Vacant Land | Metcalfe Lot | 12423 S Eggleston Ave, Chicago IL 60628 | | 0 | 4124 | 4124 |
| QS-9A | CPS | No | Active School | MIRELES | 9000 S Exchange AVENUE Chicago IL 60617 | | 4 | 144246 | 144246 |
| QS-9A | CPS | No | Active School | MITCHELL | 2233 W Ohio STREET Chicago IL 60612 | | 2 | 56385 | 56385 |
| QS-9A | CPS | No | Active School | MOLLISON | 4415 S King DRIVE Chicago IL 60653 | | 1 | 43300 | 43300 |
| QS-9A | CPS | No | Active School | MONROE | 3651 W Schubert AVENUE Chicago IL 60647 | | 3 | 123430 | 123430 |
| QS-9A | CPS | No | Active School | MOOS | 1711 N California AVENUE Chicago IL 60647 | | 2 | 139709 | 139709 |
| QS-2B | CPS | No | Vacant Land | Moos | 1700 North Fairfield Avenue, Chicago IL 60647 | | 0 | 2290 | 2290 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-7B | CPS | No | Closed | Morgan | 8407 S Kerfoot AVE, Chicago IL 60620 | | 1 | 80640 | 80640 |
| QS-7B | CPS | No | Vacant Land | Morgan Lot | 8363 S Kerfoot Avenue, Chicago IL 60620 | | 0 | 2372 | 2372 |
| QS-9A | CPS | No | Active School | MORGAN PARK HS | 1744 W Pryor AVENUE Chicago IL 60643 | | 2 | 269480 | 269480 |
| QS-9A | CPS | No | Active School | MORRILL | 6011 S Rockwell STREET Chicago IL 60629 | | 3 | 99200 | 99200 |
| QS-9A | CPS | No | Active School | MORTON | 431 N Troy STREET Chicago IL 60612 | | 1 | 71504 | 71504 |
| QS-9A | CPS | No | Active School | MOUNT GREENWOOD | 10841 S Homan AVENUE Chicago IL 60655 | | 4 | 111660 | 111660 |
| QS-9A | CPS | No | Active School | MOUNT VERNON | 10540 S Morgan STREET Chicago IL 60643 | | 1 | 82650 | 82650 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | MOZART | 2200 N Hamlin AVENUE Chicago IL 60647 | | 2 | 92365 | | 92365 |
| QS-9A | CPS | No | Active School | MURPHY | 3539 W Grace STREET Chicago IL 60618 | | 1 | 85287 | | 85287 |
| QS-9A | CPS | No | Active School | MURRAY | 5335 S Kenwood AVENUE Chicago IL 60615 | | 3 | 73984 | | 73984 |
| QS-9A | CPS | No | Active School | NASH | 4837 W Erie STREET Chicago IL 60644 | | 2 | 105956 | | 105956 |
| QS-9A | CPS | No | Active School | NATIONAL TEACHERS | 55 W Cermak ROAD Chicago IL 60616 | | 2 | 156400 | | 156400 |
| QS-9A | CPS | No | Active School | NEIL | 8555 S Michigan AVENUE Chicago IL 60619 | | 4 | 71870 | | 71870 |
| QS-9A | CPS | No | Active School | NETTELHORST | 3252 N Broadway STREET Chicago IL 60657 | | 4 | 104490 | | 104490 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | NEW FIELD | 1707 W Morse AVENUE Chicago IL 60626 | | 1 | 85500 | | 85500 |
| QS-9A | CPS | No | Active School | NEW SULLIVAN | 8331 S Mackinaw AVENUE Chicago IL 60617 | | 1 | 218126 | | 218126 |
| QS-9A | CPS | No | Active School | NEWBERRY | 700 W Willow STREET Chicago IL 60614 | | 2 | 75176 | | 75176 |
| QS-9A | CPS | No | Active School | NICHOLSON | 6006 S Peoria STREET Chicago IL 60621 | | 2 | 71602 | | 71602 |
| QS-9A | CPS | No | Active School | NIGHTINGALE | 5250 S Rockwell STREET Chicago IL 60632 | | 5 | 140838 | | 140838 |
| QS-9A | CPS | No | Active School | NINOS HEROES | 8344 S Commercial AVENUE Chicago IL 60617 | | 1 | 73518 | | 73518 |
| QS-9A | CPS | No | Active School | NIXON | 2121 N Keeler AVENUE Chicago IL 60639 | | 2 | 130113 | | 130113 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | NOBEL | 4127 W Hirsch STREET Chicago IL 60651 | | 1 | 75800 | 75800 |
| QS-9A | Opt-in | No | Active School | NORTH LAWNDALE - CHRISTIANA HS | 1616 S Spaulding AVENUE Chicago IL 60623 | | 3 | 138936 | 138936 |
| QS-9A | CPS | No | Active School | NORTH RIVER | 4416 N Troy STREET Chicago IL 60625 | | 1 | 42197 | 42197 |
| QS-9A | CPS | No | Active School | NORTH-GRAND HS | 4338 W Wabansia AVENUE Chicago IL 60639 | | 1 | 205094 | 205094 |
| QS-9A | CPS | No | Active School | NORTHSIDE LEARNING HS | 3730 W Bryn Mawr AVENUE Chicago IL 60659 | | 2 | 44150 | 44150 |
| QS-9A | CPS | No | Active School | NORTHSIDE PREP HS | 5501 N Kedzie AVENUE Chicago IL 60625 | | 1 | 222600 | 222600 |
| QS-9A | CPS | No | Active School | NORWOOD PARK | 5900 N Nina AVENUE Chicago IL 60631 | | 1 | 56330 | 56330 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | OGDEN ES | | 24 W Walton STREET Chicago IL 60610 | 1119 N Cleveland AVENUE Chicago IL 60610 | 2 | 132724 | 90164 | 222888 |
| QS-9A | CPS | No | Active School | OGDEN HS | | 1250 W ERIE ST Chicago IL 60642 | | 1 | 93355 | | 93355 |
| QS-9A | CPS | No | Active School | OGLESBY | | 7646 S Green STREET Chicago IL 60620 | | 1 | 77140 | | 77140 |
| QS-9A | CPS | No | Active School | OKEEFFE | | 6940 S Merrill AVENUE Chicago IL 60649 | | 3 | 95310 | | 95310 |
| QS-9A | CPS | No | Active School | ONAHAN | | 6634 W Raven STREET Chicago IL 60631 | | 3 | 90969 | | 90969 |
| QS-8B | CPS | No | Active | Oneida Cockrell CPC | | 30 E 61st ST, Chicago IL 60637 | | 1 | 14500 | | 14500 |
| QS-9A | CPS | No | Active School | ORIOLE PARK | | 5424 N Oketo AVENUE Chicago IL 60656 | | 2 | 76476 | | 76476 |
| QS-9A | CPS | No | Active School | OROZCO | | 1940 W 18th STREET Chicago IL 60608 | | 1 | 107722 | | 107722 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | Opt-in | Yes | Active School | ORR HS | KIPP - ONE | 730 N Pulaski ROAD Chicago IL 60624 | | 2 | 303310 | 303310 |
| QS-9A | CPS | No | Active School | ORTIZ DE DOMINGUEZ | | 3000 S Lawndale AVENUE Chicago IL 60623 | | 1 | 63900 | 63900 |
| QS-9A | CPS | No | Active School | OTIS | | 525 N Armour STREET Chicago IL 60642 | | 4 | 94414 | 94414 |
| QS-9A | CPS | No | Active School | OTOOLE | | 6550 S Seeley AVENUE Chicago IL 60636 | | 2 | 96700 | 96700 |
| QS-8A | Opt-in | No | Active | Ounce of Prevention | | 5044 S Wabash Ave, Chicago, IL 60615 | | 1 | 24000 | 24000 |
| QS-9A | CPS | No | Active School | OWEN | | 8247 S Christiana AVENUE Chicago IL 60652 | | 2 | 33218 | 33218 |
| QS-9A | CPS | No | Active School | OWENS | | 12302 S State St Chicago IL 60628 | 12430 S State St Chicago IL 60628 | 3 | 75744 | 51532 | 127276 |

Schedule 4
List of Facilities
Campus Level

| QS-5A | CPS | No | Closed | PADEREWSKI | 2221 South Lawndale Avenue , Chicago IL 60623 | | 1 | 56100 | | 56100 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | PALMER | 5051 N Kenneth AVENUE Chicago IL 60630 | | 4 | 126342 | | 126342 |
| QS-9A | CPS | No | Active School | PARK MANOR | 7037 S Rhodes AVENUE Chicago IL 60637 | | 1 | 62706 | | 62706 |
| QS-9A | CPS | No | Active School | PARKER | 6800 S Stewart AVENUE Chicago IL 60621 | 328 W 69th STREET Chicago IL 60621 | 2 | 265000 | 14300 | 279300 |
| QS-7A | CPS | No | Closed | Parkman | 245 W 51st ST, Chicago IL 60609 | | 2 | 61109 | | 61109 |
| QS-9A | CPS | No | Active School | PARKSIDE | 6938 S East End AVENUE Chicago IL 60649 | | 1 | 75104 | | 75104 |
| QS-9A | CPS | No | Active School | PASTEUR | 5825 S Kostner AVENUE Chicago IL 60629 | | 6 | 98900 | | 98900 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | PAYTON HS | | 1034 N Wells STREET Chicago IL 60610 | | 2 | 216475 | | 216475 |
| QS-9A | CPS | No | Active School | PEACE AND EDUCATION HS | | 4946 S Paulina STREET Chicago IL 60609 | 5114 S Elizabeth STREET Chicago IL 60609 | 2 | 20650 | 22322 | 42972 |
| QS-9A | CPS | No | Active School | PECK | | 3826 W 58th STREET Chicago IL 60629 | 4024 W 59th STREET Chicago IL 60629 | 6 | 110691 | 7930 | 118621 |
| QS-9A | CPS | No | Active School | PEIRCE | | 1423 W Bryn Mawr AVENUE Chicago IL 60660 | 5300 N Broadway | 4 | 133238 | 8,350 | 141588 |
| QS-9A | Opt-in | Yes | Active School | PENN | KIPP - ASCEND | 1616 S Avers AVENUE Chicago IL 60623 | | 1 | 158325 | | 158325 |
| QS-9A | CPS | No | Active School | PEREZ | | 1241 W 19th STREET Chicago IL 60608 | | 2 | 103392 | | 103392 |
| QS-9A | CPS | No | Active School | PERSHING | | 3200 S Calumet AVENUE Chicago IL 60616 | | 2 | 128716 | | 128716 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-7B | CPS | No | Closed | Perspectives @ Calumet | 8131 S May STREET Chicago IL 60620 | | 1 | 324446 | 324446 |
| QS-9A | CPS | No | Active School | PETERSON | 5510 N Christiana AVENUE Chicago IL 60625 | | 3 | 97862 | 97862 |
| QS-9A | CPS | No | Active School | PHILLIPS HS | 244 E Pershing ROAD Chicago IL 60653 | | 2 | 287721 | 287721 |
| QS-9A | CPS | No | Active School | PHOENIX MILITARY HS | 145 S Campbell AVENUE Chicago IL 60612 | | 4 | 160945 | 160945 |
| QS-9A | CPS | No | Active School | PICCOLO | 1040 N Keeler AVENUE Chicago IL 60651 | | 2 | 218899 | 218899 |
| QS-9A | CPS | No | Active School | PICKARD | 2301 W 21st PLACE Chicago IL 60608 | | 2 | 116245 | 116245 |
| QS-9A | CPS | No | Active School | PILSEN | 1420 W 17th STREET Chicago IL 60608 | | 1 | 61287 | 61287 |
| QS-9A | CPS | No | Active School | PIRIE | 650 E 85th STREET Chicago IL 60619 | | 2 | 48010 | 48010 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | PLAMONDON | 2642 W 15th PLACE Chicago IL 60608 | 1 | 38751 | 38751 |
|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | POE | 10538 S Langley AVENUE Chicago IL 60628 | 2 | 57432 | 57432 |
| QS-9A | CPS | No | Active School | PORTAGE PARK | 5330 W Berteau AVENUE Chicago IL 60641 | 2 | 145775 | 145775 |
| QS-9A | CPS | No | Active School | POWELL | 7511 S South Shore DRIVE Chicago IL 60649 | 1 | 113516 | 113516 |
| QS-9A | CPS | No | Active School | PRESCOTT | 1632 W Wrightwood AVENUE Chicago IL 60614 | 2 | 49663 | 49663 |
| QS-8B | CPS | No | Closed | Price | 4351 S Drexel ST, Chicago IL 60653 | 1 | 62000 | 62000 |
| QS-9A | CPS | No | Active School | PRIETO | 2231 N Central AVENUE Chicago IL 60639 | 2 | 115458 | 115458 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-7A | CPS | No | Active | Princeton Eye Clinic | 5125 S Princeton AVENUE, Chicago IL 60609 | | 1 | 21300 | | 21300 |
| QS-9A | CPS | No | Active School | PRITZKER | 2009 W Schiller STREET Chicago IL 60622 | | 1 | 66300 | | 66300 |
| QS-9A | CPS | No | Active School | PROSSER HS | 2148 N Long AVENUE Chicago IL 60639 | | 3 | 209971 | | 209971 |
| QS-9A | CPS | No | Active School | PRUSSING | 4650 N Menard AVENUE Chicago IL 60630 | | 3 | 96493 | | 96493 |
| QS-9A | CPS | No | Active School | PULASKI | 2230 W McLean AVENUE Chicago IL 60647 | | 2 | 103904 | | 103904 |
| QS-9A | CPS | No | Active School | PULLMAN | 11311 S Forrestville AVENUE Chicago IL 60628 | | 1 | 80075 | | 80075 |
| QS-9A | CPS | No | Active School | RABY HS | 3545 W Fulton BOULEVARD Chicago IL 60624 | | 1 | 156248 | | 156248 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | RANDOLPH | | 7316 S Hoyne AVENUE Chicago IL 60636 | | 1 | 78450 | 78450 |
| QS-9A | CPS | No | Active School | RAVENSWOOD | | 4332 N Paulina STREET Chicago IL 60613 | | 3 | 76423 | 76423 |
| QS-9A | CPS | No | Active School | RAY | | 5631 S Kimbark AVENUE Chicago IL 60637 | | 3 | 115306 | 115306 |
| QS-9A | CPS | No | Active School | REAVIS | | 834 E 50th STREET Chicago IL 60615 | | 2 | 57507 | 57507 |
| QS-9A | CPS | No | Active School | REILLY | | 3650 W School STREET Chicago IL 60618 | | 4 | 113870 | 113870 |
| QS-9A | CPS | No | Active School | REINBERG | | 3425 N Major AVENUE Chicago IL 60634 | | 4 | 90955 | 90955 |
| QS-9A | CPS | Yes | Active School | REVERE | NOBLE - COMER | 1010 E 72nd STREET Chicago IL 60619 | | 3 | 81610 | 81610 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | RICHARDS HS | 5009 S Laflin STREET Chicago IL 60609 | | 4 | 103015 | 103015 |
| QS-5B | CPS | No | Vacant Land | Richards HS Lot | 4957-59 South Laflin Street, Chicago IL 60609 | | 0 | 6130 | 6130 |
| QS-9A | CPS | No | Active School | RICHARDSON | 6018 S Karlov AVENUE Chicago IL 60629 | | 1 | 135212 | 135212 |
| QS-9A | CPS | No | Active School | RICKOVER MILITARY HS | 5700 W Berteau AVENUE, Chicago IL 60634 | | 1 | 117000 | 117000 |
| QS-9A | CPS | No | Active School | ROBINSON | 4225 S Lake Park AVENUE Chicago IL 60653 | | 1 | 41784 | 41784 |
| QS-3A | CPS | No | Stadium | Rockne Stadium | 1117 S Central AVENUE, Chicago IL 60644 | | 1 | 8200 | 8200 |
| QS-9A | CPS | No | Active School | ROGERS | 7345 N Washtenaw AVENUE Chicago IL 60645 | | 5 | 89910 | 89910 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | ROOSEVELT HS | 3436 W Wilson AVENUE Chicago IL 60625 | | 1 | 319900 | | 319900 |
| QS-8B | CPS | No | Closed | Ross | 6059 S Wabash AVE, Chicago IL 60637 | | 3 | 94200 | | 94200 |
| QS-9A | CPS | No | Active School | RUGGLES | 7831 S Prairie AVENUE Chicago IL 60619 | | 2 | 99710 | | 99710 |
| QS-9A | CPS | No | Active School | RUIZ | 2410 S Leavitt STREET Chicago IL 60608 | | 2 | 80217 | | 80217 |
| QS-9A | CPS | No | Active School | RYDER | 8716 S Wallace STREET Chicago IL 60620 | | 2 | 73326 | | 73326 |
| QS-9A | CPS | No | Active School | SABIN | 2216 W Hirsch STREET Chicago IL 60622 | | 1 | 95219 | | 95219 |
| QS-9A | CPS | No | Active School | SALAZAR | 160 W Wendell STREET Chicago IL 60610 | | 1 | 45084 | | 45084 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SANDOVAL | | 5534 S Saint Louis AVENUE Chicago IL 60629 | 1 | 108534 | 108534 |
| QS-9A | CPS | Yes | Active School | SAUCEDO | TELPOCHCA LLI | 2850 W 24th BOULEVARD Chicago IL 60623 | 2 | 292121 | 292121 |
| QS-9A | CPS | No | Active School | SAUGANASH | | 6040 N Kilpatrick AVENUE Chicago IL 60646 | 3 | 68612 | 68612 |
| QS-9A | CPS | No | Active School | SAWYER | | 5242 S Sawyer AVENUE Chicago IL 60632 | 3 | 163308 | 163308 |
| QS-9A | CPS | No | Active School | SAYRE | | 1850 N Newland AVENUE Chicago IL 60707 | 1 | 79775 | 79775 |
| QS-9A | CPS | No | Active School | SCAMMON | | 4201 W Henderson STREET Chicago IL 60641 | 5 | 85474 | 85474 |
| QS-9A | CPS | No | Active School | SCHMID | | 9755 S Greenwood AVENUE Chicago IL 60628 | 2 | 36938 | 36938 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SCHUBERT | 2727 N Long AVENUE Chicago IL 60639 | | 4 | 101364 | | 101364 |
| QS-9A | CPS | No | Active School | SCHURZ HS | 3601 N Milwaukee AVENUE Chicago IL 60641 | | 1 | 455800 | | 455800 |
| QS-9A | CPS | No | Active School | SENN HS | 5900 N Glenwood AVENUE Chicago IL 60660 | | 3 | 291204 | | 291204 |
| QS-9A | CPS | No | Active School | SEWARD | 4600 S Hermitage AVENUE Chicago IL 60609 | 4551 S Wood STREET Chicago IL 60609 | 3 | 75886 | 22489 | 98375 |
| QS-9B | CPS | No | Closed | SHEDD (BENNETT) - CLOSED | 200 E 99th ST, Chicago IL 60628 | | 1 | 14150 | | 14150 |
| QS-9A | CPS | No | Active School | SHERIDAN | 533 W 27th STREET Chicago IL 60616 | | 2 | 77706 | | 77706 |
| QS-9A | CPS | No | Active School | SHERMAN | 1000 W 52nd STREET Chicago IL 60609 | | 3 | 58451 | | 58451 |
| QS-9A | CPS | No | Active School | SHERWOOD | 245 W 57th STREET Chicago IL 60621 | | 2 | 52237 | | 52237 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | SHIELDS | 4250 S Rockwell STREET Chicago IL 60632 | | 5 | 128230 | | 128230 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SHIELDS MIDDLE | 2611 W 48th STREET Chicago IL 60632 | | 1 | 95265 | | 95265 |
| QS-9A | CPS | No | Active School | SHOESMITH | 1330 E 50th STREET Chicago IL 60615 | | 2 | 38987 | | 38987 |
| QS-9A | CPS | No | Active School | SHOOP | 11140 S Bishop STREET Chicago IL 60643 | | 2 | 124553 | | 124553 |
| QS-9A | CPS | No | Active School | SIMEON HS | 8147 S Vincennes AVENUE Chicago IL 60620 | | 2 | 284691 | | 284691 |
| QS-9A | CPS | No | Active School | SIMPSON HS | 1321 S Paulina STREET Chicago IL 60608 | | 2 | 33493 | | 33493 |
| QS-9A | CPS | No | Active School | SKINNER | 1260 W Adams STREET Chicago IL 60607 | 225 S Aberdeen STREET Chicago IL 60607 | 3 | 138055 | 12639 | 150694 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SKINNER NORTH | 640 W Scott STREET Chicago IL 60610 | | 1 | 68922 | | 68922 |
| QS-9A | CPS | No | Active School | SMITH | 744 E 103rd STREET Chicago IL 60628 | | 1 | 76920 | | 76920 |
| QS-9A | CPS | No | Active School | SMYSER | 4310 N Melvina AVENUE Chicago IL 60634 | 6200 W Patterson AVENUE Chicago IL 60634 | 3 | 78111 | 33570 | 111681 |
| QS-9A | CPS | No | Active School | SMYTH | 1059 W 13th STREET Chicago IL 60608 | | 3 | 121566 | | 121566 |
| QS-9A | CPS | No | Active School | SOLOMON | 6206 N Hamlin AVENUE Chicago IL 60659 | | 2 | 40333 | | 40333 |
| QS-9A | CPS | No | Active School | SOLORIO HS | 5400 S St Louis AVENUE Chicago IL 60632 | | 1 | 213710 | | 213710 |
| QS-9A | CPS | No | Active School | SOR JUANA | 4120 W 57th STREET Chicago IL 60629 | | 1 | 38389 | | 38389 |
| QS-9A | CPS | No | Active School | SOUTH LOOP | 1212 S Plymouth COURT Chicago IL 60605 | 1915 S Federal STREET Chicago IL 60616 | 3 | 120000 | 71255 | 191255 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SOUTH SHORE ES | 1415 E 70th STREET Chicago IL 60637 | | 1 | 76945 | | 76945 |
| QS-9A | CPS | No | Active School | SOUTH SHORE INTL HS | 1955 E 75th STREET Chicago IL 60649 | | 1 | 213710 | | 213710 |
| QS-8B | CPS | No | Closed | South Shore South (School of Leadership) | 7627 S Constance AVE, Chicago IL 60649 | | 2 | 139560 | | 139560 |
| QS-9A | CPS | No | Active School | SOUTHEAST | 3930 E 105th STREET Chicago IL 60617 | | 1 | 111081 | | 111081 |
| QS-9A | CPS | No | Active School | SOUTHSIDE HS | 7342 S Hoyne AVENUE Chicago IL 60636 | 7316 S Hoyne AVENUE Chicago IL 60636 | 2 | 36840 | 17900 | 54740 |
| QS-9A | CPS | No | Active School | SPENCER | 214 N Lavergne AVENUE Chicago IL 60644 | | 4 | 122935 | | 122935 |
| QS-9A | CPS | Yes | Active School | SPRY ES | SPRY HS | 2400 S Marshall BOULEVARD Chicago IL 60623 | 2950 W 25th STREET Chicago IL 60623 | 3 | 106010 | 39050 | 145060 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | STAGG | 7424 S Morgan STREET Chicago IL 60621 | | 1 | 68227 | | 68227 |
| QS-7B | CPS | No | Stadium | Stagg Stadium | 1035 W 74th STREET, Chicago IL 60621 | | 1 | 3325 | | 3325 |
| QS-9A | CPS | No | Active School | STEINMETZ HS | 3030 N Mobile AVENUE Chicago IL 60634 | | 3 | 398320 | | 398320 |
| QS-9A | CPS | No | Active School | STEM | 1522 W Fillmore STREET Chicago IL 60607 | | 2 | 69329 | | 69329 |
| QS-9A | CPS | No | Active School | STEVENSON | 8010 S Kostner AVENUE Chicago IL 60652 | 4350 W 79th STREET Chicago IL 60652 | 8 | 126845 | 23063 | 149908 |
| QS-9A | CPS | No | Active School | STOCK | 7507 W Birchwood AVENUE Chicago IL 60631 | | 2 | 18360 | | 18360 |
| QS-9A | CPS | No | Active School | STONE | 6239 N Leavitt STREET Chicago IL 60659 | | 2 | 70601 | | 70601 |

Schedule 4
List of Facilities
Campus Level

| QS-9A | CPS | No | Active School | STOWE | 3444 W Wabansia AVENUE Chicago IL 60647 | | 2 | 133900 | | 133900 |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | SUDER | 2022 W Washington BOULEVARD Chicago IL 60612 | | 1 | 71500 | | 71500 |
| QS-9A | CPS | No | Active School | SULLIVAN HS | 6631 N Bosworth AVENUE Chicago IL 60626 | | 1 | 218067 | | 218067 |
| QS-9A | CPS | No | Active School | SUMNER | 715 S Kildare AVENUE Chicago IL 60624 | | 3 | 159555 | | 159555 |
| QS-9A | CPS | No | Active School | SUTHERLAND | 10015 S Leavitt STREET Chicago IL 60643 | | 2 | 80219 | | 80219 |
| QS-9A | CPS | No | Active School | SWIFT | 5900 N Winthrop AVENUE Chicago IL 60660 | | 2 | 109399 | | 109399 |
| QS-9A | CPS | No | Active School | TAFT HS | 6530 W Bryn Mawr AVENUE Chicago IL 60631 | 4071 N Oak Park AVENUE Chicago IL 60634 | 4 | 388970 | 135000 | 523970 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | TALCOTT | | 1840 W Ohio STREET Chicago IL 60622 | | 2 | 127371 | 127371 |
| QS-9A | CPS | No | Active School | TALMAN | | 5450 S Talman AVENUE Chicago IL 60632 | | 2 | 36898 | 36898 |
| QS-9A | CPS | No | Active School | TANNER | | 7350 S Evans AVENUE Chicago IL 60619 | | 1 | 52920 | 52920 |
| QS-9A | CPS | No | Active School | TARKINGTON | | 3300 W 71st STREET Chicago IL 60629 | | 1 | 136289 | 136289 |
| QS-9A | CPS | No | Active School | TAYLOR | | 9912 S Avenue H AVENUE Chicago IL 60617 | | 2 | 87628 | 87628 |
| QS-9A | CPS | No | Active School | THOMAS | | 3625 S Hoyne AVENUE Chicago IL 60609 | | 1 | 16056 | 16056 |
| QS-9A | Opt-in | Yes | Active School | THORP J | LEARN - SOUTH CHICAGO | 8914 S Buffalo AVENUE Chicago IL 60617 | | 3 | 135638 | 135638 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | THORP O | 6024 W Warwick AVENUE Chicago IL 60634 | | 1 | 93200 | | 93200 |
| QS-9A | CPS | No | Active School | TILDEN HS | 4747 S Union AVENUE Chicago IL 60609 | | 2 | 332514 | | 332514 |
| QS-9A | CPS | No | Active School | TILL | 6543 S Champlain AVENUE Chicago IL 60637 | | 3 | 134618 | | 134618 |
| QS-9A | CPS | No | Active School | TILTON | 223 N Keeler AVENUE Chicago IL 60624 | | 2 | 104888 | | 104888 |
| QS-9A | CPS | No | Active School | TONTI | 5815 S Homan AVENUE Chicago IL 60629 | | 3 | 89103 | | 89103 |
| QS-9A | CPS | No | Vacant Land | Tuner-Lot | 25 W 113th PLACE, Chicago IL 60628 | | 0 | 22174 | | 22174 |
| QS-9A | CPS | No | Active School | TURNER-DREW | 9300 S Princeton AVENUE Chicago IL 60620 | | 1 | 39077 | | 39077 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | TWAIN | 5134 S Lotus AVENUE Chicago IL 60638 | | 2 | 140166 | 140166 |
| QS-9A | Opt-in | No | Active School | U OF C - DONOGHUE | 707 E 37th STREET Chicago IL 60653 | | 1 | 74828 | 74828 |
| QS-8B | CPS | No | Closed | UC Woodlawn at Wadsworth | 6420 S University Ave, Chicago IL 60637 | | 3 | 122095 | 122095 |
| QS-9A | CPS | No | Active School | UPLIFT HS | 900 W Wilson AVENUE Chicago IL 60640 | | 2 | 149312 | 149312 |
| QS-9A | Opt-in | No | Active School | URBAN PREP - BRONZEVILLE HS | 521 E 35th STREET Chicago IL 60616 | | 1 | 74152 | 74152 |
| QS-9A | Opt-in | No | Active School | URBAN PREP - ENGLEWOOD HS | 6201 S Stewart AVENUE Chicago IL 60621 | | 1 | 188800 | 188800 |
| QS-9A | CPS | No | Active School | VANDERPOEL | 9510 S Prospect AVENUE Chicago IL 60643 | | 2 | 38981 | 38981 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | VAUGHN HS | 4355 N Linder AVENUE Chicago IL 60641 | | 1 | 50289 | | 50289 |
| QS-9A | CPS | No | Active School | VICK | 2554 W 113th STREET Chicago IL 60655 | 6601 S Kedzie Ave | 3 | 21779 | 9,566 | 31345 |
| QS-9A | CPS | No | Active School | VOLTA | 4950 N Avers AVENUE Chicago IL 60625 | | 3 | 86480 | | 86480 |
| QS-9A | CPS | No | Active School | VON LINNE | 3221 N Sacramento AVENUE Chicago IL 60618 | | 3 | 105920 | | 105920 |
| QS-9A | CPS | No | Active School | VON STEUBEN HS | 5039 N Kimball AVENUE Chicago IL 60625 | | 1 | 248453 | | 248453 |
| QS-9A | CPS | No | Active School | WACKER | 9746 S Morgan STREET Chicago IL 60643 | | 1 | 27552 | | 27552 |
| QS-9A | CPS | No | Active School | WADSWORTH | 6650 S Ellis AVENUE Chicago IL 60637 | | 1 | 64558 | | 64558 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | WALSH | 2015 S Peoria STREET Chicago IL 60608 | | 2 | 73288 | 73288 |
| QS-9A | CPS | No | Active School | WARD J | 2701 S Shields AVENUE Chicago IL 60616 | | 3 | 85194 | 85194 |
| QS-9A | CPS | No | Active School | WARD L | 646 N Lawndale AVENUE Chicago IL 60624 | | 3 | 114019 | 114019 |
| QS-9A | CPS | No | Active School | WARREN | 9239 S Jeffery BOULEVARD Chicago IL 60617 | | 2 | 40255 | 40255 |
| QS-9A | CPS | No | Active School | WASHINGT ON G ES | 3611 E 114th STREET Chicago IL 60617 | | 2 | 75112 | 75112 |
| QS-9A | CPS | No | Active School | WASHINGT ON H ES | 9130 S University AVENUE Chicago IL 60619 | | 1 | 77300 | 77300 |
| QS-9A | CPS | No | Active School | WASHINGT ON HS | 3535 E 114th STREET Chicago IL 60617 | | 2 | 214541 | 214541 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | WATERS | 4540 N Campbell AVENUE Chicago IL 60625 | | 3 | 93947 | | 93947 |
| QS-9A | CPS | No | Active School | WEBSTER | 4055 W Arthington STREET Chicago IL 60624 | | 1 | 60295 | | 60295 |
| QS-9A | CPS | No | Active School | WELLS ES | 249 E 37th STREET Chicago IL 60653 | | 1 | 62750 | | 62750 |
| QS-9A | CPS | No | Active School | WELLS HS | 936 N Ashland AVENUE Chicago IL 60622 | | 1 | 264101 | | 264101 |
| QS-9A | CPS | No | Active School | WENTWORTH | 1340 W 71st STREET Chicago IL 60636 | | 2 | 102616 | | 102616 |
| QS-7A | CPS | No | Closed | Wentworth | 6950 S Sangamon STREET, Chicago IL 60621 | | 2 | 124980 | | 124980 |
| QS-9A | CPS | No | Active School | WEST PARK | 1425 N Tripp AVENUE Chicago IL 60651 | | 1 | 81350 | | 81350 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | WEST RIDGE | 6700 N Whipple STREET Chicago IL 60645 | | 1 | 100107 | | 100107 |
| QS-9A | CPS | No | Active School | WESTCOTT | 409 W 80th STREET Chicago IL 60620 | | 2 | 46480 | | 46480 |
| QS-9A | CPS | No | Active School | WESTINGHOUSE HS | 3223 W Franklin BOULEVARD Chicago IL 60624 | | 1 | 224604 | | 224604 |
| QS-9A | CPS | No | Active School | WHISTLER | 11533 S Ada STREET Chicago IL 60643 | | 3 | 88230 | | 88230 |
| QS-9A | CPS | No | Active School | WHITE | 1136 W 122nd STREET Chicago IL 60643 | | 2 | 23635 | | 23635 |
| QS-9A | CPS | No | Active School | WHITNEY | 2815 S Komensky AVENUE Chicago IL 60623 | | 4 | 108653 | | 108653 |
| QS-9A | CPS | No | Active School | WHITTIER | 1900 W 23rd STREET Chicago IL 60608 | | 1 | 49232 | | 49232 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | WILDWOOD | 6950 N Hiawatha AVENUE Chicago IL 60646 | | 2 | 60018 | | 60018 |
| QS-2A | CPS | No | Stadium | Winnemac Stadium | 5101 N Leavitt STREET, Chicago IL 60625 | | 1 | 13080 | | 13080 |
| QS-9A | CPS | No | Active School | WOODLAWN | 6657 S Kimbark AVENUE Chicago IL 60637 | | 1 | 30193 | | 30193 |
| QS-7A | CPS | No | Closed | Woods | 6206 S Racine AVE, Chicago IL 60636 | | 1 | 69497 | | 69497 |
| QS-9A | CPS | No | Active School | WOODSON | 4414 S Evans AVENUE Chicago IL 60653 | 4511 S Evans Ave Chicago IL 60653 | 4 | 130697 | 7657 | 138354 |
| QS-9A | CPS | No | Active School | YATES | 1839 N Richmond STREET Chicago IL 60647 | | 3 | 145300 | | 145300 |
| QS-9A | CPS | No | Active School | YOUNG ES | 1434 N Parkside AVENUE Chicago IL 60651 | | 2 | 177004 | | 177004 |

Schedule 4
List of Facilities
Campus Level

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| QS-9A | CPS | No | Active School | YOUNG HS | 211 S Laflin STREET Chicago IL 60607 | 3 | 430443 | 430443 |
| QS-8B | CPS | No | Closed | Young Womens HS @ Sengstake | 2641 S Calumet AVENUE Chicago IL 60616 | 1 | 50500 | 50500 |
| QS-9A | CPS | No | Active School | ZAPATA | 2728 S Kostner AVENUE Chicago IL 60623 | 2 | 108845 | 108845 |
| QS-6B | TBD | No | Admin Building | Admin Offices @ Western Ave | 11424 S Western Avenue, Chicago IL 60643 | 1 | 19000 | 19000 |
| QS-8B | CPS | No | Parking Lo | Revere Parking Lot | 7146 S Ellis Ave | | | |
| QS-9A | CPS | No | Vacant Land | Metcalfe Lot 2 | 12401 S Normal Ave | | | |

| Funding Unit | SCID | Quality Region | Facility Number | Building Number | Facility Name | Building Name | Building Use | Location | SQFT |
|---|---|---|---|---|---|---|---|---|---|
| 99074 | | QS-8A | 54418 | 54418-1 | 069 - Ounce of Prevention Fund - Early Childhood Educare Center | Main | Active | 5044 S Wabash Ave, Chicago, IL 60615 | 24,000 |
| 63011 | 400009 | QS-9A | 51297 | 51297-1 | Academy of Global Citizenship @ Hearst | Annex | Active School | northwest | 29,461 |
| 11880 | | QS-8A | 51670 | 51670-1 | CLOSED - Ace Tech HS | Main | CLOSED | 5410 S STATE | 68,331 |
| 22021 | 609772 | QS-9B | 51495 | 51495-1 | Addams | Main | Active School | NE | 31,543 |
| 22021 | 609772 | QS-9B | 51495 | 51495-2 | Addams | Addition | Active School | NW | 3,959 |
| 22021 | 609772 | QS-9B | 52383 | 52383-1 | Addams Annex | Annex | Active School | W | 13,143 |
| 22021 | 609772 | QS-9B | 53752 | 53752-1 | Addams Modular 1 | Modular 2 (2-Classroom ) | Active School | South Modular | 1,779 |
| 22021 | 609772 | QS-9B | 53753 | 53753-1 | Addams Modular 2 | Modular 1 (2-Classroom ) | Active School | North Modular | 1,779 |
| 22021 | 609772 | QS-9B | 55941 | 55941-1 | Addams Modular 3 | Modular 3 (8-Classroom ) | Active School | Southeast Corner | 9,840 |
| 11957 | | QS-6B | 62240 | 62240-1 | Admin Office @ Western Ave | Main | Admin | 11424 S Western Avenue, Chicago IL 60643 | 19,000 |
| 11880 | | QS-4B | 51196 | 51196-1 | Admin Office Near West @ Rudolph | Main | Admin | East | 25,690 |
| 11956 | | QS-4B | 54788 | 54788-1 | Admin Offices @ Bridgeport | 1 | Admin | 501 W 35th STREET, Chicago IL 60616 | 41,441 |
| 11955 | | QS-8A | 54785 | 54785-1 | Admin Offices @ Colman | Main | Admin | 4655 S Dearborn Ave, Chicago IL 60609 | 99,100 |
| 11951 | | QS-2B | 51183 | 51183-1 | Admin Offices @ Dodge-Garfield Park | Main | Admin | 2651 W WASHINGTON | 72,340 |
| 22031 | 609773 | QS-3B | 51156 | 51156-1 | Agassiz | Main | Active School | 2851 N SEMINARY AVE | 57,743 |
| 45231 | 610513 | QS-4B | 51230 | 51230-3 | Air Force Academy | Addition 1 | Active School | Middle - East side | 11,792 |
| 45231 | 610513 | QS-4B | 51230 | 51230-2 | Air Force Academy | Addition 2 | Active School | Northeast | 38,154 |
| 45231 | 610513 | QS-4B | 51230 | 51230-1 | Air Force Academy | Main | Active School | 3630 S Wells St | 18,360 |
| 32011 | 610212 | QS-1A | 54187 | 54187-1 | Albany Park | Main | Active School | 4929 N Sawyer AVENUE Chicago IL 60625 | 104,203 |
| 22041 | 609774 | QS-3B | 51157 | 51157-1 | Alcott | Main | Active School | Southwest | 51,310 |
| 22041 | 609774 | QS-3B | 51157 | 51157-2 | Alcott | Addition 1 | Active School | North | 16,809 |
| 22041 | 609774 | QS-3B | 51157 | 51157-3 | Alcott | Addition 2 | Active School | Southeast corner | 2,874 |
| 70241 | 610524 | QS-3B | 51175 | 51175-1 | Alcott HS @ Schneider | Main | Active School | 2957 N Hoyne Ave | 51,852 |
| 22041 | 609774 | QS-3B | 50620 | 50620-1 | Alcott Pre-K | Pre-K Branch | Active School | 610 W Schubert Ave, Chicago, IL 60614 | 13,200 |
| 22641 | 609848 | QS-9A | 51501 | 51501-1 | Aldridge | Main | Active School | Chicago, IL 60614 | 45,589 |
| 46031 | 609695 | QS-9A | 51531 | 51531-1 | Amundsen HS | Main | Active School | 5110 N Damen Ave | 218,950 |
| 23421 | 609951 | QS-9A | 51401 | 51401-2 | Ariel | Addition 1 | Active School | Northeast | 59,963 |
| 23421 | 609951 | QS-9A | 51401 | 51401-3 | Ariel | Addition 2 | Active School | Southeast | 38,561 |
| 23421 | 609951 | QS-9A | 51401 | 51401-1 | Ariel | Main | Active School | Northwest | 48,585 |
| 22061 | 609777 | QS-9A | 51231 | 51231-1 | Armour | Main | Active School | 950 W. 33rd Place | 51,568 |
| 22061 | 609777 | QS-9A | 51259 | 51259-1 | Armour Branch | Branch | Active School | 911 W 32nd Pl | 31,274 |
| 22081 | 609779 | QS-9A | 51044 | 51044-3 | Armstrong G | Addition 2 | Active School | Southwest | 70,296 |
| 22081 | 609779 | QS-9A | 51044 | 51044-1 | Armstrong G | Main | Active School | 2111 Estes Ave. | 61,724 |
| 22081 | 609779 | QS-9A | 51044 | 51044-4 | Armstrong G | Addition-Lunchroom/Kitchen | Active School | Northeast | 9,359 |
| 22081 | 609779 | QS-9A | 51044 | 51044-2 | Armstrong G | Addition-Gymnasium | Active School | Southeast | 5,637 |
| 32081 | 610287 | QS-9A | 51450 | 51450-1 | Ashburn | Leased-Main | Active School | 8300 S St Louis Ave | 58,580 |
| 26191 | 610268 | QS-9A | 51483 | 51483-1 | Ashe | Main | Active School | 8505 S. Ingleside | 55,335 |
| 22091 | 609782 | QS-9A | 51045 | 51045-1 | Audubon | Main | Active School | 3500 N HOYNE | 47,449 |
| 22091 | 609782 | QS-9A | 51045 | 51045-2 | Audubon | Addition | Active School | 3500 N HOYNE | 22,620 |
| 22091 | 609782 | QS-9A | 58612 | 58612-1 | Audubon Annex | Annex | Active School | Northwest | 750 |
| 22091 | 609782 | QS-9A | 50225 | 50225-1 | Audubon Fieldhouse | Field House | Active School | North | 1,670 |
| 46621 | 610518 | QS-9A | 51675 | 51675-1 | Austin CCA HS @ Austin HS | Main | Active School | 231 N PINE | 397,258 |
| 22101 | 609786 | QS-9A | 51458 | 51458-1 | Avalon Park | Main | Active School | 8045 S Kenwood Ave | 38,816 |
| 22101 | 609786 | QS-9A | 51458 | 51458-2 | Avalon Park | Addition | Active School | Northwest | 30,689 |
| 22101 | 609786 | QS-9A | 58541 | 58541-1 | Avalon Park Annex | Annex | Active School | southeast | 17,596 |
| 22921 | 610544 | QS-9A | 54768 | 54768-1 | Azuela | Main | Active School | 4707 W Marquette Rd, Chicago, IL 60629 | 94,600 |
| 46551 | 610563 | QS-9A | 59215 | 59215-1 | Back of the Yards HS | Main | Active School | 2111 W 47th St | 212,285 |
| 22131 | 609788 | QS-9A | 51423 | 51423-1 | Barnard | Main | Active School | 10354 S CHARLES ST | 47,741 |

Schedule J
List of Facilities
Building Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22141 | 609789 QS-9A | 51000 | 51000-1 | Barry | Main | Active School | Northeast | 64,300 |
| 22141 | 609789 QS-9A | 52388 | 52388-1 | Barry Annex | Annex | Active School | 2828 N Kilbourn Ave, Chicago, IL 60641 | 14,400 |
| 22151 | 609790 QS-9A | 51372 | 51372-1 | Barton | Main | Active School | South | 53,503 |
| 22151 | 609790 QS-9A | 51372 | 51372-2 | Barton | Addition | Active School | North | 28,700 |
| 22161 | 609791 QS-9A | 51373 | 51373-1 | Bass | Main | Active School | 1140 W 66th St | 55,478 |
| 22161 | 609791 QS-9A | 51373 | 51373-2 | Bass | Addition 2 | Active School | West | 23,394 |
| 22161 | 609791 QS-9A | 51373 | 51373-3 | Bass | Addition 1 | Active School | Northeast | 7,009 |
| 22171 | 609792 QS-9A | 51046 | 51046-1 | Bateman | Main | Active School | North | 92,937 |
| 22171 | 609792 QS-9A | 51046 | 51046-2 | Bateman | Addition | Active School | South | 58,757 |
| 30051 | 610083 QS-9A | 51021 | 51021-1 | Beard | Main | Active School | 6445 W. Strong St | 16,847 |
| 30051 | 610083 QS-9A | 52010 | 52010-1 | Beard Annex | Annex | Active School | 4846 N Natchez | 17,656 |
| 30051 | 610083 QS-9A | 52519 | 52519-1 | Beard Linked Addition | Linked Addition | Active School | West | 23,721 |
| 29321 | 610246 QS-9A | 51361 | 51361-1 | Beasley | Main | Active School | 5255 S State St | 140,200 |
| 29321 | 610246 QS-9A | 51368 | 51368-1 | Beasley CPC | Branch-CPC | Active School | 5165 S State St | 14,784 |
| 22201 | 609796 QS-9A | 51002 | 51002-1 | Beaubien | Main | Active School | West | 80,395 |
| 22201 | 609796 QS-9A | 51002 | 51002-2 | Beaubien | Addition | Active School | North | 18,856 |
| 22201 | 609796 QS-9A | 52392 | 52392-1 | Beaubien Linked Addition | Linked Addition | Active School | Northeast | 18,200 |
| 25931 | 610237 QS-9A | 51360 | 51360-2 | Beethoven | Addition-Gym | Active School | East | 7,435 |
| 25931 | 610237 QS-9A | 51360 | 51360-1 | Beethoven | Main | Active School | West | 84,750 |
| 22211 | 609797 QS-9A | 51180 | 51180-1 | Beidler | Main | Active School | East | 47,320 |
| 22211 | 609797 QS-9A | 51180 | 51180-2 | Beidler | Addition | Active School | West | 39,450 |
| 22221 | 609798 QS-9A | 51003 | 51003-1 | Belding | Main | Active School | North | 61,160 |
| 22221 | 609798 QS-9A | 51003 | 51003-2 | Belding | Addition | Active School | South adjacent to the Main | 8,320 |
| 22221 | 609798 QS-9A | 52393 | 52393-1 | Belding Branch | Leased-Pre-K | Active School | 4207-09 W Irving Park | 4,360 |
| 22231 | 609799 QS-9A | 51047 | 51047-1 | Bell | Main | Active School | 3730 N Oakley Ave | 93,084 |
| 22231 | 609799 QS-9A | 51047 | 51047-2 | Bell | Addition | Active School | South | 19,000 |
| 26771 | 609922 QS-9A | 51131 | 51131-1 | Belmont-Cragin Early Childhood Center | Leased-Pre-K | Active School | 6041 W Diversey Ave | 33,635 |
| 22241 | 609800 QS-9A | 51424 | 51424-1 | Bennett | Main | Active School | 10115 S Prairie Ave. | 67,595 |
| 29381 | 610350 QS-9A | 51491 | 51491-2 | Black | Addition-Building B | Active School | South | 4,290 |
| 29381 | 610350 QS-9A | 51491 | 51491-1 | Black | Main | Active School | 9101 S EUCLID AVE | 31,760 |
| 29381 | 610350 QS-9A | 51493 | 51493-1 | Black Branch | Branch | Active School | 7133 S COLES AVE | 34,329 |
| 22261 | 609803 QS-9A | 51048 | 51048-2 | Blaine | Addition 1 | Active School | Southeast | 35,208 |
| 22261 | 609803 QS-9A | 51048 | 51048-1 | Blaine | Main | Active School | Southwest | 50,090 |
| 22261 | 609803 QS-9A | 52394 | 52394-1 | Blaine Linked Addition | Linked Addition | Active School | Northwest | 13,348 |
| 30071 | 610087 QS-9A | 51304 | 51304-2 | Blair | Addition | Active School | East | 23,160 |
| 30071 | 610087 QS-9A | 51304 | 51304-1 | Blair | Main | Active School | West | 14,788 |
| 46041 | 609698 QS-9A | 52953 | 52953-1 | Bogan Driver Ed Modular | Driver Ed Modular | Active School | 3939 W 79TH ST | 800 |
| 46041 | 609698 QS-9A | 51606 | 51606-1 | Bogan HS | Main | Active School | 3939 W 79TH ST | 184,611 |
| 25941 | 610238 QS-9A | 51387 | 51387-1 | Bond | Main | Active School | 7050 S MAY ST | 32,730 |
| 25941 | 610238 QS-9A | 57831 | 57831-1 | Bond Linked Addition | Linked Addition | Active School | 7050 S MAY | 71,396 |
| 22271 | 609804 QS-9A | 51049 | 51049-1 | Boone | Main | Active School | 6710 N Washtenaw Ave | 61,749 |
| 22271 | 609804 QS-9A | 51049 | 51049-2 | Boone | Addition 2 | Active School | North | 5,923 |
| 22271 | 609804 QS-9A | 51049 | 51049-3 | Boone | Addition 1 | Active School | Northwest | 24,672 |
| 22371 | 609815 QS-9A | 51460 | 51460-3 | Bouchet | Addition 1 | Active School | east | 55,927 |
| 22371 | 609815 QS-9A | 51460 | 51460-2 | Bouchet | Addition 2 | Active School | northwest | 21,852 |
| 22371 | 609815 QS-9A | 51460 | 51460-1 | Bouchet | Main | Active School | Southwest | 16,964 |
| 22371 | 609815 QS-9A | 55024 | 55024-1 | Bouchet Annex | Annex-CPC | Active School | northeast | 6,087 |
| 22371 | 609815 QS-9A | 52403 | 52403-1 | Bouchet Annex (CPC) | Annex | Active School | Northwest - 2001 E.73rd St. | 40,499 |
| 46491 | 610323 QS-9A | 51627 | 51627-1 | Bowen HS | Main | Active School | Southwest | 158,545 |
| 46491 | 610323 QS-9A | 51627 | 51627-4 | Bowen HS | Addition 3 | Active School | Northwest | 10,816 |
| 46491 | 610323 QS-9A | 51627 | 51627-2 | Bowen HS | Addition 1 | Active School | West between 1908 Main and the Northwest 1968 Addition | 40,692 |
| 46491 | 610323 QS-9A | 51627 | 51627-3 | Bowen HS | Addition 2 | Active School | East of 1939 Addtion 1 | 4,238 |
| 46491 | 610323 QS-9A | 51627 | 51627-5 | Bowen HS | Addition 4 | Active School | Southeast | 82,150 |
| 22291 | 609806 QS-9A | 51459 | 51459-1 | Bradwell | Main | Active School | Northeast | 41,483 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22291 | 609806 | QS-9A | 51459 | 51459-2 | Bradwell | Addition 2 | Active School | Between the Main Building and Addition #1 | 28,236 |
| 22291 | 609806 | QS-9A | 51459 | 51459-3 | Bradwell | Addition 3 | Active School | Southwest | 17,041 |
| 22291 | 609806 | QS-9A | 51459 | 51459-4 | Bradwell | Addition 1 | Active School | Southeast | 56,506 |
| 25991 | 610242 | QS-9A | 51078 | 51078-1 | Brennemann | Main | Active School | 4251 N Clarendon Ave | 48,994 |
| 25991 | 610242 | QS-9A | 52599 | 52599-1 | Brennemann Linked Addition | Linked Addition | Active School | East | 4,428 |
| 22311 | 609809 | QS-9A | 51159 | 51159-1 | Brentano | Main | Active School | West | 117,104 |
| 22321 | 609810 | QS-9A | 51004 | 51004-1 | Bridge | Main | Active School | 3800 N.New England Ave. | 74,754 |
| 22321 | 609810 | QS-9A | 54722 | 54722-1 | Bridge Branch @ St. Priscilla | Leased-Branch | Active School | 7001 W. Addison - St. Priscilla south side of Addison St. | 37,480 |
| 22321 | 609810 | QS-9A | 53763 | 53763-1 | Bridge Modular 1 | Modular 1 (4-Classroom ) | Active School | North Building | 4,900 |
| 22321 | 609810 | QS-9A | 58494 | 58494-1 | Bridge Modular 2 | Modular 2 (8-Classroom ) | Active School | North of original modular | 9,800 |
| 22331 | 609811 | QS-9A | 51497 | 51497-1 | Bright | Main | Active School | 10740 S Calhoun Ave | 76,354 |
| 22331 | 609811 | QS-9A | 52402 | 52402-1 | Bright Annex | Annex | Active School | 10740 S Calhoun Ave | 14,565 |
| 26451 | 610317 | QS-9A | 51285 | 51285-1 | Brighton Park | Main | Active School | Center - 3825 S WASHTENAW AVE | 24,650 |
| 26451 | 610317 | QS-9A | 51285 | 51285-2. | Brighton Park | Addition 1 | Active School | South | 3,080 |
| 26451 | 610317 | QS-9A | 51285 | 51285-3 | Brighton Park | Addition 2 | Active School | North | 53,000 |
| 26181 | 610590 | QS-9A | 51685 | 51685-1 | Bronzeville Classical @ Hartigan | Main | Active School | 8 W Root St. | 63,929 |
| 47051 | 609726 | QS-9A | 51632 | 51632-1 | Brooks HS | Main | Active School | 250 E 111th St | 53,111 |
| 47051 | 609726 | QS-9A | 51632 | 51632-2 | Brooks HS | Addition 1 | Active School | east of main building | 50,957 |
| 47051 | 609726 | QS-9A | 51632 | 51632-3 | Brooks HS | Addition 3 (Athletic Building) | Active School | West | 58,615 |
| 47051 | 609726 | QS-9A | 51632 | 51632-4 | Brooks HS | Addition 4 (Performing Arts Building) | Active School | East | 55,202 |
| 47051 | 609726 | QS-9A | 51632 | 51632-5 | Brooks HS | Addition 2 | Active School | West of main building | 46,825 |
| 24631 | 610091 | QS-9A | 51512 | 51512-1 | Brown R | Main | Active School | North | 36,229 |
| 22351 | 609812 | QS-9A | 51181 | 51181-2 | Brown W | Addition | Active School | Southwest | 13,630 |
| 22351 | 609812 | QS-9A | 51181 | 51181-1 | Brown W | Main | Active School | 54 N Hermitage Av | 49,660 |
| 22361 | 609813 | QS-9A | 51376 | 51376-1 | Brownell | Main | Active School | 6741 S MICHIGAN AVE | 42,620 |
| 22491 | 609830 | QS-9A | 51088 | 51088-1 | Brunson | Main | Active School | 932 N CENTRAL AVE | 102,700 |
| 22391 | 609817 | QS-9A | 51050 | 51050-2 | Budlong | Addition | Active School | Northwest | 8,704 |
| 22391 | 609817 | QS-9A | 51050 | 51050-1 | Budlong | Main | Active School | 2701 W. Foster Avenue | 75,773 |
| 22391 | 609817 | QS-9A | 52405 | 52405-1 | Budlong Annex | Annex | Active School | West | 14,508 |
| 22391 | 609817 | QS-9A | 50501 | 50501-1 | Budlong Fieldhouse | Field House | Active School | Northeast | 3,367 |
| 22401 | 609818 | QS-9A | 51087 | 51087-1 | Burbank | Main | Active School | 2035 N MOBILE AVE | 90,517 |
| 22401 | 609818 | QS-9A | 51087 | 51087-2 | Burbank | Addition | Active School | 2035 N MOBILE | 74,847 |
| 22411 | 609819 | QS-9A | 51347 | 51347-1 | Burke | Main | Active School | North | 47,913 |
| 22411 | 609819 | QS-9A | 51347 | 51347-2 | Burke | Addition | Active School | South | 26,050 |
| 22421 | 609820 | QS-9A | 51160 | 51160-1 | Burley | Main | Active School | 160 W BARRY | 55,812 |
| 22421 | 609820 | QS-9A | 50611 | 50611-1 | Burley Fieldhouse | Field House | Active School | North Courtyard | 2,715 |
| 22431 | 609821 | QS-9A | 51510 | 51510-1 | Burnham | Main | Active School | 9928 S Crandon Ave | 25,233 |
| 22431 | 609821 | QS-9A | 51510 | 51510-4 | Burnham | Addition 1 | Active School | Northeast | 11,526 |
| 22431 | 609821 | QS-9A | 51510 | 51510-2 | Burnham | Addition 2 | Active School | Northwest | 16,169 |
| 22431 | 609821 | QS-9A | 51510 | 51510-3 | Burnham | Addition 3 | Active School | South | 29,228 |
| 29021 | 609827 | QS-9A | 51461 | 51461-3 | Burnside | Addition 1 | Active School | west | 27,918 |
| 29021 | 609827 | QS-9A | 51461 | 51461-2 | Burnside | Main | Active School | center | 56,755 |
| 29021 | 609827 | QS-9A | 51461 | 51461-1 | Burnside | Addition 2 | Active School | east | 38,272 |
| 22471 | 609828 | QS-9A | 51133 | 51133-1 | Burr | Main | Active School | 1621 W Wabansia Ave | 60,929 |
| 22481 | 609829 | QS-9A | 51263 | 51263-1 | Burroughs | Main | Active School | 3542 South Washtenaw Avenue | 49,191 |
| 22481 | 609829 | QS-9A | 53767 | 53767-1 | Burroughs Modular 1 | Modular 1 (4-Classroom ) | Active School | Southeast corner | 4,060 |
| 22501 | 609832 | QS-9A | 51289 | 51289-3 | Byrne | Addition 2 | Active School | north | 8,320 |
| 22501 | 609832 | QS-9A | 51289 | 51289-2 | Byrne | Addition 1 | Active School | south | 17,326 |
| 22501 | 609832 | QS-9A | 51289 | 51289-1 | Byrne | Main | Active School | 5329 S Oak Park Ave | 15,864 |
| 22501 | 609832 | QS-9A | 51289 | 51289-4 | Byrne | Addition 3 | Active School | 5329 S Oak Park Ave | 36,830 |
| 22511 | 609833 | QS-9A | 51462 | 51462-2 | Caldwell | Addition 1 | Active School | Southeast | 13,355 |
| 22511 | 609833 | QS-9A | 51462 | 51462-3 | Caldwell | Addition 2 | Active School | Northeast | 9,684 |
| 22511 | 609833 | QS-9A | 51462 | 51462-1 | Caldwell | Main | Active School | East, central | 19,933 |
| 22511 | 609833 | QS-9A | 52408 | 52408-1 | Caldwell Annex | Annex | Active School | Southwest | 21,511 |

Schedule I
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26821 | 610353 | QS-9A | 51286 | 51286-1 | Calmeca | Main | Active School | 3456 W. 38th Street | 108,624 |
| 63143 | 400175 | QS-9A | 50716 | 50716-1 | Camelot Excel Academy @ Former Powell | Main | Active School | 7530 S South Shore DRIVE | 42,300 |
| 22531 | 609835 | QS-9A | 51110 | 51110-1 | Cameron | Main | Active School | 1234 N MONTICELLO | 120,281 |
| 22531 | 609835 | QS-9A | 52409 | 52409-1 | Cameron Annex | Annex | Active School | 1234 N MONTICELLO | 17,053 |
| 22691 | 610539 | QS-9A | 54764 | 54764-1 | Camras | Main | Active School | 3000 N Mango Ave | 98,604 |
| 22691 | 610539 | QS-9A | 54764 | 54764-2 | Camras | Addition | Active School | North | 26,826 |
| 22541 | 609836 | QS-9A | 51005 | 51005-2 | Canty | Addition 2 | Active School | northwest | 15,986 |
| 22541 | 609836 | QS-9A | 51005 | 51005-1 | Canty | Main | Active School | 3740 N Panama Ave | 41,329 |
| 22541 | 609836 | QS-9A | 51005 | 51005-3 | Canty | Addition 1 | Active School | south | 6,788 |
| 22541 | 609836 | QS-9A | 51005 | 51005-4 | Canty | Addition 3 | Active School | 3740 N Panama Ave | 39,475 |
| 24051 | 610024 | QS-9A | 51287 | 51287-1 | Cardenas Central | Annex | Active School | 2406 S. Central Park Ave | 20,400 |
| 24051 | 610024 | QS-9A | 51276 | 51276-1 | Cardenas North | Main | Active School | 2345 S. Millard Ave | 45,270 |
| 24051 | 610024 | QS-9A | 51262 | 51262-1 | Cardenas South @ Castellanos | Branch-Cardenas South | Active School | South | 60,348 |
| 24051 | 610024 | QS-9A | 51262 | 51262-2 | Cardenas South @ Castellanos | Branch-Cardenas South (Addition) | Active School | North | 23,768 |
| 22551 | 609837 | QS-9A | 51397 | 51397-2 | Carnegie | Addition 1 | Active School | Northwest | 3,264 |
| 22551 | 609837 | QS-9A | 51397 | 51397-1 | Carnegie | Main | Active School | South | 42,735 |
| 22551 | 609837 | QS-9A | 51397 | 51397-3 | Carnegie | Addition 2 | Active School | northwest | 17,980 |
| 22571 | 609839 | QS-9A | 51425 | 51425-1 | Carroll | Main | Active School | 2929 W. 83rd St. | 26,642 |
| 22571 | 609839 | QS-9A | 53771 | 53771-1 | Carroll @ Rosenwald Annex | Branch 1_Rosenwald | Active School | 2541 W. 80th St. Chicago, IL East side of site | 11,838 |
| 22571 | 609839 | QS-9A | 51456 | 51456-1 | Carroll @ Rosenwald Branch | Branch 2_Rosenwald Carroll | Active School | 2601 W. 80th St. Chicago, IL - West side | 47,154 |
| 22601 | 609842 | QS-9A | 51317 | 51317-1 | Carson | Main | Active School | 5516 S MAPLEWOOD | 62,635 |
| 22601 | 609842 | QS-9A | 52327 | 52327-1 | Carson Annex | Annex | Active School | 5516 S MAPLEWOOD | 75,380 |
| 22611 | 609844 | QS-9A | 51348 | 51348-3 | Carter | Addition 2 | Active School | 5740 S MICHIGAN AVE | 7,975 |
| 22611 | 609844 | QS-9A | 51348 | 51348-2 | Carter | Addition 1 | Active School | 5740 S MICHIGAN AVE | 3,580 |
| 22611 | 609844 | QS-9A | 51348 | 51348-1 | Carter | Main | Active School | 5740 S MICHIGAN AVE | 60,355 |
| 22621 | 609845 | QS-9A | 51499 | 51499-1 | Carver | Main-Bldg F | Active School | South | 40,250 |
| 22621 | 609845 | QS-9A | 51499 | 51499-2 | Carver | Annex-Bldg C (Closed) | Active School | Closed Building | 19,750 |
| 22621 | 609845 | QS-9A | 52411 | 52411-1 | Carver Building A | Annex-Bldg A | Active School | Middle East | 16,156 |
| 22621 | 609845 | QS-9A | 52412 | 52412-1 | Carver Building B | Annex-Bldg B | Active School | NE | 14,725 |
| 46381 | 609760 | QS-9A | 51635 | 51635-1 | Carver Military HS | Main | Active School | 13100 S DOTY AVE | 298,689 |
| 24011 | 610021 | QS-9A | 51117 | 51117-1 | Casals | Main | Active School | 3501 W Potomac AVENUE Chicago IL 60651 | 66,550 |
| 22651 | 609849 | QS-9A | 51426 | 51426-2 | Cassell | Addition | Active School | Southwest | 14,700 |
| 22651 | 609849 | QS-9A | 51426 | 51426-1 | Cassell | Main | Active School | 11314 S Spaulding Ave | 16,600 |
| 22651 | 609849 | QS-9A | 56241 | 56241-1 | Cassell Modular 1 | Modular 1 (8-Classroom ) | Active School | Northwest | 9,800 |
| 26021 | 610251 | QS-9A | 51194 | 51194-1 | Cather | Main | Active School | 2908 W Washington Blvd | 52,579 |
| 22671 | 609851 | QS-9A | 51199 | 51199-1 | Chalmers | Main | Active School | 2745 W Roosevelt Rd | 56,732 |
| 22671 | 609851 | QS-9A | 51199 | 51199-2 | Chalmers | Addition | Active School | Northeast | 11,452 |
| 22681 | 609852 | QS-9A | 51052 | 51052-2 | Chappell | Addition | Active School | North | 17,498 |
| 22681 | 609852 | QS-9A | 51052 | 51052-1 | Chappell | Main | Active School | 2135 W Foster Ave | 21,292 |
| 22681 | 609852 | QS-9A | 52414 | 52414-1 | Chappell Linked Addition | Linked Addition | Active School | South | 48,359 |
| 22701 | 609853 | QS-9A | 51111 | 51111-1 | Chase | Main | Active School | northwest | 41,959 |
| 22701 | 609853 | QS-9A | 52415 | 52415-1 | Chase Linked Addition | Linked Addition | Active School | southeast | 42,756 |
| 25151 | 610148 | QS-9A | 51330 | 51330-1 | Chavez | Main | Active School | 4747 S MARSHFIELD AVE | 68,408 |
| 25151 | 610148 | QS-9A | 54704 | 54704-1 | Chavez Branch | Leased-Branch | Active School | 4821 S Hermitage St | 23,372 |
| 25151 | 610148 | QS-9A | 59885 | 59885-1 | Chavez Pre-K Branch | Leased-Pre-K | Active School | 4749 S Damen Ave | 5,700 |
| 63051 | 400022 | QS-9A | 51139 | 51139-2 | Chi Arts @Lafayette | Addition 1 | Active School | Southwest | 26,000 |
| 63051 | 400022 | QS-9A | 51139 | 51139-3 | Chi Arts @Lafayette | Addition 2 | Active School | Northeast | 61,000 |
| 63051 | 400022 | QS-9A | 51139 | 51139-1 | Chi Arts @Lafayette | Main | Active School | Southeast | 84,400 |
| 45211 | 610248 | QS-9A | 51041 | 51041-1 | Chicago Academy School @ Wright College | Leased-Main | Active School | 3400 N Austin Ave | 231,712 |
| 45211 | 610248 | QS-9A | 51041 | 51041-2 | Chicago Academy School @ Wright College | Leased-Addition | Active School | Southwest | 19,132 |
| 47091 | 609753 | QS-9A | 51634 | 51634-1 | Chicago Ag HS | Main | Active School | 3857 W 111th St | 17,250 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47091 | 609753 | QS-9A | 51634 | 51634-2 | Chicago Ag HS | Addition | Active School | East | 15,000 |
| 47091 | 609753 | QS-9A | 54361 | 54361-1 | Chicago Ag HS Linked Addition | Linked Addition | Active School | West | 160,000 |
| 70070 | 609754 | QS-9A | 51589 | 51589-1 | Chicago Military HS | Main | Active School | 3519 S Giles Ave | 68,096 |
| 70070 | 609754 | QS-9A | 51589 | 51589-2 | Chicago Military HS | Addition | Active School | North | 53,804 |
| 53011 | 609674 | QS-9A | 51625 | 51625-1 | Chicago Vocational Career Academy HS | Main | Active School | South - Along 87th St. | 521,300 |
| 53011 | 609674 | QS-9A | 51625 | 51625-2 | Chicago Vocational Career Academy HS | Addition 1 | Active School | West side along Chappel Ave. | 64,000 |
| 53011 | 609674 | QS-9A | 51625 | 51625-3 | Chicago Vocational Career Academy HS | Addition 2-Anthony Wing | Active School | Northeast side along Anthony Ave | 72,628 |
| 53011 | 609674 | QS-9A | 52343 | 52343-1 | Chicago Vocational Hangar | Annex-Hangar Building | Active School | North side | 26,320 |
| 63091 | 400091 | QS-9A | 51245 | 51245-1 | ChiTech @ Medill | Annex (Chicago Academy Advanced Tech) | Active School | 1301 W 14TH ST | 48,600 |
| 22721 | 609854 | QS-9A | 51135 | 51135-1 | Chopin | Main | Active School | 2450 W Rice St | 96,895 |
| 30031 | 609855 | QS-9A | 51290 | 51290-1 | Christopher | Main | Active School | 5042 S Artesian AVENUE Chicago IL 60632 | 54,500 |
| 30031 | 609855 | QS-9A | 51290 | 51290-2 | Christopher | Addition | Active School | Southeast Corner | 17,400 |
| 30031 | 609855 | QS-9A | 53778 | 53778-1 | Christopher Modular 1 | Modular 1 (4-Classroom ) | Active School | Southwest corner | 4,900 |
| 31301 | 610347 | QS-9A | 51341 | 51341-1 | Claremont | Main | Active School | 2300 West 64th Street | 112,806 |
| 22191 | 609795 | QS-9A | 51086 | 51086-1 | Clark G | Main | Active School | 1045 S Monitor Ave | 10,900 |
| 22191 | 609795 | QS-9A | 51086 | 51086-2 | Clark G | Addition | Active School | 1045 S Monitor Ave | 32,700 |
| 41051 | 610244 | QS-9A | 51573 | 51573-1 | Clark HS | Main | Active School | 5101 W Harrison St | 150,700 |
| 22731 | 609856 | QS-9A | 51502 | 51502-2 | Clay | Addition | Active School | North | 27,360 |
| 22731 | 609856 | QS-9A | 51502 | 51502-1 | Clay | Main | Active School | 13231 S Burley Ave. | 54,590 |
| 22731 | 609856 | QS-9A | 52420 | 52420-1 | Clay Branch @ St. Columba pre-K | Leased- Branch | Active School | 3340 E 134th St (St. Columba) | 9,820 |
| 51091 | 609759 | QS-9A | 51556 | 51556-1 | Clemente HS | Main | Active School | South of Division St. & East of Western Ave | 354,518 |
| 51091 | 609759 | QS-9A | 51556 | 51556-2 | Clemente HS | Main Athletic | Active School | North of Division St. and East of Western Ave. | 78,824 |
| 22741 | 609857 | QS-9A | 51006 | 51006-1 | Cleveland | Main | Active School | 3121 W BRYON ST | 93,450 |
| 22741 | 609857 | QS-9A | 53779 | 53779-1 | Cleveland Modular 1 | Modular 1 (4-Classroom ) | Active School | Southeast Corner | 4,011 |
| 22751 | 609859 | QS-9A | 51053 | 51053-2 | Clinton | Addition 1 | Active School | Southwest | 22,527 |
| 22751 | 609859 | QS-9A | 51053 | 51053-1 | Clinton | Main | Active School | East | 79,104 |
| 22751 | 609859 | QS-9A | 51053 | 51053-3 | Clinton | Addition 2 | Active School | North | 34,416 |
| 22761 | 609861 | QS-9A | 51427 | 51427-1 | Clissold | Main | Active School | 2350 W 110TH | 59,069 |
| 22761 | 609861 | QS-9A | 53780 | 53780-1 | Clissold Modular 1 | Modular 1 (4-Classroom ) | Active School | North Corner | 4,188 |
| 11880 | | QS-7A | 51331 | 51331-1 | CLOSED - Bontemps | Main | CLOSED | 1241 W 58th STREET, Chicago IL 60636 | 53,600 |
| 11880 | | QS-9B | 51485 | 51485-1 | CLOSED - Buckingham | Main | CLOSED | North | 14,272 |
| 11880 | | QS-2B | 51193 | 51193-1 | CLOSED - Calhoun | Main | CLOSED | 2833 W Adams ST, Chicago IL 60612 | 76,400 |
| 11880 | | QS-9B | 51500 | 51500-1 | CLOSED - CICS Larry Hawkins/Carver E Bldg | Middle - Charter | CLOSED | Southwest | 144,504 |
| 11880 | | QS-2A | 51084 | 51084-1 | Closed - Courtenay CPC @ Stockton | Courtenay CPC @ Stockton | CLOSED | 4425 N. Magnolia Ave | 7,700 |
| 11880 | | QS-2B | 51195 | 51195-1 | Closed - Dett | Main | CLOSED | 2306 W Maypole AVE, Chicago IL 60612 | 68,494 |
| 11880 | | QS-7A | 51319 | 51319-1 | CLOSED - Earle | Main | CLOSED | 6121 S HERMITAGE | 50,020 |
| 11880 | | QS-7A | 51319 | 51319-3 | CLOSED - Earle | Modular | CLOSED | 6121 S HERMITAGE | 18,788 |
| 11880 | | QS-7A | 51319 | 51319-2 | CLOSED - Earle | Addition | CLOSED | 6121 S HERMITAGE AVE | 17,582 |
| 11880 | | QS-8A | 51400 | 51400-1 | CLOSED - Fiske | Main | CLOSED | 6145 S INGLESIDE AVE | 73,930 |
| 11880 | | QS-4A | 51197 | 51197-1 | CLOSED - Goldblatt | Main | CLOSED | west | 30,873 |
| 11880 | | QS-4A | 51197 | 51197-2 | CLOSED - Goldblatt | Annex | CLOSED | east | 30,505 |
| 11880 | | QS-9B | 51911 | 51911-1 | CLOSED - Goldsmith | Main | CLOSED | 10211 S Crandon AVENUE, Chicago IL 60617 | 14,559 |
| 11880 | | QS-4A | 51216 | 51216-1 | CLOSED - Henson | Main | CLOSED | 1326 S Avers Avenue, Chicago IL 60623 | 64,300 |
| 11880 | | QS-9A | 51438 | 51438-1 | CLOSED - Kohn | Main | CLOSED | west | 60,624 |
| 11880 | | QS-7B | 51440 | 51440-1 | CLOSED - Morgan | Main | CLOSED | 8407 S KERFOOT AVE | 80,640 |
| 11880 | | QS-8A | 51346 | 51346-1 | DEMOLISHED - Old Attucks | 1 | Vacant Land | 3813 S Dearborn ave, Chicago IL 60609 | 0 |

Schedule 2
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11880 | | QS-5A | 51283 | 51283-1 | CLOSED - Paderewski | Main | CLOSED | 2221 South Lawndale Avenue , Chicago IL 60623 | 56,100 |
| 11880 | | QS-7A | 51356 | 51356-1 | CLOSED - Parkman | Main | CLOSED | 245 W 51ST | 61,109 |
| 11880 | | QS-8B | 51357 | 51357-3 | CLOSED - Ross | Cockrell CPC | CLOSED | 30 E 61st St (across the street) | 15,000 |
| 11880 | | QS-8B | 51357 | 51357-1 | CLOSED - Ross | Main | CLOSED | South | 40,200 |
| 11880 | | QS-8B | 51357 | 51357-2 | CLOSED - Ross | Addition | CLOSED | North | 39,000 |
| 11880 | | QS-8B | 51620 | 51620-2 | Closed - School of Leadership | Elevator Addition | CLOSED | 7627 S CONSTANCE AVE | 810 |
| 11880 | | QS-9B | 51455 | 51455-1 | CLOSED - Shedd Annex | Main | CLOSED | 200 E 99th ST, Chicago IL 60628 | 14,150 |
| 11880 | | QS-7A | 51385 | 51385-2 | CLOSED - Wentworth | (1893/1925) | CLOSED | 6950 S SANGAMON | 62,350 |
| 11880 | | QS-7A | 51385 | 51385-1 | CLOSED - Wentworth | Main | CLOSED | 6950 S SANGAMON ST | 62,630 |
| 11880 | | QS-7A | 51391 | 51391-1 | CLOSED - Woods | | CLOSED | 6206 S Racine AVE, Chicago IL 60636 | 69,497 |
| 11880 | | QS-8B | 51414 | 51414-3 | CLOSED & FORMER UC Woodlawn at Wadsworth | Addition 2 | CLOSED | south | 27,300 |
| 11880 | | QS-8B | 51414 | 51414-1 | CLOSED & FORMER UC Woodlawn at Wadsworth | Main | CLOSED | north | 74,125 |
| 11880 | | QS-8B | 51414 | 51414-2 | CLOSED & FORMER UC Woodlawn at Wadsworth | Addition 1 | CLOSED | middle | 20,670 |
| 11880 | | QS-9B | 51527 | 51527-1 | CLOSED- Burnham Anthony Branch-closed | Main | CLOSED | 9800 S TORRENCE AVE | 15,103 |
| 11880 | | QS-8B | 51652 | 51652-1 | CLOSED Young Womens HS @ Sengstake | Main | CLOSED | 2641 S CALUMET AVE | 50,500 |
| 11880 | | QS-3A | 51100 | 51100-1 | CLOSED-Armstrong L | Main | CLOSED | 5345 W CONGRESS PKWY | 14,750 |
| 11880 | | QS-8B | 51671 | 51671-1 | Cockrell CPC | Main | Active | 30 E 61st St, Chicago IL 60637 | 14,500 |
| 26751 | 610199 | QS-9A | 51519 | 51519-1 | Colemon | Main | Active School | 1441 W. 119th St. | 34,600 |
| 22771 | 609862 | QS-9A | 51463 | 51463-1 | Coles | Main | Active School | 8441 S Yates Blvd | 66,649 |
| 22771 | 609862 | QS-9A | 52423 | 52423-1 | Coles Annex | Annex | Active School | North | 21,061 |
| 22771 | 609862 | QS-9A | 53781 | 53781-1 | Coles Modular 1 | Modular 1 (2-Classroom ) | Active School | North Modular | 1,726 |
| 22771 | 609862 | QS-9A | 53782 | 53782-1 | Coles Modular 2 | Modular 2 (2-Classroom ) | Active School | North Middle Modular | 1,726 |
| 22771 | 609862 | QS-9A | 53641 | 53641-1 | Coles Modular 3 | Modular 3 (2-Classroom ) | Active School | South Middle Modular | 1,726 |
| 22771 | 609862 | QS-9A | 53642 | 53642-1 | Coles Modular 4 | Modular 4 (2-Classroom ) | Active School | South Modular | 1,726 |
| 49131 | 610499 | QS-9A | 51569 | 51569-1 | Collins HS | Main | Active School | 1313 S Sacramento Dr | 102,060 |
| 49131 | 610499 | QS-9A | 59561 | 59561-1 | Collins HS Fine Arts | Linked Addition-Physical Education Building | Active School | Northeast | 37,803 |
| 49131 | 610499 | QS-9A | 59651 | 59651-1 | Collins HS Physical Ed | Linked Addition-Fine Arts & Tech Building | Active School | South of the Main | 66,155 |
| 20071 | 610170 | QS-9A | 59886 | 59886-1 | Colombia Explorers Branch | Leased-Branch | Active School | 4600 S Kedzie | 11,700 |
| 20071 | 610170 | QS-9A | 51279 | 51279-1 | Columbia Explorers | Main | Active School | 4520 S KEDZIE | 83,500 |
| 51279 | 610170 | QS-9A | 55945 | 55945-1 | Columbia Explorers Modular | Modular 1 (6-Classroom ) | Active School | 4520 S Kedzie Ave, Chicago, IL 60632 | 7,000 |
| 20071 | 610170 | QS-9A | 55259 | 55259-1 | Columbia Explorers-Branch Kindergarten | Leased-Branch (Pre-K) | Active School | 4628 S. Kedzie | 5,852 |
| 22791 | 609863 | QS-9A | 51136 | 51136-1 | Columbus | Main | Active School | 1003 N Leavitt St | 31,872 |
| 22791 | 609863 | QS-9A | 51136 | 51136-2 | Columbus | Addition | Active School | 1003 N Leavitt | 7,164 |
| 22801 | 609864 | QS-9A | 51428 | 51428-1 | Cook | Main | Active School | 8150 S Bishop St | 66,070 |
| 22801 | 609864 | QS-9A | 58241 | 58241-1 | Cook Linked Addition | Linked Addition | Active School | north | 32,430 |
| 22821 | 609866 | QS-9A | 51055 | 51055-1 | Coonley | Main | Active School | Northeast | 66,959 |
| 22821 | 609866 | QS-9A | 51055 | 51055-2 | Coonley | Addition | Active School | Southeast | 5,345 |
| 22821 | 609866 | QS-9A | 51594 | 51594-1 | Coonley - Annex | Annex | Active School | Southwest | 35,331 |
| 22831 | 609867 | QS-9A | 51232 | 51232-1 | Cooper | Main | Active School | 1624 W. 19th St | 59,400 |
| 22831 | 609867 | QS-9A | 50008 | 50008-1 | Cooper Annex | Annex | Active School | 1645 W. 18th Place | 71,800 |
| 22851 | 609870 | QS-9A | 51265 | 51265-2 | Corkery | Addition | Active School | 2510 S KILDARE AVE | 4,548 |
| 22851 | 609870 | QS-9A | 51265 | 51265-1 | Corkery | Main | Active School | 2510 S KILDARE AVE | 67,120 |
| 46391 | 609761 | QS-9A | 51636 | 51636-1 | Corliss HS | Main | Active School | 821 E 103rd St | 218,350 |
| 46391 | 609761 | QS-9A | 56361 | 56361-1 | Corliss HS Linked Addition | Linked Addition-Main Athletic | Active School | East of the Main building | 54,301 |
| 30141 | 610355 | QS-9A | 51073 | 51073-1 | Courtenay @ Stockton | Main | Active School | East | 92,490 |
| 30141 | 610355 | QS-9A | 51073 | 51073-2 | Courtenay @ Stockton | Addition | Active School | Southwest | 19,580 |
| 11890 | | QS-5B | 54791 | 54791-1 | CPS Warehouse | east | Warehouse | 4720 S St. Louis AVENUE, Chicago IL 60632 | 165,000 |

Schedule...
List of Facilities
Building Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11890 | | QS-5B | 57492 | 57492-1 | CPS Warehouse Annex | Annex | Warehouse | 3532 W 47th PLACE, Chicago IL 60632 | 84,000 |
| 46641 | 610561 QS-9A | | 51564 | 51564-1 | Crane HS | Main | Active School | 2245 W JACKSON BLVD | 371,560 |
| 46641 | 610561 QS-9A | | 51564 | 51564-2 | Crane HS | Addition | Active School | 2245 W JACKSON BLVD | 47,855 |
| 31041 | 609873 QS-9A | | 51200 | 51200-1 | Crown | Main | Active School | 2128 S St Louis Ave | 63,352 |
| 23881 | 610003 QS-9A | | 51436 | 51436-1 | Cuffe | Main | Active School | 8324 S RACINE AVE | 82,120 |
| 23891 | 610004 QS-9A | | 51509 | 51509-1 | Cullen | Main | Active School | 10650 S Eberhart Ave | 25,927 |
| 53101 | 609756 QS-9A | | 51590 | 51590-1 | Curie HS | Main-Building A | Active School | 4959 S Archer Ave | 245,084 |
| 53101 | 609756 QS-9A | | 50951 | 50951-1 | Curie HS Linked Addition | Linked Addition-Athletic Building B | Active School | Northeast | 170,493 |
| 23061 | 609900 QS-9A | | 51430 | 51430-1 | Curtis | Main | Active School | 32 E 115th St | 61,030 |
| 23061 | 609900 QS-9A | | 50341 | 50341-1 | Curtis Annex | Annex | East | 42,580 |
| 25951 | 610239 QS-9A | | 51334 | 51334-1 | Daley | Main | Active School | 5024 S WOLCOTT | 73,350 |
| 22881 | 609875 QS-9A | | 51112 | 51112-3 | Darwin | Addition | Active School | West | 38,126 |
| 22881 | 609875 QS-9A | | 51112 | 51112-1 | Darwin | Main | Active School | 3116 W BELDEN | 61,807 |
| 22881 | 609875 QS-9A | | 52429 | 52429-1 | Darwin Annex | Annex | Active School | Northwest | 21,308 |
| 29391 | 610521 QS-9A | | 54217 | 54217-1 | Davis | Main | Active School | 6730 S PAULINA | 104,200 |
| 22891 | 609876 QS-9A | | 51266 | 51266-3 | Davis N | Addition 2 | Active School | West | 26,452 |
| 22891 | 609876 QS-9A | | 51266 | 51266-1 | Davis N | Main | Active School | 3014 W 39TH PL | 45,675 |
| 22891 | 609876 QS-9A | | 51266 | 51266-2 | Davis N | Addition 1 | Active School | East | 15,412 |
| 22891 | 609876 QS-9A | | 53959 | 53959-1 | Davis N Annex | Annex | Active School | 3050 W. 39th Place | 34,018 |
| 22901 | 609879 QS-9A | | 51291 | 51291-1 | Dawes | Main | Active School | 3810 W 81st Pl | 70,461 |
| 22901 | 609879 QS-9A | | 53785 | 53785-1 | Dawes New Modular 1 | Modular 1 (8-Classroom ) | Active School | Northwest Modular | 9,800 |
| 22901 | 609879 QS-9A | | 53786 | 53786-1 | Dawes New Modular 2 | Modular 2 (8-Classroom ) | Active School | Southwest Modular | 9,800 |
| 31261 | 610313 QS-9A | | 51151 | 51151-2 | De Diego | Addition | Active School | Southwest | 62,986 |
| 31261 | 610313 QS-9A | | 51151 | 51151-1 | De Diego | Main | Active School | 1313 N Claremont Ave | 175,571 |
| 23411 | 609950 QS-9A | | 51271 | 51271-1 | De Dominguez | Main | Active School | 3000 S. Lawndale | 63,900 |
| 29031 | 609880 QS-9A | | 51056 | 51056-1 | Decatur | Main | Active School | East | 23,834 |
| 29031 | 609880 QS-9A | | 52001 | 52001-1 | Decatur Annex | Annex | Active School | 7030 N Sacramento Ave | 18,600 |
| 22931 | 609883 QS-9A | | 51377 | 51377-1 | Deneen | Main | Active School | 7240 S Wabash Ave | 33,076 |
| 22931 | 609883 QS-9A | | 51377 | 51377-2 | Deneen | Addition 3 | Active School | West | 32,350 |
| 22931 | 609883 QS-9A | | 51377 | 51377-3 | Deneen | Addition 1 | Active School | Southeast | 8,920 |
| 22931 | 609883 QS-9A | | 51377 | 51377-4 | Deneen | Addition 2 | Active School | South | 13,390 |
| 26631 | 610367 QS-9A | | 51107 | 51107-1 | Depriest | Main | Active School | 139 S. Parkside Ave. | 106,650 |
| 26031 | 610252 QS-9A | | 51187 | 51187-1 | Dett @ Herbert | Main | Active School | 2131 W Monroe STREET Chicago IL 60612 | 70,600 |
| 22941 | 609884 QS-9A | | 51008 | 51008-1 | Dever | Main | Active School | 3436 N OSCEOLA AVE | 38,530 |
| 22941 | 609884 QS-9A | | 51008 | 51008-2 | Dever | Addition | Active School | West | 6,255 |
| 22941 | 609884 QS-9A | | 52008 | 52008-1 | Dever Annex | Annex | Active School | 3418 N Osceola Ave | 17,340 |
| 22941 | 609884 QS-9A | | 53787 | 53787-1 | Dever Modular 1 | Modular 1 (4-Classroom ) | Active School | Southwest Corner | 4,125 |
| 22951 | 609885 QS-9A | | 51349 | 51349-1 | Dewey | Main | Active School | 5415 S UNION AVE | 71,361 |
| 22951 | 609885 QS-9A | | 51367 | 51367-1 | Dewey CPC | Annex | Active School | 638 W 54th Pl | 14,830 |
| 22871 | 609874 QS-9A | | 51007 | 51007-1 | Dirksen | Main | Active School | 8601 W Foster Ave | 33,824 |
| 22871 | 609874 QS-9A | | 51007 | 51007-2 | Dirksen | Addition | Active School | South | 13,915 |
| 22871 | 609874 QS-9A | | 52002 | 52002-1 | Dirksen Annex | Annex | Active School | 8601 W Foster Ave | 65,300 |
| 22871 | 609874 QS-9A | | 54784 | 54784-1 | Dirksen Branch | Leased-Branch | Active School | 8300 W. Addison St | 4,712 |
| 22871 | 609874 QS-9A | | 53788 | 53788-1 | Dirksen Modular 1 | Modular 1 (4-Classroom ) | Active School | North Modular | 4,900 |
| 22871 | 609874 QS-9A | | 53000 | 53000-1 | Dirksen Modular 2 | Modular 2 (4-Classroom ) | Active School | South Modular | 4,900 |
| 29401 | 610363 QS-9A | | 51082 | 51082-1 | Disney | Main | Active School | 4140 N MARINE DR | 215,990 |
| 29401 | 610363 QS-9A | | 52609 | 52609-1 | Disney Art Building | Linked Addition | Active School | 4140 N MARINE DR | 44,150 |
| 26921 | 610515 QS-9A | | 51019 | 51019-1 | Disney II | Main | Active School | 3815 N KEDVALE AVE | 50,560 |
| 26921 | 610564 QS-9A | | 51042 | 51042-1 | Disney II @ Marshall Middle | Main | Active School | 3900 N Lawndale Ave | 125,776 |
| 26921 | 610564 QS-9A | | 51042 | 51042-3 | Disney II @ Marshall Middle | Addition 2 | Active School | 3900 N Lawndale Ave | 31,184 |
| 26921 | 610564 QS-9A | | 51042 | 51042-2 | Disney II @ Marshall Middle | Addition 1 | Active School | North | 24,963 |
| 22971 | 609887 QS-9A | | 51464 | 51464-1 | Dixon | Main | Active School | 8306 S Saint Lawrence AVENUE Chicago IL 60619 | 101,627 |
| 22991 | 609891 QS-9A | | 51398 | 51398-1 | Doolittle East | Main | Active School | 535 E 35TH ST | 66,148 |

Schedule J
List of Facilities
Building Data

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22991 | 609891 | QS-9A | 51398 | 51398-2 | Doolittle East | Addition | Active School | East | 46,148 |
| 23001 | 609893 | QS-9A | 58212 | 58212-1 | Dore | Main | Active School | 7134 W 65th STREET Chicago IL 60638 | 113,000 |
| 23001 | 609893 | QS-9A | 51292 | 51292-3 | Dore Pre-K | Branch-Old Main (Addition) | Active School | Center | 6,847 |
| 23001 | 609893 | QS-9A | 51292 | 51292-1 | Dore Pre-K | Branch-Old Main | Active School | 6108 S Natoma Ave | 13,369 |
| 41061 | 610245 | QS-9A | 51104 | 51104-1 | Douglas HS | Main | Active School | 543 N WALLER | 135,210 |
| 26371 | 610299 | QS-9A | 51393 | 51393-1 | Dr. Martin L. King Jr. Academy of Social Justice @ Hinton | Main | Active School | 644 W. 71st St. | 71,892 |
| 23011 | 609894 | QS-9A | 51255 | 51255-1 | Drake @ Williams | Main | Active School | Middle-South | 141,400 |
| 23011 | 609894 | QS-9A | 51255 | 51255-2 | Drake @ Williams | Addition | Active School | North | 6,750 |
| 23021 | 609896 | QS-9A | 51137 | 51137-1 | Drummond | Main | Active School | 1845 W Cortland St | 47,500 |
| 26601 | 610364 | QS-9A | 51526 | 51526-1 | Dubois | Main | Active School | 330 E 133RD ST | 27,248 |
| 26141 | 610263 | QS-9A | 51417 | 51417-1 | Dulles | Main | Active School | 220 E 63rd St. | 70,786 |
| 53021 | 609676 | QS-9A | 51578 | 51578-1 | Dunbar HS | Main | Active School | 3000 S King DRIVE Chicago IL 60616 | 319,937 |
| 25491 | 610188 | QS-9A | 51446 | 51446-2 | Dunne | Main | Active School | west | 23,372 |
| 25491 | 610188 | QS-9A | 56441 | 56441-1 | Dunne Linked Addition | Linked Addition | Active School | 10845 S Union Ave | 10,666 |
| 26831 | 610352 | QS-9A | 51314 | 51314-1 | Durkin Park | Main | Active School | 8445 S Kolin Ave | 39,928 |
| 26831 | 610352 | QS-9A | 52009 | 52009-1 | Durkin Park Annex | Annex | Active School | 8445 S Kolin Ave | 6,798 |
| 26831 | 610352 | QS-9A | 54131 | 54131-1 | Durkin Park Linked Addition | Linked Addition 2 | Active School | Northwest | 28,328 |
| 26831 | 610352 | QS-9A | 57390 | 57390-1 | Durkin Park Linked Addition 2 | Linked Addition 1 | Active School | Northeast | 7,406 |
| 26831 | 610352 | QS-9A | 53790 | 53790-1 | Durkin Park Modular 1 | Modular 1 (4-Classroom ) | Active School | East | 4,060 |
| 26051 | 610254 | QS-9A | 51218 | 51218-1 | Dvorak | Main | Active School | 3615 W 16TH | 69,287 |
| 46681 | 610587 | QS-9A | 51585 | 51585-1 | Dyett HS | Main | Active School | East | 120,706 |
| 66021 | 610587 | QS-9A | 52367 | 52367-1 | Dyett HS Rec Building | Annex-Athletic Building | Active School | West | 42,134 |
| 26441 | 610316 | QS-9A | 51490 | 51490-1 | Earhart | Main | Active School | 1710 E 93rd St | 13,080 |
| 26441 | 610316 | QS-9A | 51490 | 51490-2 | Earhart | Addition 2 | Active School | West | 11,635 |
| 26441 | 610316 | QS-9A | 51490 | 51490-3 | Earhart | Addition 1 | Active School | Center | 3,437 |
| 23031 | 609897 | QS-9A | 51320 | 51320-1 | Earle @ Goodlow | Main | Active School | 2040 W 62nd STREET Chicago IL 60636 | 67,506 |
| 23041 | 609898 | QS-9A | 51293 | 51293-1 | Eberhart | Main | Active School | 3400 W 65th Pl | 78,703 |
| 23041 | 609898 | QS-9A | 51293 | 51293-2 | Eberhart | Addition | Active School | West | 81,635 |
| 23041 | 609898 | QS-9A | 53791 | 53791-1 | Eberhart Modular 1 | Modular 1 (4-Classroom ) | Active School | northwest of the Addition | 4,060 |
| 23051 | 609899 | QS-9A | 51009 | 51009-1 | Ebinger | Main | Active School | South | 61,518 |
| 23051 | 609899 | QS-9A | 51009 | 51009-2 | Ebinger | Addition 1 | Active School | 7350 W Pratt Ave | 32,000 |
| 68010 | | QS-8B | 50444 | 50444-1 | Eckersall Stadium | 1 | Stadium | 2423 E 82nd St, Chicago, IL 60617 | 6,500 |
| 23071 | 609901 | QS-9A | 51010 | 51010-4 | Edgebrook | Addition 3 | Active School | Northeast | 35,298 |
| 23071 | 609901 | QS-9A | 51010 | 51010-1 | Edgebrook | Main | Active School | 6525 N Hiawatha Ave | 18,347 |
| 23071 | 609901 | QS-9A | 51010 | 51010-3 | Edgebrook | Addition 2 | Active School | Southeast | 7,661 |
| 23071 | 609901 | QS-9A | 51010 | 51010-2 | Edgebrook | Addition 1 | Active School | Northwest | 4,284 |
| 28081 | 610523 | QS-9A | 51001 | 51001-1 | Edison Park | Main | Active School | 6220 N Olcott | 34,423 |
| 28081 | 610523 | QS-9A | 51001 | 51001-2 | Edison Park | Addition | Active School | Northwest | 26,052 |
| 23081 | 609903 | QS-9A | 51294 | 51294-2 | Edwards | Addition 1 | Active School | Northeast | 11,090 |
| 23081 | 609903 | QS-9A | 51294 | 51294-1 | Edwards | Main | Active School | 4815 S Karlov Ave | 81,150 |
| 23081 | 609903 | QS-9A | 51294 | 51294-3 | Edwards | Addition 2 | Active School | 4815 S Karlov Ave | 50,193 |
| 23081 | 609903 | QS-9A | 52440 | 52440-1 | Edwards Annex | Annex | Active School | South | 16,936 |
| 23081 | 609903 | QS-9A | 51316 | 51316-1 | Edwards Branch | Branch | Active School | 4950 S. LaPorte Ave. | 15,774 |
| 23101 | 609904 | QS-9A | 54725 | 54725-1 | Ellington | Main | Active School | 243 N Parkside Ave | 112,380 |
| 46691 | 610592 | QS-9A | 56691 | 56691-1 | Englewood STEM | main | Active School | 6835 S NORMAL Chicago IL 60621-2535 | 160,000 |
| 29051 | 609907 | QS-9A | 51201 | 51201-1 | Ericson | Main | Active School | 3600 W 5th Ave Chicago, IL 60624 | 74,410 |
| 23131 | 609908 | QS-9A | 51431 | 51431-2 | Esmond | Addition 1 | Active School | Northeast | 17,400 |
| 23131 | 609908 | QS-9A | 51431 | 51431-1 | Esmond | Main | Active School | Northwest | 16,300 |
| 23131 | 609908 | QS-9A | 51431 | 51431-3 | Esmond | Annex | Active School | 1865 W Montvale Ave | 20,000 |
| 23141 | 609909 | QS-9A | 51267 | 51267-1 | Everett | Main | Active School | 3419 S Bell Ave | 47,850 |
| 23141 | 609909 | QS-9A | 53799 | 53799-1 | Everett Modular 1 | Modular 1 (6-Classroom ) | Active School | South | 5,645 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26461 | 610319 | QS-9A | 51340 | 51340-1 | Evergreen | Main | Active School | 3537 S PAULINA | 50,060 |
| 26591 | 610362 | QS-9A | 51451 | 51451-1 | Evers | Main | Active School | 9811 S LOWE ST | 52,968 |
| 26701 | 610057 | QS-9A | 51301 | 51301-1 | Fairfield | Leased-Main | Active School | 6201 S. Fairfield Ave. | 79,926 |
| 23151 | 609910 | QS-9A | 51011 | 51011-1 | Falconer | Main | Active School | 3020 N Lamon Ave Chicago, IL 60641 | 82,716 |
| 23151 | 609910 | QS-9A | 51011 | 51011-2 | Falconer | Addition | Active School | 3020 N Lamon Ave Chicago, IL 60641 | 82,797 |
| 24371 | 610055 | QS-9A | 51189 | 51189-1 | Faraday | Main | Active School | 3250 W Monroe St Chicago, IL 60624 | 61,645 |
| 23161 | 609912 | QS-9A | 51012 | 51012-1 | Farnsworth | Main | Active School | 5414 N LINDER AVE | 76,762 |
| 23161 | 609912 | QS-9A | 53803 | 53803-1 | Farnsworth Modular 1 | Modular 1 (4-Classroom ) | Active School | Southwest Corner | 4,950 |
| 53091 | 609704 | QS-9A | 51581 | 51581-1 | Farragut HS | Main | Active School | South | 136,264 |
| 53091 | 609704 | QS-9A | 51581 | 51581-2 | Farragut HS | Addition | Active School | North Side | 222,991 |
| 46111 | 609705 | QS-9A | 51628 | 51628-1 | Fenger HS | Main | Active School | 11220 S WALLACE | 341,000 |
| 23201 | 609917 | QS-9A | 51432 | 51432-2 | Fernwood | Addition | Active School | 10041 S UNION AVE | 35,990 |
| 23201 | 609917 | QS-9A | 51432 | 51432-1 | Fernwood | Main | Active School | 10041 S UNION AVE | 31,180 |
| 23211 | 609918 | QS-9A | 51057 | 51057-1 | Field | Main | Active School | 7019 N Ashland Ave | 37,830 |
| 23211 | 609918 | QS-9A | 51057 | 51057-2 | Field | Addition 1 | Active School | 7019 N Ashland Ave | 49,713 |
| 23211 | 609918 | QS-9A | 51057 | 51057-3 | Field | Addition 2 | Active School | 7019 N Ashland Ave | 16,875 |
| 23541 | 609967 | QS-9A | 51273 | 51273-1 | Finkl | Main | Active School | 2332 S WESTERN AVE | 71,980 |
| 23221 | 609919 | QS-9A | 51412 | 51412-1 | Fiske @ Sexton | Main | Active School | North | 70,878 |
| 23221 | 609919 | QS-9A | 51412 | 51412-2 | Fiske @ Sexton | Addition | Active School | South | 34,396 |
| 46131 | 609708 | QS-9A | 51532 | 51532-1 | Foreman HS | Main | Active School | 3235 N LeClaire AVENUE Chicago IL 60641 | 221,236 |
| 46131 | 609708 | QS-9A | 53806 | 53806-1 | Foreman HS Modular 1 | Modular 1 (10-Classroom ) | Active School | Site East | 13,157 |
| 23241 | 609924 | QS-9A | 51433 | 51433-1 | Fort Dearborn | Main | Active School | West - North end | 65,765 |
| 23241 | 609924 | QS-9A | 51433 | 51433-2 | Fort Dearborn | Addition | Active School | Northeast | 17,659 |
| 23241 | 609924 | QS-9A | 51433 | 51433-3 | Fort Dearborn | Addition 2 | Active School | 9025 S Throop STREET Chicago IL 60620 | 23,200 |
| 23261 | 609927 | QS-9A | 51434 | 51434-2 | Foster Park | Addition | Active School | north | 14,235 |
| 23261 | 609927 | QS-9A | 51434 | 51434-1 | Foster Park | Main | Active School | 8530 S Wood St | 17,910 |
| 23261 | 609926 | QS-9A | 52445 | 52445-1 | Foster Park Annex | Annex | Active School | North | 35,860 |
| 29081 | 609928 | QS-9A | 51161 | 51161-1 | Franklin | Main | Active School | North | 53,097 |
| 29411 | 610503 | QS-9A | 51222 | 51222-1 | Frazier | Main | Active School | 4027 W GREENSHAW | 72,000 |
| 23271 | 609928 | QS-9A | 51351 | 51351-1 | Fuller | Main | Active School | 4214 South Saint Lawrence Avenue | 91,800 |
| 23281 | 609929 | QS-9A | 51321 | 51321-1 | Fulton | Main | Active School | 5330 S Hermitage Ave. | 75,628 |
| 23281 | 609929 | QS-9A | 52446 | 52446-1 | Fulton Annex | Annex | Active School | North | 20,970 |
| 23291 | 609930 | QS-9A | 51114 | 51114-1 | Funston | Main | Active School | 2010 N Central Park | 53,265 |
| 23291 | 609930 | QS-9A | 51114 | 51114-2 | Funston | Addition | Active School | South | 19,725 |
| 23291 | 609930 | QS-9A | 54119 | 54119-1 | Funston Linked Addition | Linked Addition | Active School | West | 34,739 |
| 46141 | 609709 | QS-9A | 51609 | 51609-1 | Gage Park HS | Main | Active School | 5630 S ROCKWELL ST | 219,411 |
| 31081 | 609933 | QS-9A | 51058 | 51058-1 | Gale | Main | Active School | East | 91,665 |
| 31081 | 609933 | QS-9A | 51058 | 51058-2 | Gale | Addition | Active School | South | 9,165 |
| 31081 | 609933 | QS-9A | 52447 | 52447-1 | Gale Annex | Annex | Active School | West | 56,986 |
| 29141 | 610009 | QS-9A | 51240 | 51240-2 | Galileo | Addition | Active School | South | 60,234 |
| 29141 | 610009 | QS-9A | 51240 | 51240-1 | Galileo | Main | Active School | North | 42,469 |
| 29091 | 609935 | QS-9A | 51505 | 51505-1 | Gallistel | Main | Active School | Southwest | 48,896 |
| 29091 | 609935 | QS-9A | 51505 | 51505-2 | Gallistel | Addition | Active School | Northwest | 36,905 |
| 29091 | 609935 | QS-9A | 53812 | 53812-1 | Gallistel Modular 1 | Modular 1 (6-Classroom ) | Active School | North Modular | 6,676 |
| 29091 | 609935 | QS-9A | 53914 | 53914-1 | Gallistel Modular 2 | Modular 2 (2-Classroom ) | Active School | Southeast Corner | 2,100 |
| 24951 | 610128 | QS-9A | 51445 | 51445-1 | Garvey M | Main | Active School | 10309 S. Morgan | 55,354 |
| 23301 | 609937 | QS-9A | 51013 | 51013-2 | Garvy J | Addition 2 | Active School | Southeast | 33,345 |
| 23301 | 609937 | QS-9A | 51013 | 51013-1 | Garvy J | Main | Active School | 5225 N OAK PARK AVE | 26,875 |
| 23301 | 609937 | QS-9A | 51013 | 51013-3 | Garvy J | Addition 1 | Active School | North | 19,445 |
| 23311 | 609938 | QS-9A | 51270 | 51270-1 | Gary | Main | Active School | Middle - West | 92,770 |
| 23311 | 609938 | QS-9A | 52450 | 52450-1 | Gary Annex 1 | Annex 1 | Active School | Northwest | 16,285 |
| 23311 | 609938 | QS-9A | 50721 | 50721-1 | Gary Annex 2 | Annex 2 | Active School | Northeast | 23,138 |

Schedule 4
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 68100 | | QS-9A | 53900 | 53900-1 | Gately Stadium | Leased | Stadium | 810 E 103rd STREET, Chicago IL 60628 | 7,200 |
| 23321 | 609939 | QS-9A | 51466 | 51466-1 | Gillespie | Main | Active School | 9301 S. State Street | 60,700 |
| 23321 | 609939 | QS-9A | 51466 | 51466-2 | Gillespie | Addition | Active School | 9301 S. State Street | 30,600 |
| 23341 | 609942 | QS-9A | 51115 | 51115-1 | Goethe | Main | Active School | north | 57,508 |
| 23341 | 609942 | QS-9A | 51115 | 51115-2 | Goethe | Addition | Active School | southwest | 22,520 |
| 46611 | 610558 | QS-9A | 54793 | 54793-1 | Goode HS | Main | Active School | 7651 S. Homan Ave. | 208,200 |
| 23371 | 609945 | QS-9A | 51059 | 51059-1 | Goudy | Main | Active School | North | 48,127 |
| 23371 | 609945 | QS-9A | 51059 | 51059-2 | Goudy | Addition 2 | Active School | South | 42,116 |
| 23371 | 609945 | QS-9A | 51059 | 51059-3 | Goudy | Addition 1 | Active School | middle | 7,776 |
| 23391 | 609947 | QS-9A | 51352 | 51352-1 | Graham | Main | Active School | 4436 S Union Ave | 73,500 |
| 23391 | 609947 | QS-9A | 53814 | 53814-1 | Graham Branch | Branch | Active School | 745 W. 45th St | 43,000 |
| 49101 | 609769 | QS-9A | 51591 | 51591-1 | Graham HS | Main | Active School | Southwest | 19,415 |
| 49101 | 609769 | QS-9A | 53815 | 53815-1 | Graham HS Modular 1 | Modular 1 (4-Classroom ) | Active School | East of main building | 3,988 |
| 23401 | 609949 | QS-9A | 51014 | 51014-1 | Gray | Main | Active School | 3730 N LARAMIE AVE | 67,435 |
| 23401 | 609949 | QS-9A | 54101 | 54101-1 | Gray Annex | Annex | Active School | West | 57,255 |
| 23401 | 609949 | QS-9A | 53816 | 53816-1 | Gray Modular 1 | Modular 1 (4-Classroom ) | Active School | South | 5,300 |
| 22661 | 609850 | QS-9A | 51051 | 51051-1 | Greeley | Main | Active School | East | 60,718 |
| 24131 | 610032 | QS-9A | 51439 | 51439-1 | Green W | Main | Active School | 1150 W 96th St | 40,088 |
| 23431 | 609952 | QS-9A | 51323 | 51323-1 | Greene N | Main | Active School | 3525 S. Honore St. | 82,455 |
| 23441 | 609954 | QS-9A | 51203 | 51203-1 | Gregory | Main | Active School | 3715 W Polk St | 85,100 |
| 23441 | 609954 | QS-9A | 51203 | 51203-2 | Gregory | Addition 1 | Active School | Northeast | 12,400 |
| 23441 | 609954 | QS-9A | 51203 | 51203-3 | Gregory | Addition 1 | Active School | Northwest | 12,400 |
| 23451 | 609955 | QS-9A | 51435 | 51435-3 | Gresham | Addition 2 | Active School | south | 48,387 |
| 23451 | 609955 | QS-9A | 51435 | 51435-1 | Gresham | Main | Active School | 8524 S. Green St. | 41,588 |
| 23451 | 609955 | QS-9A | 51435 | 51435-2 | Gresham | Addition 1 | Active School | north | 23,364 |
| 23461 | 609956 | QS-9A | 51295 | 51295-1 | Grimes | Main | Active School | 5450 West 64th Place | 12,302 |
| 23461 | 609956 | QS-9A | 51295 | 51295-2 | Grimes | Addition | Active School | East | 4,945 |
| 23461 | 609956 | QS-9A | 51315 | 51315-1 | Grimes Branch @ Fleming Branch | Branch-Fleming | Active School | 4918 W. 64th St | 13,953 |
| 23461 | 609956 | QS-9A | 58102 | 58102-1 | Grimes Modular @ Fleming Branch | Modular 1 @ Fleming Branch (8-Classroom ) | Active School | at the Fleming Branch | 9,660 |
| 23361 | 609944 | QS-9A | 51507 | 51507-1 | Grissom | Main | Active School | 12810 S Escanaba AVE | 29,878 |
| 23361 | 609944 | QS-9A | 53817 | 53817-1 | Grissom Modular 1 | Modular 1 (2-Classroom ) | Active School | Southwest end of the Main | 1,737 |
| 29121 | 609958 | QS-9A | 51272 | 51272-1 | Gunsaulus | Main | Active School | 4420 S Sacramento Ave | 106,519 |
| 23481 | 609959 | QS-9A | 51236 | 51236-1 | Haines | Main | Active School | 247 W 23RD PL | 75,558 |
| 23491 | 609960 | QS-9A | 51296 | 51296-1 | Hale | Main | Active School | 6140 S Melvina Ave | 63,323 |
| 23491 | 609960 | QS-9A | 51296 | 51296-2 | Hale | Addition | Active School | North | 35,910 |
| 22301 | 609808 | QS-9A | 51496 | 51496-1 | Haley | Main | Active School | 11411 S Eggleston Ave | 64,306 |
| 22301 | 609808 | QS-9A | 56941 | 56941-1 | Haley Annex | Annex | Active School | East | 36,988 |
| 23501 | 609963 | QS-9A | 51060 | 51060-1 | Hamilton | Main | Active School | 150 W CORNELIA | 74,643 |
| 23511 | 609964 | QS-9A | 51324 | 51324-1 | Hamline | Main | Active School | 4747 S BISHOP - Main Campus | 43,990 |
| 23511 | 609964 | QS-9A | 51324 | 51324-2 | Hamline | Addition | Active School | North - Main Campus | 35,521 |
| 23511 | 609964 | QS-9A | 51343 | 51343-1 | Hamline Branch | Branch | Active School | 1548 W 48TH ST | 37,552 |
| 23531 | 609966 | QS-9A | 51204 | 51204-1 | Hammond | Main | Active School | 2819 W. 21st Pl | 38,104 |
| 23531 | 609966 | QS-9A | 51204 | 51204-2 | Hammond | Addition | Active School | Northwest | 21,588 |
| 32021 | 609807 | QS-9A | 51288 | 51288-1 | Hampton | Main | Active School | 3434 W 77th St | 98,776 |
| 46021 | | QS-6A | 51605 | 51605-1 | CLOSED - Hancock HS | Main | CLOSED | 4034 W 56TH ST | 185,086 |
| 24461 | 610068 | QS-9A | 51121 | 51121-1 | Hanson Park | Main | Active School | 5411 W Fullerton Ave | 74,400 |
| 24461 | 610068 | QS-9A | 53425 | 53425-1 | Hanson Park Branch @ St Stanislaus | Leased-Branch | Active School | 2318 N Lorel Ave | 32,476 |
| 24461 | 610068 | QS-9A | 52508 | 52508-1 | Hanson Park Linked Addition | Linked Addition | Active School | South | 18,989 |
| 24461 | 610068 | QS-9A | 52212 | 52212-1 | Hanson Park Modular1 | Modular 1 (6-Classroom ) | Active School | Southeast Corner | 6,951 |
| 68020 | | QS-3A | 53897 | 53897-1 | Hanson Park Stadium | Main | Stadium | 5501 W Fullerton AVENUE, Chicago IL 60639 | 10,000 |
| 51021 | 609710 | QS-9A | 51630 | 51630-1 | Harlan HS | Main | Active School | 9652 S Michigan Ave | 152,196 |
| 51021 | 609710 | QS-9A | 51630 | 51630-2 | Harlan HS | Addition | Active School | Northeast | 6,134 |
| 51021 | 609710 | QS-9A | 50361 | 50361-1 | Harlan HS Linked Addition | Annex | Active School | Southwest | 11,400 |

| 46151 | 609711 QS-9A | 51610 | 51610-1 | Harper HS | Main | Active School | 6520 South Wood Street | 174,822 |
|---|---|---|---|---|---|---|---|---|
| 46151 | 609711 QS-9A | 51610 | 51610-2 | Harper HS | Addition | Active School | 6520 South Wood Street | 45,965 |
| 23561 | 609969 QS-9A | 51402 | 51402-3 | Harte | Addition 1 | Active School | West | 15,537 |
| 23561 | 609969 QS-9A | 51402 | 51402-2 | Harte | Addition 2 | Active School | East | 6,162 |
| 23561 | 609969 QS-9A | 51402 | 51402-1 | Harte | Main | Active School | center | 12,582 |
| 23581 | 609971 QS-9A | 51378 | 51378-1 | Harvard | Main | Active School | 7525 S. Harvard Ave | 54,868 |
| 23581 | 609971 QS-9A | 52463 | 52463-1 | Harvard Annex | Annex | Active School | North | 25,716 |
| 23591 | 609972 QS-9A | 51015 | 51015-2 | Haugan | Addition | Active School | East | 7,809 |
| 23591 | 609972 QS-9A | 51015 | 51015-1 | Haugan | Main | Active School | West | 130,162 |
| 29131 | 609974 QS-9A | 51162 | 51162-1 | Hawthorne | Main | Active School | 3319 N CLIFTON | 11,242 |
| 29131 | 609974 QS-9A | 51162 | 51162-2 | Hawthorne | Addition 1 | Active School | Middle | 44,969 |
| 29131 | 609974 QS-9A | 51162 | 51162-3 | Hawthorne | Addition 2 | Active School | North | 14,988 |
| 31111 | 609975 QS-9A | 51091 | 51091-1 | Hay | Main | Active School | 1018 N Laramie Ave. | 94,900 |
| 23621 | 609976 QS-9A | 51061 | 51061-2 | Hayt | Addition | Active School | East | 5,700 |
| 23621 | 609976 QS-9A | 51061 | 51061-1 | Hayt | Main | Active School | 1518 W GRANVILLE AVE | 78,600 |
| 23621 | 609976 QS-9A | 52465 | 52465-1 | Hayt Linked Addition | Linked Addition | Active School | West | 34,500 |
| 23651 | 609979 QS-9A | 51237 | 51237-1 | Healy | Main | Active School | North | 68,618 |
| 23651 | 609979 QS-9A | 51260 | 51260-1 | Healy Annex | Annex | Active School | South | 46,086 |
| 23671 | 609981 QS-9A | 52467 | 52467-1 | Hearst | Main | Active School | southeast | 66,730 |
| 23671 | 609981 QS-9A | 52467 | 52467-2 | Hearst | Addition | Active School | northeast | 17,448 |
| 23681 | 609983 QS-9A | 51325 | 51325-1 | Hedges | Main | Active School | 4747 S WINCHESTER AVE | 50,925 |
| 23681 | 609983 QS-9A | 51325 | 51325-2 | Hedges | Addition | Active School | 4747 S WINCHESTER AVE | 51,015 |
| 23711 | 609985 QS-9A | 51186 | 51186-1 | Hefferan | Main | Active School | 4409 W Wilcox S | 60,934 |
| 23721 | 609986 QS-9A | 51326 | 51326-1 | Henderson | Main | Active School | 5650 S Wolcott Ave | 81,110 |
| 31121 | 609987 QS-9A | 51353 | 51353-1 | Hendricks | Main | Active School | 4316 S PRINCETON AVE | 56,857 |
| 23731 | 609988 QS-9A | 51016 | 51016-1 | Henry | Main | Active School | 4250 N. St. Louis Ave. | 75,700 |
| 23731 | 609988 QS-9A | 52469 | 52469-1 | Henry Annex | Annex | Active School | West | 14,400 |
| 22441 | 610532 QS-9A | 54697 | 54697-1 | Hernandez | Main | Active School | Main | 127,162 |
| 23771 | 609991 QS-9A | 51205 | 51205-1 | Herzl | Main | Active School | 3711 W. Douglas Blvd. | 142,911 |
| 23771 | 609991 QS-9A | 51224 | 51224-1 | Herzl CPC | Branch-CPC | Active School | 1401 S. Hamlin Ave | 8,525 |
| 23801 | 609994 QS-9A | 51017 | 51017-1 | Hibbard | Main | Active School | 3244 W AINSLIE | 97,100 |
| 23801 | 609994 QS-9A | 51017 | 51017-2 | Hibbard | Addition | Active School | 3244 W AINSLIE | 72,800 |
| 31251 | 610295 QS-9A | 51524 | 51524-1 | Higgins | Main | Active School | Southeast | 30,500 |
| 31251 | 610295 QS-9A | 51524 | 51524-2 | Higgins | Addition | Active School | Northeast | 20,803 |
| 47031 | 609712 QS-9A | 51611 | 51611-1 | Hirsch HS | Main | Active School | 7740 S Ingleside Ave | 217,770 |
| 23811 | 609995 QS-9A | 51018 | 51018-1 | Hitch | Main | Active School | 5625 N. McVicker Ave. | 72,250 |
| 23811 | 609995 QS-9A | 58101 | 58101-1 | Hitch Modular 1 | Modular 1 (8-Classroom ) | Active School | Southeast | 9,800 |
| 23821 | 609996 QS-9A | 51239 | 51239-2 | Holden | Addition | Active School | Northwest | 37,802 |
| 23821 | 609996 QS-9A | 51239 | 51239-1 | Holden | Main | Active School | 1104 W 31st St | 57,060 |
| 23821 | 609996 QS-9A | 53823 | 53823-1 | Holden Modular 1 | Modular 1 (4-Classroom ) | Active School | North Corner | 4,900 |
| 23831 | 609997 QS-9A | 51354 | 51354-3 | Holmes | Addition 2 | Active School | South | 4,722 |
| 23831 | 609997 QS-9A | 51354 | 51354-1 | Holmes | Main | Active School | North | 41,857 |
| 23831 | 609997 QS-9A | 51354 | 51354-2 | Holmes | Addition 1 | Active School | Center | 20,562 |
| 63031 | 400043 QS-9A | 52307 | 52307-1 | Hope Institute | Main | Active School | East | 208,370 |
| 63031 | 400043 QS-9A | 52307 | 52307-2 | Hope Institute | Addition | Active School | Southwest | 54,880 |
| 23851 | 610000 QS-9A | 51092 | 51092-2 | Howe | Addition | Active School | 720 N. LOREL AVE | 42,777 |
| 23851 | 610000 QS-9A | 51092 | 51092-1 | Howe | Main | Active School | 720 N LOREL AVE | 26,758 |
| 23871 | 610002 QS-9A | 51468 | 51468-2 | Hoyne | Addition | Active School | Southeast | 10,125 |
| 23871 | 610002 QS-9A | 51468 | 51468-1 | Hoyne | Main | Active School | 8905 S Crandon Ave | 17,859 |
| 46341 | 609741 QS-9A | 51616 | 51616-1 | Hubbard HS | Main | Active School | 6200 S HAMLIN | 106,900 |
| 46341 | 609741 QS-9A | 51616 | 51616-2 | Hubbard HS | Addition 1 | Active School | 6200 S HAMLIN | 73,900 |
| 46341 | 609741 QS-9A | 51616 | 51616-3 | Hubbard HS | Addition 2 | Active School | 6200 S HAMLIN | 37,400 |
| 23901 | 610005 QS-9A | 51207 | 51207-1 | Hughes C | Main | Active School | 4247 W 15th St | 49,043 |
| 22451 | 610368 QS-9A | 54705 | 54705-1 | Hughes L | Main | Active School | South | 100,000 |
| 23911 | 610006 QS-9A | 51298 | 51298-1 | Hurley | Main | Active School | 3849 W 69th Pl | 35,666 |
| 23911 | 610006 QS-9A | 52476 | 52476-1 | Hurley Annex | Annex | Active School | Southwest | 14,544 |

Schedule C
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23911 | 610006 | QS-9A | 53825 | 53825-1 | Hurley Modular 1 | Modular 2 (2-Classroom ) | Active School | Middle Modular | 1,680 |
| 23911 | 610006 | QS-9A | 59821 | 59821-1 | Hurley Modular 2 | Modular 2 (2-Classroom ) | Active School | West Modular | 1,680 |
| 23911 | 610006 | QS-9A | 59824 | 59824-1 | Hurley Modular 3 | Modular 3 (2-Classroom ) | Active School | East Modular | 1,680 |
| 46171 | 609713 | QS-9A | 51612 | 51612-1 | Hyde Park HS | Main | Active School | north | 252,761 |
| 46171 | 609713 | QS-9A | 51612 | 51612-3 | Hyde Park HS | Addition 1 | Active School | SW | 23,690 |
| 46171 | 609713 | QS-9A | 51612 | 51612-4 | Hyde Park HS | Addition 2 | Active School | south, central | 22,050 |
| 46171 | 609713 | QS-9A | 51612 | 51612-2 | Hyde Park HS | Addition 3 | Active School | SE | 26,460 |
| 29191 | 610078 | QS-9A | 51065 | 51065-2 | Inter-American at Lemoyne | Addition | Active School | 851 W WAVELAND AVE | 19,579 |
| 29191 | 610078 | QS-9A | 51065 | 51065-1 | Inter-American at Lemoyne | Main | Active School | 851 W WAVELAND AVE | 90,864 |
| 24881 | 610121 | QS-9A | 51211 | 51211-1 | Irving Elementary | Main | Active School | 749 S OAKLEY BLVD | 55,148 |
| 29171 | 610060 | QS-9A | 51243 | 51243-1 | Jackson A | Main | Active School | 1340 W HARRISON | 74,135 |
| 26651 | 610369 | QS-9A | 51454 | 51454-1 | Jackson M. | Main | Active School | 917 W. 88th St. | 74,586 |
| 23921 | 610010 | QS-9A | 51062 | 51062-1 | Jahn | Main | Active School | East | 83,029 |
| 23931 | 610011 | QS-9A | 51063 | 51063-2 | Jamieson | Addition 1 | Active School | Northwest | 13,300 |
| 23931 | 610011 | QS-9A | 51063 | 51063-3 | Jamieson | Addition-Elevator Tower | Active School | Southwest | 2,780 |
| 23931 | 610011 | QS-9A | 51063 | 51063-1 | Jamieson | Main | Active School | 5650 N Mozart St | 57,758 |
| 23931 | 610011 | QS-9A | 51063 | 51063-4 | Jamieson | Addition 2 | Active School | 5650 N Mozart St | 37,761 |
| 29341 | 610271 | QS-9A | 51219 | 51219-2 | Jensen | Addition | Active School | 3030 W HARRISON | 8,167 |
| 29341 | 610271 | QS-9A | 51219 | 51219-1 | Jensen | Main | Active School | 3030 W HARRISON | 56,273 |
| 26231 | 610274 | QS-9A | 51220 | 51220-1 | Johnson | Main | Active School | 1420 S. Albany | 56,581 |
| 26231 | 610274 | QS-9A | 51227 | 51227-1 | Johnson CPC | Annex-CPC | Active School | 1420 S. Albany | 14,841 |
| 47021 | 609678 | QS-9A | 59884 | 59884-1 | Jones HS | Main (New) | Active School | 700 S State STREET Chicago IL 60605 | 240,289 |
| 47021 | 609678 | QS-9A | 51563 | 51563-1 | Jones HS Annex | Linked Addition-Bldg A (Old Main) | Active School | 606 S STATE | 87,212 |
| 47021 | 609678 | QS-9A | 51563 | 51563-2 | Jones HS Annex | Addition-Bldg B | Active School | 606 S STATE | 24,294 |
| 47021 | 609678 | QS-9A | 51563 | 51563-4 | Jones HS Annex | Addition-Bldg D | Active School | 606 S STATE | 25,764 |
| 47021 | 609678 | QS-9A | 51563 | 51563-3 | Jones HS Annex | Addition-Bldg C (Connecting Link) | Active School | 606 S STATE | 6,072 |
| 22281 | 609805 | QS-9A | 51375 | 51375-1 | Joplin | Main | Active School | South | 77,483 |
| 22811 | 609865 | QS-9A | 51054 | 51054-1 | Jordan | Main | Active School | Entire site | 66,950 |
| 46421 | 609764 | QS-9A | 51570 | 51570-1 | Juarez HS | Main-Building C | Active School | 2150 S Laflin | 158,600 |
| 46421 | 609764 | QS-9A | 50751 | 50751-1 | Juarez HS Building A/B Linked Addition | Linked Addition-Building A/B | Active School | East | 58,600 |
| 46421 | 609764 | QS-9A | 50551 | 50551-1 | Juarez HS Building D Linked Addition | Linked Addition-Building D | Active School | North | 39,200 |
| 46401 | 609762 | QS-9A | 51637 | 51637-1 | Julian HS | Main | Active School | Northeast | 186,327 |
| 46401 | 609762 | QS-9A | 52380 | 52380-1 | Julian HS Art Building | Linked Addition-Fine Arts Building | Active School | Northwest | 27,456 |
| 46401 | 609762 | QS-9A | 52381 | 52381-1 | Julian HS Athletic Building | Linked Addition-Athletic Building | Active School | South | 52,621 |
| 23961 | 610015 | QS-9A | 51242 | 51242-2 | Jungman | Addition-Gymnasium/auditorium | Active School | North | 7,750 |
| 23961 | 610015 | QS-9A | 51242 | 51242-1 | Jungman | Main | Active School | south | 62,100 |
| 29071 | 609920 | QS-9A | 51268 | 51268-1 | Kanoon | Main | Active School | 2233 S Kedzie | 67,900 |
| 29211 | 610084 | QS-9A | 51442 | 51442-1 | Keller | Main | Active School | 3020 W 108TH ST | 36,864 |
| 23251 | 609925 | QS-9A | 51223 | 51223-1 | Kellman @ Bethune | Main | Active School | 3030 W ARTHINGTON | 75,510 |
| 23971 | 610016 | QS-9A | 51437 | 51437-2 | Kellogg | Addition | Active School | South | 8,328 |
| 23971 | 610016 | QS-9A | 51437 | 51437-1 | Kellogg | Main | Active School | 9241 S Leavitt St | 18,315 |
| 23971 | 610016 | QS-9A | 53830 | 53830-1 | Kellogg Modular 1 | Modular 1 (4-Classroom ) | Active School | East of the Main | 4,200 |
| 46181 | 609715 | QS-9A | 51582 | 51582-1 | Kelly HS | Main | Active School | 4136 S. California Ave, Chicago, IL. 60632 | 224,663 |
| 46181 | 609715 | QS-9A | 51582 | 51582-2 | Kelly HS | Addition | Active School | North | 73,769 |
| 46191 | 609716 | QS-9A | 51552 | 51552-1 | Kelvyn Park HS | Main | Active School | 4343 West Wrightwood Avenue | 98,284 |
| 46191 | 609716 | QS-9A | 51552 | 51552-2 | Kelvyn Park HS | Addition | Active School | East | 89,800 |
| 46201 | 609718 | QS-9A | 51677 | 51677-1 | Kennedy HS | Linked Addition (Kennedy HS) | Active School | North | 233,791 |
| 46361 | 609746 | QS-9A | 51586 | 51586-1 | Kenwood HS | Main-Academic_Unit B | Active School | B - Middle | 105,996 |
| 46361 | 609746 | QS-9A | 51586 | 51586-2 | Kenwood HS | Addition-Lunchroom_Unit D | Active School | D - Middle east | 36,736 |
| 46361 | 609746 | QS-9A | 52369 | 52369-1 | Kenwood HS Arts | Linked Addition-Arts_Unit A | Active School | A - Southwest | 63,520 |
| 46361 | 609746 | QS-9A | 52370 | 52370-1 | Kenwood HS Athletic | Linked Addition-Athletic Building_Unit C | Active School | C - Northwest | 66,180 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 46361 | 609746 | QS-9A | 51404 | 51404-1 | Kenwood HS Branch @ Canter | Branch @ Old Canter | Active School | 4959 S BLACKSTONE | 41,382 |
| 23991 | 610019 | QS-9A | 51379 | 51379-1 | Kershaw | Main | Active School | East | 51,900 |
| 24021 | 610022 | QS-9A | 51064 | 51064-1 | Kilmer | Main | Active School | South | 71,342 |
| 24021 | 610022 | QS-9A | 58049 | 58049-1 | Kilmer Linked Addition | Linked Addition | Active School | North | 35,024 |
| 46371 | 609751 | QS-9A | 51588 | 51588-1 | King HS | Main | Active School | 4445 S Drexel BOULEVARD Chicago IL 60653 | 310,545 |
| 24071 | 610026 | QS-9A | 51299 | 51299-1 | Kinzie | Main (Kinzie) | Active School | East | 111,615 |
| 24081 | 610027 | QS-9A | 51469 | 51469-1 | Kipling | Main | Active School | 9351 S Lowe Ave | 31,653 |
| 24081 | 610027 | QS-9A | 53833 | 53833-1 | Kipling Modular 1 | Modular 1 (2-Classroom ) | Active School | West Modular | 1,633 |
| 24081 | 610027 | QS-9A | 59641 | 59641-1 | Kipling Modular 2 | Modular 2 (2-Classroom ) | Active School | East Modular | 1,633 |
| 66031 | 400146 | QS-9A | 59789 | 59789-1 | KIPP Academy Chicago Campus@ Nash | Annex-Kipp | Active School | Southeast | 35,633 |
| 66931 | 609768 | QS-9A | 51618 | 51618-1 | Kipp Bloom @ Hope HS | Main | Active School | 5515 S LOWE | 159,500 |
| 31151 | 610030 | QS-9A | 51405 | 51405-2 | Kozminski | Addition | Active School | 2620 W HIRSCH | 37,364 |
| 31151 | 610030 | QS-9A | 51405 | 51405-1 | Kozminski | Main | Active School | 936 E 54TH ST | 63,345 |
| 46211 | 609719 | QS-9A | 51533 | 51533-1 | Lakeview HS | Main | Active School | Middle West side of the property North & South of the Main | 81,386 |
| 46211 | 609719 | QS-9A | 51533 | 51533-2 | Lakeview HS | Addition 1 | Active School | Building - West side of the property | 111,018 |
| 46211 | 609719 | QS-9A | 51533 | 51533-3 | Lakeview HS | Addition 2 | Active School | North end - West side of the property | 73,695 |
| 68040 | | QS-3B | 53899 | 53899-1 | Lane Stadium | Main | Stadium | 2501 W Addison STREET, Chicago IL 60618 | 20,000 |
| 46221 | 609720 | QS-9A | 51534 | 51534-1 | Lane Tech HS | Main | Active School | 2501 W ADDISON | 707,164 |
| 46221 | 609720 | QS-9A | 54351 | 54351-1 | Lane Tech HS Annex | Annex | Active School | 2501 W ADDISON | 6,771 |
| 22841 | 609869 | QS-9A | 51318 | 51318-1 | Langford @ Copernicus | Main | Active School | 6010 S. Throop St. | 78,575 |
| 23791 | 609993 | QS-9A | 51327 | 51327-1 | Lara | Main | Active School | 4619 S WOLCOTT | 67,964 |
| 29161 | 610033 | QS-9A | 52615 | 52615-1 | Lasalle | Main | Active School | 1734 N. Orleans | 47,156 |
| 29101 | 610520 | QS-9A | 51132 | 51132-1 | LaSalle II @ Andersen | Main | Active School | 1148 N Honore St | 33,297 |
| 29101 | 610520 | QS-9A | 51132 | 51132-2 | LaSalle II @ Andersen | Addition | Active School | East | 58,876 |
| 25671 | 610208 | QS-9A | 51449 | 51449-1 | Lavizzo | Main | Active School | North - 138 W. 109th St | 83,900 |
| 31161 | 610034 | QS-9A | 51209 | 51209-1 | Lawndale | Main | Active School | 3500 W DOUGLAS AVE | 77,725 |
| 31161 | 610034 | QS-9A | 54718 | 54718-1 | Lawndale Annex | Branch | Active School | 3442 W Douglas Blvd | 38,925 |
| 26331 | 610291 | QS-9A | 51313 | 51313-2 | Lee | Addition | Active School | Southeast | 17,704 |
| 26331 | 610291 | QS-9A | 51313 | 51313-1 | Lee | Main | Active School | Southwest | 10,687 |
| 26331 | 610291 | QS-9A | 52604 | 52604-1 | Lee Annex | Annex | Active School | Northeast | 15,191 |
| 26331 | 610291 | QS-9A | 53834 | 53834-1 | Lee Modular 1 | Modular 1 (8-Classroom ) | Active School | West of Annex | 8,400 |
| 26331 | 610291 | QS-9A | 53835 | 53835-1 | Lee Modular 2 | Modular 2 (4-Classroom ) | Active School | North of the Annex | 4,900 |
| 26391 | 610305 | QS-9A | 51098 | 51098-3 | Leland @ May | Addition 2 | Active School | West | 29,287 |
| 26391 | 610305 | QS-9A | 51098 | 51098-1 | Leland @ May | Main | Active School | South | 50,050 |
| 26391 | 610305 | QS-9A | 51098 | 51098-2 | Leland @ May | Addition 1 | Active School | North | 18,144 |
| 26391 | 610305 | QS-9A | 52502 | 52502-1 | Leland @ May | Annex | Active School | Southwest | 11,926 |
| 29361 | 610298 | QS-9A | 51392 | 51392-1 | Lenart | Main | Active School | 8101 S LASALLE ST | 60,474 |
| 24151 | 610036 | QS-9A | 51094 | 51094-2 | Lewis | Addition | Active School | Southeast | 65,153 |
| 24151 | 610036 | QS-9A | 51094 | 51094-1 | Lewis | Main | Active School | Northwest | 63,800 |
| 24171 | 610037 | QS-9A | 51328 | 51328-1 | Libby | Main | Active School | 5300 S LOOMIS | 69,500 |
| 24171 | 610037 | QS-9A | 54685 | 54685-1 | Libby Annex | Annex | Active School | 5300 S LOOMIS AVE | 46,100 |
| 24191 | 610038 | QS-9A | 51165 | 51165-2 | Lincoln | Addition 1 | Active School | East | 35,899 |
| 24191 | 610038 | QS-9A | 51165 | 51165-1 | Lincoln | Main | Active School | 615 W Kemper Pl | 31,633 |
| 24191 | 610038 | QS-9A | 51165 | 51165-3 | Lincoln | Addition 2 | Active School | 615 W Kemper PLACE Chicago IL 60614 | 48,004 |
| 46321 | 609738 | QS-9A | 51554 | 51554-1 | Lincoln Park HS | Main | Active School | East | 113,640 |
| 46321 | 609738 | QS-9A | 51554 | 51554-2 | Lincoln Park HS | Addition 1 | Active School | East | 119,754 |
| 46321 | 609738 | QS-9A | 51554 | 51554-3 | Lincoln Park HS | Addition 2 | Active School | Northeast | 35,451 |
| 46321 | 609738 | QS-9A | 54551 | 54551-1 | Lincoln Park HS Annex | Annex | Active School | West | 72,976 |
| 46511 | 610391 | QS-9A | 52292 | 52292-1 | Lindblom HS | Main | Active School | 6130 S Wolcott Avenue, Chicago, IL 60636 | 305,788 |
| 24201 | 610039 | QS-9A | 52616 | 52616-2 | Linne | Addition 1 | Active School | North | 50,650 |

| 24201 | 610039 QS-9A | 52616 | 52616-1 | Linne | Main | Active School | South | 22,440 |
|---|---|---|---|---|---|---|---|---|
| 24201 | 610039 QS-9A | 52616 | 52616-3 | Linne | Addition 2 | Active School | East | 32,830 |
| 22521 | 609834 QS-9A | 51264 | 51264-1 | Little Village | Main | Active School | 2620 S Lawndale | 68,870 |
| 22521 | 609834 QS-9A | 54621 | 54621-1 | Little Village Modular 1 | Modular 1 (4-Classroom ) | Active School | North | 4,900 |
| 49121 | 610384 QS-9A | 51638 | 51638-1 | Little Village Multiplex | Main | Active School | Northwest | 290,134 |
| 24221 | 610040 QS-9A | 51118 | 51118-3 | Lloyd | Addition 2 | Active School | South | 11,488 |
| 24221 | 610040 QS-9A | 51118 | 51118-4 | Lloyd | Addition 3 | Active School | West | 56,323 |
| 24221 | 610040 QS-9A | 51118 | 51118-5 | Lloyd | Addition 4 | Active School | East | 17,483 |
| 24221 | 610040 QS-9A | 51118 | 51118-1 | Lloyd | Main | Active School | 2103 N Lamon Ave | 53,654 |
| 24221 | 610040 QS-9A | 51118 | 51118-2 | Lloyd | Addition 1 | Active School | North | 11,488 |
| 24231 | 610041 QS-9A | 51697 | 51697-1 | Locke J | Main | Active School | East | 63,252 |
| 24231 | 610041 QS-9A | 52012 | 52012-1 | Locke J Annex | Annex | Active School | 6818 W Diversey Ave | 8,716 |
| 24231 | 610041 QS-9A | 51095 | 51095-1 | Locke J Linked Addition | Linked Addition | Active School | East - North end of site | 40,248 |
| 24231 | 610041 QS-9A | 56497 | 56497-1 | Locke J Modular 3 | Modular 3 (4-Classroom ) | Active School | Southeast | 4,900 |
| 41091 | 610325 QS-9A | 52618 | 52618-1 | Logandale | Main | Active School | South | 77,900 |
| 41091 | 610325 QS-9A | 51158 | 51158-1 | Logandale Annex | Annex | Active School | 3212 W George St | 61,000 |
| 22341 | 610541 QS-9A | 54765 | 54765-1 | Lorca | Main | Active School | 3231 N Springfield Ave | 105,599 |
| 24241 | 610043 QS-9A | 51096 | 51096-1 | Lovett | Main | Active School | 6333 W BLOOMINGDALE AVE | 68,400 |
| 24241 | 610043 QS-9A | 52490 | 52490-1 | Lovett Annex | Annex | Active School | 6333 W BLOOMINGDALE | 16,800 |
| 24251 | 610044 QS-9A | 51119 | 51119-1 | Lowell | Main | Active School | 3320 W Hirsch St | 49,900 |
| 24251 | 610044 QS-9A | 51119 | 51119-3 | Lowell | Addition 2 | Active School | West | 39,545 |
| 24251 | 610044 QS-9A | 51119 | 51119-2 | Lowell | Addition 1 | Active School | Middle | 32,355 |
| 24251 | 610044 QS-9A | 52316 | 52316-1 | Lowell Pre-K @ Marin | Branch | Active School | 3320 W. Evergreen | 14,325 |
| 24101 | 610029 QS-9A | 51686 | 51686-1 | Lozano | Annex (Lozano) | Active School | North | 57,885 |
| 24281 | 610046 QS-9A | 52617 | 52617-1 | Lyon | Main | Active School | 2941 N McVicker Ave | 60,092 |
| 24281 | 610046 QS-9A | 52617 | 52617-2 | Lyon | Addition | Active School | south | 53,326 |
| 24281 | 610046 QS-9A | 55617 | 55617-1 | Lyon Modular 1 | Modular 1 (4-Classroom ) | Active School | Southeast Corner | 4,158 |
| 41041 | 610215 QS-9A | 51281 | 51281-1 | Madero | Main | Active School | 3202 W. 28th St. | 62,071 |
| 24301 | 610047 QS-9A | 51470 | 51470-1 | Madison | Main | Active School | Northwest | 47,500 |
| 24301 | 610047 QS-9A | 52493 | 52493-1 | Madison Annex | Annex | Active School | Southeast | 20,200 |
| 24311 | 610048 QS-9A | 51167 | 51167-3 | Manierre | Addition 2 | Active School | West end of the Main building | 27,878 |
| 24311 | 610048 QS-9A | 51167 | 51167-2 | Manierre | Addition 1 | Active School | Southeast | 10,720 |
| 24311 | 610048 QS-9A | 51167 | 51167-4 | Manierre | Addition 3_Ferguson CPC | Active School | South of Addtion #1 | 24,110 |
| 24311 | 610048 QS-9A | 51167 | 51167-1 | Manierre | Main | Active School | 1420 N Hudson Ave | 25,168 |
| 53111 | 609722 QS-9A | 51565 | 51565-1 | Manley HS | Main | Active School | 2935 W POLK ST | 213,820 |
| 24331 | 610052 QS-9A | 51471 | 51471-1 | Mann | Main | Active School | 8050 S CHAPPEL AVE | 82,739 |
| 24331 | 610052 QS-9A | 52496 | 52496-1 | Mann Annex | Annex | Active School | 8050 S CHAPPEL AVE | 23,616 |
| 41111 | 609780 QS-9A | 51109 | 51109-1 | Marine Military @ Ames | Main | Active School | 1920 N. Hamlin Ave | 126,540 |
| 24341 | 610053 QS-9A | 51300 | 51300-1 | Marquette | Main | Active School | South | 95,744 |
| 24341 | 610053 QS-9A | 52497 | 52497-1 | Marquette Annex | Linked Addition | Active School | North | 76,944 |
| 24361 | 610054 QS-9A | 54222 | 54222-1 | Marsh | Main | Active School | 9822 S EXHANGE AVE | 57,470 |
| 24361 | 610054 QS-9A | 54222 | 54222-2 | Marsh | Addition | Active School | 9822 S EXCHANGE AVE | 83,300 |
| 47041 | 609723 QS-9A | 51566 | 51566-1 | Marshall HS | Main | Active School | west | 80,659 |
| 47041 | 609723 QS-9A | 51566 | 51566-2 | Marshall HS | Addition | Active School | East | 286,322 |
| 24381 | 610056 QS-9A | 51210 | 51210-2 | Mason | Addition 1 | Active School | 4217 W 18TH ST | 58,257 |
| 24381 | 610056 QS-9A | 51210 | 51210-1 | Mason | Main | Active School | 4217 W 18th St | 86,897 |
| 24381 | 610056 QS-9A | 51210 | 51210-3 | Mason | Addition 2 | Active School | 4217 W 18TH ST | 63,675 |
| 46241 | 609724 QS-9A | 51535 | 51535-2 | Mather HS | Addition | Active School | West | 15,880 |
| 46241 | 609724 QS-9A | 51535 | 51535-1 | Mather HS | Main | Active School | South | 169,809 |
| 24401 | 610059 QS-9A | 51168 | 51168-1 | Mayer | Main | Active School | 2250 N. Clifton | 73,514 |
| 26321 | 610290 QS-9A | 51389 | 51389-1 | Mays @ Banneker | Main | Active School | 6656 S. Normal | 65,017 |
| 23551 | 609968 QS-9A | 51116 | 51116-1 | McAuliffe | Main | Active School | 1841 N Springfield Ave | 90,799 |
| 24421 | 610062 QS-9A | 51244 | 51244-1 | McClellan | Main | Active School | 3527 S Wallace | 58,108 |
| 24431 | 610063 QS-9A | 51277 | 51277-1 | McCormick | Main | Active School | 2712 S Sawyer Ave | 77,900 |
| 24431 | 610063 QS-9A | 52503 | 52503-1 | McCormick Annex | Annex | Active School | South of the Main | 20,400 |
| 24431 | 610063 QS-9A | 54092 | 54092-1 | McCormick Modular 1 | Modular 1 (2-Classroom ) | Active School | North of the Main | 1,960 |

| 26201 | 610269 QS-9A | 51079 | 51079-1 | McCutcheon | Main | Active School | 4865 N Sheridan Rd | 25,250 |
|---|---|---|---|---|---|---|---|---|
| 26201 | 610269 QS-9A | 51079 | 51079-2 | McCutcheon | Addition | Active School | East | 8,750 |
| 26201 | 610269 QS-9A | 51085 | 51085-1 | McCutcheon Branch | Branch | Active School | 4850 N Kenmore Ave | 15,500 |
| 29181 | 610066 QS-9A | 51472 | 51472-1 | McDade | Main | Active School | 8801 S INDIANA AVE | 22,579 |
| 29181 | 610066 QS-9A | 51472 | 51472-2 | McDade | Addition | Active School | Site - North East | 9,633 |
| 29181 | 610066 QS-9A | 52003 | 52003-1 | McDade Annex | Annex | Active School | 8801 S INDIANA AVE | 9,600 |
| 26421 | 610312 QS-9A | 51488 | 51488-1 | McDowell | Main | Active School | 1419 East 89th Street | 12,300 |
| 26421 | 610312 QS-9A | 51488 | 51488-2 | McDowell | Addition | Active School | Southeast | 3,100 |
| 26421 | 610312 QS-9A | 53841 | 53841-1 | McDowell School Modular 1 | Modular 1 (2-Classroom ) | Active School | Southwest | 2,186 |
| 24451 | 610067 QS-9A | 52507 | 52507-1 | McKay | Main | Active School | 6901 S. Fairfield | 55,088 |
| 24451 | 610067 QS-9A | 52507 | 52507-2 | McKay | Addition | Active School | 6901 S Fairfield AVENUE Chicago IL 60629 | 73,040 |
| 26301 | 610282 QS-9A | 51105 | 51105-1 | McNair | Main | Active School | 4820 W WALTON | 98,596 |
| 24471 | 610070 QS-9A | 51067 | 51067-3 | McPherson | Addition 2 | Active School | North & South ends | 44,199 |
| 24471 | 610070 QS-9A | 51067 | 51067-2 | McPherson | Addition 3 | Active School | West | 69,623 |
| 24471 | 610070 QS-9A | 51067 | 51067-1 | McPherson | Main | Active School | 4728 N Wolcott Ave | 14,018 |
| 24471 | 610070 QS-9A | 51067 | 51067-4 | McPherson | Addition 1 | Active School | On the north and south side of the Main Building | 27,497 |
| 63091 | 610402 QS-4B | 51688 | 51688-1 | Medill | Main (Urban Prep) | Active School | 1301 W 14TH ST | 110,540 |
| 26351 | 610293 QS-9A | 51182 | 51182-1 | Melody @ Delano | Main | Active School | 3937 W Wilcox St | 60,600 |
| 26351 | 610293 QS-9A | 51182 | 51182-2 | Melody @ Delano | Addition | Active School | Southeast | 26,320 |
| 26351 | 610293 QS-9A | 51198 | 51198-1 | Melody CPC @ Delano | Annex-Delano CPC | Active School | East | 12,500 |
| 31061 | 609902 QS-9A | 51503 | 51503-1 | Metcalfe | Main | Active School | South | 76,400 |
| 31061 | 609902 QS-9A | 53842 | 53842-1 | Metcalfe Modular 1 | Modular 1 (4-Classroom ) | Active School | North | 4,970 |
| 25331 | 610171 QS-9A | 51480 | 51480-2 | Mireles | Addition 2 | Active School | North | 73,500 |
| 25331 | 610171 QS-9A | 51480 | 51480-1 | Mireles | Main | Active School | 9000 S Exchange Ave | 39,375 |
| 25331 | 610171 QS-9A | 51480 | 51480-3 | Mireles | Addition 1 | Active School | South | 28,125 |
| 25331 | 610171 QS-9A | 53843 | 53843-1 | Mireles Academy Modular 1 | Modular 1 (2-Classroom ) | Active School | East | 3,246 |
| 24511 | 610073 QS-9A | 51140 | 51140-1 | Mitchell | Main | Active School | 2233 W OHIO | 50,700 |
| 24511 | 610073 QS-9A | 51140 | 51140-2 | Mitchell | Addition | Active School | West | 5,685 |
| 26251 | 610276 QS-9A | 51363 | 51363-1 | Mollison | Main | Active School | 4415 S Dr. Martin L King Jr Dr. | 43,300 |
| 24531 | 610074 QS-9A | 51020 | 51020-1 | Monroe | Main | Active School | North | 77,064 |
| 24531 | 610074 QS-9A | 52514 | 52514-1 | Monroe Linked Addition | Linked Addition | Active School | South | 43,135 |
| 24531 | 610074 QS-9A | 50201 | 50201-1 | Monroe Modular 1 | Modular 1 (4-Classroom ) | Active School | North of the Main | 3,231 |
| 24551 | 610076 QS-9A | 51122 | 51122-2 | Moos | Addition | Active School | 1711 N. California Ave | 57,687 |
| 24551 | 610076 QS-9A | 51122 | 51122-1 | Moos | Main | Active School | 1711 N. California Ave | 82,022 |
| 46251 | 609725 QS-9A | 51631 | 51631-2 | Morgan Park HS | Addition | Active School | 1744 W PRYOR | 101,977 |
| 46251 | 609725 QS-9A | 51631 | 51631-1 | Morgan Park HS | Main | Active School | 1744 W PRYOR | 167,503 |
| 24571 | 610077 QS-9A | 51303 | 51303-1 | Morrill | Main | Active School | 6011 S Rockwell St | 77,600 |
| 24571 | 610077 QS-9A | 51303 | 51303-2 | Morrill | Addition | Active School | Southeast | 19,700 |
| 24571 | 610077 QS-9A | 53031 | 53031-1 | Morrill Fieldhouse | Field House | Active School | South Courtyard | 1,900 |
| 26091 | 610257 QS-9A | 51150 | 51150-1 | Morton | Main | Active School | 431 N TROY ST | 71,504 |
| 24591 | 610082 QS-9A | 51441 | 51441-2 | Mount Greenwood | Addition 1 | Active School | South | 21,870 |
| 24591 | 610082 QS-9A | 51441 | 51441-3 | Mount Greenwood | Addition 2 | Active School | North | 26,190 |
| 24591 | 610082 QS-9A | 51441 | 51441-1 | Mount Greenwood | Main | Active School | 10841 S Homan Ave | 36,600 |
| 24591 | 610082 QS-9A | 51441 | 51441-4 | Mount Greenwood | Addition 3 | Active School | 10841 S Homan AVENUE Chicago IL 60655 | 27,000 |
| 24601 | 610086 QS-9A | 51123 | 51123-1 | Mount Vernon | Main | Active School | 10540 S Morgan St | 82,650 |
| 24611 | 610088 QS-9A | 51123 | 51123-1 | Mozart | Main | Active School | 2200 N Hamlin Ave | 56,765 |
| 24611 | 610088 QS-9A | 52522 | 52522-1 | Mozart Linked Addition | Linked Addition | Active School | North | 35,600 |
| 24621 | 610089 QS-9A | 51022 | 51022-1 | Murphy | Main | Active School | 3539 W. Grace | 85,287 |
| 29221 | 610090 QS-9A | 51355 | 51355-1 | Murray | Middle | Active School | 5335 S. KENWOOD | 29,338 |
| 29221 | 610090 QS-9A | 51355 | 51355-2 | Murray | Addition 1 | Active School | North | 16,760 |
| 29221 | 610090 QS-9A | 51355 | 51355-3 | Murray | Addition 2 | Active School | Southeast | 27,886 |
| 24641 | 610092 QS-9A | 51099 | 51099-2 | Nash | Addition | Active School | Northeast | 52,744 |
| 24641 | 610092 QS-9A | 51099 | 51099-1 | Nash | Main | Active School | Northwest | 53,212 |
| 24651 | 610093 QS-9A | 51473 | 51473-1 | Neil | Main | Active School | 8555 S Michigan Ave | 57,071 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24651 | 610093 | QS-9A | 51473 | 51473-3 | Neil | Addition 1 | Active School | Northeast | 5,328 |
| 24651 | 610093 | QS-9A | 51473 | 51473-2 | Neil | Addition 2 | Active School | middle | 3,652 |
| 24651 | 610093 | QS-9A | 51473 | 51473-4 | Neil | Addition 3 | Active School | Northwest | 5,819 |
| 24661 | 610094 | QS-9A | 51068 | 51068-1 | Nettelhorst | Main | Active School | 3252 N BROADWAY | 46,576 |
| 24661 | 610094 | QS-9A | 51068 | 51068-2 | Nettelhorst | Addition 2 | Active School | South | 19,638 |
| 24661 | 610094 | QS-9A | 51068 | 51068-3 | Nettelhorst | Addition 1 | Active School | West | 25,793 |
| 24661 | 610094 | QS-9A | 51068 | 51068-4 | Nettelhorst | Addition 3 | Active School | Southwest | 12,483 |
| 22071 | 610284 | QS-9A | 51080 | 51080-1 | New Field | Main | Active School | 1707 W Morse Ave | 85,500 |
| 46025 | 609694 | QS-6A | 50211 | 50211-1 | Hancock HS | Main | Active School | 5423 W 64th PLACE | 179,600 |
| 23751 | 609990 | QS-9A | 58744 | 58744-1 | New South Loop | Main (New) | Active School | 1212 S Plymouth COURT Chicago IL 60605 | 120,000 |
| 26731 | 609871 | QS-9A | 55055 | 55055-1 | New Vick Village/Catholic Charities - Chicago Lawn 374 | Branch | Active School | 3001 W 59th St | 9,566 |
| 29231 | 610095 | QS-9A | 51170 | 51170-2 | Newberry | Addition | Active School | northeast | 30,232 |
| 29231 | 610095 | QS-9A | 51170 | 51170-1 | Newberry | Main | Active School | 700 W Willow St | 44,944 |
| 22181 | 609793 | QS-9A | 51374 | 51374-1 | Nicholson | Main | Active School | North | 47,960 |
| 22181 | 609793 | QS-9A | 51374 | 51374-2 | Nicholson | Addition | Active School | South | 23,642 |
| 24671 | 610096 | QS-9A | 51305 | 51305-1 | Nightingale | Main | Active School | 5250 S Rockwell | 71,880 |
| 24671 | 610096 | QS-9A | 51305 | 51305-2 | Nightingale | Addition | Active School | Northwest | 56,750 |
| 24671 | 610096 | QS-9A | 53846 | 53846-1 | Nightingale Modular 1 | Modular 1 (2-Classroom ) | Active School | SW | 3,166 |
| 24671 | 610096 | QS-9A | 52213 | 52213-1 | Nightingale Modular 2 | Modular 2 (4-Classroom ) | Active School | NE | 4,942 |
| 24671 | 610096 | QS-9A | 52214 | 52214-1 | Nightingale Modular 3 | Modular 3 (4-Classroom ) | Active School | NW | 4,100 |
| 31101 | 609961 | QS-9A | 51467 | 51467-1 | Ninos Heroes | Main | Active School | 8344 S Commercial Ave | 73,518 |
| 24681 | 610097 | QS-9A | 51124 | 51124-1 | Nixon | Main | Active School | 2121 N Keeler Ave | 94,016 |
| 24681 | 610097 | QS-9A | 54211 | 54211-1 | Nixon Linked Addition | Linked Addition | Active School | East | 36,097 |
| 24691 | 610098 | QS-9A | 51125 | 51125-1 | Nobel | Main | Active School | 4127 W HIRSCH ST | 75,800 |
| 66091 | 400058 | QS-9A | 51206 | 51206-3 | North Lawndale Charter @ Howland | Addition 2 | Active School | 1615 S. Christiana Ave. - Northwest | 43,225 |
| 66091 | 400058 | QS-9A | 51206 | 51206-2 | North Lawndale Charter @ Howland | Addition 1 | Active School | Southeast | 49,685 |
| 66091 | 400058 | QS-9A | 51206 | 51206-1 | North Lawndale Charter @ Howland | Main | Active School | 1616 S. Spaulding Ave. | 46,026 |
| 26841 | 610354 | QS-9A | 51043 | 51043-1 | North River | Leased-Main | Active School | 4416 N. Troy Street | 42,197 |
| 46431 | 609691 | QS-9A | 51550 | 51550-1 | North-Grand HS | Main | Active School | West site | 205,094 |
| 46061 | 609749 | QS-9A | 51543 | 51543-1 | Northside College Prep HS | Main | Active School | 5501 N Kedzie AVENUE Chicago IL 60625 | 222,600 |
| 49021 | 609744 | QS-9A | 51542 | 51542-1 | Northside Learning Center HS | Main | Active School | 3730 W Bryn Mawr Ave | 39,950 |
| 49021 | 609744 | QS-9A | 52459 | 52459-1 | Northside Learning Center HS Modular 1 | Modular 1 (4-Classroom ) | Active School | West | 4,200 |
| 41121 | 609922 | QS-9A | 51120 | 51120-2 | Northwest | Addition | Active School | east | 48,594 |
| 41121 | 609922 | QS-9A | 51120 | 51120-1 | Northwest | Main | Active School | 5252 W Palmer St | 69,617 |
| 24711 | 610099 | QS-9A | 51023 | 51023-1 | Norwood Park | Main | Active School | 5900 N Nina | 56,330 |
| 32031 | 610231 | QS-9A | 51254 | 51254-1 | NTA | Main | Active School | 55 W Cermak Rd | 92,500 |
| 32031 | 610231 | QS-9A | 54521 | 54521-1 | NTA Linked Addition | Linked Addition-Athletic | Active School | South | 63,900 |
| 24731 | 610101 | QS-9A | 51171 | 51171-1 | Ogden | Main | Active School | 24 W Walton St | 132,724 |
| 24731 | 610101 | QS-9A | 51163 | 51163-1 | Ogden Branch @ Jenner | Ogden Branch @ Old Jenner | Active School | 1119 N Cleveland Ave | 90,164 |
| 24731 | 610529 | QS-9A | 51134 | 51134-1 | Ogden HS | Main | Active School | 1250 W ERIE | 93,355 |
| 24741 | 610102 | QS-9A | 51380 | 51380-1 | Oglesby | Main | Active School | 7646 S. Green St | 77,140 |
| 24751 | 610103 | QS-9A | 51474 | 51474-1 | OKeeffe | Main | Active School | East | 66,238 |
| 24751 | 610103 | QS-9A | 51474 | 51474-2 | OKeeffe | Addition | Active School | North | 9,872 |
| 24751 | 610103 | QS-9A | 52531 | 52531-1 | O'Keeffe Annex | Annex | Active School | Northwest | 19,200 |
| 24761 | 610104 | QS-9A | 51024 | 51024-2 | Onahan | Addition 1 | Active School | Northeast | 5,401 |
| 24761 | 610104 | QS-9A | 51024 | 51024-1 | Onahan | Main | Active School | 6634 W RAVEN ST | 61,130 |
| 24761 | 610104 | QS-9A | 55947 | 55947-1 | Onahan Linked Addtion | Linked Addition | Active School | Northwest | 24,438 |
| 24771 | 610105 | QS-9A | 51025 | 51025-1 | Oriole Park | Main | Active School | 5424 N Oketo Ave | 38,534 |
| 24771 | 610105 | QS-9A | 51025 | 51025-2 | Oriole Park | Addition | Active School | West | 37,942 |
| 31281 | 610329 | QS-9A | 51256 | 51256-1 | Orozco | Main | Active School | 1940 W 18th St | 107,722 |
| 28151 | 610389 | QS-9A | 51558 | 51558-1 | Orr HS | Main | Active School | South | 248,200 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28151 | 610389 | QS-9A | 52378 | 52378-1 | Orr HS Athletic Building | Annex-Athletic Building | Active School | North | 55,110 |
| 24791 | 610107 | QS-9A | 51143 | 51143-2 | Otis | Addition 1 | Active School | Middle | 12,280 |
| 24791 | 610107 | QS-9A | 51143 | 51143-3 | Otis | Addition 2 | Active School | South | 43,957 |
| 24791 | 610107 | QS-9A | 51143 | 51143-1 | Otis | Main | Active School | 525 N Armour St | 35,677 |
| 24791 | 610107 | QS-9A | 54311 | 54311-1 | Otis Fieldhouse | Field House | Active School | 0 | 2,500 |
| 24801 | 610108 | QS-9A | 51329 | 51329-1 | O'Toole | Main | Active School | 6550 South Seeley Ave. | 78,700 |
| 24801 | 610108 | QS-9A | 52536 | 52536-1 | O'Toole Annex | Annex | Active School | Northwest | 18,000 |
| 29241 | 610109 | QS-9A | 51444 | 51444-2 | Owen | Addition | Active School | South | 15,101 |
| 29241 | 610109 | QS-9A | 51444 | 51444-1 | Owen | Main | Active School | North | 18,117 |
| 23351 | 609943 | QS-9A | 51506 | 51506-2 | Owens North @ Gompers | Addition-Lunchroom | Active School | Middle - East | 5,844 |
| 23351 | 609943 | QS-9A | 51506 | 51506-1 | Owens North @ Gompers | Main | Active School | 12302 S State St Chicago IL 60628 | 69,900 |
| 23351 | 609943 | QS-9A | 51504 | 51504-1 | Owens South | Branch-Owens South | Active School | 12450 S State St Chicago IL 60628 | 51,532 |
| 24821 | 610111 | QS-9A | 51026 | 51026-1 | Palmer | Main | Active School | 5051 N Kenneth Ave | 68,290 |
| 24821 | 610111 | QS-9A | 52537 | 52537-1 | Palmer Annex | Annex | Active School | Southeast | 14,992 |
| 24821 | 610111 | QS-9A | 52004 | 52004-1 | Palmer Annex 2020 | Annex 2 | Active School | 5051 N Kenneth Ave | 35,000 |
| 24821 | 610111 | QS-9A | 53850 | 53850-1 | Palmer Modular 1 | Modular 1 (8-Classroom ) | Active School | West of the Annex | 8,060 |
| 24841 | 610115 | QS-9A | 51382 | 51382-1 | Park Manor | Main | Active School | 7037 S Rhodes Ave | 62,706 |
| 31181 | 610112 | QS-9A | 51381 | 51381-1 | Parker | Main | Active School | 6800 S. Stewart | 265,000 |
| 31181 | 610112 | QS-9A | 51396 | 51396-2 | Parker CPC | Annex-CPC | Active School | 323 W. 69th St | 14,300 |
| 31201 | 610116 | QS-9A | 51475 | 51475-1 | Parkside | Main | Active School | 6938 S East End Ave | 75,104 |
| 24851 | 610117 | QS-9A | 51306 | 51306-1 | Pasteur | Main | Active School | 5825 S Kostner Ave | 77,900 |
| 24851 | 610117 | QS-9A | 52539 | 52539-1 | Pasteur Annex | Annex | Active School | Southeast of the Main | 14,000 |
| 24851 | 610117 | QS-9A | 53852 | 53852-1 | Pasteur Modular 1 | Modular 1 (2-Classroom ) | Active School | North Modular | 1,750 |
| 24851 | 610117 | QS-9A | 53853 | 53853-1 | Pasteur Modular 2 | Modular 2 (2-Classroom ) | Active School | Middle North Modular | 1,750 |
| 24851 | 610117 | QS-9A | 56031 | 56031-1 | Pasteur Modular 3 | Modular 3 (2-Classroom ) | Active School | Middle South | 1,750 |
| 24851 | 610117 | QS-9A | 56032 | 56032-1 | Pasteur Modular 4 | Modular 4 (2-Classroom ) | Active School | South Modular | 1,750 |
| 70020 | 609680 | QS-9A | 51549 | 51549-1 | Payton HS | Main | Active School | 1034 N. Wells St | 167,870 |
| 70020 | 609680 | QS-9A | 51549 | 51549-2 | Payton HS | Addition | Active School | West | 48,605 |
| 67021 | 610386 | QS-9A | 51345 | 51345-1 | Peace & Ed Coalition | Main | Active School | 4946 South Paulina | 20,650 |
| 67021 | 610386 | QS-9A | 59881 | 59881-1 | Peace and Education Second Chance | Leased-Branch | Active School | 5115 South Elizabeth | 22,322 |
| 24871 | 610120 | QS-9A | 51307 | 51307-1 | Peck | Main | Active School | 3826 W 58th St | 76,131 |
| 24871 | 610120 | QS-9A | 52541 | 52541-1 | Peck Annex | Annex | Active School | Northeast | 16,560 |
| 24871 | 610120 | QS-9A | 53854 | 53854-1 | Peck Modular 1 | Modular 1 (6-Classroom ) | Active School | East of the main | 6,000 |
| 24871 | 610120 | QS-9A | 53855 | 53855-1 | Peck Modular 2 | Modular 2 (6-Classroom ) | Active School | Southeast Corner | 6,000 |
| 24871 | 610120 | QS-9A | 59310 | 59310-1 | Peck Modular 3 | Modular 3 (6-Classroom ) | Active School | Northwest Corner | 6,000 |
| 24871 | 610120 | QS-9A | 54667 | 54667-1 | Peck Pre-K | Leased-Pre-K | Active School | 4026 W. 59th St. | 7,930 |
| 24891 | 610122 | QS-9A | 51069 | 51069-1 | Peirce | Main | Active School | South | 59,563 |
| 24891 | 610122 | QS-9A | 51069 | 51069-2 | Peirce | Addition | Active School | Northeast | 71,850 |
| 24891 | 610122 | QS-9A | 59601 | 59601-1 | Peirce ECE | ECE | Active School | 5300 N Broadway | 8,350 |
| 24891 | 610122 | QS-9A | 53857 | 53857-1 | Peirce Field House | Field House | Active School | 0 | 1,825 |
| 24911 | 610123 | QS-9A | 51212 | 51212-1 | Penn | Main | Active School | 1616 S AVERS | 158,325 |
| 22861 | 609872 | QS-9A | 52428 | 52428-1 | Perez | Main | Active School | North | 65,134 |
| 22861 | 609872 | QS-9A | 51233 | 51233-1 | Perez Annex | Annex | Active School | South | 38,258 |
| 29251 | 610126 | QS-9A | 51682 | 51682-1 | Pershing East @ Pershing West | Main | Active School | 3200 S Calumet Ave | 71,688 |
| 29251 | 610126 | QS-9A | 51682 | 51682-2 | Pershing East @ Pershing West | Addition 1 | Active School | south | 57,028 |
| 24941 | 610127 | QS-9A | 51027 | 51027-1 | Peterson | Main | Active School | East | 65,087 |
| 24941 | 610127 | QS-9A | 51027 | 51027-2 | Peterson | Addition 1 | Active School | Southwest | 7,060 |
| 24941 | 610127 | QS-9A | 51027 | 51027-3 | Peterson | Addition 2 | Active School | Northwest | 25,715 |
| 46261 | 609727 | QS-9A | 51408 | 51408-2 | Phillips HS | Addition | Active School | 244 E PERSHING RD | 140,962 |
| 46261 | 609727 | QS-9A | 51408 | 51408-1 | Phillips HS | Main | Active School | 244 E PERSHING RD | 146,759 |
| 55011 | 610304 | QS-9A | 51185 | 51185-2 | Phoenix Military Academy HS | Addition 3 | Active School | Northeast | 27,310 |
| 55011 | 610304 | QS-9A | 51185 | 51185-1 | Phoenix Military Academy HS | Main | Active School | 145 S Campbell Ave Chicago, IL 60612 | 52,028 |
| 55011 | 610304 | QS-9A | 51185 | 51185-3 | Phoenix Military Academy HS | Addition 2 | Active School | North | 42,453 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55011 | 610304 QS-9A | 51185 | 51185-4 | Phoenix Military Academy HS | Addition 1 | Active School | South | 39,154 |
| 24781 | 610106 QS-9A | 51127 | 51127-1 | Piccolo | Main | Active School | 1040 N KEELER | 106,755 |
| 24781 | 610106 QS-9A | 51127 | 51127-2 | Piccolo | Addition | Active School | 1040 N KEELER | 112,144 |
| 24961 | 610129 QS-9A | 51248 | 51248-1 | Pickard | Main | Active School | 2301 W 21ST PL | 69,555 |
| 24961 | 610129 QS-9A | 51248 | 51248-2 | Pickard | Addition | Active School | 2301 W 21ST | 46,690 |
| 31141 | 610013 QS-9A | 51241 | 51241-1 | Pilsen | Main | Active School | 1420 W 17th St | 61,287 |
| 24971 | 610130 QS-9A | 51477 | 51477-1 | Pirie | Main | Active School | SE | 43,063 |
| 24971 | 610130 QS-9A | 53861 | 53861-1 | Pirie Modular 1 | Modular 1 (4-Classroom ) | Active School | West | 4,947 |
| 24981 | 610131 QS-9A | 51213 | 51213-1 | Plamondon | Main | Active School | 2642 West 15th Place | 38,751 |
| 29261 | 610132 QS-9A | 51513 | 51513-1 | Poe | Main | Active School | 10538 S LANGLEY AVE | 38,332 |
| 29261 | 610132 QS-9A | 52005 | 52005-1 | Poe Annex | Annex | Active School | 10538 S LANGLEY AVE | 19,100 |
| 25011 | 610135 QS-9A | 51028 | 51028-2 | Portage Park | Addition | Active School | 5330 W BERTEAU AVE | 43,890 |
| 25011 | 610135 QS-9A | 51028 | 51028-1 | Portage Park | Main | Active School | 5330 W BERTEAU AVE | 101,885 |
| 26291 | 610281 QS-9A | 54776 | 54776-1 | Powell | Main | Active School | 7511 S South Shore Dr | 113,516 |
| 25021 | 610136 QS-9A | 51173 | 51173-1 | Prescott | Main | Active School | North and West | 33,794 |
| 25021 | 610136 QS-9A | 51173 | 51173-2 | Prescott | Addition | Active School | East | 15,869 |
| 11880 | QS-8B | 51416 | 51416-1 | Price | Main | CLOSED | 4351 S Drexel ST, Chicago IL 60653 | 62,000 |
| 22581 | 610533 QS-9A | 54698 | 54698-1 | Prieto | Main | Active School | 2231 N Central AVENUE Chicago IL 60639 | 106,218 |
| 22581 | 610533 QS-9A | 58964 | 58964-1 | Prieto Modular 1 | Modular 1 (8-Classroom ) | Active School | South | 9,240 |
| 26851 | QS-7A | 51366 | 51366-1 | Princeton Eye Clinic | Annex | Active | 5125 S Princeton AVENUE, Chicago IL 60609 | 21,300 |
| 25871 | 610229 QS-9A | 51149 | 51149-1 | Pritzker | Main | Active School | 2009 W Schiller STREET Chicago IL 60622 | 66,300 |
| 53041 | 609679 QS-9A | 51548 | 51548-3 | Prosser HS | Addition 1 | Active School | East and West | 87,699 |
| 53041 | 609679 QS-9A | 51548 | 51548-1 | Prosser HS | Main | Active School | Northeast | 68,059 |
| 53041 | 609679 QS-9A | 51548 | 51548-2 | Prosser HS | Addition 2-Gym & Loading Dock | Active School | Southeast | 54,213 |
| 25031 | 610137 QS-9A | 51029 | 51029-1 | Prussing | Main | Active School | 4650 N MENARD AVE | 66,493 |
| 25031 | 610137 QS-9A | 51029 | 51029-2 | Prussing | Addition | Active School | 7530 S South Shore DRIVE | 23,000 |
| 25031 | 610137 QS-9A | 59162 | 59162-1 | Prussing Modular 1 | Modular 1 (6-Classroom ) | Active School | South Modular | 7,000 |
| 31211 | 610138 QS-9A | 51145 | 51145-1 | Pulaski | Main | Active School | Main | 76,304 |
| 31211 | 610138 QS-9A | 52549 | 52549-1 | Pulaski Annex | Annex | Active School | Annex | 27,600 |
| 25041 | 610139 QS-9A | 51514 | 51514-1 | Pullman | Main | Active School | 11311 S FORRESTVILLE AVE | 80,075 |
| 46471 | 610334 QS-9A | 51574 | 51574-1 | Raby HS | Main | Active School | 3545 W Fulton Blvd | 156,248 |
| 29111 | 609941 QS-9A | 51322 | 51322-1 | Randolph | Main | Active School | central | 78,450 |
| 25061 | 610141 QS-9A | 51070 | 51070-1 | Ravenswood | Main | Active School | center, between additions | 40,510 |
| 25061 | 610141 QS-9A | 51070 | 51070-2 | Ravenswood | Addition 1 | Active School | South | 11,971 |
| 25061 | 610141 QS-9A | 51070 | 51070-3 | Ravenswood | Addition 2 | Active School | North | 23,942 |
| 25071 | 610142 QS-9A | 51410 | 51410-2 | Ray | Addition 1 | Active School | North | 6,930 |
| 25071 | 610142 QS-9A | 51410 | 51410-3 | Ray | Addition 2 | Active School | South | 23,876 |
| 25071 | 610142 QS-9A | 51410 | 51410-1 | Ray | Main | Active School | Middle | 84,500 |
| 25091 | 610143 QS-9A | 51411 | 51411-1 | Reavis | Main | Active School | South | 25,067 |
| 25091 | 610143 QS-9A | 51411 | 51411-2 | Reavis | Addition | Active School | Northwest | 32,440 |
| 25101 | 610144 QS-9A | 51030 | 51030-1 | Reilly | Main | Active School | 3650 W School St | 75,830 |
| 25101 | 610144 QS-9A | 53001 | 53001-1 | Reilly Linked Addition | Linked Addition | Active School | South | 34,776 |
| 25101 | 610144 QS-9A | 53865 | 53865-1 | Reilly Modular 1 | Modular 1 (2-Classroom ) | Active School | North | 1,632 |
| 25101 | 610144 QS-9A | 50301 | 50301-1 | Reilly Modular 2 | Modular 2 (2-Classroom ) | Active School | South | 1,632 |
| 25111 | 610145 QS-9A | 51031 | 51031-1 | Reinberg | Main | Active School | 3425 N Major Ave | 60,570 |
| 25111 | 610145 QS-9A | 52011 | 52011-1 | Reinberg Annex | Annex | Active School | 5615 W Newport | 8,700 |
| 25111 | 610145 QS-9A | 55031 | 55031-1 | Reinberg Linked Addition | Linked Addition | Active School | East of the Main | 17,550 |
| 25111 | 610145 QS-9A | 53866 | 53866-1 | Reinberg Modular 1 | Modular 1 (4-Classroom ) | Active School | West of the Annex | 4,135 |
| 25121 | 610146 QS-9A | 51478 | 51478-3 | Revere | Addition 1 (Auditorium) | Active School | South | 8,072 |
| 25121 | 610146 QS-9A | 51478 | 51478-2 | Revere | Addition 2 | Active School | East | 34,328 |
| 25121 | 610146 QS-9A | 51478 | 51478-1 | Revere | Main | Active School | 1010 E 72ND ST | 39,210 |
| 53051 | 609682 QS-9A | 51579 | 51579-1 | Richards HS | Main | Active School | 5009 S LAFLIN ST | 49,376 |
| 53051 | 609682 QS-9A | 52349 | 52349-1 | Richards HS Building 2 | Linked Addition 1 | Active School | Southeast Corner | 11,035 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 53051 | 609682 | QS-9A | 52350 | 52350-1 | Richards HS Building 3 | Linked Addition 2 | Active School | South | 24,156 |
| 53051 | 609682 | QS-9A | 52351 | 52351-1 | Richards HS Building 4 | Linked Addition_Athletic | Active School | East Building | 18,448 |
| 23381 | 610588 | QS-9A | 53606 | 53606-1 | Richardson | Main | Active School | 6018 S Karlov AVENUE Chicago IL 60629 | 135,212 |
| 45221 | 610390 | QS-9A | 50122 | 50122-1 | Rickover Naval Academy HS @ Luther North | Main | Active School | 5700 W Berteau AVENUE, Chicago IL 60634 | 117,000 |
| 26061 | 610256 | QS-9A | 51415 | 51415-1 | Robinson | Main | Active School | South | 41,784 |
| 68050 | | QS-3A | 50446 | 50446-1 | Rockne Stadium | Rockne Stadium | Stadium | Corner of Central and Roosevelt | 8,200 |
| 25141 | 610147 | QS-9A | 51071 | 51071-1 | Rogers | Main | Active School | 7345 N. Washtenaw Ave. | 16,000 |
| 25141 | 610147 | QS-9A | 51071 | 51071-3 | Rogers | Addition 2 | Active School | Southwest | 15,000 |
| 25141 | 610147 | QS-9A | 51071 | 51071-1 | Rogers | Addition 1 | Active School | North | 13,630 |
| 25141 | 610147 | QS-9A | 51071 | 51071-4 | Rogers | Addition 3 | Active School | Southeast | 15,180 |
| 25141 | 610147 | QS-9A | 52006 | 52006-1 | Rogers Annex | Annex | Active School | 7345 N. Washtenaw Ave. | 30,100 |
| 46271 | 609728 | QS-9A | 51536 | 51536-1 | Roosevelt HS | Main | Active School | 3436 W WILSON | 319,900 |
| 25181 | 610152 | QS-9A | 51384 | 51384-2 | Ruggles | Addition | Active School | 7831 S. Prairie Ave | 11,500 |
| 25181 | 610152 | QS-9A | 51384 | 51384-1 | Ruggles | Main | Active School | 7831 S. Prairie | 88,210 |
| 24931 | 610125 | QS-9A | 51278 | 51278-1 | Ruiz | Main | Active School | 2410 S Leavitt St | 73,217 |
| 24931 | 610125 | QS-9A | 53869 | 53869-1 | Ruiz Modular 1 | Modular 1 (6-Classroom ) | Active School | Northwest | 7,000 |
| 25191 | 610153 | QS-9A | 51479 | 51479-2 | Ryder | Addition | Active School | North | 35,326 |
| 25191 | 610153 | QS-9A | 51479 | 51479-1 | Ryder | Main | Active School | 8716 S Wallace St | 38,000 |
| 29371 | 610342 | QS-9A | 51153 | 51153-1 | Sabin | Main | Active School | 2216 W Hirsch | 95,219 |
| 22631 | 610586 | QS-9A | 53605 | 53605-1 | Sadlowski ES | Main | Active School | 3930 E 105th STREET Chicago IL 60617 | 111,081 |
| 30101 | 610250 | QS-9A | 51176 | 51176-1 | Salazar | Main | Active School | 160 W Wendell St | 45,084 |
| 26721 | 610226 | QS-9A | 51312 | 51312-1 | Sandoval | Main | Active School | 5534 S Saint Louis Ave | 108,534 |
| 29151 | 610017 | QS-9A | 51275 | 51275-2 | Saucedo | Addition (Telpochcalli) | Active School | South | 40,822 |
| 29151 | 610017 | QS-9A | 51275 | 51275-1 | Saucedo | Main | Active School | 2850 W. 24th Blvd. | 251,299 |
| 25211 | 610155 | QS-9A | 51032 | 51032-3 | Sauganash | Addition 2 | Active School | south | 41,498 |
| 25211 | 610155 | QS-9A | 52506 | 52506-1 | | Annex | Under Construction - November 2022 | | 41,000 |
| 25211 | 610155 | QS-9A | 51032 | 51032-1 | Sauganash | Main | Active School | Central | 18,818 |
| 25211 | 610155 | QS-9A | 51032 | 51032-2 | Sauganash | Addition 1 | Active School | North | 8,296 |
| 25231 | 610157 | QS-9A | 51308 | 51308-1 | Sawyer | Main | Active School | 5248 S Sawyer Ave | 79,788 |
| 25231 | 610157 | QS-9A | 52559 | 52559-1 | Sawyer Annex | Annex | Active School | Southeast of the main | 76,800 |
| 25231 | 610157 | QS-9A | 50210 | 50210-1 | Sawyer Modular 1 | Modular 1 (6-Classroom ) | Active School | Northeast of the main | 6,720 |
| 29271 | 610158 | QS-9A | 51101 | 51101-1 | Sayre | Main | Active School | 1850 N Newland Ave | 79,775 |
| 25241 | 610159 | QS-9A | 51033 | 51033-1 | Scammon | Main | Active School | 4201 W Henderson St | 63,802 |
| 25241 | 610159 | QS-9A | 53301 | 53301-1 | Scammon Annex | Annex | Active School | West | 17,022 |
| 25241 | 610159 | QS-9A | 53873 | 53873-1 | Scammon Modular 1 | Modular 1 (2-Classroom ) | Active School | East Modular | 1,600 |
| 25241 | 610159 | QS-9A | 53874 | 53874-1 | Scammon Modular 2 | Modular 2 (2-Classroom ) | Active School | Middle | 1,450 |
| 25241 | 610159 | QS-9A | 58337 | 58337-1 | Scammon Modular 3 | Modular 3 (2-Classroom ) | Active School | West Modular | 1,600 |
| 25391 | 610178 | QS-9A | 51517 | 51517-1 | Schmid | Main | Active School | South | 18,020 |
| 25391 | 610178 | QS-9A | 52568 | 52568-1 | Schmid Annex | Annex | Active School | North | 18,918 |
| 25291 | 610165 | QS-9A | 51128 | 51128-1 | Schubert | Main | Active School | 2727 N LONG AVE | 78,000 |
| 25291 | 610165 | QS-9A | 52563 | 52563-1 | Schubert Annex | Annex | Active School | Northeast of the main | 14,400 |
| 25291 | 610165 | QS-9A | 53876 | 53876-1 | Schubert Modular 1 | Modular 1 (4-Classroom ) | Active School | West Modular | 4,064 |
| 25291 | 610165 | QS-9A | 53875 | 53875-1 | Schubert Modular 2 | Modular 2 (4-Classroom ) | Active School | East Modular | 4,900 |
| 46281 | 609729 | QS-9A | 51537 | 51537-1 | Schurz HS | Main | Active School | 3601 N. Milwaukee Ave | 455,800 |
| 47061 | 609730 | QS-9A | 51538 | 51538-1 | Senn HS | Main | Active School | 5900 N Glenwood Ave | 219,500 |
| 47061 | 609730 | QS-9A | 51538 | 51538-2 | Senn HS | Addition 1 | Active School | North | 33,906 |
| 47061 | 609730 | QS-9A | 51538 | 51538-3 | Senn HS | Addition 2 | Active School | South | 37,798 |
| 25301 | 610167 | QS-9A | 51332 | 51332-1 | Seward | Main | Active School | Northeast - 4600 S. Hermitage | 46,265 |
| 25301 | 610167 | QS-9A | 51332 | 51332-2 | Seward | Addition | Active School | Northwest - 4600 S. Hermitage Ave. | 29,621 |
| 25301 | 610167 | QS-9A | 50260 | 50260-1 | Seward Branch @ Holy Cross | Leased-Branch | Active School | Southwest - 4541 S. Wood St - First Floor only | 22,489 |
| 29201 | 610081 | QS-9A | 51247 | 51247-1 | Sheridan | Main | Active School | 533 W 27TH ST | 68,750 |
| 29201 | 610081 | QS-9A | 51249 | 51249-1 | Sheridan Annex | Linked Addition | Active School | 533 W 27TH ST | 8,956 |

Schedule 1
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25341 | 610172 | QS-9A | 51358 | 51358-2 | Sherman | Addition | Active School | North | 2,832 |
| 25341 | 610172 | QS-9A | 51358 | 51358-1 | Sherman | Main | Active School | 1000 W 52ND ST | 18,423 |
| 25341 | 610172 | QS-9A | 52566 | 52566-1 | Sherman Annex | Annex | Active School | South | 37,196 |
| 25351 | 610173 | QS-9A | 51359 | 51359-2 | Sherwood | Addition | Active School | East | 19,885 |
| 25351 | 610173 | QS-9A | 51359 | 51359-1 | Sherwood | Main | Active School | Northwest | 32,352 |
| 25361 | 610174 | QS-9A | 51333 | 51333-1 | Shields | Main | Active School | 4250 S Rockwell | 41,030 |
| 25361 | 610174 | QS-9A | 51333 | 51333-2 | Shields | Addition | Active School | East and West | 41,300 |
| 25361 | 610174 | QS-9A | 53894 | 53894-1 | Shields Annex | Annex | Active School | North | 36,100 |
| 27091 | 610559 | QS-9A | 55216 | 55216-1 | Shields Middle | Main | Active School | 2611 W 48TH ST | 95,265 |
| 25361 | 610174 | QS-9A | 53111 | 53111-1 | Shields Modular 1 | Modular 1 (4-Classroom ) | Active School | East Modular | 4,900 |
| 25361 | 610174 | QS-9A | 53112 | 53112-1 | Shields Modular 2 | Modular 2 (4-Classroom ) | Active School | West Modular | 4,900 |
| 25371 | 610175 | QS-9A | 51413 | 51413-1 | Shoesmith | Main | Active School | 1330 E 50th St | 36,887 |
| 25371 | 610175 | QS-9A | 53877 | 53877-1 | Shoesmith Modular 1 | Modular 1 (2-Classroom ) | Active School | North | 2,100 |
| 25381 | 610176 | QS-9A | 51516 | 51516-1 | Shoop | Main | Active School | 11140 S Bishop St | 88,546 |
| 25381 | 610176 | QS-9A | 51516 | 51516-2 | Shoop | Addition | Active School | Northeast | 36,007 |
| 53061 | 609692 | QS-9A | 51604 | 51604-1 | Simeon HS | Main | Active School | 8147 S VINCENNES AVE | 210,316 |
| 53061 | 609692 | QS-9A | 52352 | 52352-1 | Simeon HS Annex | Linked Addition | Active School | 8147 S VINCENNES | 74,375 |
| 49051 | 609750 | QS-9A | 51567 | 51567-1 | Simpson HS | Main | Active School | 1321 S Paulina St | 18,593 |
| 49051 | 609750 | QS-9A | 51567 | 51567-2 | Simpson HS | Addition | Active School | Southeast | 14,900 |
| 22591 | 610534 | QS-9A | 51174 | 51174-1 | Skinner North @ Schiller | Main | Active School | 640 W Scott St | 68,922 |
| 29281 | 610177 | QS-9A | 54719 | 54719-1 | Skinner West | Main | Active School | 1260 W Adams St | 102,055 |
| 29281 | 610177 | QS-9A | 54719 | 54719-2 | | Addition 1 | Active School | 1260 W Adams STREET Chicago IL 60607 | 36,000 |
| 29281 | 610177 | QS-9A | 52315 | 52315-1 | Skinner West Branch | Branch | Active School | 225 S Aberdeen St | 12,639 |
| 23641 | 609978 | QS-9A | 51508 | 51508-1 | Smith | Main | Active School | Southeast | 76,920 |
| 25401 | 610179 | QS-9A | 51035 | 51035-1 | Smyser | Main | Active School | 4310 N MELVINA AVE | 60,861 |
| 25401 | 610179 | QS-9A | 52570 | 52570-1 | Smyser @ Messiah Lutheran | Leased-Branch | Active School | 6200 W. Patterson Ave | 33,570 |
| 25401 | 610179 | QS-9A | 55301 | 55301-1 | Smyser Annex | Annex | Active School | South | 17,250 |
| 25411 | 610180 | QS-9A | 51250 | 51250-2 | Smyth | Addition 1 | Active School | 1059 W 13ST | 39,611 |
| 25411 | 610180 | QS-9A | 51250 | 51250-3 | Smyth | Addition 2 | Active School | 1059 W 13ST | 28,381 |
| 25411 | 610180 | QS-9A | 51250 | 51250-1 | Smyth | Main | Active School | 1059 W 13TH | 53,574 |
| 25431 | 610182 | QS-9A | 51036 | 51036-1 | Solomon | Main | Active School | 6206 N Hamlin Ave | 18,083 |
| 25431 | 610182 | QS-9A | 51036 | 51036-2 | Solomon | Addition | Active School | West | 22,250 |
| 46101 | 610543 | QS-9A | 54767 | 54767-1 | Solorio HS | Main | Active School | 5400 S ST LOUIS | 213,710 |
| 23521 | 610589 | QS-9A | 58215 | 58215-1 | Sor Juana Ines de las Cruz @ St. Turbius | Leased-Main | Active School | 4120 W 57th STREET Chicago IL 60629 | 38,389 |
| 23751 | 609990 | QS-9A | 51238 | 51238-1 | South Loop Branch | Branch @ Plymouth Ct | Active School | 1212 S.Plymouth Ct. Chicago, IL | 57,995 |
| 23751 | 609990 | QS-9A | 51690 | 51690-1 | South Loop Pre-K Branch | Branch @ Federal St | Active School | 1915 S. Federal St. Chicago, IL | 13,260 |
| 22251 | 610530 | QS-9A | 51399 | 51399-1 | South Shore Fine Arts @ Fermi | Main | Active School | 1415 E 70TH ST | 76,945 |
| 46631 | 610547 | QS-9A | 54787 | 54787-1 | South Shore International HS | Main | Active School | 1955 E 75TH ST | 213,710 |
| 49031 | 609745 | QS-9A | 51617 | 51617-1 | Southside Occ HS | Main | Active School | Southeast | 36,840 |
| 49031 | 609745 | QS-9A | 57161 | 57161-1 | Southside Occ HS Annex | Annex | Active School | Northwest | 17,900 |
| 25441 | 610183 | QS-9A | 51102 | 51102-1 | Spencer | Main | Active School | East - Middle | 39,496 |
| 25441 | 610183 | QS-9A | 51102 | 51102-2 | Spencer | Addition 1 | Active School | East - North & South of the Main Building | 33,579 |
| 25441 | 610183 | QS-9A | 51102 | 51102-3 | Spencer | Addition 2 | Active School | North | 27,360 |
| 25441 | 610183 | QS-9A | 52573 | 52573-1 | Spencer Annex | Annex | Active School | Southwest | 22,500 |
| 25451 | 610184 | QS-9A | 51280 | 51280-2 | Spry | Addition | Active School | 2400 S MARSHALL BLVD | 43,640 |
| 25451 | 610184 | QS-9A | 51280 | 51280-1 | Spry | Main | Active School | 2400 S MARSHALL BLVD | 62,370 |
| 25451 | 610184 | QS-9A | 59879 | 59879-1 | Spry Branch | Leased-Branch (Spry HS) | Active School | 2950 W 25th STREET | 39,050 |
| 26521 | 610339 | QS-9A | 51395 | 51395-1 | Stagg | Main | Active School | 5 S MORGAN | 68,227 |
| 68060 | | QS-7B | 53902 | 53902-1 | Stagg Stadium | Main | Stadium | 1035 W 74th STREET, Chicago IL 60621 | 3,325 |
| 46291 | 609732 | QS-9A | 51553 | 51553-1 | Steinmetz HS | Main | Active School | 3030 North Mobile Avenue | 384,200 |
| 46291 | 609732 | QS-9A | 53879 | 53879-1 | Steinmetz HS Modular 1 | Modular 1 (6-Classroom ) | Active School | S | 7,060 |
| 46291 | 609732 | QS-9A | 53551 | 53551-1 | Steinmetz HS Modular 2 | Modular 2 (6-Classroom ) | Active School | SW | 7,060 |
| 22711 | 610548 | QS-9A | 52340 | 52340-1 | STEM Magnet @ Jefferson | Main | Active School | East | 37,216 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22711 | 610548 QS-9A | 52340 | 52340-2 | STEM Magnet @ Jefferson | Addition | Active School | West | 32,113 |
| 25471 | 610185 QS-9A | 51309 | 51309-2 | Stevenson | Addition | Active School | Southwest | 30,426 |
| 25471 | 610185 QS-9A | 51309 | 51309-1 | Stevenson | Main | Active School | 8010 S. Kostner Ave. | 72,903 |
| 25471 | 610185 QS-9A | 58309 | 58309-1 | Stevenson Annex | Annex | Active School | 8040 S Kostner | 15,036 |
| 25471 | 610185 QS-9A | 52301 | 52301-1 | Stevenson Branch | Branch | Active School | 4350 W. 79th St. Chicago, IL | 23,063 |
| 25471 | 610185 QS-9A | 53880 | 53880-1 | Stevenson Modular 1 | Modular 1 (4-Classroom ) | Active School | North Site | 3,380 |
| 25471 | 610185 QS-9A | 50004 | 50004-1 | Stevenson Modular 2 | Modular 2 (2-Classroom ) | Active School | North Modular (West Main) | 1,700 |
| 25471 | 610185 QS-9A | 50005 | 50005-1 | Stevenson Modular 3 | Modular 3 (2-Classroom ) | Active School | South Modular (West Main) | 1,700 |
| 25471 | 610185 QS-9A | 50006 | 50006-1 | Stevenson Modular 4 | Modular 4 (2-Classroom ) | Active School | Middle Modular (West Main) | 1,700 |
| 30081 | 610163 QS-9A | 51034 | 51034-1 | Stock | Main | Active School | 7507 W BIRCHWOOD | 17,355 |
| 30081 | 610163 QS-9A | 53881 | 53881-1 | Stock Modular 1 | Modular 1 (2-Classroom ) | Active School | Southwest | 1,005 |
| 29291 | 610191 QS-9A | 51074 | 51074-1 | Stone | Main | Active School | West | 65,617 |
| 29291 | 610191 QS-9A | 51074 | 51074-2 | Stone | Addition | Active School | southeast | 4,984 |
| 25521 | 610192 QS-9A | 51129 | 51129-1 | Stowe | Main | Active School | 3444 West Wabansia Avenue | 113,500 |
| 25521 | 610192 QS-9A | 52576 | 52576-1 | Stowe Annex | Annex | Active School | 3444 West Wabansia Avenue | 20,400 |
| 26881 | 610405 QS-9A | 52294 | 52294-1 | Suder | Main | Active School | 2022 W WASHINGTON | 71,500 |
| 25541 | 610193 QS-9A | 51481 | 51481-1 | Sullivan | Main | Active School | 8331 S. Mackinaw | 218,126 |
| 46301 | 609733 QS-9A | 51539 | 51539-1 | Sullivan HS | Main | Active School | 6631 N BOSWORTH AVE | 218,067 |
| 31221 | 610194 QS-9A | 51190 | 51190-1 | Sumner | Main | Active School | 715 S. Kildare Ave. | 47,020 |
| 31221 | 610194 QS-9A | 51190 | 51190-2 | Sumner | Addition | Active School | 715 S. Kildare Ave., South | 38,400 |
| 31221 | 610194 QS-9A | 52577 | 52577-1 | Sumner Annex | Annex | Active School | 4320 W 5th Ave | 74,135 |
| 25561 | 610195 QS-9A | 51447 | 51447-1 | Sutherland | Main | Active School | 10015 S Leavitt St | 69,781 |
| 25561 | 610195 QS-9A | 52578 | 52578-1 | Sutherland Annex | Annex | Active School | Middle/East | 10,438 |
| 25571 | 610196 QS-9A | 51075 | 51075-2 | Swift | Addition 1 | Active School | South of Addition 1 | 42,691 |
| 25571 | 610196 QS-9A | 51075 | 51075-1 | Swift | Main | Active School | East | 66,708 |
| 46311 | 609734 QS-9A | 56204 | 56204-1 | Taft Freshman Academy | Branch | Active School | 4071 N Oak Park AVENUE Chicago IL 60634 | 135,000 |
| 46311 | 609734 QS-9A | 51540 | 51540-1 | Taft HS | Main | Active School | 6530 W BRYN MAWR AVE | 175,896 |
| 46311 | 609734 QS-9A | 51540 | 51540-2 | Taft HS | Addition 1 | Active School | South | 78,034 |
| 46311 | 609734 QS-9A | 51540 | 51540-3 | Taft HS | Addition 2 | Active School | North | 135,040 |
| 25581 | 610197 QS-9A | 51147 | 51147-2 | Talcott | Addition | Active School | North | 35,426 |
| 25581 | 610197 QS-9A | 51147 | 51147-1 | Talcott | Main | Active School | 1840 W Ohio St. | 91,945 |
| 26781 | 610249 QS-9A | 51335 | 51335-1 | Talman | Leased-Main | Active School | 5450 S Talman Ave | 14,318 |
| 26781 | 610249 QS-9A | 52602 | 52602-1 | Talman Branch @ St. Clair | Leased-Annex | Active School | West | 22,580 |
| 26281 | 610279 QS-9A | 51484 | 51484-1 | Tanner | Main | Active School | 7350 S. Evans | 52,920 |
| 26791 | 610396 QS-9A | 51679 | 51679-1 | Tarkington | Main | Active School | 3330 W 71ST ST | 136,289 |
| 25591 | 610198 QS-9A | 51518 | 51518-1 | Taylor | Main | Active School | 9912 S Avenue H | 75,318 |
| 25591 | 610198 QS-9A | 52582 | 52582-1 | Taylor Annex | Annex | Active School | SW | 12,310 |
| 26891 | 610504 QS-9A | 51342 | 51342-1 | Thomas | Leased-Main | Active School | 3625 S Hoyne Ave | 16,056 |
| 25601 | 610200 QS-9A | 51520 | 51520-2 | Thorp J | Addition 1 | Active School | 8914 S BUFFALO | 44,037 |
| 25601 | 610200 QS-9A | 51520 | 51520-3 | Thorp J | Addition 2 | Active School | 8914 S BUFFALO AVE | 47,014 |
| 25601 | 610200 QS-9A | 51520 | 51520-1 | Thorp J | Main | Active School | 8914 S BUFFALO AVE | 44,587 |
| 29301 | 610201 QS-9A | 51037 | 51037-1 | Thorp O | Main | Active School | 6024 W Warwick Ave | 93,200 |
| 53121 | 609735 QS-9A | 51584 | 51584-1 | Tilden HS | Main | Active School | 4747 S UNION | 328,514 |
| 53121 | 609735 QS-9A | 51593 | 51593-1 | Tilden HS - Annex | Annex | Active School | East | 4,000 |
| 24441 | 610065 QS-9A | 51407 | 51407-2 | Till | Addition | Active School | Southwest and Southeast | 48,630 |
| 24441 | 610065 QS-9A | 51407 | 51407-1 | Till | Main | Active School | South - Middle | 47,220 |
| 24441 | 610065 QS-9A | 52505 | 52505-1 | Till Annex | Annex | Active School | Northwest | 38,768 |
| 25621 | 610202 QS-9A | 51191 | 51191-2 | Tilton | Addition | Active School | North | 27,218 |
| 25621 | 610202 QS-9A | 51191 | 51191-1 | Tilton | Main | Active School | 223 N Keeler Ave | 77,670 |
| 25631 | 610203 QS-9A | 51310 | 51310-1 | Tonti | Main | Active School | Northwest | 62,367 |
| 25631 | 610203 QS-9A | 50131 | 50131-1 | Tonti Annex | Annex | Active School | Southeast | 16,936 |
| 25631 | 610203 QS-9A | 54257 | 54257-1 | Tonti Modular 1 | Modular 1 (8-Classroom ) | Active School | Southwest | 9,800 |
| 29041 | 609895 QS-9A | 51465 | 51465-1 | Turner-Drew | Main | Active School | 9300 S PRINCETON | 39,077 |
| 25661 | 610206 QS-9A | 54221 | 54221-1 | Twain | Main | Active School | Northwest | 75,820 |
| 25661 | 610206 QS-9A | 54221 | 54221-2 | Twain | Addition | Active School | Southeast | 64,346 |

Schedule J
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 66321 | 400075 | QS-9A | 51613 | 51613-1 | U of C - Donoghue | Main | | Active School | North | 74,828 |
| 26541 | 610345 | QS-9A | 51365 | 51365-2 | Woodson ES South Tower | Linked Addition-Woodson South Tower | Active School | 4444 S Evans Ave | 58,859 |
| 26861 | 610394 | QS-9A | 51066 | 51066-1 | Uplift HS | Main | Active School | South | 105,665 |
| 26861 | 610394 | QS-9A | 52495 | 52495-1 | Uplift HS Linked Addition | Linked Addition-Athletic Building | Active School | North | 43,647 |
| 66442 | 400105 | QS-9A | 52300 | 52300-1 | Urban Prep @ Doolittle West | Annex (Urban Prep) | Active School | 425 East 35th street | 74,152 |
| 46351 | 400086 | QS-9A | 51615 | 51615-1 | Urban Prep Englewood | | Active School | 6201 S Stewart AVENUE Chicago IL 60621 | 188,800 |
| 29311 | 610207 | QS-9A | 51448 | 51448-2 | Vanderpoel | Addition | Active School | North | 6,419 |
| 29311 | 610207 | QS-9A | 51448 | 51448-1 | Vanderpoel | Main | Active School | 9510 S PROSPECT AVE | 32,562 |
| 49081 | 609766 | QS-9A | 51544 | 51544-1 | Vaughn Occ | Main | Active School | 4355 N. Linder Ave | 50,289 |
| 26731 | 609871 | QS-9A | 51429 | 51429-1 | Vick | Main | Active School | 2554 W 113th St | 12,479 |
| 26731 | 609871 | QS-9A | 52310 | 52310-1 | Vick Village @ Beth Shalom | Leased-Branch | Active School | 6601 S Kedzie Ave | 9,300 |
| 25681 | 610209 | QS-9A | 51038 | 51038-1 | Volta | Main | Active School | East | 67,204 |
| 25681 | 610209 | QS-9A | 52587 | 52587-1 | Volta Annex | Annex | Active School | Southwest | 17,176 |
| 25681 | 610209 | QS-9A | 50007 | 50007-1 | Volta Modular 1 | Modular 1 (2-Classroom ) | Active School | North of the Annex | 2,100 |
| 47081 | 609737 | QS-9A | 51541 | 51541-1 | Von Steuben HS | Main | Active School | 5039 N Kimball Ave | 248,453 |
| 26621 | 610366 | QS-9A | 51452 | 51452-1 | Wacker | Main | Active School | 9746 S MORGAN | 27,552 |
| 25711 | 610213 | QS-9A | 51418 | 51418-1 | Wadsworth @ Dumas | Main | Active School | South | 64,558 |
| 25731 | 610216 | QS-9A | 51251 | 51251-2 | Walsh | Addition | Active School | North | 23,182 |
| 25731 | 610216 | QS-9A | 51251 | 51251-1 | Walsh | Main | Active School | South | 50,106 |
| 25751 | 610217 | QS-9A | 51252 | 51252-1 | Ward J | Main | Active School | North | 24,724 |
| 25751 | 610217 | QS-9A | 51252 | 51252-2 | Ward J | Addition 1 | Active School | Middle | 22,436 |
| 25751 | 610217 | QS-9A | 51252 | 51252-3 | Ward J | Addition 2 | Active School | South - educational - East-Mechanical | 38,034 |
| 24991 | 610133 | QS-9A | 51146 | 51146-3 | Ward, L. @ Ryerson | Addition 1 | Active School | Southeast | 52,202 |
| 24991 | 610133 | QS-9A | 51146 | 51146-2 | Ward, L. @ Ryerson | Addition 2 | Active School | West | 12,112 |
| 24991 | 610133 | QS-9A | 51146 | 51146-1 | Ward, L. @ Ryerson | Main | Active School | Northeast | 49,705 |
| 25761 | 610218 | QS-9A | 51482 | 51482-1 | Warren | Main | Active School | Southwest | 27,715 |
| 25761 | 610218 | QS-9A | 52590 | 52590-1 | Warren Annex | Annex | Active School | North | 12,540 |
| 25771 | 610219 | QS-9A | 51521 | 51521-1 | Washington G | Main | Active School | North | 54,934 |
| 25771 | 610219 | QS-9A | 52591 | 52591-1 | Washington G Annex | Annex | Active School | Southwest | 15,428 |
| 46331 | 609739 | QS-9A | 51633 | 51633-1 | Washington G HS | Main | Active School | 3535 E 114TH ST | 214,541 |
| 25771 | 610219 | QS-9A | 53887 | 53887-1 | Washington G Modular 1 | Modular 1 (4-Classroom ) | Active School | East | 4,750 |
| 24921 | 610124 | QS-9A | 51476 | 51476-1 | Washington Harold | Main | Active School | Main Building | 77,300 |
| 25781 | 610220 | QS-9A | 51077 | 51077-1 | Waters | Main | Active School | 4540 N Campbell Ave | 58,148 |
| 25781 | 610220 | QS-9A | 52007 | 52007-1 | Waters Annex | Annex | Active School | 4540 N Campbell Ave | 31,100 |
| 25781 | 610220 | QS-9A | 57701 | 57701-1 | Waters Linked Addition | Linked Addition | Active School | South | 4,699 |
| 25791 | 610221 | QS-9A | 51215 | 51215-1 | Webster | Main | Active School | 4055 W. Arthington | 60,295 |
| 51071 | 609740 | QS-9A | 51555 | 51555-1 | Wells HS | Main | Active School | East | 264,101 |
| 24811 | 610110 | QS-9A | 51406 | 51406-1 | Wells Prep @ Mayo | Main | Active School | 249 E 37TH ST | 62,750 |
| 25811 | 610223 | QS-9A | 51371 | 51371-1 | Wentworth @ Altgeld | Main | Active School | South end of the property. | 69,366 |
| 25811 | 610223 | QS-9A | 52384 | 52384-1 | Wentworth @ Altgeld Annex | Annex | Active School | Northwest corner of the property | 33,250 |
| 24721 | 610100 | QS-9A | 51126 | 51126-1 | West Park | Main | Active School | 1425 N TRIPP | 81,350 |
| 22381 | 610542 | QS-9A | 54766 | 54766-1 | West Ridge | Main | Active School | 6700 N Whipple St Chicago, IL 60645 | 100,170 |
| 26381 | 610300 | QS-9A | 51394 | 51394-1 | Westcott | Main | Active School | 409 W 80th St | 38,482 |
| 26381 | 610300 | QS-9A | 53889 | 53889-1 | Westcott Linked Addition | Linked Addition | Active School | Southwest | 7,998 |
| 53071 | 609693 | QS-9A | 54663 | 54663-1 | Westinghouse HS | Main | Active School | 3223 W FRANKLIN BLVD | 224,604 |
| 22621 | 609845 | QS-9A | 51529 | 51529-1 | Wheatley CPC @ Carver Building D | Annex-Bldg D | Active School | SW | 19,725 |
| 25831 | 610225 | QS-9A | 51523 | 51523-1 | Whistler | Main | Active School | North | 42,600 |
| 25831 | 610225 | QS-9A | 51523 | 51523-1 | Whistler | Addition 1 | Active School | South/west | 12,680 |
| 25831 | 610225 | QS-9A | 51523 | 51523-2 | Whistler | Addition 2 | Active School | East | 32,950 |
| 26431 | 610315 | QS-9A | 51525 | 51525-1 | White Elementary | Main | Active School | 122nd St / Racine | 17,235 |
| 26431 | 610315 | QS-9A | 55125 | 55125-1 | White Linked Addition | Linked Addition | Active School | East | 6,400 |
| 25841 | 610227 | QS-9A | 51282 | 51282-1 | Whitney | Main | Active School | 2815 S Komensky Ave | 73,614 |
| 25841 | 610227 | QS-9A | 59845 | 59845-1 | Whitney Annex | Annex | Active School | South | 28,039 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule...
List of Facilities
Building Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25841 | 610227 | QS-9A | 53890 | 53890-1 | Whitney Modular 1 | Modular 1 (2-Classroom ) | Active School | North of the Main | 2,100 |
| 25841 | 610227 | QS-9A | 50002 | 50002-1 | Whitney Modular 2 | Modular 2 (2-Classroom ) | Active School | South of the Main | 4,900 |
| 25861 | 610228 | QS-9A | 51253 | 51253-1 | Whittier | Main | Active School | 1900 W. 23rd St. | 49,232 |
| 25881 | 610230 | QS-9A | 51040 | 51040-1 | Wildwood | Main | Active School | 6950 N Hiawatha Ave | 24,950 |
| 25881 | 610230 | QS-9A | 51040 | 51040-1 | Wildwood | Addition | Active School | South Corner | 35,068 |
| 55191 | 610381 | QS-9A | 51580 | 51580-2 | Williams & Bronzeville @ DuSable HS | Addition | Active School | Southeast | 36,750 |
| 55191 | 610381 | QS-9A | 51580 | 51580-1 | Williams & Bronzeville @ DuSable HS | Main | Active School | 4934 S. Wabash Ave. | 373,625 |
| 68030 | | QS-2A | 50445 | 50445-1 | Winnemac Park Stadium | 1 | Stadium | 5101 N Leavitt STREET, Chicago IL 60625 | 13,080 |
| 23631 | 609977 | QS-9A | 51403 | 51403-1 | Woodlawn | Main | Active School | 6657 S KIMBARK | 30,193 |
| 26541 | 610345 | QS-9A | 53744 | 53744-1 | Woodson ES | Main-Woodson North Tower | Active School | 4414 S Evans AVENUE | 58,859 |
| 26541 | 610345 | QS-9A | 53477 | 53477-1 | Woodson South (center building) | Linked Addition-Center building Gym | Active School | 4414 S Evans AVENUE | 12,979 |
| 26541 | 610345 | QS-9A | 51370 | 51370-2 | Woodson South CPC | Branch-CPC | Active School | 4511 S Evans Ave | 7,657 |
| 25911 | 610234 | QS-9A | 51130 | 51130-1 | Yates | Main | Active School | 1839 North Richmond St. | 68,500 |
| 25911 | 610234 | QS-9A | 51130 | 51130-2 | Yates | Addition | Active School | East | 58,800 |
| 25911 | 610234 | QS-9A | 53892 | 53892-1 | Yates Linked Addition | Linked Addition | Active School | Southeast | 18,000 |
| 25921 | 610235 | QS-9A | 51103 | 51103-1 | Young | Main | Active School | 1434 N Parkside Ave | 107,359 |
| 25921 | 610235 | QS-9A | 51103 | 51103-2 | Young | Addition | Active School | south | 69,645 |
| 47101 | 609755 | QS-9A | 51568 | 51568-1 | Young HS - Building A | Main-Building A | Active School | 211 S Laflin St | 251,542 |
| 47101 | 609755 | QS-9A | 52376 | 52376-1 | Young HS - Building B | Linked Addition-Athletic Building B | Active School | Northeast-between Adams and Jackson | 93,727 |
| 47101 | 609755 | QS-9A | 52377 | 52377-1 | Young HS - Building C | Linked Addition-Arts Building C | Active School | South of Jackson St. South of the Main & Main Athletic | 85,174 |
| 23611 | 609973 | QS-9A | 51274 | 51274-1 | Zapata | Main | Active School | 2728 S. Kostner | 73,845 |
| 23611 | 609973 | QS-9A | 51274 | 51274-2 | Zapata | Addition 1 | Active School | 2728 S Kostner AVENUE Chicago IL 60623 | 35,000 |
| 11880 | | QS-5A | 59989 | | 3148 S Kedzie | | Vacant Land | 3148 S Kedzie Chicago IL 60623 | 488,459 |
| 11880 | | QS-8B | 52219 | | 6428 Minerva | | Vacant Land | 6428 S Minerva AVENUE, Chicago IL 60637 | 5,942 |
| 11880 | | QS-7B | 54111 | | 9100-9300 S Triangular | | Vacant Land | 9100 S Vanderpoel AVENUE, Chicago IL 60643 | 55,524 |
| 11880 | | QS-9B | 50125 | | 9345 S Champlain | | Vacant Land | 9345 S Burnside Ave, Chicago IL 60619 | 14,273 |
| 11880 | | QS-9B | 59987 | | Burley | | Vacant Land | 13311 S Burley AVENUE, Chicago IL 60633 | 2,807 |
| 11880 | | QS-3A | 51108 | | Depriest Lot | | Vacant Land | 138 South Parkside Avenue, Chicago IL 60644 | 8,845 |
| 11880 | | QS-7A | 53211 | | Formerly Miles Davis | | Vacant Land | 6717 S Wood STREET, Chicago IL 60636 | 55,240 |
| 11880 | | QS-5A | 56155 | | Hammond Lot | | Vacant Land | 2869 West 21st Place, Chicago IL 60623 | 9,500 |
| 11880 | | QS-4A | 57884 | | Henson Lot | | Vacant Land | 1334 S Avers Avenue, Chicago IL 60623 | 2,978 |
| 11880 | | QS-8B | 59591 | | Langley Lot (Till Lot) | | Vacant Land | 6523-5 South Langley Avenue, Chicago IL 60637 | 5,788 |
| 11880 | | QS-6A | 59948 | | Major Lot | | Parking Lot | 6400 South Major Avenue, Chicago IL 60638 | 48,500 |
| 11880 | | QS-7A | 59991 | | May Lot | | Vacant Land | 5733 South May Street, Chicago IL 60621 | 6,752 |
| 24421 | | QS-9A | 59945 | | McClellan Parking Lot | | Parking Lot | 620 West 35th Street, Chicago IL 60616 | 7,845 |
| 11880 | | QS-9A | 59943 | | Metcalfe Lot | | Vacant Land | 12423 S Eggleston Ave, Chicago IL 60628 | 4,124 |
| 11880 | | QS-2B | 58666 | | Moos | | Vacant Land | 1700 N Fairfield | 2,290 |
| 11880 | | QS-7B | 55454 | | Morgan Lot | | Vacant Land | 8363 S Kerfoot Avenue, Chicago IL 60620 | 2,372 |
| 11880 | | QS-5B | 52500 | | Richards HS Lot | | Vacant Land | 4957-59 South Laflin Street, Chicago IL 60609 | 6,130 |
| 11880 | | QS-9A | 58654 | | Tuner-Lot | | Vacant Land | 25 W 113th PLACE, Chicago IL 60628 | 22,174 |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3B

Schedule 1
List of Facilities
Building Data

| 11952 | QS-8B | 51409 | | Admin Offices @ Pershing East | | Admin | 3113 S Rhodes AVENUE, Chicago IL 60616 | 26,200 |
| 11880 | QS-7B | 51607 | | CLOSED - Former Calumet | | CLOSED | 8131 S May STREET Chicago IL 60620 | 324,446 |
| | QS-8B | 51620 | 51620-1 | Closed - School of Leadership | School of Leadership | CLOSED | 7627 S CONSTANCE AVE | 138,750 |
| 25121 | QS-8B | 48845 | | Revere Parking Lot | | Parking Lot | 7146 S Ellis Ave Chicago IL 60619 | |
| 11880 | QS-9A | 59946 | | Metcalfe Lot 2 | | Vacant Land | 12401 S Normal Ave Chicago IL 60628 | |

Schedule 4
List of Facilities
Changes

| REMOVALS | | | | |
|---|---|---|---|---|
| **Property Use** | **Main Campus** | **Main Address** | **Total Campus SQFT** | **Reason** |
| Admin Building | Admin Offices @ Avondale | 6325 N Avondale Avenue, Chicago IL 60631 | 13469 | No custodial services needed |
| Admin Building | Admin Office @ Northside Garage | 5200 W Monroe Street, Chicago IL 60644 | 3419 | No custodial services needed |
| Admin Building | Admin Office @ 42 Madison | 42 W Madison Avenue, Chicago IL 60602 | 204000 | No custodial services needed |
| Admin Building | CPS Warehouse Annex | 3532 W 47th PLACE, Chicago IL 60632 | 165000 | Listed under main CPS Warehouse |

| ADDITIONS/RECLASSIFICATIONS | | | | |
|---|---|---|---|---|
| **Property Use** | **Main Facility Name** | **Main Address** | **Total Campus SQFT** | **Reason** |
| Active School | ALCOTT HS | 2957 N Hoyne AVENUE Chicago IL 60618 | 51852 | Not co-located with Alcott ES |
| Active School | HANCOCK HS | 5423 W 64th PLACE Chicago IL 60638 | 179600 | New building coming online |
| Closed School | HANCOCK HS | 4034 W 56th STREET Chicago IL 60629 | 169086 | This building is closing |
| Parking Lot | Revere Parking Lot | 7146 S Ellis Ave Chicago IL 60619 | | This was transferred to CPS recently |
| Vacant Land | Metcalfe Lot 2 | 12401 S Normal Ave Chicago IL 60628 | | This was missing from our database |

| DIFFERENCES IN SQUAREFOOTAGE | | | | |
|---|---|---|---|---|
| **Property Use** | **Main Facility Name** | **Main Address** | **Total Campus SQFT** | **Reason** |
| Active School | ALCOTT ES | 2625 N Orchard STREET Chicago IL 60614 | -38,652 | Alcott HS standalone, add PreK |
| Vacant Land | Attucks | 3813 S Dearborn ave, Chicago IL 60609 | -78,700 | Demolished and now vacant land |
| Active School | Beard | 6445 W Strong STREET Chicago IL 60656 | 17,656 | Annex added |
| Active School | Bogan | 3939 W 79th STREET Chicago IL 60652 | 800 | Drivers Ed Modular |
| Active School | CARDENAS | 2345 S Millard AVENUE Chicago IL 60623 | 20,400 | Central Building Added |
| Active School | CARROLL | 2929 W 83rd STREET Chicago IL 60652 | 11,838 | Branch Annex |
| Active School | CARVER G | 901 E 133rd PLACE Chicago IL 60827 | 19,750 | Building D added |
| Active School | CHAVEZ | 4747 S Marshfield AVENUE Chicago IL 60609 | 5,700 | PreK Branch 4749 S Damen Ave added |
| Active School | COLUMBIA EXPLORERS | 4520 S Kedzie AVENUE Chicago IL 60632 | 18,700 | 4600 Kedzie Branch & Modular added |
| Active School | COONLEY | 4046 N Leavitt STREET Chicago IL 60618 | 35,331 | Annex was added |
| Active School | CPS Warehouse | 4720 S St. Louis AVENUE, Chicago IL 60632 | 84,000 | Annex is not standalone line item on cam |
| Active School | DECATUR | 7030 N Sacramento AVENUE Chicago IL 60645 | 18,600 | Annex was added |
| Active School | DEVER | 3436 N Osceola AVENUE Chicago IL 60634 | 17,340 | Annex was added |

Schedule 4
List of Facilities
Changes

| | | | | |
|---|---|---|---|---|
| Active School | DIRKSEN | 8601 W Foster AVENUE Chicago IL 60656 | 65,300 | Annex was added |
| Active School | DURKIN PARK | 8445 S Kolin AVENUE Chicago IL 60652 | 6,798 | Annex was added |
| Active School | DYETT ARTS HS | 555 E 51st STREET Chicago IL 60615 | 42,134 | Athletic building was added |
| Active School | FORT DEARBORN | 9025 S Throop STREET Chicago IL 60620 | 23,200 | 2nd Addition was added |
| Active School | HANCOCK HS | 5423 W 64th PLACE Chicago IL 60638 | 179,600 | New Building coming online |
| Active School | LOCKE J | 2845 N Newcastle AVENUE Chicago IL 60634 | 5,116 | |
| Active School | MCDADE | 8801 S Indiana AVENUE Chicago IL 60619 | 19,233 | Addition & Annex added |
| Active School | MCDOWELL | 1419 E 89th STREET Chicago IL 60619 | 2,186 | Modular Added |
| Active School | NASH | 4837 W Erie STREET Chicago IL 60644 | -2,760 | |
| Active School | PALMER | 5051 N Kenneth AVENUE Chicago IL 60630 | 35,000 | 2nd Annex added |
| Active | PEIRCE | 1423 W Bryn Mawr AVENUE Chicago IL 60660 | 8,350 | ECE added |
| Active School | PILSEN | 1420 W 17th STREET Chicago IL 60608 | -20,482 | Pilsen Annex Removed |
| Active School | POE | 10538 S Langley AVENUE Chicago IL 60628 | 19,100 | Annex Added |
| Active School | Princeton Eye Clinic | 5125 S Princeton AVENUE, Chicago IL 60609 | -188 | |
| Active School | REINBERG | 3425 N Major AVENUE Chicago IL 60634 | 8,700 | Annex Added |
| Active School | ROGERS | 7345 N Washtenaw AVENUE Chicago IL 60645 | 30,100 | Annex Added |
| Active School | SPRY ES | 2400 S Marshall BOULEVARD Chicago IL 60623 | 16,050 | |
| Active School | STEVENSON | 8010 S Kostner AVENUE Chicago IL 60652 | 15,036 | Annex Added |
| Active School | TILDEN HS | 4747 S Union AVENUE Chicago IL 60609 | 4,000 | Annex Added |
| Active School | VICK | 2554 W 113th STREET Chicago IL 60655 | 9,566 | New Leased Branch Coming Online |
| Active School | WATERS | 4540 N Campbell AVENUE Chicago IL 60625 | 31,100 | Annex Added |
| Active School | WESTINGHOUSE HS | 3223 W Franklin BOULEVARD Chicago IL 60624 | -710 | |
| Active School | WOODSON | 4414 S Evans AVENUE Chicago IL 60653 | 66,529 | South Tower Added |

DocuSign Envelope ID: 8A8FC2E7-17BC-412D-A83A-6961D0918A3E

Schedule 4
List of Facilities
Changes

npus

DocuSign Envelope ID: 8A8FC252-17BC-412D-A83A-6961D0918A3B

SCHEDULE 5: COMMUNITY RELATIONS INITIATIVES

While serving the Board, Vendor will work to find key ways to support the Board's broader community, whether through employee volunteerism, strategic programs and relationships, and/or philanthropy.  Possibilities for Vendor support of the broader Chicago Public Schools community include:

- Providing resources to support existing Board programs
- Creating opportunities for volunteers, mentorship, career development and internships
- Building relationships with community, civic and social service organizations to learn, share and refine practices that address the need of the communities the Board serves
- Leveraging relationships as a platform to increase awareness of CPS Facilities initiatives and broader Board priorities
- Cultivating relationships with internal Board departments to promote community within CPS, share best practices, and maximize positive impact for CPS students, staff, and broader community